UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>    c/o Murray Osorio PLLC<br>    4103 Chain Bridge Road, Suite 300<br>    Fairfax, Virginia 22030<br><br>    *Petitioner*,<br><br>v.<br><br>Kristi Noem, *Secretary of Homeland Security*,<br><br>    Secretary of Homeland Security<br>    Washington, DC 20508<br><br>Todd Lyons, *Acting Director, U.S. Immigration and Customs Enforcement*,<br><br>Nikita Baker, *ICE Baltimore Field Office Director*,<br><br>    500 12th St., SW<br>    Washington, D.C. 20536<br><br>Pamela Bondi, *Attorney General*,<br><br>    950 Pennsylvania Avenue, NW<br>    Washington, DC 20530-0001<br><br>    *Respondents*. | Civil Action No.: |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

    **Exhibit B** which is attached to Petitioner Kilmar Armando Abrego Garcia's **Petition for Writ of Habeas Corpus** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

Dated: August 25, 2025

 /s/ *Jonathan G. Cooper*
Jonathan G. Cooper (D. Md. Bar No. 21345)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
jonathancooper@quinnemanuel.com
Tel. No.: 202-538-8000
Fax No.: 202-538-8100

*Counsel for Petitioner*