# EXHIBIT D

*Enforcement and Removal Operations*
*New Orleans Field Office*

**U.S. Department of Homeland Security**
501 Brick Church Park Drive
Nashville, TN 37207



# U.S. Immigration and Customs Enforcement

Kilmar ABREGO-Garcia

File Number   A | 201577119

Date | August 22, 2025

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | Baltimore Field Office 31 Hopkins Plaza, 6th Floor, Baltimore, MD 21201 |
|---|---|
| DATE AND HOUR | **August 25, 2025 at 0800AM** |
| ASK FOR | Any ICE ERO Officer |
| REASON FOR APPOINTMENT | Interview |
| BRING WITH YOU | This letter along with any identity documents including, but not limited to, passport(s), birth certificates, foreign national identity card(s), state driver's license(s). |
| | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

If you are unable to do so, state your reason, sign below and return this letter to this office at once.

I am unable to keep this appointment because:

SIGNATURE                                    DATE

Sincerely,

J. Brasel
(a) AFOD