# EXHIBIT E

| From: | Wall, Charles <Charles.Wall@ice.dhs.gov> |
|---|---|
| Sent: | Friday, August 22, 2025 4:00 PM |
| To: | rdean@srvhlaw.com; shecker@heckerfink.com; jdabbs@heckerfink.com; dpatton@heckerfink.com; bejamin@murrayosorio.com; lucia@caircoalitoin.org; Jonathan Cooper; Olivia Horton; Stephen Frank; Andrew J. Rossman; Sascha Rand; McKenzie Anderson; Samuel Nitze; Courtney Whang; Roey Goldstein; Sam Heavenrich; Morgan Anastasio; ssandoval@murrayosorio.com; rina@murrayosorio.com; addy@kmlawfirm.com; wpittard@kaiserlaw.com |
| Subject: | Notice Pursuant to Civil Action No. 8:25-cv-00951-PX |

[EXTERNAL EMAIL from charles.wall@ice.dhs.gov]



This message needs your attention
- No employee in your company has ever replied to this person.

Counsel,

Pursuant to the court order issued in the District Court of Maryland on July 23, 2025, Civil Action No. 8:25-cv-00951-PX, please let this email serve as notice that DHS may remove your client, Kilmar Armando Abrego Garcia, to Uganda no earlier than 72 hours from now (absent weekends).

Sincerely,

Charles Wall
Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).