# EXHIBIT F

## Notice of Fear of Removal to UGANDA

I, Kilmar Armando Abrego Garcia (A201-577-119), hereby state that I fear persecution in UGANDA on account of my race, nationality, political opinion, and membership in a particular social group. I also fear torture by or at the acquiescence of a public official in that country. Finally, I feat that country will refoul me (re-deport me) to EL SALVADOR, where I also fear persecution on account of the above-mentioned protected grounds and torture by or at the acquiescence of a public official, and where I have been tortured in the past.

_____    Date: 08-23-25

Kilmar Armando Abrego Garcia