# EXHIBIT G

## Notice of Designation of Country of Removal

I, Kilmar Armando Abrego Garcia (A201-577-119), hereby designate COSTA RICA as the country to which I want to be removed, pursuant to INA § 241(b)(2)(A), 8 U.S.C. § 1231(b)(2)(A).

_____  Date: 08-23-25
Kilmar Armando Abrego Garcia