UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

KILMAR ARMANDO ABREGO GARCIA,

        Petitioner,

v.

KRISTI NOEM, ET AL.,

        Respondents.

Case No.:  8:25-cv-02780

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

    Please enter my appearance as counsel in this case for Petitioner Kilmar Armando Abrego Garcia.

    I certify that I am admitted to practice in this Court.


Dated: August 25, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Jonathan G. Cooper*
Jonathan G. Cooper,
MD Bar No. 21345
1300 I Street NW, Suite 900
Washington, DC 20005
jonathancooper@quinnemanuel.com
Tel. No.: 202-538-8000
Fax No.: 202-538-8100

*Counsel for Kilmar Armando Abrego Garcia.*