# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Kilmar Armando Abrego Garcia                  *

**Plaintiff,**
                                              *

v.                                            Case No. 8:25-cv-02780

Kristi Noem, et al.                           *

**Defendant.**                                *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Petitioner, Kilmar Armando Abrego Garcia

I certify that I am admitted to practice in this Court.

August 25, 2025

Date

Signature

Simon Sandoval-Moshenberg, 30965

Printed name and bar number

Murray Osorio PLLC
4103 Chair Bridge Rd. Ste. 300
Fairfax VA, 22030

Address

ssandoval@murrayosorio.com

Email address

703-352-2399

Telephone number

703-763-2304

Fax number