# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Kilmar Armando Abrego Garcia *

**Plaintiff,**

\*

v.    Case No. 8:25-cv-02780

Kristi Noem, et al. *

**Defendant.** *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Petitioner, Kilmar Armando Abrego Garcia

I certify that I am admitted to practice in this Court.

August 25, 2025

Date



Signature

Rina Mahesh Gandhi, 21794

Printed name and bar number

Murray Osorio PLLC
4103 Chair Bridge Rd. Ste. 300
Fairfax VA, 22030

Address

rina@murrayosorio.com

Email address

703-352-2399

Telephone number

703-763-2304

Fax number