UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,<br><br>*Respondents*. | Case No. 8:25-cv-02780 (PX) |

## RESPONDENTS' BRIEFING SCHEDULE PROPOSAL

The parties met and conferred on August 25, 2025, to discuss a briefing schedule including, as required by the Court, a date by which (1) Respondents must file a response, (2) Petitioner must file a reply, and (3) the parties must notice witnesses, as well as (4) multiple agreeable dates for an evidentiary hearing. The parties met and conferred but were unable to reach agreement. Respondents asked for Petitioner's proposal by 9:30 a.m. but did not receive it. Accordingly, Respondents submit their separate proposal.

On August 25, 2025, Petitioner filed a habeas petition in this Court, alleging that Respondents violated several federal statutes and Petitioner's right to due process. Plaintiffs' claims involve complex statutory and constitutional issues that require detailed, considered briefing. To most effectively present the issues to this Court, Respondents propose the schedule below to accommodate full briefing. Respondents' proposal also builds in the opportunity for Petitioner to fully exhaust administrative relief so that the issues presented to this Court are ripe for adjudication.

Respondents propose that the Department of Homeland Security (DHS) would agree not to remove Petitioner during the pendency of administrative proceedings with DHS and the district court's resolution of this habeas petition under the following parameters:

1. Petitioner has filed a motion to reopen before the immigration judge. The parties would allow that request to be resolved administratively by the immigration judge.

2. If the request to reopen is denied by the immigration judge, DHS and the Petitioner would complete the procedures laid out in DHS's guidance document, as set forth in the government's stay application in *United States Department of Homeland Security v. D.V.D.*, No. 24A1153 28–32 (May 27, 2025); *see also id.* at 54a–55a; *DHS v. D.V.D.*, 145 S. Ct. 2153, 2153 (2025) (granting stay application).

1

3. If the proceedings before DHS do not result in relief from removal, Petitioner would file an amended habeas petition within 7 days of that denial. Respondents agree that the filing of an amended habeas petition itself would not affect the court's jurisdiction or venue.

4. Respondents would have 14 days from the filing of Petitioner's amended habeas petition to file a response.

5. Petitioner would have 7 days from the date Respondents' file their response to file his reply.

6. The Court would set the amended petition for hearing within 21 days after the briefing if complete. The parties will propose witnesses at least 7 days before the scheduled hearing.

7. The Petitioner would remain detained pending this Court's resolution of the amended petition. Notably, immigration detention pending removal is presumptively reasonable under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), for up to six months from the date Petitioner's detention began, August 25, 2025. Petitioner has not yet spent even six days in immigration detention and the proposed schedule would permit resolution of his habeas petition before the six-month period has run. In addition, Respondents would agree to detain him within 200 miles of the Greenbelt, Maryland, courthouse to accommodate Petitioner's access to criminal and habeas counsel, if this proposal is accepted.

8. Respondents would agree not to remove Petitioner pending this Court's resolution of the amended habeas petition so long as this Court decides the matter within 30 days of the hearing.

Dated: August 26, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General

/s/ Zachary A. Cardin
ZACHARY A. CARDIN (Md. Bar No. 21091)
Trial, Attorney
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4945
zachary.a.cardin@usdoj.gov

*Attorneys for Respondents*