# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
PAULA XINIS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770

August 27, 2025

Re:   25-cv-2780, *Abrego Garcia v. Noem, et al.*

### LETTER ORDER

Dear Parties:

For the reasons discussed during today's recorded scheduling conference, the Court sets the following schedule:

| | |
|---|---|
| **September 22, 2025** | Respondents' response to the habeas petition is due. |
| **September 29, 2025** | Petitioner's reply is due. |
| **October 2, 2025** **5:00 PM** | Parties shall submit witness lists to the Court. |
| **October 6, 2025** **10:00 AM** | Evidentiary Hearing Courtroom 2C, United States District Court, Greenbelt, Maryland. |

Respondents have represented that Petitioner will not be removed from the continental United States prior to the October 6, 2025 hearing. Nonetheless, Respondents are **ENJOINED** until further order of the Court from removing Petitioner from the continental United States, and must ensure that Petitioner remains detained within 200 miles of the Greenbelt, Maryland courthouse to preserve his access to both criminal and habeas counsel.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

Paula Xinis
United States District Judge