**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Abrego Garcia
_____    *
**Plaintiff,**
                      *
v.                                    Case No.  8:25-cv-02780
                      *                         _____
Noem, et al.
_____    *
**Defendant.**        *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Respondents
_____

I certify that I am admitted to practice in this Court.

8/28/25
_____                    BRIDGET O'HICKEY   Digitally signed by BRIDGET
                                                      O'HICKEY
                                                      Date: 2025.08.28 16:17:18 -04'00'
Date                               Signature

                                   Bridget K. O'Hickey (FL 1048521)
                                   _____
                                   Printed name and bar number

                                   950 Pennsylvania Ave NW, Washington, DC 20530
                                   _____
                                   Address

                                   bridget.k.o'hickey@usdoj.gov
                                   _____
                                   Email address

                                   202-856-4511
                                   _____
                                   Telephone number

                                   _____
                                   Fax number