# Exhibit C

**From:** Wall, Charles <Charles.Wall@ice.dhs.gov>
**Sent:** Friday, September 5, 2025 3:56 PM
**To:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Benjamin Osorio <Benjamin@murrayosorio.com>
**Subject:** [External] Abrego Garcia Removal Notification

Dear Mr. Abrego Garcia,

As you know, the United States seeks to remove you from the United States based on your final order of removal. Currently, you are designated to be removed to Uganda. Your attorney has informed us, however, that you fear persecution or torture in Uganda.

That claim of fear is hard to take seriously, especially given that you have claimed (through your attorneys) that you fear persecution or torture in at least 22 different countries. Those countries include:

- El Salvador
- Uganda
- Mexico
- Belize
- Costa Rica
- Guatemala
- Honduras
- Nicaragua
- Panama
- Argentina
- Bolivia
- Brazil
- Chile
- Colombia
- Ecuador
- Paraguay
- Peru
- Uruguay
- Venezuela
- Cuba
- Dominican Republic
- Haiti

Nonetheless, we hereby notify you that your new country of removal is Eswatini, Africa.

Sincerely,

Charles Wall

1

Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**\*\*\* ATTORNEY/CLIENT PRIVILEGE \*\*\* ATTORNEY WORK PRODUCT \*\*\***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).