**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *Petitioner*, v. KRISTI NOEM, *et al.*, *Respondents*. | Case No. 8:25-cv-02780 (PX) |

**Motion to Exceed Page Limitation for Petitioner's Reply to the Petition for Writ of Habeas Corpus**

Petitioner Kilmar Armando Abrego Garcia respectfully moves this Court for leave to exceed the page limitations set forth in District of Maryland Local Rule 105.3.

On August 25, 2025, Petitioner filed a Petition for Writ of Habeas Corpus. ECF No. 1. Petitioner's Reply in support of this Petition is due on September 29, 2025. ECF No. 20. In anticipation of this deadline, Petitioner seeks leave to file a Reply Memorandum that will exceed the fifteen (15) page limit established in Local Rule 105.3. This Reply Memorandum will not exceed thirty (30) pages in length.

These additional pages are warranted given the number of objections raised by Respondents and the manner in which they gloss over, or altogether ignore, the legal and factual issues involved in this case. This request is made to ensure that all relevant issues are properly briefed for the Court's consideration. On September 24, 2025, counsel for the Government indicated it that it does not oppose this Motion.

1

For these reasons, Petitioner respectfully requests that this Court grant leave for Petitioner to file a Reply Memorandum in Support of the Petition for Writ of Habeas Corpus that does not exceed thirty (30) pages.

Respectfully Submitted,

Dated: September 24, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC** | */s/ Jonathan G. Cooper*<br>**QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP** |
| Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, VA 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com | Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton* (*pro hac vice*)<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>*\*admitted in Texas; not admitted in D.C.<br>Supervised by attorney admitted in D.C.*<br><br>Andrew J. Rossman (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com |

*Counsel for Petitioner*