UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

KILMAR ARMANDO ABREGO GARCIA,

*Petitioner*,

v.

KRISTI NOEM, *et al.*,

*Respondents*.

Case No. 8:25-cv-02780 (PX)

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

On September 24, 2025, Petitioner Kilmar Armando Abrego Garcia ("Petitioner"), by and through counsel, filed a Motion to Exceed Page Limitation for Petitioner's Reply to the Petition for Writ of Habeas Corpus ("Motion"). Petitioner seeks to exceed the fifteen (15) page limit in District of Maryland Local Rule 105.3 and requests no more than thirty (30) pages for his Reply Memorandum.  Counsel for the Government ("Respondents") does not oppose this Motion.

Accordingly, the Court **GRANTS** Petitioner's Motion.  It is hereby **ORDERED** that Petitioner may file a Reply to the Petition for Writ of Habeas Corpus that exceeds the page limit and is no more than thirty (30) pages.

DATE: _____

*/s/*_____
The Honorable Paula Xinis
United States District Judge

1