**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAULA XINIS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770

September 26, 2025

Re:   25-cv-2780, *Abrego Garcia v. Noem, et al.*

### LETTER ORDER

Dear Parties:

Pending is Respondents' Motion to Continue (ECF No. 30) and Petitioner's Motion for Leave to Serve Document Requests (ECF No. 27). Respondents' Motion to Continue is GRANTED. The evidentiary hearing previously set for October 6, 2025, is converted to an in-person status conference to address ECF No. 27 and to set scheduling in light of the pending discovery requests and ongoing immigration proceedings.

Consistent with the Government's representations, and with its consent, Respondents remain ENJOINED until further order of the Court from removing Petitioner from the continental United States. Respondents must also ensure that Petitioner remains detained within 200 miles of the Greenbelt, Maryland courthouse to preserve his access to both criminal and habeas counsel. Respondents are reminded that the Court's prior Order remains in full force and effect.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

Paula Xinis
United States District Judge