# EXHIBIT B

9/29/25, 7:40 PM   Eswatini Government on X: "Government has assured emaSwati that the arrival of five third-country deportees from the United Stat…

Case 8:25-cv-02780-PX   Document 32-2   Filed 09/29/25   Page 2 of 2

# Post

**Eswatini Government** ✓
@EswatiniGovern1

Government has assured emaSwati that the arrival of five third-country deportees from the United States of America poses no security threat to the Nation.

6:55 AM · Jul 16, 2025 · **191.5K** Views

439    446    332    66

Post your reply                                                    Reply

**Eswatini Government** ✓ @EswatiniGovern1 · Jul 16
In a statement released by Acting Government Spokesperson Thabile Mdluli, Government revealed that these deportees are on transit and will be repartriated to their respective countries.

30    51    23    26K

**Eswatini Government** ✓ @EswatiniGovern1 · Jul 16
Government has, however, acknowledged the security concerns of emaSwati, further confirming that indeed, the five prisoners are in the country and are housed in Correctional facilities within isolated units, "where similar offenders are kept."

4    14    23    14K

**Eswatini Government** ✓ @EswatiniGovern1 · Jul 16
AGS: "The Nation is assured that these inmates pose no threat to the country or its citizens."

2    3    13    12K

**Eswatini Government** ✓ @EswatiniGovern1 · Jul 16
AGS: "This exercise is the result of months of robust high-level engagements between the US Government & Eswatini. The 2 Governments will collaborate with the International Organization for Migration (IOM) to facilitate the transit of these inmates to their countries of origin."

10    15    12    13K

**Eswatini Government** ✓ @EswatiniGovern1 · Jul 16
AGS: "The engagements considered every avenue, including rigorous risk assessments and careful consideration for the safety and security of citizens."

1    3    6    10K

**Eswatini Government** ✓ @EswatiniGovern1 · Jul 16
AGS: "The Kingdom of Eswatini and the United States of America have enjoyed fruitful bilateral relations spanning over five decades. As such, every agreement entered into is done with meticulous care and consideration, putting the interests of both nations at the forefront."

7    4    9    12K

**Eswatini Government** ✓ @EswatiniGovern1 · Jul 16
AGS: "As a responsible member of the global community, the Kingdom of Eswatini adheres to international agreements and diplomatic protocols regarding the repatriation of individuals, ensuring that due process and respect for human rights is followed."

12    4    8    12K

**Dr Sweet T** ✓ @Tsietsi Mohale · Jul 16

