# EXHIBIT H

☰Q    🔴 Watch Live

**B B C**

Subscribe    Sign In

Home    News    Sport    Business    Innovation    Culture    Arts    Travel    Earth    Audio    Video    Live

# Costa Rican court orders release of migrants deported from US

25 June 2025

Share    Save

**Vanessa Buschschlüter** BBC News



EZEQUIEL BECERRA/AFP via Getty Images

Afghan national Mohammad Saber Asad was among those sent to the Temporary Migrant Care Center (Catem) in Costa Rica

A court in Costa Rica has ordered the release of 200 migrants deported from the US.

Rights groups say the group - from countries including Afghanistan, China, Ghana, India and Vietnam - had been taken to a shelter they were not allowed to leave unsupervised.

Immigration officials have been given two weeks to determine the migrants' status and release them from the shelter where some are still being housed.

They were sent to Costa Rica after its government agreed to receive migrants deported to countries other than their homeland.

The deportees, among them more than 80 children, arrived on flights from the US shortly after the deal between the two governments was struck in February.

All 200 had been screened by US authorities and found to have "no links to terrorist groups", Costa Rican migration authorities said.

They were taken to the Temporary Migrant Care Centre (Catem), 360km (220 miles) south of the capital, San José.

A report by rights organisations said they were held there "arbitrarily and illegally for more than 60 days" without access to legal counsel or information in their respective languages.



Photo by ARMANDO ACEVEDO/AFP via Getty Images

Rights groups denounced that the migrants were not allowed to leave the facility without supervision

In the face of mounting criticism, Costa Rican migration authorities granted the deportees temporary special status in April, allowing them to move freely outside the shelter where they were being held.

In Tuesday's ruling, four out of the seven judges said that the conditions under which the deportees were held had violated their rights.

Among the failures recorded by the court were the fact that they had been deprived of their freedom of movement without a prior individual ruling, that their communications with the outside had been restricted, and that they had not been told about the possibility of applying for refugee status.

Since they were expelled from the US, some of the 200 deportees have been voluntarily repatriated to their homelands but 28 remain at Catem, according to official figures.

Under the ruling, Costa Rican migration authorities have been given two weeks to define the migration status of each of the remaining deportees as well as determine what type of state assistance they may require.

The court did determine, however, that the government had acted within its rights when it struck the deal with the Trump administration to accept deported migrants from third countries.

Costa Rica was the third nation in Central America to strike such a deal with the Trump administration after Panama and El Salvador.

The deportation of migrants to countries other than their homeland has been challenged in the US as well as in Costa Rica.

However, the US Supreme Court reversed a lower court order on Monday that required that migrants be given the chance to challenge the deportations because they

could be at risk of torture, persecution or death in the country they were deported to.

**US Supreme Court allows Trump to resume deportations to third countries**

**'Help us': Hundreds deported from US held in Panama hotel**

**US deports more alleged gang members to El Salvador**

Costa Rica        Deportation        US immigration        United States        Migration

**RELATED**

Malcolm-Jamal Warner, The Cosby Show star, drowns aged 54

▶ Watch: Cat caught smuggling drugs into Costa Rica prison

US cancels visa of Nobel Peace Prize winner Oscar Arias

U.S. Privacy

ADVERTISEMENT

**Los Angeles: Here's The Average Price of a 6-Hour Gutter…**

Thanks to this smart gutter upgrade its never been …

Homebuddy.com | Paid Content

**People in Los Angeles are Loving Martha Stewart's Meal Kit**

Marley Spoon | Paid Content

**Calms dogs in seconds, 600,000+…**

This anxiety-relieving dog bed calms stress, supports…

MrFluffyFriend | Paid Content

**Affordable Luxury: Business Class…**

Fly Smarter: Convenient Airports, Lie-Flat Comfort &…

La Compagnie | Paid Content

**Wyoming's landmark 'Bottle House' comes on market for…**

Homes.com | Paid Content

**Jackie Gleason was over the moon for this house. His UFO-…**

Homes.com | Paid Content

**MORE FROM THE BBC**

Just now

**Watch: Trump and Netanyahu outline peace plan to end war in Gaza**

The deal proposes an end to military operations, a release of Israeli hostages by Hamas and the immediate delivery of aid to Gaza.



Just now

Just now

## What we know about Michigan church shooting and arson attack

Officials have not yet named a motive for the shooter or the names of the four people killed.



Just now

3 hrs ago

## Investigators search for motive in deadly Michigan church attack

Officials have interviewed more than 100 people as they work to establish why a gunman attacked a church and set it on fire.



3 hrs ago

4 hrs ago

## Why the US government might shut down and what to know

If no deal is struck by the end of Tuesday, the US will have its first shutdown in nearly seven years.



4 hrs ago

4 hrs ago

## Mahmood demands migrants earn right to settlement in UK

New tests will include learning English to a high standard, paying National Insurance and not claiming benefits.



4 hrs ago



Home    News    Sport    Business    Innovation    Culture    Arts    Travel    Earth    Audio    Video    Live    Weather    BBC Shop    BritBox

BBC in other languages ▾

Follow BBC on: 

Terms of Use    Subscription Terms    About the BBC    Privacy Policy    Cookies    Accessibility Help    Contact the BBC    Advertise with us    Do not share or sell my info

BBC.com Help & FAQs    Content Index

Copyright 2025 BBC. All rights reserved. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**