# EXHIBIT I

**From:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
**Sent:** Wednesday, September 17, 2025 8:04:24 AM
**To:** Wall, Charles <Charles.Wall@ice.dhs.gov>; Ensign, Drew C (CIV) <drew.c.ensign@usdoj.gov>; O'Hickey, Bridget K (CIV) <bridget.k.o'hickey@usdoj.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Jeffrey Then <jthen@heckerfink.com>; Sean Hecker <shecker@heckerfink.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Olivia Horton <oliviahorton@quinnemanuel.com>
**Subject:** RE: [External] Abrego Garcia Removal Notification

[EXTERNAL EMAIL from ssandoval@murrayosorio.com]

Mr. Wall,

Good morning.  Please find attached a courtesy copy of the reply memorandum in support of Mr. Abrego Garcia's Motion to Reopen, filed yesterday afternoon.

To avoid any confusion regarding the status of Mr. Abrego Garcia's designation of Costa Rica as a country of removal, I draw your attention to p.8: "[Mr. Abrego Garcia] respectfully clarifies that any designation of Costa Rica is strictly conditional and contingent upon two requirements: (1) this Court's denial of primary relief in the form of asylum or non-LPR cancellation of removal, and (2) **DHS providing enforceable guarantees that Costa Rica will grant lawful status and will not remove Respondent to El Salvador under any circumstances**." (Emphasis added.)

As Mr. Abrego Garcia goes on to explain, he "does not fear Costa Rica itself, but rather fears any country that lacks adequate safeguards against his ultimate return to El Salvador.  Should DHS secure and honor verifiable guarantees from Costa Rica ensuring lawful status and absolute protection against removal to El Salvador, [Mr. Abrego Garcia's] derivative fear as to that country would be resolved. Absent such enforceable commitments, [Mr. Abrego Garcia] maintains his objection to removal to Costa Rica, as it would leave him vulnerable to the same chain of events that could result in his return to face persecution in El Salvador." *Id.* at 9.

To put it in plain English: as long as Costa Rica's offer of refugee status is still on the table, I expect that Mr. Abrego Garcia remains willing to resolve this entire matter (withdraw his pending Motion to Reopen in immigration court, and withdraw his pending civil lawsuit in the District of Maryland) on that basis.  Of course I cannot speak to anything having to do with the criminal proceedings as I do not represent Mr. Abrego Garcia in those proceedings, but I see no reason why that needs to be mixed in here.

ICE has professed its desire to remove Mr. Abrego Garcia from the United States as quickly as possible.  I expect we can arrange that well in advance of the October 6 hearing in District Court in Maryland, by means of a removal to Costa Rica with an offer of refugee status from that country.  There's no need for you to attempt his removal to Uganda or Eswatini (both of which have now apparently disclaimed any desire to accept Mr. Abrego Garcia for

removal) or any other country where he would state a fear of torture, persecution, or chain-refoulement to El Salvador.

Thank you.


Best,




**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Simon Sandoval-Moshenberg
**Sent:** Friday, September 5, 2025 4:04 PM
**To:** Wall, Charles <Charles.Wall@ice.dhs.gov>; Ensign, Drew C (CIV) <drew.c.ensign@usdoj.gov>; O'Hickey, Bridget K (CIV) <bridget.k.o'hickey@usdoj.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Jeffrey Then <jthen@heckerfink.com>; Sean Hecker <shecker@heckerfink.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Olivia Horton <oliviahorton@quinnemanuel.com>
**Subject:** RE: [External] Abrego Garcia Removal Notification

Thank you for your email.

By means of this e-mail, Mr. Abrego Garcia, by counsel, hereby expresses a fear of torture and persecution upon removal to Eswatini. Third-country nationals previously removed from the United States to Eswatini have all been detained in extremely harsh and torturous conditions; that country has a well-documented record of human rights violations; and to our knowledge Eswatini has offered no guarantees that it will not promptly re-deport Mr. Abrego Garcia to El Salvador, where he has already experienced torture and will experience torture again.

Please confirm receipt of this email, and please confirm that you accept this email as a statement of fear of removal to Eswatini.


Best,

**MURRAY OSORIO** PLLC

**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media here

---

**From:** Wall, Charles <Charles.Wall@ice.dhs.gov>
**Sent:** Friday, September 5, 2025 3:56 PM
**To:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Benjamin Osorio <Benjamin@murrayosorio.com>
**Subject:** [External] Abrego Garcia Removal Notification

Dear Mr. Abrego Garcia,

As you know, the United States seeks to remove you from the United States based on your final order of removal. Currently, you are designated to be removed to Uganda. Your attorney has informed us, however, that you fear persecution or torture in Uganda.

That claim of fear is hard to take seriously, especially given that you have claimed (through your attorneys) that you fear persecution or torture in at least 22 different countries. Those countries include:

- El Salvador
- Uganda
- Mexico
- Belize
- Costa Rica
- Guatemala
- Honduras
- Nicaragua
- Panama
- Argentina
- Bolivia
- Brazil
- Chile
- Colombia
- Ecuador
- Paraguay
- Peru
- Uruguay
- Venezuela
- Cuba
- Dominican Republic
- Haiti

Nonetheless, we hereby notify you that your new country of removal is Eswatini, Africa.

Sincerely,

Charles Wall

Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**\*\*\* ATTORNEY/CLIENT PRIVILEGE \*\*\* ATTORNEY WORK PRODUCT \*\*\***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).