UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

Kilmar Armando Abrego Garcia,

        Petitioner,

v.

Kristi Noem, *et al.*,

        Respondents.

Case No. 8:25-cv-02780 (PX)

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Exhibit K** which is attached to Petitioner Kilmar Armando Abrego Garcia's **Reply In Support of Petition for Writ of Habeas Corpus** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email** on all Defendants.

Dated: Septmber 29, 2025

    */s/ Jonathan G. Cooper*
Jonathan G. Cooper (D. Md. Bar No. 21345)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
jonathancooper@quinnemanuel.com
Tel. No.: 202-538-8000
Fax No.: 202-538-8100

*Counsel for Petitioner*

1