# EXHIBIT M

# Secretary Noem Condemns the Release of Kilmar Abrego Garcia, a MS-13 Gang Member, Human Trafficker, Wife Beater, and Child Predator

**Release Date:** August 22, 2025

*An unhinged judge in Maryland ordered his release, despite his status as an MS-13 gang member, being indicted by a grand jury for human trafficking, and being subject to arrest under immigration law*

WASHINGTON – Today, U.S District Court Judge Paula Xinis—appointed by Obama—allowed Kilmar Abrego Garcia, a known MS-13 gang member, human trafficker, wife beater, and child predator to walk free on U.S. streets by not allowing U.S. Immigration and Customs Enforcement (ICE) officials to arrest and detain this public safety threat.

## Attributable to Secretary Noem:

"Activist liberal judges have attempted to obstruct our law enforcement every step of the way in removing the worst of the worst criminal illegal aliens from our country. Today, we reached a new low with this publicity hungry Maryland judge mandating this illegal alien who is a MS-13 gang member, human trafficker, serial domestic abuser, and child predator be allowed free.

By ordering this monster loose on America's streets, this judge has shown a complete disregard for the safety of the American people. We will not stop fighting till this Salvadoran man faces justice and is OUT of our country."

## Some of the evidence against this MS-13 gang member is below:

In 2019, the Prince Georges County Police Gang Unit validated Abrego Garcia as a member of the Mara Salvatrucha (MS-13) Gang. When he was arrested, he was found with rolls of cash and drugs and was with two other members of MS-13.



On Dec. 1, 2022, Abrego Garcia was stopped by the Tennessee Highway Patrol for speeding. Upon approach to the vehicle, the encountering officer noted eight other individuals in the vehicle.



There was no luggage in the vehicle, leading the encountering officer to suspect this was a human trafficking incident. Additionally, all the passengers gave the same home address as the subject's home address. During the interview, Abrego Garcia pretended to speak less English than he was capable of and attempted to put the encountering officer off-track by responding to questions with questions. When asked what relationship he had with the registered owner of the vehicle, Abrego Garcia replied that the owner of the vehicle is his boss, and that he worked in construction.



Jennifer Vasquez, Garcia's wife, petitioned for an order of protection against him. She claimed he punched her, scratched her, and ripped off her shirt, and bruised her.



He is also an illegal alien from El Salvador, a fact that he openly admits. That alone give ICE and DHS full lawful authority to place him in removal proceedings.

According to court filings (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fnypost.com%2F2025%2F06%2F06%2Fus-news%2Fkilmar-abrego-garcia-returning-to-us-to-face-charges-of-transporting-illegal-migrants%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F08%2F22%2Fsecretary-noem-condemns-release-kilmar-abrego-garcia-ms-13-gang-member-human) , Kilmar Abrego Garcia solicited nude photographs of a minor.

## Topics

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)    ALIEN (/KEYWORDS/ALIEN)
CHILD EXPLOITATION (/KEYWORDS/CHILD-EXPLOITATION)    CRIME (/KEYWORDS/CRIME)    HUMAN TRAFFICKING (/KEYWORDS/HUMAN-TRAFFICKING)
ILLEGAL (/KEYWORDS/ILLEGAL)    IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)
MAKING AMERICA SAFE AGAIN (/KEYWORDS/MAKING-AMERICA-SAFE-AGAIN)    MS-13 (/KEYWORDS/MS-13)    PUBLIC SAFETY (/KEYWORDS/PUBLIC-SAFETY)
REMOVAL (/KEYWORDS/REMOVAL)    THREAT (/KEYWORDS/THREAT)
TRANSNATIONAL CRIMINAL ORGANIZATION (TCO) (/KEYWORDS/TRANSNATIONAL-CRIMINAL-ORGANIZATION-TCO)

Last Updated: 08/25/2025