# EXHIBIT N

U.S. Department of Homeland Security

# Secretary Noem Announces ICE Arrest of Kilmar Abrego Garcia, an MS-13 Gang Member, Human Trafficker, Wife Beater, Child Predator and Criminal Illegal Alien

**Release Date:** August 25, 2025

*Garcia will be processed for removal to Uganda*

WASHINGTON – U.S. Department of Homeland Security (DHS) Secretary Kristi Noem today announced U.S. Immigration and Customs Enforcement's (ICE) arrest of a known MS-13 gang member, human trafficker, wife beater, and child predator, Kilmar Abrego Garcia.

On August 25, ICE arrested Garcia—a criminal illegal alien from El Salvador—in Maryland. He is being processed for removal to Uganda.

"Today, ICE law enforcement arrested Kilmar Abrego Garcia and are processing him for deportation," said **Secretary Kristi Noem.** "President Trump is not going to allow this illegal alien, who is an MS-13 gang member, human trafficker, serial domestic abuser, and child predator, to terrorize American citizens any longer."

Garcia previously admitted to being illegally present in the U.S.

> The subjects freely admitted being citizens and national of El Salvador by birth and that they were present in the United States illegally. The subjects were not in possession of any immigration documents that would allow them to be in or remain in the United States legally.

In 2019, the Prince Georges County Police Gang Unit validated Abrego Garcia as a member of MS-13. When he was arrested, he was found with rolls of cash and drugs and was with two other members of MS-13.



On Dec. 1, 2022, Abrego Garcia was stopped by the Tennessee Highway Patrol for speeding. Upon approach to the vehicle, the encountering officer noted eight other individuals in the vehicle.



There was no luggage in the vehicle, leading the encountering officer to suspect this was a human trafficking incident. Additionally, all the passengers gave the same home address as the subject's home address. During the interview, Abrego Garcia pretended to speak less English than he was capable of and attempted to put the encountering officer off-track by responding to questions with questions. When asked what relationship he had with the registered owner of the vehicle, Abrego Garcia replied that the owner of the vehicle is his boss, and that he worked in construction.



Jennifer Vasquez, Garcia's wife, petitioned for an order of protection against him. She claimed he punched her, scratched her, and ripped off her shirt and bruised her.



According to court filings (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fnypost.com%2F2025%2F06%2F06%2Fus-news%2Fkilmar-abrego-garcia-returning-to-us-to-face-charges-of-transporting-illegal-migrants%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F08%2F25%2Fsecretary-noem-announces-ice-arrest-kilmar-

abrego-garcia-ms-13-gang-member-human) , Kilmar Abrego Garcia also solicited nude photographs of a minor.

###

## Topics

SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)    ALIEN (/KEYWORDS/ALIEN)
CHILD EXPLOITATION (/KEYWORDS/CHILD-EXPLOITATION)    CRIME (/KEYWORDS/CRIME)    HUMAN TRAFFICKING (/KEYWORDS/HUMAN-TRAFFICKING)
ILLEGAL (/KEYWORDS/ILLEGAL)    IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)
MAKING AMERICA SAFE AGAIN (/KEYWORDS/MAKING-AMERICA-SAFE-AGAIN)    MS-13 (/KEYWORDS/MS-13)    PUBLIC SAFETY (/KEYWORDS/PUBLIC-SAFETY)
REMOVAL (/KEYWORDS/REMOVAL)    THREAT (/KEYWORDS/THREAT)

Last Updated: 08/25/2025