UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>                Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>                Respondents. | Case No. 8:25-cv-02780 (PX)<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

On August 25, 2025, Petitioner Kilmar Armando Abrego Garcia ("Petitioner"), by and through counsel, filed a Petition for Writ of Habeas Corpus. (ECF No. 1) Kristi Noem, *et al.*, ("Respondents") filed a Response on September 22, (ECF No. 28), and Petitioner filed a Reply on September 29.

Having reviewed the submissions before the Court, the Court **GRANTS** Petitioner's Petition. It is hereby **ORDERED** that:

(1) Respondents have not shown that their procedures adequately guard against persecution, torture, and chain refoulement, and therefore they are not permitted to remove Petitioner to any third country to which he expresses fear of removal, unless they show their procedures satisfy the statutory requirements; and

(2) Respondents have thirty (30) days to remove Petitioner to Costa Rica or any other country to which he does not express fear, or else they must to release him on an Order

1

of Supervision pursuant to 8 USC 1231(a)(3) immediately after that thirty (30) day period as elapsed.

DATE: _____                                   _____
                                                          The Honorable Paula Xinis
                                                          United States District Judge

2