# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# Greenbelt Division

Kilmar Armando Abrego Garcia,

        Petitioner,

v.

Kristi Noem, *et al.*,

        Respondents.

Case No. 8:25-cv-02780 (PX)

## Interim Motion to Seal
## Exhibit K to Petition for Writ of Habeas Corpus

Pursuant to Local Rule 105.11, Petitioner Kilmar Armando Abrego Garcia ("Petitioner") moves to seal Exhibit K of Petitioner's Reply to the Petition for Writ of Habeas Corpus ("Reply"), filed today, September 29, 2025. Petitioner represents the following facts to justify sealing.

Exhibit K of the Reply contains Petitioner's ICE Supervision Order, which details the specific reporting requirements and conditions imposed upon Petitioner by Immigration and Customs Enforcement authorities. This document was produced to counsel for Petitioner pursuant to the Stipulated Confidentiality Order and has been designated by the Government as Attorney's Eyes Only. Accordingly, pursuant to the Confidentiality Order, Petitioner is required to file this document under seal, regardless of whether Petitioner believes this designation is appropriate.

The parties' Stipulated Confidentiality Order in the related case *Abrego Garcia et al. v. Noem et al.*, No. 8:25-cv-00951-PX (D. Md.) ("Related Case") requires a party to file under seal any materials that have been designated as Confidential or Attorney's Eyes Only by another party. In particular, paragraph 2 of the Confidentiality Order states:

> ***To the extent that any materials designated as Confidential or Attorney's Eyes Only under this Confidentiality Order*** (or any pleading, motion, or memorandum disclosing them) ***are proposed to be filed or are filed with the Court, the portions***

*of those materials containing Confidential or Attorney's Eyes Only information shall be redacted by the filing party.* Non-redacted versions shall be filed under seal (by the filing party) with the Clerk of the Court with a simultaneous motion pursuant to L.R. 104.13(c) (hereinafter the "Interim Sealing Motion"), in accordance with the current version of the Court's Electronic Filing Requirements and Procedures for Civil Cases. The Interim Sealing Motion shall be governed by L.R. 105.11, provided that the Court can deny an Interim Sealing Motion prior to 14 days in part or in full. ***Even if the filing party believes that the materials designated as Confidential or Attorney's Eyes Only are not properly classified as Confidential or Attorney's Eyes Only, the filing party shall file the Interim Sealing Motion;*** provided, however, that the filing of the Interim Sealing Motion shall be wholly without prejudice to the filing party rights under paragraph (4) of this Confidentiality Order.

Related Case, ECF No. 95, ¶ 2 (emphasis added).

Because the Government has designated Exhibit K as Attorney's Eyes Only, and because Petitioner is filing this motion seeking to maintain these materials under seal in accordance with the Confidentiality Order and applicable law. Further, because the Government has designated the entirety of these materials as Attorney's Eyes Only, Petitioner is not filing public versions of these document, but emphasizes that Petitioner does not necessarily believe all aspects of these documents require sealing. Petitioner relies on the Government to identify any additional reasons why alternatives to sealing the material not filed publicly would not provide sufficient protection.

Respectfully Submitted,

Dated: September 29, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC** <br> Simon Y. Sandoval-Moshenberg <br> Rina Gandhi <br> 4103 Chain Bridge Road, Suite 300 <br> Fairfax, VA 22030 <br> (703) 352-2399 <br> ssandoval@murrayosorio.com | /s/ Jonathan G. Cooper <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Jonathan G. Cooper (D. Md. Bar No. 21345) <br> Olivia Horton* (*pro hac vice*) <br> 1300 I St. NW, Suite 900 <br> Washington, DC 20005 <br> (202) 538-8000 <br> jonathancooper@quinnemanuel.com <br> oliviahorton@quinnemanuel.com <br> **admitted in Texas; not admitted in D.C. Supervised by attorney admitted in D.C.* <br><br> Andrew J. Rossman (*pro hac vice*) <br> Sascha N. Rand (*pro hac vice*) <br> 295 Fifth Avenue, 9th Floor <br> New York, NY 10016 <br> (212) 849-7000 <br> andrewrossman@quinnemanuel.com <br> sascharand@quinnemanuel.com |

*Counsel for Petitioner*