UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Respondents*. | Case No. 8:25-cv-02780 |

**ORDER**

On September 24, 2025, Petitioner Kilmar Armando Abrego Garcia ("Petitioner"), by and through counsel, filed a Motion to Exceed Page Limitation for Petitioner's Reply to the Petition for Writ of Habeas Corpus ("Motion"). ECF No. 29. Petitioner seeks to exceed the fifteen (15) page limit in District of Maryland Local Rule 105.3 and requests no more than thirty (30) pages for his Reply Memorandum. Counsel for the Government ("Respondents") do not oppose this Motion.

Accordingly, the Court **GRANTS** Petitioner's Motion. It is hereby **ORDERED** that Petitioner's Reply to the Petition for Writ of Habeas Corpus can exceed the page limit and be no more than thirty (30) pages.

DATE: September 30, 2025

                                                      */s/*
                                      The Honorable Paula Xinis
                                      United States District Judge