UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *Petitioner*, v. KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*, *Respondents*. | Case No. 8:25-cv-02780 (PX) |

### MOTION FOR STAY OF ALL DEADLINES IN LIGHT OF LAPSE OF APPRORIATIONS

The United States of America hereby moves for a stay of all deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines until Congress has restored appropriations to the Department.

1

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Petitioner does not consent to the stay.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025                     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General

/s/ Zachary A. Cardin
ZACHARY A. CARDIN (Md. Bar No. 21091)
Trial Attorney
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4945
zachary.a.cardin@usdoj.gov

*Attorneys for Respondents*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

/s/ Zachary A. Cardin
ZACHARY A. CARDIN
Trial Attorney
Civil Division, Office of Immigration Litigation