UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>     Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>     Respondents. | Case No. 8:25-cv-02780 (PX) |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Exhibit A** which is attached to Petitioner Kilmar Armando Abrego Garcia's **Notice of Decision and Order of the Immigration Judge in Petitioner's Immigration Case** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.


Dated: October 2, 2025          /s/ *Jonathan G. Cooper*
                  Jonathan G. Cooper (D. Md. Bar No. 21345)
                  QUINN EMANUEL URQUHART &
                  SULLIVAN, LLP
                  1300 I Street NW, Suite 900
                  Washington, DC 20005
                  jonathancooper@quinnemanuel.com
                  Tel. No.: 202-538-8000
                  Fax No.: 202-538-8100


                  *Counsel for Petitioner*