UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>           Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>           Respondents. | Case No. 8:25-cv-02780 (PX) |

**Interim Motion to Seal Exhibit A to**
**Petitioner's Notice of Decision and Order of the Immigration Judge**

Pursuant to Local Rule 105.11, Petitioner Kilmar Armando Abrego Garcia ("Petitioner") moves to seal Exhibit A to Petitioner's Notice of Decision and Order of the Immigration Judge, filed today, October 2, 2025.

Documents related to asylum proceedings are subject to non-disclosure requirements as they contain sensitive information *See* 8 C.F.R. 1208.6(a) ("Information contained in or pertaining to any application for . . . asylum . . . shall not be disclosed without the written consent of the applicant . . . ."). For this reason, Petitioner seeks to seal Exhibit A, which contain the Decision and Order itself. Documents relating to asylum proceedings are routinely protected by courts.

Respectfully Submitted,

Dated: October 2, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC**<br>Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, VA 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com | /s/ *Jonathan G. Cooper*<br>**QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP**<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton* (*pro hac vice*)<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>**admitted in Texas; not admitted in D.C.*<br>*Supervised by attorney admitted in D.C.*<br><br>Andrew J. Rossman (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com |

*Counsel for Petitioner*