# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# –Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>    Respondents. | Case No.: 8:25-cv-02780-PX |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

I, Jonathan G. Cooper, am a member in good standing of the bar of this Court. I am moving for the admission of Nithya Pathalam to appear pro hac vice in this case as counsel for Petitioner Kilmar Armando Abrego Garcia.

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State of New York (05/02/2024) | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court **0** time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

1

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co- counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Jonathan G. Cooper* | */s/ Nithya Pathalam* |
| Jonathan G. Cooper (D. Md. Bar No. 21345) | (Signed by Jonathan G. Cooper with permission of Nithya Pathalam) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Nithya Pathalam* |
| 1300 I Street NW, Suite 900 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Washington, DC 20005 | 1300 I Street NW, Suite 900 |
| jonathancooper@quinnemanuel.com | Washington, DC 20005 |
| Tel. No.: 202-538-8000 | nithyapathalam@quinnemanuel.com |
| Fax No.: 202-538-8100 | Tel. No.: 202-538-8388 |
| Dated: October 3, 2025. | Fax No.: 202-538-8100 |
| | *admitted in New York; not admitted in D.C. Supervised by attorney admitted in D.C.* |

*Counsel for Kilmar Armando Abrego Garcia.*