# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Kilmar Armando Abrego Garcia    *

**Plaintiff,**

   *

**v.**                     Case No. 8:25-cv-02780

   *

Kristi Noem, et al.,

**Defendant.**    *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Respondents**

I certify that I am admitted to practice in this Court.

10/06/2025

Date

ERNESTO MOLINA
Digitally signed by ERNESTO MOLINA
Date: 2025.10.06 13:39:20 -04'00'

Signature

Ernesto H. Molina, Jr. (CA 181304)

Printed name and bar number

P.O. Box 878, Ben Franklin Station, Washington DC 20044

Address

ernesto.h.molina@usdoj.gov

Email address

202-616-93444

Telephone number

202-616-4975

Fax number