IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA<br>Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 8:25-cv-02780-PX |
| | * | |
| KRISTI NOEM, *et al.*,<br>Respondents. | * | |

# **ORDER**

For the reasons discussed during today's status conference, and on this 6th day of October, 2025, the United States District Court for the District of Maryland hereby **ORDERS** that:

(1)   Respondents' Motion to Stay, ECF No. 36, is **DENIED**;

(2)   At the request of Respondents, the Court shall hold an evidentiary hearing on **Friday, October 10, 2025, at 11:00 AM** in the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Courtroom 2C, Greenbelt, Maryland, related to Petitioner's claim brought pursuant to *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001);

(3)   At the hearing, Respondents **SHALL** produce witness(es) with first-hand knowledge (or who have acquired such knowledge), and who will bind the Respondents, to testify regarding:

   a. what steps, if any, Respondents have taken to remove Petitioner to Eswatini or any other country, including but not limited to, Costa Rica, Petitioner's designated country of removal under 8 U.S.C. § 1231(b)(2); and

    b. what additional steps, if any, Respondents will take in the reasonably foreseeable future to remove Petitioner to Eswatini or any other country, including but not limited to, Costa Rica;

(4) By no later than **Wednesday, October 8, 2025, at 5:00 PM**, Respondents **SHALL** produce to Petitioner all documents and written communications related to:

    a. any and all steps the Respondents have taken, or plan to take, to remove Petitioner to Eswatini or any other country, including but not limited to, any information that reflects a "significant likelihood of removal" to Eswatini or any other country "in the reasonably foreseeable future[.]" *Zadvydas*, 533 U.S. at 701; and

    b. any and all steps the Respondents have taken, or plan to take in the reasonably foreseeable future, to remove Petitioner to Costa Rica; and

(5) Respondents **SHALL** serve on Petitioner the name(s) of the witness(es) and a summary of expected testimony by **October 9, 2025, at 11:00 AM.**

So ordered.

October 6, 2025  
Date

/s/  
Paula Xinis  
United States District Judge