UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>      Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>      Respondents. | Case No. 8:25-cv-02780 (PX) |

**PETITIONER'S NOTICE OF STATEMENTS FROM THE FOREIGN MINISTER OF UGANDA REGARDING THIRD COUNTRY REMOVAL**

  Petitioner Kilmar Armando Abrego Garcia ("Petitioner") respectfully notifies this Court of public statements made by Sam Okudzeto Ablakwa, the Foreign Minister of Ghana, in which he states that Ghana is not willing to accept Petitioner as a third-country deportee. Specifically, the Foreign Minister stated on social media platform X: "Ghana is not accepting Abrego Garcia. He cannot be deported to Ghana. This has been directly and unambiguously conveyed to US authorities. In my interactions with US officials, I made clear that our understanding to accept a limited number of non-criminal West Africans, purely on the grounds of African solidarity and humanitarian principles would not be expanded." Sam Okudzeto Ablakwa (@S_OkudzetoAblak), X (Oct. 10, 2025 5:42 AM), https://x.com/S_OkudzetoAblak/status/1976584138560794720. A copy of this post is provided in Exhibit A.

1

Respectfully Submitted,

Dated: October 10, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC**<br>Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, VA 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com | /s/ Jonathan G. Cooper<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton* (*pro hac vice*)<br>Nithya Pathalam** (*pro hac vice*)<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>nithyapathalam@quinnemanuel.com<br>*\*admitted in Texas; not admitted in D.C. Supervised by attorney admitted in D.C.*<br>*\*\*admitted in New York; not admitted in D.C. Supervised by attorney admitted in D.C.*<br><br>Andrew J. Rossman (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com |

*Counsel for Petitioner*