# EXHIBIT A

10/10/25, 1:03 PM                Sam Okudzeto Ablakwa on X: "Ghana is not accepting Abrego Garcia. He cannot be deported to Ghana. This has been directly an…

Case 8:25-cv-02780-PX     Document 49-1     Filed 10/10/25     Page 2 of 3

**Sam Okudzeto Ablakwa**
@S_OkudzetoAblak

Ghana is not accepting Abrego Garcia.

He cannot be deported to Ghana.

This has been directly and unambiguously conveyed to US authorities.

In my interactions with US officials, I made clear that our understanding to accept a limited number of non-criminal West Africans, purely on the grounds of African solidarity and humanitarian principles would not be expanded.

Ghana strongly objects to these misleading media reports.



10/10/25, 1:03 PM  Sam Okudzeto Ablakwa on X: "Ghana is not accepting Abrego Garcia. He cannot be deported to Ghana. This has been directly an…

Case 8:25-cv-02780-PX   Document 49-1   Filed 10/10/25   Page 3 of 3

💬 127    ↻ 458    ♡ 1.3K    🔖 90    ↥

Don't miss what's happening
People on X are the first to know.

Log in    Sign up