```
 1                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                         GREENBELT DIVISION

 3   _____
                                        )
     KILMAR ARMANDO ABREGO GARCIA,       )
 4                                       )
          Petitioner,                    )
 5                                       )Civil Case Number
                    vs.                  )8:25-cv-02780-PX
 6                                       )
     KRISTI NOEM, et al.,                )
 7                                       )
          Respondents.                   )
 8   _____)

 9                TRANSCRIPT OF EVIDENTIARY HEARING
                   BEFORE THE HONORABLE PAULA XINIS
10                UNITED STATES DISTRICT COURT JUDGE
                 FRIDAY, OCTOBER 10, 2025, AT 11:09 A.M.
11
     APPEARANCES:
12
     On Behalf of the Petitioner:
13
          BY:  ANDREW ROSSMAN, ESQUIRE
14               SASCHA RAND, ESQUIRE
          QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
15        295 5th Avenue
          New York, NY  10016
16        (212)849-7000

17        BY:  JONATHAN COOPER, ESQUIRE
               OLIVIA HORTON, ESQUIRE
18             NITHYA PATHALAM, ESQUIRE
          QUINN, EMANUEL, URQUHART & SULLIVAN, LLC
19        1300 I Street NW
          Suite 900
20        Washington, DC  20005
          (617)712-7165
21
          BY:  SIMON SANDOVAL-MOSHENBERG, ESQUIRE
22        MURRAY OSORIO
          4103 Chain Bridge Road, Suite 300
23        Fairfax, VA  22030
          (434)218-9376

24

25        ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPED NOTES***
```

```
 1   APPEARANCES CONTINUED:

 2   On Behalf of the Respondents:

 3        BY:  JONATHAN GUYNN, ESQUIRE
               DREW ENSIGN, ESQUIRE
 4             BRIDGET O'HICKEY, ESQUIRE
          DEPUTY ASSISTANT ATTORNEY GENERAL
 5        CIVIL DIVISION, DEPARTMENT OF JUSTICE
          950 Pennsylvania Avenue NW
 6        Washington, DC  20530
          (202)353-0261
 7
          BY:  ERNESTO H. MOLINA, JR., ESQUIRE
 8        OFFICE OF IMMIGRATION LITIGATION
          P.O. Box 878
 9        Ben Franklin Station
          Washington, DC  20044
10        (202)616-9344

11   ALSO PRESENT:   John Schultz

12        ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPED NOTES***

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2    RESPONDENT WITNESSES:                        PAGE

 3    TESTIMONY OF JOHN SCHULTZ

 4        Direct by Mr. Guynn                      12
          Cross by Mr. Rand                        40
 5        Redirect by Mr. Guynn                    162

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S

 2        (Court called to order.)

 3            DEPUTY CLERK:  All rise.  The United States District

 4   Court for the District of Maryland is now in session.  The

 5   Honorable Paula Xinis presiding.

 6            THE COURT:  Good morning, everyone.  You all can have

 7   a seat.

 8        Mr. Ulander?

 9            DEPUTY CLERK:  The matter now pending before the

10   court is Civil Action Number PX25-2780, Kilmar Armando Abrego

11   Garcia v. Secretary Kristi Noem, et al.  The matter comes

12   before this court for an evidentiary hearing.

13        Counsel, please identify yourselves for the record.

14            MR. ROSSMAN:  Good morning, Your Honor.  Andrew

15   Rossman for the petitioner.

16            MR. SANDOVAL-MOSHENBERG:  Simon Sandoval-Moshenberg.

17   Good morning.

18            MR. COOPER:  Jonathan Cooper for petitioner.  Good

19   morning.

20            MR. RAND:  Good morning, Your Honor.  Sascha Rand for

21   petitioner.

22            MS. PATHALAM:  Good morning.  Nithya Pathalam for

23   petitioner.

24            MS. HORTON:  Olivia Horton for petitioner.

25            THE COURT:  We have to get you all a second table.
```

1          **MR. GUYNN:**  Good morning, Your Honor.  Jonathan Guynn

2    for the respondents.

3          **MS. O'HICKEY:**  Good morning, Your Honor.  Bridget

4    O'Hickey for respondents.

5          **MR. ENSIGN:**  Good morning, Your Honor.  Drew Ensign

6    for respondents.

7          **MR. MOLINA:**  Good morning, Your Honor.  Ernesto

8    Molina for the respondents.

9          **THE COURT:**  Okay.  And who else is at counsel table?

10          **MR. SCHULTZ:**  Good morning, Your Honor.  John

11    Schultz.

12          **THE COURT:**  Okay.  And you are the witness for today;

13    is that right?

14          **MR. SCHULTZ:**  Yes, ma'am.

15          **THE COURT:**  Okay.  I have a preliminary issue that I

16    want to discuss with counsel only at the bench.  My suggestion

17    would be that you choose counsel who will be examining the

18    witness and maybe one other trusted confidant so we don't have

19    12 people at the bench, and every -- all other counsel can

20    listen with the earphones.

21      Mr. Schultz, I'd ask you not to wear earphones, though,

22    because it may involve your testimony.

23      Okay.  Thank you.

24      (A bench conference was held on the record as detailed

25    below:)

1          **THE COURT:**  Okay.  I need one of you here and one of

2    you here.  Okay.

3        Mr. Rand, you're doing the -- okay.

4        All right.  I've been told by Mr. Ulander that there are

5    two documents that the respondents wish to have sealed and the

6    testimony related to it sealed; is that right?

7          **MR. GUYNN:**  That's correct.

8          **THE COURT:**  Okay.  And one of them appears to be a

9    May 2025 agreement between the government of Eswatini and the

10   United States with respect to accepting noncitizens for

11   third-country removal; is that right?

12         **MR. GUYNN:**  That's right.

13         **THE COURT:**  Okay.  And that's the one that's marked

14   575 on the lower -- and the other is marked 93.  And that

15   appears to be an October 4, 2025, Secretary of State letter or

16   Deputy Secretary of State letter -- Deputy Secretary of State

17   Landau writing to Acting Director Lyons.  Yes?

18       (Brief interruption.)

19         **THE COURT:**  Thank you, Mr. Ulander.

20       Which I'm going to, for shorthand, call "the assurances

21   letter," that the State Department has assured itself that

22   individuals who are removed to Eswatini will not be subject to

23   torture or persecution under the Convention Against Torture.

24       Have I accurately --

25         **MR. SANDOVAL-MOSHENBERG:**  You have.

1          **MR. GUYNN:**  You have.

2          **THE COURT:**  Okay.  Here's my question:  Other than

3    taking judicial notice of the fact of these two documents exist

4    and when they are executed, what else do we need to do with

5    this witness such that you would want it to be protected?

6        Because I'm trying to streamline this --

7          **MR. GUYNN:**  Sure.

8          **THE COURT:**  -- and I do not want -- I want as little

9    to be under seal as possible.

10          **MR. GUYNN:**  I understand.  Well, we would like to

11    present -- we would like you -- if you need any additional

12    context for these documents, if you have any questions about

13    their content, how they relate to the efforts to remove

14    Mr. Abrego Garcia to Eswatini --

15          **THE COURT:**  Well, they're general; they're not

16    specific to Mr. Abrego.  Right?

17          **MR. GUYNN:**  Well, how they're being used in the

18    efforts to do so.  I'd like to be able to have the witness

19    explain that to you.

20          **THE COURT:**  Okay.  Well, that -- we'll see.

21        And is -- my understanding is that you're going to assert

22    the state secrets privilege?

23          **MR. GUYNN:**  No, Your Honor, we're not going to assert

24    the state secrets privilege.

25          **THE COURT:**  Okay.  What are you -- why are you asking

1  for these to be under seal?

2       **MR. GUYNN:**  So this is just below -- from the State

3  Department's respect, the way they explained it to me is these

4  are not classified.  These are not state secret documents in

5  their view, but they're highly, highly sensitive.

6       **THE COURT:**  Okay.

7       **MR. GUYNN:**  So just as the Court would seal this room

8  to -- for testimony about trade secrets, sensitive competitive

9  or business information, to protect the privacy of minors from

10  embarrassment, the interests of the State Department has are

11  just as -- at least as weighty as those issues.

12       **THE COURT:**  Can I ask a question, though?  You're

13  claiming privilege as to the fact of, are you?

14       **MR. GUYNN:**  No.

15       **THE COURT:**  The fact that there is an agreement?

16       **MR. GUYNN:**  No.

17       **THE COURT:**  And it was struck in May of 2025, or the

18  fact that on October 4, this -- the State Department received

19  such assurance?

20       **MR. GUYNN:**  You're correct.  We're not asserting the

21  privilege or protection over those facts.

22       **THE COURT:**  All right.  So then I think we take it

23  step by step.  I -- I will take judicial notice of these

24  documents.  I don't think the devil is in the details of what

25  the content of these documents are.

1        But beyond that, I leave it up to counsel as to how far
2  you think you need to go.  And if there -- with the heavy
3  advisory opinion that you not wade into what you think is --
4  needs to be under seal unless you absolutely have to.
5        And same with the defense.  I'm not quite sure beyond the
6  fact of what you all are going to need because they're not
7  specific to Abrego, if that makes sense.
8        Now, mechanically, do you wish for me to simply, for now,
9  accept these two exhibits under seal, and I'll say you got to
10 brief it.
11          **MR. GUYNN:**  Sure.
12          **THE COURT:**  Like, if you really want them under seal,
13 just write me a letter pleading --
14          **MR. GUYNN:**  We can do that.
15          **THE COURT:**  -- within 24 hours.  Get me a letter
16 pleading.
17       And then, petitioners, you can respond.
18       That will -- you know, that will put us at early next
19 week.  I'm not going to be issuing a decision from the bench in
20 any event.
21       Does that make sense?
22          **MR. RAND:**  No objection, Your Honor.  I only point
23 out to the Court that, depending on what the government uses
24 them for, there may be a need to delve in by the petitioner.
25 But that will be sometime in the afternoon.  And of course we

1    won't if we don't think we have to.

2         **THE COURT:**  Okay.  All right.  That makes sense.  And

3    then we can take a break so that the whole world isn't watching

4    us, and you can tell me how mechanically we should do this.

5        Fair enough?

6         **MR. RAND:**  Fair enough.

7         **THE COURT:**  So I'm going to provisionally accept --

8    how do you want to label these?  Government's 1 and 2 or --

9         **MR. GUYNN:**  I can go and mark them Government's 1 and

10   2, and then I can bring them back to you.

11        **THE COURT:**  Great.  So I'll accept them.  They're

12   admitted as Government's 1, agreement in May; 2, State

13   Department letter.  And we'll take it from there in terms of

14   the testimony.

15       Anything else that we need to talk about under seal?

16        **MR. RAND:**  We discussed, and we believe this should

17   be the only issue, hopefully, that Your Honor will have to deal

18   with in this regard.

19        **THE COURT:**  Okay.

20        **MR. GUYNN:**  Yeah.

21        **MR. RAND:**  I'm hopeful.

22        **MR. GUYNN:**  I mean, I'll have to insert objections as

23   they come up, but I'm also hopeful there won't be any ancillary

24   issues.

25        **THE COURT:**  Okay.  What we can do is if you can

1  segregate your direct or cross so that, if we have to do any of

2  it under seal, we can literally just break it out, that would

3  be great.

4          **MR. RAND:**  I am planning to compartmentalize this for

5  later so that it would fit into a -- around a break, if

6  necessary.

7          **THE COURT:**  Perfect.  All right.  Thank you both.

8          **MR. GUYNN:**  Would you like me to mark this?

9          **THE COURT:**  Yes, please.

10         **MR. RAND:**  Thank you, Your Honor.

11    (The bench conference concluded and proceedings resumed as

12  follows:)

13         **THE COURT:**  All right.  Thank you all for your

14  patience.  Very much appreciate it.

15    Respondents, you have designated one witness, who is

16  Mr. Schultz.  So whenever you're ready, you can call him.

17         **MR. GUYNN:**  Okay.  Let me just -- Your Honor, I'm

18  just going to mark these exhibits real quick, and then I'll do

19  that.

20         **THE COURT:**  Okay.  Sure.

21         **MR. GUYNN:**  Your Honor, may I approach?

22         **THE COURT:**  You may.

23    Okay.

24         **MR. GUYNN:**  Your Honor, respondents call John

25  Schultz.

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1              THE COURT:  Okay.

2              DEPUTY CLERK:  Please raise your right hand.

3                            JOHN SCHULTZ

4    having been first duly sworn, was examined and testified as

5    follows:

6              THE WITNESS:  I do.

7              DEPUTY CLERK:  Thank you.  You may be seated.

8         Please speak loudly, closely, and clearly into the

9    microphone.  State your full name for the record and spell both

10   your first and last name.

11             THE WITNESS:  John Schultz, J-O-H-N, S-C-H-U-L-T-Z.

12             DEPUTY CLERK:  Thank you.

13             THE COURT:  Whenever you're ready, Mr. Guynn.

14                       **DIRECT EXAMINATION**

15   BY MR. GUYNN:

16   **Q.**   Good morning, Mr. Schultz.  Where are you currently

17   employed?

18   **A.**   I'm currently employed with -- in Department of Homeland

19   Security, Immigration Customs Enforcement, Enforcement Removal

20   Operations.

21             DEPUTY CLERK:  Mr. Schultz, could you just get a

22   little bit closer to the microphone.

23             MR. GUYNN:  Do you need him to repeat that?

24   BY MR. GUYNN:

25   **Q.**   Is the acronym, ERO, does that refer to enforcement and

13

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  removal operations?

2  **A.**   Yes, it does.

3  **Q.**   What position do you currently hold with ICE?

4  **A.**   I'm a deputy assistant director.

5  **Q.**   And can you be more specific about your position?

6  **A.**   I'm a deputy assistant director for removal.

7  **Q.**   And is that with ERO?

8  **A.**   Yes, with ERO.

9  **Q.**   And is ERO a component of ICE?

10 **A.**   It is.

11 **Q.**   How long have you worked with ICE?

12 **A.**   I've worked with ICE since April 2003.

13 **Q.**   How long have you been serving as a deputy assistant

14 director of removal management at ERO?

15 **A.**   In my current role, since June 2024.

16 **Q.**   And what are your responsibilities in that role?

17 **A.**   I manage the -- the portfolio for half the world; removing

18 aliens to their country, to third countries; adjudicating

19 postorder custody reviews; working with the Department of State

20 and foreign governments to fulfill ERO's mission of removing

21 individuals who have been ordered removed from the United

22 States.

23 **Q.**   Prior to your time serving as the deputy assistant

24 director of removal management at ERO, what was your previous

25 position at ICE?

14

**DIRECT OF JOHN SCHULTZ BY MR. GUYNN**

1   **A.**   I was an assistant attaché in Mexico City.

2   **Q.**   And from when to when were you serving in that position?

3   **A.**   I -- from January 2023 until June 2024.

4   **Q.**   And what were your responsibilities when you were serving

5   as the assistant attaché in Mexico?

6   **A.**   I worked to facilitate removals from United States to

7   Mexico, to include a resumption of interior flights to southern

8   Mexico, and I -- working with the Mexican government to

9   identify Mexican nationals who have fled the United States for

10  safe harbor, to bring them back to justice if they were out of

11  immigration status.

12  **Q.**   What role did you have prior to serving as the assistant

13  attaché in Mexico?

14  **A.**   I was the assistant attaché in Frankfurt, Germany.

15  **Q.**   And what were your responsibilities in that role?

16  **A.**   There, I worked to facilitate the transit of aliens from

17  the United States through Frankfurt to other countries in

18  Europe and Africa.

19      Additionally, I worked with the government of Germany to

20  identify ways -- better ways to train our officers who are

21  conducting escorted removals.

22  **Q.**   Prior to serving as the assistant attaché in Germany, what

23  role did you have with ICE?

24  **A.**   I was the deputy assistant director for removal management

25  division.

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  **Q.**   Can you explain the responsibilities that you had in that

2  role at that time?

3  **A.**   It was the same responsibilities that I have now.  So I

4  advise the field on postorder custody reviews.  I work with

5  foreign governments and the Department of State to facilitate

6  the removals of aliens from the United States.

7          **THE COURT:**  Sir, could you do me a favor?  Could you

8  slow down just a little bit.  I'm learning this for the first

9  time.  And so it would be great.

10      Could you repeat your answer.

11         **THE WITNESS:**  Yes, Your Honor.

12         **THE COURT:**  Okay.  Thanks.

13         **THE WITNESS:**  So in my previous time as a deputy

14  assistant director, I worked with foreign governments and

15  other -- and the Department of State to further gain

16  cooperation with our removal effort.  I adjudicated postorder

17  custody reviews for aliens who were in ICE detention post 180

18  days.

19      And I also worked to facilitate getting travel documents

20  for foreign governments by meeting with them on a regular

21  basis.

22  **BY MR. GUYNN:**

23  **Q.**   And what was your role at ICE prior to serving as the

24  deputy assistant director for removal management at ERO?

25  **A.**   Prior to that, I was a unit chief over the removal and

1  international operations unit.

2  **Q.**   And can you tell us your responsibilities in that role?

3  **A.**   In that role, it very similar to the DAD, deputy assistant

4  director, except it was one rung lower.  So I did the same

5  duties.  I managed my staff of about eight people trying to get

6  travel documents to remove aliens from the United States.

7       We adjudicated -- we adjudicated postorder custody

8  reviews, and we met with the Department of State and foreign

9  governments to facilitate and further our cooperation levels on

10  removals.

11  **Q.**   What was your role at ICE prior to serving as the unit

12  chief in removal in international operations?

13  **A.**   I was the assistant attaché in Beijing, China.

14  **Q.**   And can you explain what your responsibilities were in

15  that role?

16  **A.**   In that role, I was focused on getting travel documents

17  from the Chinese government to facilitate the removal of

18  Chinese nationals from the United States.

19  **Q.**   Prior to serving as the attaché in China -- the assistant

20  attaché in China, what was your role in ICE?

21  **A.**   I was the assistant field office director in the San Diego

22  field office.

23  **Q.**   Can you explain what your responsibilities were in that

24  role?

25  **A.**   So as the assistant field office director, I had oversight

**DIRECT OF JOHN SCHULTZ BY MR. GUYNN**

1  of the staging -- staging the unit, which had a less than

2  24-hour holding cell.  We also -- I managed the juvenile

3  section so we -- dealing with the arrest and removal of

4  juveniles or family units.

5       I also managed the training unit, and that would deal with

6  training officers in the field office.

7       Additionally, I supervised the nondetained unit, and that

8  covered aliens who were coming in to -- reporting in while not

9  detained.

10 **Q.**   And what was your role with ICE prior to serving as the

11 assistant field office director in San Diego?

12 **A.**   Prior to that, I was a senior advisor to the ICE director.

13 **Q.**   Can you explain what your responsibilities were in that

14 role?

15 **A.**   So in that role, I -- I advised on anything that was

16 related to enforcement removal operations, ERO.

17      Additionally, I worked with -- with senior counsel there

18 to expand some programs that Homeland Security Investigations

19 had regarding I-9 verifications in the workplace.

20 **Q.**   Prior to serving as a senior advisor, what was your role

21 at ICE?

22 **A.**   I was the acting chief of staff for enforcement removal

23 operations.

24 **Q.**   And what were your responsibilities as acting chief of

25 staff?

1  **A.**    The -- my responsibilities were to manage the director's

2  office, advise the director on important information that was

3  coming in and also redirect information that the director did

4  not need to have sent his way.

5  **Q.**    And then I understand, Mr. Schultz, that that -- what was

6  the time that you were in that last role as acting chief of

7  staff at ERO?

8  **A.**    So that was -- it was 2011 to 2009.

9  **Q.**    Okay.  And what role -- you mentioned earlier that you

10 joined ICE in 2003.  What were your roles and responsibilities

11 from 2003 to 2009?

12 **A.**    So I was initially hired as a deportation officer in New

13 Jersey.  And then I transferred to Kansas City as a deportation

14 officer, then to headquarters as a detention deportation

15 officer.

16      So as a deportation officer in the field, I was

17 responsible -- I worked on the future of operations team, which

18 was tasked with reducing the backlog of final order aliens in

19 the United States.  So we identified and worked up cases and

20 leads and tried to arrest individuals.

21      Additionally, I worked a detained docket, which is

22 managing the cases of aliens who are in ICE custody.  I worked

23 on the travel unit, which was scheduling removals for aliens.

24 And I also worked on the nondetained unit, which is, again, the

25 aliens who are not in ICE custody, who could be preorder,

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1 postorder, have some kind of benefit, but they are reporting

2 in.

3     And I briefly worked in the CAP unit, which is trying to

4 identify aliens who are in state or federal custody to

5 determine if they're amenable to removal.

6 **Q.**   And prior to joining ICE in 2003, where were you employed?

7 **A.**   So immediately prior to ICE, I was in the port police

8 academy.

9 **Q.**   And what about right before that?

10 **A.**   Before that, I was in the New York City Police Department.

11 **Q.**   And were you a -- when did you join the New York Police

12 Department?

13 **A.**   I joined in September of 2000.

14 **Q.**   So were you serving as a NYPD officer on 9/11?

15 **A.**   I was.

16 **Q.**   Mr. Schultz, what's your understanding of Mr. Abrego

17 Garcia's immigration status?

18 **A.**   My understanding is that he's been ordered removed from

19 the United States and has been granted withholding of removal

20 to El Salvador.

21 **Q.**   What is your understanding, if any, of how an immigration

22 judge ruled on Mr. Abrego Garcia's motion to reopen his

23 immigration proceedings?

24 **A.**   My understanding is that it was denied.

25 **Q.**   What's your understanding, if any, of how the immigration

**DIRECT OF JOHN SCHULTZ BY MR. GUYNN**

1  judge ruled on Mr. Abrego Garcia's August 25th, 2025, emergency

2  motion to stay removal?

3  **A.**   It's my understanding that it was denied.

4  **Q.**   Mr. Schultz, if Mr. Abrego Garcia has an order of removal

5  and his motions to reopen and get a stay from an immigration

6  judge have been denied, what is your understanding as to why

7  Mr. Abrego Garcia has not been removed pursuant to his removal

8  order?

9  **A.**   It's my understanding that there's an injunction in the

10  case preventing ERO from removing him.

11  **Q.**   Do you know of any other -- do you know when the Court

12  will dissolve the injunction?

13  **A.**   I do not know.

14  **Q.**   Mr. Schultz, I want to ask you about the steps ICE has

15  already taken to effectuate Mr. Abrego Garcia's removal from

16  the United States if the Court dissolves the injunction.

17      Mr. Schultz, when did ICE take Mr. Abrego Garcia into

18  custody after he was -- after he returned to the United States?

19  **A.**   August 25th.

20  **Q.**   All right.  So for temporal framing purposes, I just want

21  you to understand that I'm asking questions about the steps ICE

22  has taken to remove Abrego Garcia in connection with this

23  period of ICE detention that you just mentioned.

24  **A.**   Okay.

25  **Q.**   Since taking Mr. Abrego Garcia in custody at the end of

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  August, what potential countries have ICE and the Department of

2  State identified for Mr. Abrego Garcia's removal?

3  **A.**    Uganda, Eswatini.  And I know there's been discussions

4  with some other countries.

5  **Q.**    Did ICE provide notice that it planned to remove

6  Mr. Abrego Garcia to Uganda?

7  **A.**    Yes, it did.

8  **Q.**    When did ICE provide notice that it planned to remove

9  Mr. Abrego Garcia to Uganda?

10  **A.**    On August 23rd.

11  **Q.**    Of this year?

12  **A.**    Yeah.  August 23rd, 2025.

13  **Q.**    What, if any, understanding do you have of Mr. Abrego

14  Garcia's response to receiving notice that ICE was taking steps

15  to remove him to Uganda?

16  **A.**    My understanding is that he claimed fear to Uganda.

17  **Q.**    Fear of what?

18  **A.**    Fear of persecution.

19  **Q.**    After Mr. Abrego Garcia expressed fear of persecution if

20  removed to Uganda, what's your understanding of what the United

21  States did next to try and effectuate his removal from the

22  United States?

23  **A.**    We went to -- my understanding is that we asked the

24  department -- Department of State to look into other countries.

25  **Q.**    And did they identify another country?

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  **A.**    They identified Eswatini.

2  **Q.**    When did -- or did ICE provide notice to Mr. Abrego Garcia

3  that the -- that ICE had identified Eswatini as a potential

4  country for his removal?

5  **A.**    Yes.  On September 5th, 2025.

6  **Q.**    What, if any, is your understanding of how Mr. Abrego

7  Garcia responded to receiving notice that ICE was taking steps

8  to remove him to Eswatini?

9  **A.**    I'm not aware of any from that e-mail notification.

10 **Q.**    Well, do you know if he expressed any concerns about being

11 removed to Eswatini?

12 **A.**    I believe he did.

13 **Q.**    Do you know what those concerns were?

14 **A.**    I do not.

15 **Q.**    Do you know if he expressed a fear of -- that he would be

16 persecuted and tortured if he was removed to Eswatini?

17 **A.**    I know he expressed a fear.

18 **Q.**    Is it your understanding that, in connection with his

19 motion to reopen immigration court, Mr. Abrego Garcia claimed

20 that he feared persecution or torture from every South American

21 country except Guyana and Surinam?

22 **A.**    Yes.

23 **Q.**    Is it your understanding that, in connection with his

24 motion to reopen immigration court, Mr. Abrego Garcia claimed

25 that he feared persecution and torture in every single Central

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  American country, including Costa Rica?

2  **A.**   Yes.

3  **Q.**   What, if any, agreements exist between the United States

4  and Eswatini regarding third-country removals?

5  **A.**   There's a memorandum of understanding between the

6  government of Eswatini and the government of the United States.

7  **Q.**   What, if any, is your understanding of assurances that the

8  government of Eswatini has made to the State Department about

9  how aliens who are removed to Eswatini will be treated if they

10 are deported under the MOU?

11            **MR. RAND:**  Objection, Your Honor.  Foundation.

12            **THE COURT:**  Can you lay the foundation.

13 **BY MR. GUYNN:**

14 **Q.**   Have you reviewed the memorandum of understanding between

15 the United States and Eswatini?

16 **A.**   I have.

17 **Q.**   What's your understanding, Mr. Schultz, of the

18 representations and the assurances that Eswatini has made to

19 the United States about how aliens removed to Eswatini under

20 the memorandum of understanding will be treated once they

21 arrive in Eswatini?

22 **A.**   It's my understanding from reviewing the MOU that they

23 will -- they will be safe from torture or refoulement or

24 persecution.  I don't remember the statutes that are cited

25 within the agreement, but that's what I recall.

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  **Q.**   Do you recall if one of them was a Convention Against

2  Torture?

3  **A.**   Yes.

4  **Q.**   Mr. Schultz, what, if any, understanding do you have about

5  the State Department's assessment about the credibility of

6  those assurances that were provided by Eswatini?

7  **A.**   I know that the State Department has deemed the assurances

8  to be credible and has notified ICE of this.

9          **MR. RAND:**  Objection, Your Honor.  Foundation.

10         **THE COURT:**  Can you lay the foundation.

11         **MR. GUYNN:**  Well, he already answered the question.

12         **THE COURT:**  What's that?  No.  Can you lay the

13  foundation as well just so it's clear.

14  **BY MR. GUYNN:**

15  **Q.**   Are you aware of any -- of any letters that were sent by

16  the Department of State regarding the MOU to ICE?

17  **A.**   Yes, I am.

18  **Q.**   Are you aware of an October 4th, 2025, letter being sent

19  from the Department of State to ICE about this topic?

20  **A.**   Yes.  I have seen the letter from the department --

21         **MR. RAND:**  Objection, Your Honor.  Hearsay and

22  foundation.

23         **THE COURT:**  Overruled.  Go ahead.

24  **BY MR. GUYNN:**

25  **Q.**   Have you reviewed the letter?

DIRECT OF JOHN SCHULTZ BY MR. GUYNN

1   **A.**    I've reviewed the letter.

2               **THE COURT:**  Just so I'm clear, sir, is that the basis

3   for your testimony regarding the assurances that the State

4   Department has received?

5               **THE WITNESS:**  Yes, ma'am.

6               **THE COURT:**  Is there anything else that you base that

7   testimony on?

8               **THE WITNESS:**  No, ma'am.

9               **THE COURT:**  Okay.  Thank you.

10  **BY MR. GUYNN:**

11  **Q.**    Mr. Schultz, has ICE previously removed aliens to Eswatini

12  under that MOU that you just described?

13  **A.**    Yes, we have.

14  **Q.**    Has Eswatini agreed to receive Mr. Abrego Garcia under

15  this MOU if the Court dissolves the injunction and ICE is

16  permitted to remove him?

17              **MR. RAND:**  Objection, Your Honor.  Foundation.

18              **THE COURT:**  Can you lay the foundation first and --

19  in terms of this witness's familiarity with Mr. Abrego Garcia's

20  case specifically.

21  **BY MR. GUYNN:**

22  **Q.**    Well, Mr. Schultz, have you communicated with individuals

23  in ICE about Abrego Garcia's case?

24  **A.**    I have.

25  **Q.**    Have you had an opportunity to inform yourself about his

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  case and the options that ICE is considering to remove him to

2  third countries?

3  **A.**   Yes.

4  **Q.**   Have you also had an opportunity to receive information

5  from the State Department about the conversations that it has

6  had with third countries about potential removal of Abrego

7  Garcia from the United States?

8  **A.**   Yes, I have.

9  **Q.**   Has Eswatini agreed to receive Mr. Abrego Garcia under

10  this -- under the MOU that you just described if the Court

11  dissolves the injunction and ICE is permitted to remove him.

12         **MR. RAND:**  Objection, Your Honor.  Connection not

13  established.  Foundation.

14         **THE COURT:**  Can you all approach?  Just the attorneys

15  handling the witness.

16    (A bench conference was held on the record as detailed

17  below:)

18         **THE COURT:**  All right.  Is the -- is the objection

19  that this is really nonspecific in terms of who, what, when,

20  and where?

21         **MR. RAND:**  Yes, Your Honor.  And if the witness is

22  testifying about conversations he's had or it's from personal

23  knowledge, I can't tell from the testimony what the basis is.

24         **THE COURT:**  So we can do this one of two ways.  He

25  gets it out and Mr. Rand spends an hour examining him on who,

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1    what, when, and where; or you give a little more meat on the

2    bones and I can establish whether there's true foundation.

3           **MR. GUYNN:**  So you want me to -- so to establish that

4    foundation, you -- you would like me to say who at the State

5    Department?

6           **THE COURT:**  And what and when and where because right

7    now it's just very vague.  "I had some talks."  And I don't

8    know anything more about it.

9           **MR. GUYNN:**  Sure.  I understand.

10          **THE COURT:**  So I'll sustain the objection.  And it

11   sounds like Mr. Guynn will go there and hopefully that will

12   resolve the matter.  Okay.

13          **MR. RAND:**  Thank you, Your Honor.

14      (The bench conference concluded and proceedings resumed as

15   follows:)

16   **BY MR. GUYNN:**

17   **Q.**   Mr. Schultz, can you provide me the names of the

18   individual or individuals at the Department of State who have

19   communicated to you about their efforts to find a host country

20   for Mr. Abrego Garcia?

21   **A.**   I can -- I spoke to Sean Mirski two days ago.  I don't

22   recall -- I don't recall the name of the individual I spoke to

23   this morning.

24   **Q.**   Do you recall if you spoke to an individual named Carl

25   Anderson?

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1    **A.**    Yes, that's the name.

2    **Q.**    And what was -- what was the general subject matter of

3    your conversation with Mr. Mirski?

4    **A.**    The subject matter with Mr. Mirski was had we had

5    discussions with Eswatini regarding Mr. Abrego Garcia.

6    **Q.**    And what was the high-level subject matter of your

7    discussion with Mr. Anderson?

8    **A.**    That -- that at that point we hadn't had discussion.  We

9    hadn't had -- in -- a discussion at that time.

10            **THE COURT:**  I'm sorry.  Your conversation with

11   Mr. Anderson was that United States has not had a discussion

12   with Eswatini regarding Abrego Garcia?

13            **THE WITNESS:**  No, Your Honor.

14            **THE COURT:**  Okay.

15            **THE WITNESS:**  It was with Mr. Mirski two days ago on

16   Wednesday, Wednesday morning, about the immediate case right

17   now.  It seemed at that point that they hadn't pursued --

18   **BY MR. GUYNN:**

19   **Q.**    Well, wait.  Just the general subject matter --

20            **THE COURT:**  Well, hold on.  Let him answer the

21   question.

22            **THE WITNESS:**  They had not pursued further discussion

23   with Eswatini.

24            **THE COURT:**  That's what Mr. Mirski told you on

25   Wednesday.

 1            THE WITNESS:  That they hadn't.

 2            THE COURT:  They had not.  And now with Mr. Anderson,

 3   that was this morning?

 4            THE WITNESS:  Yes, ma'am.

 5            THE COURT:  And what did you learn?

 6            THE WITNESS:  Sure.  That discussions are ongoing

 7   with Eswatini.

 8            THE COURT:  Okay.  Anything more specific than that?

 9            THE WITNESS:  That we've had initial conversations

10   with Eswatini and that we haven't gotten to -- we haven't

11   gotten to a yes, but their -- their discussions are continuing.

12            THE COURT:  Got it.  Okay.  Thank you.

13       Go ahead, Mr. Guynn.

14            MR. GUYNN:  Okay.

15   BY MR. GUYNN:

16   Q.   Well, has Eswatini agreed to receive Mr. Abrego Garcia

17   under this MOU if the Court dissolves the injunction and ICE is

18   permitted to remove him?

19            MR. RAND:  Objection, Your Honor.  Asked and

20   answered.

21            THE COURT:  Well, he can answer his question.

22            THE WITNESS:  Not at this time.

23   BY MR. GUYNN:

24   Q.   Are those discussions ongoing?

25   A.   The discussions are ongoing.

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  **Q.**   Under the MOU, what does ICE or the Department of State do

2  to confirm whether Eswatini approves an alien's removal to

3  Eswatini?

4  **A.**   It's my understanding that final approval is gained by

5  sending a manifest of individuals to be removed over to

6  Eswatini.

7  **Q.**   Is there anything else the Department of State can do to

8  discuss potential removal of aliens to Eswatini?

9         **MR. RAND:**  Objection, Your Honor.  Foundation.  Lack

10  of competence.

11         **THE COURT:**  Okay.  Can you lay the foundation.

12         **MR. GUYNN:**  I mean, he said he talked to Mr. Mirski

13  about it.

14         **THE COURT:**  Is that it?  Is that it?

15     Well, you're not testifying, Mr. Guynn.  The gentleman is.

16  **BY MR. GUYNN:**

17  **Q.**   In your conversations with Mr. Mirski or Mr. Anderson, did

18  the topic of additional ways that the Department of State

19  interacts with Eswatini about potential removal of aliens, is

20  that a topic you discussed with them?

21  **A.**   Yes.

22  **Q.**   So what are some other things that ICE and the Department

23  of State can do besides sending a manifest to -- strike that.

24     What are some other ways the Department of State can

25  interact with Eswatini in its attempt to discuss the potential

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  removal of an alien to Eswatini?

2  **A.**    They would send a cable or a diplomatic note over to

3  Eswatini.

4  **Q.**    What if -- so you mentioned earlier that some aliens have

5  been removed to Eswatini under the MOU.  What, if any, is your

6  understanding about the criminal history of some of the aliens

7  that the U.S. removed to Eswatini under the MOU?

8  **A.**    My understanding is that they were all criminals.

9  **Q.**    Did Eswatini refuse to take any of the aliens that were

10  included on the prior manifest?

11  **A.**    No.

12  **Q.**    Based on ICE's prior experience with third-party removals

13  to Eswatini under the MOU, does ICE think that Eswatini will

14  approve Mr. Abrego Garcia's removal to Eswatini?

15          **MR. RAND:**  Objection, Your Honor.  Outside the scope.

16  Competence.

17          **THE COURT:**  Sustained.  Sustained.  Sustained.

18  **BY MR. GUYNN:**

19  **Q.**    Prior to removing Abrego Garcia to Eswatini, is the U.S.

20  planning to perform an assessment of his claim that he fears

21  that he'll be persecuted or tortured if removed to Eswatini?

22  **A.**    Yes, we do.

23  **Q.**    If the Court dissolves the injunction, what, if any, is

24  your understanding of the U.S.'s plan to remove Abrego Garcia

25  to Eswatini?

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  **A.**    If the injunction is dissolved and Eswatini accepts him

2  and the fear is adjudicated, then we will remove him to

3  Eswatini.

4  **Q.**    Mr. Schultz, I want to ask you some additional steps -- if

5  there's any additional steps the U.S. has taken or could take

6  to remove Abrego Garcia if the Court dissolves its injunction.

7       What, if any, is your understanding of the Department of

8  State's efforts to find additional host countries for

9  Mr. Abrego Garcia if the plan to remove him to Eswatini does

10 not succeed?

11 **A.**    I understand that they are also in discussions with Ghana.

12 **Q.**    Has the U.S. identified Ghana as the country where it will

13 attempt to remove Mr. Abrego Garcia?

14 **A.**    Not at this time.

15 **Q.**    Do you know whether a notice was sent to Mr. Abrego Garcia

16 that he was -- that that country had been identified for his

17 removal?

18 **A.**    I understand a notice was prematurely sent to Mr. Abrego

19 Garcia.

20 **Q.**    Do you have any sense of why that -- why that notice would

21 have been sent to him prematurely like that?

22 **A.**    I believe the field office was just trying to get ahead of

23 things so that, if Ghana did say yes, removal would be quicker.

24 **Q.**    If the Court dissolved its injunction, based on prior

25 steps that ICE and the Department of State have already taken,

1    how long do you think it would take ICE to remove Mr. Abrego

2    Garcia to a third country?

3                    **MR. RAND:**  Objection, Your Honor.  Foundation.

4                    **THE COURT:**  Sustained.  Lay the foundation.

5    **BY MR. GUYNN:**

6    **Q.**    Do you have experience with removing aliens to Eswatini

7    under the MOU?

8    **A.**    Yes.

9    **Q.**    Do you have experience observing how long it takes

10   Eswatini to approve or not approve the removal of aliens under

11   the MOU -- to Eswatini under the MOU?

12   **A.**    I've been told that it's relatively quickly.

13   **Q.**    Do you have experience finding alternate third countries

14   to remove aliens if the first option falls through?

15   **A.**    The State -- we -- we ask the State Department for help

16   finding alternate third countries.

17   **Q.**    And have you been involved in alien removals where that

18   happened?

19   **A.**    I haven't been involved where a first third country fell

20   through -- well, I mean -- excuse me.

21        We -- what happened is ICE will ask the State Department

22   for assistance with third-country removals.  I don't have

23   visibility on if they ask Country A and Country A says no and

24   then they pivot to Country B.

25        The State Department may just come back and say, okay,

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  Country B is willing to accept it, and I don't have that

2  visibility on Country A.

3  **Q.**   If the Court dissolved its injunction, how confident are

4  you that ICE could remove Abrego Garcia to a third country

5  within the next few weeks or months?

6  **A.**   I'm confident once we get approval from a third country,

7  we could -- we could remove him very quickly.

8  **Q.**   How quickly?

9  **A.**   Within 72 hours.

10         **THE COURT:**   Counsel, could you all approach, please?

11      (A bench conference was held on the record as detailed

12  below:)

13         **THE COURT:**   You -- you're adding the clause "if the

14  Court dissolves the injunction" to every single question, which

15  makes it sound to the world as if it's my injunction that's

16  prohibiting you from doing your jobs.  That is totally not the

17  case.  You know it.  Your colleague knows it.  Because at every

18  status we've had in this case, this very issue has come up,

19  most specifically, when Mr. Ensign represented to this Court

20  that the reason why we needed the original briefing schedule

21  was to give DHS time -- two weeks is what was said -- for

22  Mr. Abrego Garcia to have his credible fear hearing.  Okay?

23      So I want the record to be clear, my injunction is

24  prophylactic.  At any point you could have asked me to dissolve

25  it because you were ready to move on third-country removal, and

1  you have not.  As a matter of fact, I invited you to do that.

2  I said if at any point -- I say at the last status.  I said if

3  at any point you have any issue with my injunction -- I know

4  you preserve your objection -- just file a motion, and you

5  didn't.

6      So I'm finding the way that you are phrasing these

7  questions to be improper and misleading.

8         **MR. GUYNN:**  I hear you -- I hear what you're saying,

9  Your Honor.  And I apologize.  I think there has been a

10 misunderstanding between counsel and Your Honor.

11        **THE COURT:**  Well, then you contact the Court.  You

12 moved to clarify.  That's what lawyers do.

13        **MR. GUYNN:**  Sure.

14        **THE COURT:**  Okay?

15        **MR. GUYNN:**  I understand.

16        **THE COURT:**  So now you're crystal clear on the fact

17 that that was never my intention.  As a matter of fact, I think

18 I have written it more than once that my intention was to

19 preserve the status quo, was to ensure that Mr. Abrego Garcia

20 had his credible fear hearing, that you all had the opportunity

21 to explain to the Court why what you're doing is

22 constitutional.

23     I mean, let me remind you, from the last opinion I wrote,

24 the final opinion in the case ending in 951, I said you do it

25 right, constitutionally; I will have nothing further to say.

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1    So, with that in mind, I don't -- I do not credit that you

2  had some misunderstanding, which is why in the last month you

3  haven't done anything to move Mr. Abrego Garcia, because if you

4  wanted to remove him to a third country and everything were in

5  place, what reasonably well-trained lawyers do is they ask me

6  to dissolve the injunction.  And you haven't.

7    So at this point I suggest you drop the phrase because

8  it's not moving the needle for me.  As a matter of fact, I

9  think it's hurting the situation.

10    **MR. GUYNN:**  Sure.

11    **THE COURT:**  And it sounds like we're now clear as to

12  what the scope of my ruling was.  At any point, you can ask me

13  today, to dissolve the injunction.  This gentleman just said

14  you got 72 hours on the table that you can move Mr. Abrego.

15    Is that what he's saying?

16    **MR. GUYNN:**  He's saying that if they are -- and I

17  appreciate all the clarification you just provided.  The way

18  that -- and I'm happy, Your Honor, and I 100 percent hear what

19  you're saying, and what you've said needs to be more clear, and

20  we should have asked for clarification.  And I'm going to

21  convey that, and I'm going to make that heard.  I hear what

22  you're saying.

23    That has not -- what you've just articulated has not been

24  what my clients have understood the status quo to be.  And I

25  hear what you're saying.

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1          **THE COURT:**  Let the record reflect that that's --

2   that they understand what they want to understand --

3          **MR. GUYNN:**  Their understanding.

4          **THE COURT:**  -- not what the law says.  That's why

5   they have lawyers.

6          **MR. GUYNN:**  They think that they can remove him

7   immediately, but they think that they can't do that until

8   this -- the Court's injunction is removed.  And there's been a

9   misunderstanding.

10         **THE COURT:**  No, there hasn't been a misunderstanding.

11         **MR. RAND:**  The petitioners believe there's no

12  misunderstanding.  I'll address it on cross with this witness.

13         **THE COURT:**  That's fine.  That's fine.  I wanted to,

14  in fairness to you, Mr. Guynn, because I didn't want the entire

15  line of direct to have that clause in front -- pending clause

16  in front of every single question when the Court does not view

17  it the same way.  And as a matter of fact, a number of the

18  judges in this district don't see it that way, and you know it

19  because they have been saying it for the last week or two as

20  DHS fronts -- and the U.S. Attorney's office has fronted this

21  argument.  And it's not a valid argument because at any point

22  you can ask me to modify, dissolve, end --

23         **MR. GUYNN:**  Well, then let me --

24         **THE COURT:**  -- the injunction.

25         **MR. GUYNN:**  Can I ask you this, then, Your Honor?  I

1  hear you.

2          **THE COURT:**  Yes.

3          **MR. GUYNN:**  Instead of redoing the direct, given that

4  you're my main audience here, I think that we've just gotten on

5  the record that they believe today they could spring into

6  action and remove him within 72 hours or weeks or certainly --

7          **THE COURT:**  Well, then, take your steps, but I don't

8  credit that you've been waiting all this time because of my

9  order and that you've sat mum.  You haven't asked me for a

10 clarification.

11      So you can tell your clients I do not credit it because it

12 doesn't make any sense.  The way things work in a court of law

13 is, if you believe that you can move lawfully and the only

14 thing that's standing in your way is some action that the court

15 said, "Tell me, tell me whenever you have an issue with it;

16 just come file the motion and I will consider it" and you

17 don't, that's --

18          **MR. GUYNN:**  You have --

19          **THE COURT:**  -- that's on you.

20          **MR. GUYNN:**  Your Honor, do you hear, though, that

21 there have been ongoing things that have happened in the last

22 week?

23          **THE COURT:**  We'll talk about that.  I'm not here to

24 debate that.  I'm here to let you know that I find the clause

25 in front of every question with this witness to be misleading,

*DIRECT OF JOHN SCHULTZ BY MR. GUYNN*

 1   and I wanted you to know that so that you can adjust.  And I --

 2              **MR. GUYNN:**  Sure.

 3              **THE COURT:**  And now that we're clear as to where I

 4   stand on this question, you know, you do what you need to do.

 5              **MR. GUYNN:**  Well, I just -- from me to you, I want

 6   you to know I apologize.  That was not my intention, and I will

 7   not ask a single question with that.

 8              **THE COURT:**  And then we can argue it later.

 9              **MR. GUYNN:**  Sure, sure.

10              **THE COURT:**  All right.  Very good.

11        Mr. Rand, do you have anything further?

12              **MR. RAND:**  No.  We agree with Your Honor's concern.

13   It wasn't my place to object at this moment, but I was going to

14   address it on cross.  I think it's totally disingenuous, for

15   the record.

16              **THE COURT:**  All right.  Thank you both.

17        (The bench conference concluded and proceedings resumed as

18   follows:)

19   **BY MR. GUYNN:**

20   **Q.**   Mr. Schultz, based on your 20 years of working with ICE

21   and the steps that the U.S. has taken to identify a host

22   country for Mr. Abrego Garcia, how quickly do you think that

23   ICE could remove him to a third country if -- based on all of

24   those circumstances I've just described?

25   **A.**   I think once we get approval from the third --

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **Q.**    Sorry.  I shouldn't have -- go ahead.

2  **A.**    Once we get approval from the third country, we could do

3  it quickly, operationalize the removal and have him out within

4  72 hours.

5  **Q.**    So based on your 20 years of working with ICE and those

6  steps we've just described, do you think there's a significant

7  likelihood the United States will succeed in removing him from

8  the United States?

9  **A.**    Yes, I do.

10        **MR. GUYNN:**  No further questions for right now, Your

11  Honor.

12        **THE COURT:**  Okay.  Thank you, Mr. Guynn.

13     Mr. Rand?

14        **MR. RAND:**  Court's indulgence's.  Do you happen to

15  have -- and this is not directed to Your Honor but rather Your

16  Honor's personnel -- some exhibit tabs we could use?

17        **THE COURT:**  Sure.

18        **MR. RAND:**  I apologize.  We didn't bring them with

19  us.  We can handwrite them if the Court prefers.

20        **THE COURT:**  We can get them for you.

21        **MR. RAND:**  I appreciate it.  Thank you, Your Honor.

22  Apologies.

23     With the Court's permission?

24        **THE COURT:**  Sure.

25                         **CROSS-EXAMINATION**

1    **BY MR. RAND:**

2    **Q.**    Good morning, Mr. Schultz.  How are you, sir?

3    **A.**    I'm doing well.  Good morning.

4    **Q.**    Just a couple of preliminary things.  You had indicated

5    you had spent some period of time while working at ICE as the

6    deputy assistant director for removal management?

7    **A.**    Yes.

8    **Q.**    And you indicated that it was for half the world?

9    **A.**    That's correct, sir.

10   **Q.**    Which half of the world, please?

11   **A.**    So I forget which -- which segment, but in my current role

12   from June 2024 until October 1st, I covered what was called

13   removal management division west.  I covered North and Central

14   America, South America, the majority of Africa.

15       October 1, we renamed it to removal management division

16   south, and I cover South America, Asia, all of Africa.

17       In my previous time as a deputy assistant director, it was

18   with removal management division east.  So I covered Asia, a

19   small part of Africa, all of Europe, and Middle East.

20   **Q.**    And of the 22 years that you have spent at ICE, how many

21   years have you actually been a deputy assistant in removal

22   management?

23   **A.**    So it's been about five and a half years.

24   **Q.**    In total?  You had two different stints, right?

25   **A.**    Yes, sir.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **Q.**    And the assistant attaché position that you've held in

2  numerous jurisdictions, is that within the removal management

3  division or is that in a separate division?

4  **A.**    So the structure is there's an assistant director for

5  removal.  Underneath that, there's a deputy assistant director.

6  There's two deputy assistant directors for removal management,

7  the deputy assistant director for international operations, and

8  a deputy assistant director for ICE ERO.

9        So the assistant attachés fall under the DAD, if you will,

10  the deputy assistant director, of the international operations

11  division.  So it's within the same umbrella, but it's outside

12  of the removal management division.  It's --

13  **Q.**    All right.  Thank you.

14        In -- and just to be clear, at least over the last couple

15  of months, you've had responsibility in the removal management

16  division for Costa Rica, correct?

17  **A.**    Yes, sir.

18  **Q.**    And you've had responsibility for Uganda?

19  **A.**    Yes, sir.

20  **Q.**    And Eswatini?  Eswatini?

21  **A.**    Oh, yes, sir.

22  **Q.**    And Ghana?

23  **A.**    Not sure.

24  **Q.**    Right.  And you've had personal involvement, therefore,

25  with Mr. Abrego Garcia's case, correct?

1  **A.**   I know of his case, yes, sir.

2  **Q.**   All right.  Well, let's stay with my question.

3       Have you personally been involved in your day-to-day

4  responsibilities before this week in Mr. Abrego Garcia's case

5  in any shape or form?

6  **A.**   Not actively.

7  **Q.**   When you say "not actively," have you passively been

8  involved in some way?

9       Please.

10      Let me withdraw the question, sir.  Let me try to ask it a

11  different way.  Let me ask a better question.

12      What role, if any, have you had in Mr. Abrego Garcia's

13  case before Tuesday of this week?

14      At a high level, and then we can take it from there.

15  **A.**   I'm just trying to recall.  I -- I know after -- after he

16  was removed in March, I looked into his case.  But I can't

17  recall in what capacity.  But outside of that, I -- I don't

18  recall.

19  **Q.**   All right.  You've had no responsibilities in your

20  professional capacity prior to Tuesday of this week in

21  connection with Mr. Abrego Garcia's case at ICE, correct?

22  **A.**   In August -- excuse me -- in August, I was told the

23  potential of him going to Uganda.

24  **Q.**   Were you involved in picking that location for him?

25  **A.**   No, sir.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **Q.**    Were you involved in facilitating the potential removal of

2  Mr. Abrego Garcia to Uganda at that time?

3  **A.**    I notified the field office that Uganda had been selected

4  as a potential country.

5  **Q.**    Anything else?

6  **A.**    We had a -- we were -- we were informed to identify a

7  flight for him to go to Uganda, and we happened to have a

8  charter flight going to Africa the week or week after that he

9  entered ICE custody.

10 **Q.**    All right.  Let me -- let me -- let me ask you a better

11 question.

12        Other than communicating that you understood Uganda was

13 the chosen country for removal from the field office and

14 indicating that there happened to be a charter flight going to

15 Africa, did you have any other involvement whatsoever with

16 Mr. Abrego Garcia's case prior to Tuesday of this week?

17 **A.**    I don't -- I don't recall if I did.

18 **Q.**    Okay.  You spent some time preparing for your testimony

19 here today, right?

20 **A.**    Yes.

21 **Q.**    All right.  We'll get into that in a moment.  But just --

22 you didn't just walk in here, you know, out of left field; you

23 came here to talk about this case.  And so if you had any other

24 involvement, one would expect you would be aware of it, right,

25 sir?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

 1  **A.**    Yes, sir.

 2  **Q.**    All right.  And so sitting here right now, you haven't had

 3  any other involvement other than that very small involvement

 4  you've just described about forwarding, it sounds like, an

 5  e-mail indicating that there happened to be a charter flight

 6  going to Uganda, correct?

 7         **MR. GUYNN:**  Objection.  Asked and answered; misstates

 8  testimony.

 9         **THE COURT:**  Overruled.

10     You can answer.

11         **THE WITNESS:**  I don't -- I don't recall anything.

12  **BY MR. RAND:**

13  **Q.**    All right.  Who in your office -- withdrawn.

14     Let me ask.  Somebody in your office in -- in the

15  enforcement removal operations division has been involved with

16  Mr. Abrego Garcia's case, correct?

17  **A.**    So at this time, we can't remove him; so there's nothing

18  for the division to do in the case.

19  **Q.**    All right.  Appreciate that answer.  Let's go back to my

20  question.

21     Who is responsible for Mr. Abrego Garcia's case in the

22  enforcement and removal operations division?  Who is actually

23  assigned his case if something should happen to come up that

24  they have to do?  Is it you?  Is it somebody else?

25  **A.**    So at the field office level, there's an officer assigned

1  to his case.

2  **Q.**   Sir, you're being nonresponsive.  I asked about -- I was

3  very specific.  My question is -- my questions -- I'm trying to

4  make them specific.

5        **MR. GUYNN:**  Objection.  Lacks foundation.

6        **MR. RAND:**  Withdrawn.

7        **THE COURT:**  Let's reask the question.

8        **MR. RAND:**  Fair enough, Your Honor.  I apologize.

9  **BY MR. RAND:**

10 **Q.**   Stay with my question.  In your division, the enforcement

11 removal operations division, who was responsible?  Who has been

12 assigned Mr. Abrego Garcia's case?

13 **A.**   He would fall under the officer that's assigned the El

14 Salvador docket.

15 **Q.**   And who is that?

16 **A.**   It's -- I believe El Salvador -- we just had a shift.

17 It's either Ray Balgobin or Chez Thompson.

18 **Q.**   And sitting here today, you don't know which of the two it

19 has been over the last couple months?

20 **A.**   No, sir.

21 **Q.**   Do they report to you?

22 **A.**   I would be their second line supervisor.

23 **Q.**   And who would be in between you and them?

24 **A.**   It would -- it would be Sam Edwards.

25 **Q.**   And in terms of Eswatini or Uganda now, who is responsible

1    for evaluating those potential removal countries in your

2    division right now?

3                    **MR. GUYNN:**  Objection.  Misstates testimony.

4                    **THE COURT:**  Overruled.

5        Can we break it down by country?

6                    **MR. RAND:**  Yeah, let me do it one at a time, Your

7    Honor.  Thank you.

8    **BY MR. RAND:**

9    **Q.**    Is there somebody in your office who has been involved in

10   any shape or form in your division with the -- with the

11   decision about sending Mr. Abrego Garcia potentially to Uganda?

12   **A.**    In my division?  No.

13   **Q.**    Who was -- who do you understand to have been responsible

14   for evaluating and facilitating removal to Uganda in ICE in

15   the -- in the enforcement and removal division?

16   **A.**    In -- so we were notified that Uganda was the country.

17   **Q.**    Who notified you?

18   **A.**    So I was told from the Homeland Security Council.

19   **Q.**    I'm sorry.  I missed the last word.  I apologize.

20   **A.**    Homeland Security Council.

21   **Q.**    Council?

22   **A.**    Yeah.

23   **Q.**    And who is the Homeland Security Council?

24   **A.**    It was -- I spoke to Matt Ochoa.

25   **Q.**    And what is that council?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**    They're at -- they work within the National Security

2  Council at the White House.

3  **Q.**    Okay.  Matt?  Can you give me the last name again.  I

4  apologize.

5  **A.**    Matt Ochoa.

6  **Q.**    Can you spell that for us?

7  **A.**    O-C-H-O-A.  That's correct.

8  **Q.**    And when did he contact you about Uganda?

9  **A.**    It was -- I believe it was August 24th.

10  **Q.**    And he was -- you were the one he contacted?

11  **A.**    Yes.

12  **Q.**    Isn't it your job and the people that work for you's job

13  to figure out where to send people for third-country removal?

14  **A.**    ICE does not develop with the third country.  ICE asks the

15  State Department.

16  **Q.**    Okay.  This -- this call didn't come from the State

17  Department, correct?

18  **A.**    That's correct.

19  **Q.**    All right.  Is this the first time you've been contacted

20  by the Security Council, somebody on the Security Council at

21  the White House about where to send somebody in your career?

22  **A.**    No.

23  **Q.**    All right.  How many times has it happened before?

24         I just want times.  I'm not trying to delve into

25  substance.

1  **A.**    Off the top of my head -- I don't know -- one, two.  I

2  don't -- I don't -- I don't know the answer.

3  **Q.**    Count among -- at least on one hand, right?

4  **A.**    Yes.  That's correct.

5  **Q.**    How were you contact -- withdrawn.

6      Were you the one contacted about Eswatini in your office?

7  **A.**    For --

8  **Q.**    That he was going to be removed to Eswatini potentially?

9  Were you the one who got that contact?

10  **A.**    In my division?

11  **Q.**    In your division.

12  **A.**    So yes, I was told by State Department today that they

13  were in discussions, and --

14  **Q.**    I'm aware of those conversations.  But you agree with me,

15  from -- I think you established it on direct that, in

16  September 5th -- I think is the date -- Eswatini was e-mailed

17  to counsel for Mr. Abrego Garcia, correct?

18  **A.**    That's correct.

19  **Q.**    All right.  When that happened, were you or somebody who

20  worked with or for you notified that Eswatini was the removal

21  country?

22  **A.**    I was not notified.

23  **Q.**    Is this week the first time you learned that Eswatini was

24  the removal country for Mr. Abrego Garcia?

25  **A.**    This week was the first time that I learned that -- of the

1  September 5th e-mail.

2  **Q.**   And -- okay.  Back to my question.  I appreciate you being

3  specific.

4       Was this week the first time you became aware that

5  Eswatini was the place to which the U.S. government was going

6  to consider removing Mr. Abrego Garcia?

7  **A.**   Yes.

8  **Q.**   Is there anyone else in your division who works with or

9  for you that you understand to have received that information

10 before you?

11 **A.**   I don't think that there were any of my peers that

12 received it or certainly nobody underneath me.  But I do -- I

13 cannot speak for my boss.

14 **Q.**   Okay.  There is nothing -- and your boss is who, exactly?

15 **A.**   Mellissa Harper.

16 **Q.**   And have you asked -- Mellissa was the first name?

17 **A.**   Harper.  Oh, Mellissa, yes, was the first name.

18 **Q.**   Have you talked to Ms. Harper in connection with your

19 testimony here today about when she learned that Eswatini was

20 on the table for the first time?

21 **A.**   I -- I asked her if she knew this week, and she hadn't

22 heard that.

23 **Q.**   All right.  So neither you or your boss had any idea until

24 this week that Eswatini was the country to which Mr. Abrego

25 Garcia was going to be potentially removed, correct?

1  **A.**    I -- I can only speak for myself.  That's correct.

2  **Q.**    Okay.  And you can speak for what you understood from your

3  boss, from Ms. Harper, based on your understanding?

4  **A.**    That's correct.  From this week.

5  **Q.**    Okay.  And so your understanding, sitting here today, is

6  neither of you had any idea over the last month that Eswatini

7  was where Mr. Abrego Garcia was going to be sent by the U.S.

8  government, correct?

9         **MR. GUYNN:**  Objection.  Asked and answered.

10  Misstates facts.

11         **THE COURT:**  Sustained.

12     Ask another question, Mr. Rand.

13         **MR. RAND:**  Yes.  Withdrawn.

14  **BY MR. RAND:**

15  **Q.**    Let me ask you in terms of your preparation here today.

16     Have you been given a copy of Her Honor's order from

17  October 6th, 2025?

18     I'm happy to put it in front of you.

19  **A.**    I don't know the date.  I saw a page and a half, I think.

20  **Q.**    You recall seeing a page and a half?

21  **A.**    Yeah.

22  **Q.**    And you recall that it asked that somebody be produced to

23  speak about what steps respondents have taken to remove

24  petitioner to Eswatini or any other country, including but not

25  limited to Costa Rica, correct?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**    Yes.

2  **Q.**    And also what steps respondents will, in the reasonably

3  foreseeable future, take to remove petitioner to Eswatini or

4  any other country, including but not limited to Costa Rica,

5  correct?

6  **A.**    Correct.

7  **Q.**    And you prepared yourself to speak to those topics here

8  today, right?

9  **A.**    Correct.  Correct.

10  **Q.**    And in connection with that, you talked to Mr. Mirski?

11  **A.**    Correct.

12  **Q.**    And you talked to Mr. Anderson, correct?

13  **A.**    Correct.

14  **Q.**    All right.  And you talked to both of them in connection

15  with preparing yourself as a designee to speak to those topics

16  on behalf of ICE and DHS, correct?

17  **A.**    Correct.

18  **Q.**    And how long was your conversation with Mr. Mirski?

19  **A.**    Five minutes.

20  **Q.**    And that happened two days ago?

21  **A.**    Wednesday early afternoon.

22  **Q.**    And Mr. Anderson was this morning.  What time, please?

23  **A.**    It was right before 10:00, I believe.

24  **Q.**    How long did that conversation last?

25  **A.**    Actually, maybe it was before -- right before 9:00.

1    **Q.**    9:00 Eastern?

2    **A.**    Yeah.

3          That may have lasted five minutes, seven minutes.

4    **Q.**    And the sum and substance of what was communicated to you

5    by Mr. Mirski two days ago on Wednesday was that Eswatini had

6    not been approached in connection with Mr. Abrego Garcia yet,

7    correct?

8                    **MR. GUYNN:**   Objection.   Misstates testimony.

9                    **THE COURT:**   Well, overruled.

10                   **THE WITNESS:**   So I understood that at that time they

11   hadn't reached out to them.

12   **BY MR. RAND:**

13   **Q.**    Okay.   And when you say "they," you mean whom?

14   **A.**    I understand that the State Department hadn't reached out

15   to them.

16   **Q.**    So Mr. Mirski told you in preparation here in response to

17   Her Honor's order that, as of Wednesday, no one from the State

18   Department had reached out to Eswatini about Mr. Abrego Garcia

19   yet, correct?

20                   **MR. GUYNN:**   Objection.   Misstates testimony.

21                   **THE COURT:**   Overruled.

22                   **THE WITNESS:**   That's correct.

23   **BY MR. RAND:**

24   **Q.**    All right.   Now, this morning, who suggested you speak to

25   Mr. Anderson?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**    Counsel.

2  **Q.**    All right.  Do you have an understanding as to why you

3  were being asked to speak with Mr. Anderson this morning?

4  **A.**    To obtain the latest information regarding our State

5  Department's discussions with Eswatini.

6  **Q.**    Do you know why it was Mr. Anderson and not Mr. Mirski?

7         Only if you know.

8  **A.**    I don't know.

9  **Q.**    Okay.  And Mr. Anderson told you what, in sum and

10  substance, this morning?

11  **A.**    He told me that -- he said that the conversations were

12  ongoing.

13  **Q.**    Okay.  Eswatini, as of this morning at 9:00, had not

14  agreed to take Mr. Abrego Garcia, correct?

15  **A.**    Not yet.

16  **Q.**    Is there anything else of substance that was communicated

17  to you by either Mr. Mirski or Mr. Anderson that you understand

18  to be relevant to your testimony here today on the topics that

19  we've just discussed?

20         **MR. GUYNN:**  Objection.  Vague; calls for a legal

21  conclusion.

22         **THE COURT:**  Overruled.

23         **THE WITNESS:**  So Mr. Anderson said initially that

24  Eswatini said no, but conversations were still ongoing.

25

1  **BY MR. RAND:**

2  **Q.**   Okay.  Did he say anything else of substance to you other

3  than conversations were ongoing?

4  **A.**   No.  He said typically what happens is a final decision is

5  made when the manifest is sent over, and no cases have been

6  denied after a manifest has been sent over.

7  **Q.**   And the manifest you're talking about is what is called

8  for in Annex A, the government's -- well, withdrawn.

9      Annex A to what you understand to be the MOU, correct?

10  **A.**   So the manifest, in my -- when I say "manifest," the way I

11  interpret that, it's a name list that says who's going to be

12  going on a flight; so name and biographical information.

13  **Q.**   All right.  When you say "manifest," you weren't referring

14  to anything to do with the MOU?

15  **A.**   No.  When I --

16  **Q.**   We'll come back to that.  There's a reason I'm asking you.

17  Okay?  But we can come back to that.  Thank you.

18      Was there anything of substance Mr. Mirski said to you

19  that you recall here today other than no one had asked Eswatini

20  yet?

21  **A.**   No.

22  **Q.**   Did you --

23          **THE COURT:**  Wait.  I just want to be clear.

24      Sir, you said a moment ago to the -- to a similar

25  question, that Eswatini said no, but conversations were

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  ongoing?  That, you learned from Mr. Anderson?

2           **THE WITNESS:**  Yes, Your Honor.  That's correct.

3           **THE COURT:**  And you took no to mean the country of

4  Eswatini said no to accepting Abrego?

5           **THE WITNESS:**  Yes.  What Mr. Anderson relayed was

6  they said no initially, but the conversations weren't over and

7  discussions are continuing.

8           **THE COURT:**  Did Mr. Anderson say when Eswatini had

9  said no?

10           **THE WITNESS:**  He didn't say when, but I was informed

11  on Thursday that the request had gone in to Eswatini on

12  Wednesday evening.

13           **THE COURT:**  So the United States had not asked

14  Eswatini to accept Mr. Abrego until this past Wednesday?

15           **THE WITNESS:**  I -- Your Honor, I don't know what

16  occurred in, say, September.  That was before the notification

17  that Eswatini was the country.  I just know that a request was

18  made Wednesday evening to Eswatini.

19           **THE COURT:**  But you have no other information of

20  prior requests?

21           **THE WITNESS:**  No, Your Honor.

22           **THE COURT:**  Thank you.

23      Mr. Rand?

24           **MR. RAND:**  Thank you, Your Honor.

25

1  **BY MR. RAND:**

2  **Q.**   I want to ask you a question about -- you talked on your

3  direct about if Mr. Abrego Garcia indicated fear of -- of -- in

4  connection with his removal to Eswatini, that he would get a

5  fear interview, correct?

6  **A.**   That's correct.

7  **Q.**   And that would be a fear interview by the USCIS?

8  **A.**   Yes, sir.

9  **Q.**   All right.  So is it your understanding, based upon your

10 experience in living through the last couple weeks and months,

11 that -- that fear interview credibility determination by USCIS

12 would be subject to judicial review?

13         **MR. GUYNN:**   Objection.  Foundation.

14         **THE COURT:**   Do you know?

15         **MR. GUYNN:**   Calls for a legal conclusion.

16         **MR. RAND:**   I'm asking the question.

17         **THE WITNESS:**   I don't know.

18 **BY MR. RAND:**

19 **Q.**   You have no idea one way or the other whether that would

20 be subject to judicial review?

21 **A.**   I don't know in his case if it would be, no, sir.

22 **Q.**   You have no view on that one way or the other?

23 **A.**   No, sir.

24 **Q.**   And the reason I asked is how are you so confident that he

25 could be removed in 72 hours if you don't know whether that

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  determination is subject to judicial review?

2  **A.**    Well, what I had testified to was, once the third country

3  approves and the fear is adjudicated, then he could be removed

4  within 72 hours.

5  **Q.**    Just give me one second, sir.

6      But once the country approves, but if Mr. Abrego Garcia

7  says he has a fear of going to that country and he gets

8  judicial review of his fear determination, how are you

9  confident that he gets to be removed in 72 hours?

10  **A.**    Once it's adjudicated -- if we -- if he doesn't have -- if

11  he can't be removed, ICE is not going to remove somebody.  ICE

12  is not -- we're not going to remove him.  So once it's

13  adjudicated, once it's done, then we can remove him.

14  **Q.**    Okay.  And when you say "once it's done," you mean

15  judicial review of his fear determination?

16  **A.**    Like I said, I -- I'm not a hundred percent certain if he

17  would be getting a judicial review.

18  **Q.**    So I just want to be very clear.

19      Your testimony is, based on your experience, 72 hours from

20  having a country who will accept him that meets the various

21  criteria and requirements and adjudication of his -- whatever

22  it is -- of his fear designation that he -- that he doesn't

23  want to go to that country due to fear of prosecution and

24  torture?

25  **A.**    Yes, sir.

1   **Q.**   Very good.  All right.

2        Now, in connection with your preparation, who told you

3   that ICE couldn't do anything until this Court modified its

4   injunction regarding Mr. Abrego Garcia?

5        Where did that information come from in your preparation

6   here today as the designee?

7             **MR. GUYNN:**  Objection.  This is privileged.

8             **THE COURT:**  Overruled.

9        Not the content.  Who?  Who told you?

10            **MR. RAND:**  Thank you, Your Honor.

11            **THE WITNESS:**  Counsel.

12  **BY MR. RAND:**

13  **Q.**   When --

14            **THE COURT:**  When you say "counsel," who?

15            **THE WITNESS:**  John.

16  **BY MR. RAND:**

17  **Q.**   Mr. Guynn?

18  **A.**   Yes.

19            **THE COURT:**  Thank you.

20  **BY MR. RAND:**

21  **Q.**   Very good.

22       And can you tell me when you got that?  Just when.  I

23  don't want to know the substance.  Mr. Guynn said -- when did

24  he have a conversation -- some kind of communication with you

25  about that that was the reason?  When did that happen?

 1  **A.**    Wednesday evening or yesterday.

 2  **Q.**    Okay.  Just generally speaking -- I'll be very clear here.

 3  There are only certain aspects of your preparation I'm allowed

 4  to delve into; so I want to be careful and surgical.  We're

 5  going to start slow.

 6       How much time did you spend preparing here -- to come here

 7  today and testify, putting aside the two five-minute

 8  conversations you've described?

 9  **A.**    Maybe five hours.

10  **Q.**    Okay.  And can you tell me how those five hours were

11  spread across the last two or three days?

12  **A.**    Sure.  About an hour and a half on Wednesday, about two

13  and three-quarters yesterday, maybe an hour and a half today.

14  **Q.**    Anything else by way of time?

15  **A.**    I worked on a declaration that wasn't served on the Court,

16  and that was probably about an hour.

17  **Q.**    What was the substance of that declaration, sir?

18       **MR. GUYNN:**  Objection.  Privileged.

19       **MR. RAND:**  Was that declaration --

20       **THE COURT:**  I'll sustain that, yes.

21       **MR. RAND:**  May I voir dire?

22       **THE COURT:**  So go ahead.

23  BY MR. RAND:

24  **Q.**    Sir, the declaration you prepared.  Without describing the

25  substance of it to me, was it prepared in connection with your

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1    testimony here as a designee?

2    **A.**    Yes.

3    **Q.**    And did it include information in it that's information

4    you learned in connection with being a designee?

5    **A.**    No.  Sorry.

6    **Q.**    Did it include information in it that you know in your

7    personal capacity as opposed in your capacity as somebody who

8    is prepared to testify here in response to Her Honor's order?

9    **A.**    I'm trying to recall the declaration.

10    **Q.**    Take your time, sir.

11    **A.**    It was in my capacity as a deputy assistant director

12    outside of just the testimony.

13    **Q.**    I'm asking something that's slightly different.  I

14    appreciate that it may be an artificial-feeling distinction.

15        Was it based on what you knew in your head before Monday

16    of this week, or was it something -- or was it based on things

17    you learned in connection with the preparation and talking to

18    people to testify here today?

19    **A.**    Sorry.

20        It was prior to my knowledge that I was going to be

21    testifying.

22    **Q.**    Very good.  Thank you, sir.  Okay.  I'll move on.

23        Any other -- other than lawyers -- we'll cover lawyers in

24    a second.  But other than lawyers and Mr. Mirski and

25    Mr. Anderson, anyone else you spoke to in connection with your

1  testimony here today preparing yourself for it?

2  **A.**    No.  Like I had mentioned, I had texted my boss.  That was

3  it.

4  **Q.**    And the text to your boss was whether she knew whether

5  Eswatini was -- had been designated?

6  **A.**    That's correct.

7  **Q.**    All right.  And that's -- is that communication something

8  you relied on for your testimony here today?

9  **A.**    Um --

10 **Q.**    In other words, her response to you -- your asking her and

11 her response, was that something that you learned in connection

12 with providing answers?

13 **A.**    No.

14 **Q.**    No?

15       What was it in connection with?

16 **A.**    I had heard that it was -- that he possibly may be going

17 to Eswatini -- that Eswatini may accept him.

18 **Q.**    Okay.  So you understood that communication being in

19 connection with your job responsibilities at the enforcement

20 and removal operations division in connection with doing

21 something with Mr. Abrego Garcia in the future?

22 **A.**    Yes.

23 **Q.**    Are there any materials you looked at in connection with

24 preparing yourself today as a designee on the topics we've

25 discussed?

 1  **A.**   Yes.

 2  **Q.**   What materials, sir?

 3  **A.**   I looked at the judge's order.  I looked at the MOU.  I

 4  reviewed the Ghana MOU.  There was -- I think there may have

 5  been one other document.  I can't recall.

 6  **Q.**   Have you looked at anything in connection with Costa Rica?

 7  **A.**   No, sir.

 8  **Q.**   Did you look at any e-mail communications in connection

 9  with your preparation today as the designee?

10  **A.**   I don't believe so, no.

11  **Q.**   All right.  I think I asked you this.  And if I did, I

12  apologize.

13       You didn't speak to anybody else other than the e-mail

14  with your boss and Mr. Anderson and Mr. Mirski separate and

15  apart from counsel; is that right?

16            **MR. GUYNN:**  Objection.  Misstates facts -- misstates

17  testimony.

18            **MR. RAND:**  Well, I'll --

19            **THE COURT:**  Rephrase it, please.

20            **MR. RAND:**  Yeah, I'll reverse it.  Thank you, Your

21  Honor.  Apologies.  Withdrawn.

22  **BY MR. RAND:**

23  **Q.**   Is there anyone else you spoke with in connection with

24  offering your testimony here today as a designee except for

25  Mr. Mirski and Mr. Anderson, recognizing that your

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  communication with your boss wasn't in connection, as you told

2  us, with your preparation?

3  **A.**   No.

4  **Q.**   Can you identify just -- just by names, extension, can --

5  the lawyers who were with you for those three sessions of

6  approximately five hours together of preparation?

7  **A.**   I'm really horrible with names.  So Jon, Drew, Bridget.

8       I forget your name.  I'm sorry.

9           **THE COURT:**  Mr. Molina.  The witness is identifying

10  Mr. Molina.  Am I right about that?  The gentleman -- the

11  snappy-dressed gentleman in the bow tie.  Is that right?

12           **THE WITNESS:**  Jorge Montesino, Adam Loiacono, Charles

13  Wall.  There may have been -- I know there was a Laura

14  something.  Anyway, I -- that's most of them.

15  **BY MR. RAND:**

16  **Q.**   Five other lawyers you've just named who are lawyers in

17  the courtroom here with us today?

18  **A.**   I think it was -- yeah, there's -- yes.  Maybe about five.

19  **Q.**   Any other -- any nonlawyers?

20  **A.**   For the testimony?  No, sir.

21  **Q.**   Okay.

22           **MR. RAND:**  I'm going to ask for production, by the

23  way, please, Your Honor, of the Ghana MOU.  We haven't received

24  that.  It was relied on by the witness in preparation for his

25  testimony.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

 1              MR. GUYNN:  Objection.  He hasn't said that he relied

 2   on it.  He said he looked at it.  He hasn't said he's relied on

 3   it.

 4              THE COURT:  All right.  We'll deal with that later.

 5        You made the request.

 6              MR. RAND:  Thank you, Your Honor.

 7   **BY MR. RAND:**

 8   **Q.**   Let me ask you a couple of questions about -- you know

 9   what an I-241 is?

10              THE COURT:  Have you moved on from what documents?

11              MR. RAND:  Yes, I have, Your Honor.

12              THE COURT:  Can I ask two questions?

13              MR. RAND:  Of course, Your Honor.

14              THE COURT:  First is, I just want to make sure I

15   understand the hours -- the five hours that you've spent.

16              THE WITNESS:  Yes, ma'am.

17              THE COURT:  Were they all with counsel or did you use

18   any of that time to prepare independent of counsel?

19              THE WITNESS:  It was all with counsel.

20              THE COURT:  All with counsel.  Okay.

21        In terms of documents that you reviewed, did you review

22   Mr. Abrego's A-File, meaning the file that documents

23   Mr. Abrego's interaction with DHS and ICE since his

24   admission -- his illegal entry into the country way back when?

25              THE WITNESS:  No, Your Honor.

1        **THE COURT:**  So nothing from 2019?

2        **THE WITNESS:**  No, Your Honor.

3        **THE COURT:**  All right.  Thank you.

4   **BY MR. RAND:**

5   **Q.**   Did you happen to review a gentleman's transcript,

6   Mr. Giles' transcript, from his testimony before this Court in

7   a related matter?

8   **A.**   No, sir.

9   **Q.**   Do you happen to know Mr. Giles?

10  **A.**   Yes, sir.

11  **Q.**   Am I pronouncing it right?  Is it Giles or Giles?

12  **A.**   Giles.

13  **Q.**   Thank you.

14       All right.  Let me switch gears, if I may.

15       You're familiar with what a form I-241 is, correct?

16  **A.**   Yes, sir.

17  **Q.**   You've filled out many I-241s in your career, I assume?

18  **A.**   I have filled out some.

19  **Q.**   And who -- what's the purpose of the I-241, as you

20  understand it, sir?

21  **A.**   That's when ICE is asking a country to take back a

22  third-country national; so a -- an individual who isn't theirs.

23  **Q.**   And who fills that form out typically?

24  **A.**   The deportation officer in the field.

25  **Q.**   All right.  And so that would be the deportation officer

1  assigned in the field where an individual who is being removed

2  was detained, for instance, correct?

3  **A.**    Correct.

4  **Q.**    All right.  And are you aware whether there's an I-241

5  that's been filled out for Mr. Abrego Garcia anytime this year

6  for any country?

7  **A.**    I don't know if there is.

8  **Q.**    Have you made inquiry as to whether there is one?

9  **A.**    No.

10  **Q.**    Who would you ask if you wanted to know if perhaps

11  somebody had filled out an I-241 anytime in this calendar year

12  in connection with Mr. Abrego Garcia?

13  **A.**    We no longer do the 241.

14  **Q.**    When did you stop doing the 241?

15  **A.**    About -- I can't recall.  Maybe three months ago, four

16  months ago.  The Assistant Director Mellissa Harper sent an

17  e-mail to the field notifying them that the 241 was no longer

18  to be done.

19  **Q.**    And what was the reasoning, to your understanding, as to

20  why an I-241 was no longer required?

21  **A.**    So historically the 241 has never been truly acted upon by

22  a third country.  And now that ICE has operationalized

23  third-country removals, when we were sending 241s to countries

24  who -- when they're taking back third countries, they had seen

25  it in the press; so they think that the U.S. government want to

1  send a number of third countries -- nationals to their country.

2  So that confused them.  They went to the State Department.  The

3  State Department said, "You guys are confusing the countries."

4  So we ceased from doing the 241s.

5  **Q.**   I'm not sure I'm quite following.  Let me understand.

6      So in other words, the I-241s were being sent to the

7  embassies and confusing the third countries?

8  **A.**   Yeah.  So, for instance, a national from country C, we

9  send a 241 to country A.  So the Newark field office sends one,

10 New York sends one, Philly sends one.  Country A starts

11 thinking, oh, the U.S. government wants to start sending all

12 these people here.  I've read it in the media they're doing

13 this now.  They start getting nervous.  They call the State

14 Department.  The State Department calls us and says, hey, this

15 241 thing is screwing everybody up.

16 **Q.**   But the I-241 is meant to be used to identify the

17 third-party country that ICE/DHS believes is appropriate based

18 on some kind of evaluation for that individual, correct?

19 **A.**   So we -- we got rid of the 241 because, as I said, it was

20 confusing the countries.  It's not that the -- it's not like we

21 don't -- you know, it -- the 241 was never truly useful for

22 ICE.  It was never successful, if you will.

23 **Q.**   And the reason it was never successful, in your view, if I

24 understand it, is because you would send it out by mail.  And

25 it would go to the embassy, and you wouldn't hear back for a

*CROSS OF JOHN SCHULTZ BY MR. RAND*

 1  couple of days, maybe a couple weeks.  And then you'd have to

 2  do it again, do it again, call over, go visit.

 3       Is that the reason why?

 4  **A.**   They would e-mail it or fax it over.

 5  **Q.**   Okay.  And why wasn't it useful to let the embassy know

 6  that you have somebody that you've identified that the U.S.

 7  government, DHS, ICE, agency believes should be removed to

 8  them?  Why wasn't it useful?  I don't follow that.

 9  **A.**   Because it's difficult for a country to take back

10  individuals who are not their nationals.

11  **Q.**   Right.  That's very, very unusual, in fact, despite recent

12  circumstances, right?

13            **MR. GUYNN:**  Objection.  Lack of foundation.

14            **MR. RAND:**  I'll lay a foundation, Your Honor.

15  Withdrawn.

16  **BY MR. RAND:**

17  **Q.**   Sir, you've been doing this for many, many years, right?

18  **A.**   Correct.

19  **Q.**   You have a lot of experience in connection with your

20  enforcement or removal operations division, correct?

21  **A.**   Yes, sir.

22  **Q.**   You're the deputy assistant director, right?

23  **A.**   Yes, sir.

24  **Q.**   You've been there, in fact, in general, in various

25  capacities you've described to us at length, for over 20 years?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**    Probably, like, 15; but yes, sir.

2  **Q.**    Okay.  And putting aside January 2025 forward, if you go

3  back in time, you would agree with me it's -- you could count

4  on one hand how many times you were dealing with having to

5  remove somebody to a third party because of a withholding

6  order, right, sir?

7  **A.**    A third country.

8  **Q.**    Third country.  Excuse me.

9  **A.**    It was very rare.

10 **Q.**    Very, very rare.

11       And would you agree with me that you could count it on one

12 hand, sir?  Right, sir?

13 **A.**    I can't account for every --

14           **MR. GUYNN:**  Objection.

15           **THE COURT:**  I'm sorry.  Can you repeat your answer.

16           **THE WITNESS:**  I'm sorry.  I can't account for every

17 removal we do; so I can't say that one hand would be correct.

18 But I don't know.

19 **BY MR. RAND:**

20 **Q.**    Well, let me ask the question differently, then.

21       You personally, you could count the number of instances

22 prior to January of this year on one hand that you were

23 involved in such a situation.  Fair?

24 **A.**    Probably two hands.

25 **Q.**    Probably two hands?  You think you could get to six?

 1  **A.**   I think so.

 2  **Q.**   Okay.  You think you can get to 20 if you considered the

 3  entire organization and the entire country?

 4          **MR. GUYNN:**  Objection.

 5  **BY MR. RAND:**

 6  **Q.**   Based on your -- just based on your experience, just based

 7  on your understanding.

 8          **MR. GUYNN:**  Objection.  Lack of foundation; calls for

 9  speculation.

10          **THE COURT:**  Overruled.

11      This is based on your knowledge, sir.

12          **THE WITNESS:**  Yeah, I -- probably less than 20, but

13  yes.

14  **BY MR. RAND:**

15  **Q.**   All right.  So you may be able to get to six in your

16  personal experience.  And the entire division, over all the

17  time you've been there, for the entire country, less than 20,

18  right, sir?

19  **A.**   You're saying prior to January of 2025, correct?

20  **Q.**   Oh, yes.  Prior to January of 2025.

21  **A.**   So we -- I just need to amend my answer.

22      In -- sorry.  It's just something in my brain, the way I

23  translate things.

24      So in third-country removals, I'm thinking, like, you

25  know, nonhemispheric, right?  But we are doing -- we -- and

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1    prior to January 2025, we had been doing more than five, more

2    than 10 third-country removals to Mexico.

3    **Q.**    Thank you for clarifying that.  Let me take out the -- the

4    connected border situation to the extent that people were moved

5    to Mexico or possibly Canada, I suppose.  I want to take that

6    out.  That's fair.  I appreciate that.

7        If you take that out, less than 20?

8    **A.**    Yeah, that's probably about right.  Yes.

9    **Q.**    Okay.  And so -- and when exactly did this guidance come

10   down, that the I-241 would no longer be used?  If you can give

11   me a rough -- a little bit of a more precise rough estimate.

12   **A.**    Probably sometime in July.

13   **Q.**    July of 2025?

14   **A.**    I'm sorry.  July of 2025.

15        **MR. RAND:**  I'm just going to mark in the record, Your

16   Honor, I'm going to ask for production of that.  But we can

17   handle it separately.

18   **BY MR. RAND:**

19   **Q.**    And then so what's the new process?  Since sometime in

20   July of 2025, what's the new process that you and your

21   colleagues use in terms of where you're going to send somebody

22   who has a withholding order and is going to a third-party

23   country?

24        **MR. GUYNN:**  Objection.  Outside the scope.

25        We're here to talk about the specific steps that have been

 1  taken, not the general procedures that may be taken in other

 2  cases.

 3          **THE COURT:**  Given the prior hearings where the

 4  contrary was represented to me, I'm going to allow it.

 5      Go ahead.

 6          **THE WITNESS:**  So, currently, when the field has an

 7  individual who has withholding of removal, they send that up to

 8  my division.  And we are maintaining a database of these cases.

 9  And we're working with State Department and Department of

10  Homeland Security policy shop to identify third countries.

11  **BY MR. RAND:**

12  **Q.**   And so that's an interactive process between your division

13  and the State Department?

14  **A.**   That's correct.

15  **Q.**   All right.  And is there any kind of forms that are filled

16  out in that process?

17  **A.**   No, sir.

18  **Q.**   You just do it in communications on the phone? chats?

19  something like that?

20  **A.**   E-mail.

21  **Q.**   E-mail?

22  **A.**   E-mail.

23  **Q.**   E-mail?

24      And so if I understand it correctly, you or one of your

25  colleagues contacts the State Department; the State Department

1  makes inquiry, comes back to you, suggests some places.

2       Is that the concept?

3  **A.**    Yes.

4  **Q.**    All right.  So what's the formal file on this look like?

5  If I wanted -- for instance, Mr. Abrego Garcia, if I wanted to

6  see since July of this year what exactly was done, it's the

7  communications between you and the Department of State and

8  perhaps the National Security Council, as we've heard?

9  **A.**    So I don't think there's been anything done since July

10 because we -- there's -- we haven't been able to remove him.  I

11 mean, there's been an injunction.

12 **Q.**    Sir, sitting here today, other than whatever conversations

13 you had with Mr. Guynn, do you personally believe that the

14 injunction has prevented DHS from determining where Mr. Abrego

15 Garcia can be sent?  Do you personally believe that based on

16 your 10 years or 20 years?  Irrespective of what you've been

17 told by counsel, is that your personal belief, sir?

18 **A.**    So we currently have, like, 62,000 people in custody.  And

19 so we need to focus our resources -- our limited resources on

20 the individuals who can -- who we can remove right now.  So

21 it's 100 percent what we do.

22      So we focus on our resources on who can be removed versus,

23 you know, trying to work on other cases.  I -- we don't --

24 unfortunately, we don't have that bandwidth, if you will.

25 **Q.**    All right.  This was a -- this was an atypical case in

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1    terms of its notoriety, right, sir?

2    **A.**    Yes, sir.

3    **Q.**    And you recognize that?

4    **A.**    Yes, sir.

5    **Q.**    This is a case in which the petitioner has been tweeted

6    about by the president of the United States, correct?

7              **MR. GUYNN:**  Objection.  Relevance, Your Honor.

8              **THE COURT:**  Goes to bias.  Overruled.

9    **BY MR. RAND:**

10   **Q.**    Correct?

11   **A.**    Yes.

12   **Q.**    Secretary Noem tweeted about him?

13   **A.**    I -- I don't have Twitter or X or whatever.  I don't

14   follow anybody.  So I don't know.

15   **Q.**    All right.  And so my question is, is it your testimony,

16   given the attention that the petitioner has gotten from the

17   most senior people in government?

18         Without running through the litany of the folks who have

19   talked about him or tweeted about him, is it your testimony

20   that it's your 62,000 cases that's the reason that no efforts

21   have been made on removal until this week or the judge's order?

22             **MR. GUYNN:**  Objection.

23   **BY MR. RAND:**

24   **Q.**    Is that your testimony, sir?

25             **MR. GUYNN:**  Objection.  This is argumentative.  Asked

*CROSS OF JOHN SCHULTZ BY MR. RAND*

```
 1   and answered.
 2              THE COURT:  Rephrase.
 3              MR. RAND:  Yeah, fair enough.  Withdrawn.  I'll come
 4   back to it.  Fair enough.
 5   BY MR. RAND:
 6   Q.  And so I want to switch gears, then, if I could.
 7              THE COURT:  And, Mr. Rand, we'll go to about 1:00,
 8   and then we'll all take a break.
 9              MR. RAND:  Thank you.  Let me try to get through my
10   next section if I can.
11   BY MR. RAND:
12   Q.  All right.  You at least have a working knowledge of
13   Mr. Abrego Garcia's experience with ICE and DHS, correct, sir?
14              MR. GUYNN:  Objection.  Vague.
15              THE COURT:  Yeah, can you rephrase that.
16              MR. RAND:  Yeah, I'll rephrase it.
17   BY MR. RAND:
18   Q.  You've rattled off some dates in your direct; so it seems
19   like you spent a little time with his history.
20        Do you know where Mr. Abrego Garcia was originally
21   detained by ICE in 2019?
22   A.  I don't.
23   Q.  Do you know it was 2019?
24   A.  Yes, I know that's when he was ordered.
25   Q.  If I represent to you it was March 28th, 2019, would you
```

1  have any reason to disagree with me?

2  **A.**   No.

3  **Q.**   Okay.  And if I represent to you, you know, he was granted

4  an order -- a withholding of removal in connection with the

5  judicial process, you know that?

6  **A.**   Yes.

7  **Q.**   All right.  And if I represent to you that that was on

8  October 10th, 2019, would you be -- you have any reason to

9  disagree with me?

10 **A.**   I don't.

11 **Q.**   Okay.  And as of October 10th, 2019, DHS knew that they

12 could not send Mr. Abrego Garcia to El Salvador, correct?

13 **A.**   Correct.

14 **Q.**   All right.  Are you aware of anyone at DHS or ICE doing

15 anything from 2019 to this year -- to Monday of this week in

16 connection with figuring out where to send Mr. Abrego Garcia

17 given that he couldn't go to El Salvador?

18 **A.**   The identification -- identification of Uganda.

19 **Q.**   Okay.  So let me back it up.

20      Before August 23rd, are you aware -- between October 10th

21 of 2019 and August 23rd of 2025, are you aware of anyone at DHS

22 or ICE doing anything to determine where Mr. Abrego Garcia

23 could be sent by way of third country given his order on his

24 withholding of removal order?

25 **A.**   I am not aware of anything.

CROSS OF JOHN SCHULTZ BY MR. RAND

1  Q.   And you -- and you -- actually, it's a little bit stronger

2  than that.  It's your understanding, given your position in

3  your division, is that nothing was done?

4           MR. GUYNN:  Objection.  Misstates testimony.

5           THE COURT:  Well, do you know if anything was done,

6  sir, between 2019 and August of 2025?

7           THE WITNESS:  I don't know of any -- no, Your Honor,

8  I don't know of anything that was done.

9           THE COURT:  How would you find out?

10          THE WITNESS:  I could look in our system of record

11  enforcement -- EARM, but --

12          THE COURT:  Which is the same as the A-File, right?

13          THE WITNESS:  No, Your Honor.  So the A-File is the

14  paper -- or the digitized file.  The EARM is the system of

15  record that the ERO uses to make comments on the case or track

16  the case.

17          THE COURT:  So if any prior efforts had been made, it

18  would be in the EARM.

19          THE WITNESS:  Yes, Your Honor.

20          THE COURT:  Okay.  Thank you.

21  BY MR. RAND:

22  Q.   And would that system --

23          MR. RAND:  May I continue, Your Honor?

24          THE COURT:  Yes.  Sorry about that.

25          MR. RAND:  Thank you, Your Honor.

1  **BY MR. RAND:**

2  **Q.**    Would that system include reference to any I-241s?

3  **A.**    Yes.  And you must have read my mind.  I was just going to

4  say it's likely that in 2019, 241s were sent, but I can't

5  guarantee it.

6  **Q.**    And when you say "likely," that's because the minute that

7  a withholding order is issued, DHS/ICE is meant to go and begin

8  figuring out where to send somebody, correct?

9  **A.**    Correct.

10  **Q.**    And that's your view on how that would work, correct?

11  **A.**    Yes.

12  **Q.**    All right.  But sitting here today, you don't know one way

13  or the other whether any I-241s were sent, correct?

14          **MR. GUYNN:**  Objection.  Asked and answered.

15          **THE WITNESS:**  I don't know for certain, no.

16  **BY MR. RAND:**

17  **Q.**    And you're speculating that maybe they should have been,

18  but you have no idea whether they were, right?

19          **MR. GUYNN:**  Objection.  Calls for speculation --

20          **THE COURT:**  Sustained.

21          **MR. GUYNN:**  -- on its face.

22          **MR. RAND:**  Withdrawn.

23  **BY MR. RAND:**

24  **Q.**    But if we want to find out, we would go look in that

25  system, EARM?

1  **A.**   Yeah.   EARM.

2  **Q.**   We would be looking in the EARM system, and that would

3  indicate whether any I-241s were sent at any point in time up

4  until July when they stopped being used?

5  **A.**   Yes.

6  **Q.**   All right.   Very good.

7       Now, are you aware that, as of about April 4th of this

8  year -- withdrawn.

9       You're aware that Mr. Abrego Garcia was removed to El

10  Salvador and spent some time at CECOT, correct?

11  **A.**   Yes.

12  **Q.**   And are you -- are you aware, sir, that as of at least no

13  later than April 4th, 2025, DHS and ICE realized that he

14  shouldn't have been sent to El Salvador pursuant to the

15  withholding order?

16  **A.**   I don't know the exact date.

17  **Q.**   You don't know the exact date?

18       Are you aware that there's a lawyer who indicated in

19  testimony to this Court on April 4th that it was a mistake?

20            **MR. GUYNN:**  Objection.  Foundation.

21            **THE COURT:**  Are you aware?  Do you know that?  Do you

22  know that to be true?

23  **BY MR. RAND:**

24  **Q.**   Yes, exactly.

25  **A.**   Do I know that the attorney testified that it was a

1  mistake?

2          **THE COURT:**  He represented to me, the Court, that it

3  was a mistake.  And there was an affidavit with it too.  Have

4  you looked at any of those documents?

5          **THE WITNESS:**  No, Your Honor, I have not.

6  **BY MR. RAND:**

7  **Q.**  So let me ask the question a little differently.

8      Do you know if there's some point in time in the past when

9  DHS/ICE recognized that Mr. Abrego Garcia shouldn't have been

10 sent to El Salvador given his withholding order?

11         **MR. GUYNN:**  Objection, again, Your Honor.  It's

12 outside the scope both of direct and of the topics that we're

13 talking about today.

14         **THE COURT:**  Overruled.

15         **THE WITNESS:**  Can you repeat the question.

16 **BY MR. RAND:**

17 **Q.**  The question is, based upon your job responsibilities,

18 when is it that you understand that DHS/ICE determined that

19 Mr. Abrego Garcia shouldn't have been sent to El Salvador

20 because of his withholding order?

21 **A.**  I don't know when DHS/ICE made the determination that he

22 shouldn't have been sent.

23 **Q.**  Do you agree that concept was known around DHS/ICE around

24 on or before early April of 2025?

25 **A.**  Yes.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

 1   **Q.**   And from that point in time -- whenever that point in time

 2   is, it's not specific, but around April 4th, 2025, to late

 3   August of 2025, what it is that you understand DHS/ICE to have

 4   done in regard to determining where Mr. Abrego Garcia would be

 5   sent by way of a third country given that he can't be in El

 6   Salvador?

 7          **MR. GUYNN:**  Objection.  Relevance, Your Honor.

 8          **THE COURT:**  Let's just make it real clear.

 9      Sir, do you know if DHS/ICE did anything to find a third

10   country for Mr. Abrego between March of 2025 and August of

11   2025?

12          **THE WITNESS:**  No, Your Honor, I do not know.

13          **THE COURT:**  You have no information --

14          **THE WITNESS:**  No.

15          **THE COURT:**  -- that anything was done to find another

16   country for Mr. Abrego to go to?

17          **THE WITNESS:**  That is correct.

18          **THE COURT:**  Mr. Rand?

19          **MR. RAND:**  Thank you, Your Honor.

20   **BY MR. RAND:**

21   **Q.**   And now I know you've indicated that you have a lot of

22   people detained, and so there's resource issues.  You've

23   provided that testimony.  I'm asking -- I'm going to ask you a

24   different question, a specific question.

25      Is there any regulation you can cite me to that prevents

1   DHS/ICE from considering where to send a person who has a

2   withholding order by way of a third country at any specific

3   point in time once it's -- they've become aware of the

4   withholding order?

5       Is there anything that prohibits them by regulation from

6   doing that?

7   **A.**   I'm not aware of any.

8   **Q.**   And so there's nothing by way of regulation or law that

9   prevented DHS from working on where Mr. Abrego Garcia could be

10  sent from April of 2025 to August of 2025 given the withholding

11  order, correct?

12          **MR. GUYNN:**  Objection.  Assumes facts not in

13  evidence; it's argumentative; foundation; calls for

14  speculation.

15      I mean, the whole kit and caboodle.

16          **THE COURT:**  Let's just -- let's just make sure we're

17  clear.

18      Sir, you said there are no regulations that prevent DHS or

19  ICE from finding a third country for someone who has a

20  withholding order; is that correct?

21          **THE WITNESS:**  That's correct.  I'm not aware of any

22  regulations.

23          **THE COURT:**  And that's been the case from 2019 to the

24  present, correct?

25          **THE WITNESS:**  That's correct, Your Honor.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1          **THE COURT:**  All right.  That's just -- so now we're

2     done with that.

3          **MR. RAND:**  I'm about to start a new topic.  This

4     would be a good time for a break.

5          **THE COURT:**  All right.  Let's break until 1:15.

6       Mr. Schultz, you too get a break.  You are still under

7     oath; do don't talk to anybody about your testimony or review

8     any documents.  Just take a rest.  Okay?  We'll see you back

9     here at 1:15.  Thanks.

10          **DEPUTY CLERK:**  All rise.  This Honorable Court stands

11    in recess.

12       (Recess taken from 12:54 p.m. to 1:18 p.m.)

13          **DEPUTY CLERK:**  This Honorable Court resumes in

14    session.

15          **THE COURT:**  Everyone can have a seat.  Mr. Schultz,

16    if you would resume your place in the witness box, that would

17    be great.  And of course you're still under oath.

18       Mr. Rand, whenever you're ready.

19          **MR. RAND:**  Thank you, Your Honor.

20    BY MR. RAND:

21    **Q.**   Mr. Schultz, you ready, sir?

22    **A.**   Yes, sir.

23    **Q.**   All right.  I want to switch topics.

24       Are you aware that Costa Rica issued a letter of

25    assurances in regard to Mr. Abrego Garcia in August of 2025?

85
*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**    I was not aware that they issued a letter of assurances.

2  **Q.**    Sitting here right now, are you aware that a letter was

3  issued by Costa Rica that indicated certain assurances

4  regarding Mr. Abrego Garcia should he be removed there?

5  **A.**    I understand that they notified ICE that they would accept

6  him.

7  **Q.**    And is it your understanding that that happens sua sponte,

8  in other words, that Costa Rica did it on their own accord?

9  **A.**    I have no knowledge that ICE reached out to Costa Rica.

10 **Q.**    Do you have knowledge as to who reached out -- withdrawn.

11      Do you have knowledge if anybody from the U.S. government

12 reached out to Costa Rica at any point in time in 2025 in

13 regard to accepting Mr. Abrego Garcia should the U.S.

14 government remove him there?

15          **MR. GUYNN:**  Objection.  Foundation.

16      And, Your Honor, I think a sidebar would be helpful.

17          **THE COURT:**  No, no, no.  Sorry.  Let him ask the

18 question.

19      Okay.  Come on up.  Come on up.

20      (A bench conference was held on the record as detailed

21 below:)

22          **THE COURT:**  Okay.  Tell me why a sidebar is

23 important.

24          **MR. GUYNN:**  I'm just worried about where this is

25 going.  I think that talking about Costa Rica and whether it's

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  an option is totally fair game.  But if we're going to get into

2  how that came about, that has been very aired in the criminal

3  proceedings.  That was not some quid pro quo the United States

4  offered; that's something that he asked for in the plea

5  bargain.

6      We have not adjudicated him about that.  It's not at issue

7  here.  I just don't think that it would be appropriate for him

8  to suggest to this witness --

9          **THE COURT:**  Can you make a proffer as to what this

10 witness will say about Costa Rica?

11         **MR. GUYNN:**  Right now?

12         **THE COURT:**  Uh-huh.

13         **MR. GUYNN:**  I think I can tell you that he has

14 reviewed the letter.  He understands that, at a very high

15 level, the context in which -- why it was prepared by Costa

16 Rica and sent to the United States.  And he understands that

17 that option is still on the table, that Costa Rica has not

18 rescinded its -- its willingness, although --

19         **THE COURT:**  Well, this order included Costa Rica as

20 what steps respondents have taken to remove petitioner to

21 Eswatini or any other country, including Costa Rica.  Okay?  So

22 he's prepared to testify to that, right?

23         **MR. GUYNN:**  He is, yes.

24         **THE COURT:**  Okay.  So part of that is which -- if he

25 knows what government agency reached out to Costa Rica, are you

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  saying that if that answer is going to be the Department of

2  Justice or some prosecutorial arm in connection with the

3  criminal case?

4        **MR. GUYNN:**  Not necessarily.  What I -- my only -- I

5  think my objection is here is just -- it's actually fairly

6  narrow.

7      I just don't want Mr. Rand to try to suggest and to

8  confuse the witness and to misrepresent to the Court that this

9  letter from Costa Rica was part of some pressure campaign that

10  the United States was putting on him to settle his case.  That

11  has been -- that has been debunked.

12        **THE COURT:**  Well, it's not debunked.  That's for

13  Judge Crenshaw to decide, not me.  There's actually a

14  vindictiveness hearing -- evidentiary hearing that will take

15  place, because at least one judge, not me, has made those

16  findings.  Okay?  So that's not before me, but it doesn't sound

17  like that's where Mr. Rand is going.  He was just asking an

18  agency question.

19        **MR. GUYNN:**  Right.  That's the only reason I wanted

20  the sidebar, to make sure that's not where we were going.

21        **THE COURT:**  Got it.  Okay.  Well, if that changes for

22  some reason --

23        **MR. RAND:**  I will resist the temptation to do

24  anything like that.  That's not where I was headed.

25        **THE COURT:**  Okay.  Very good.  Thank you.

1          (The bench conference concluded and proceedings resumed as

2   follows:)

3   **BY MR. RAND:**

4   **Q.**    So let me take us back to where we were, sir.

5          Sitting here today, do you have any knowledge of who in

6   the U.S. government reached out to Costa Rica in connection

7   with the letter you just described?

8   **A.**    I do not.

9   **Q.**    Do you have any idea what agency -- in any shape or form,

10  any information you can provide me whatsoever about who reached

11  out to Costa Rica from the U.S. government?

12  **A.**    I don't know -- I don't know who did, but if an agency

13  would have, it would have likely been the State Department.

14  **Q.**    Okay.  And do I take it from your answer that you, and at

15  least to your knowledge -- to your knowledge, your colleagues

16  were not consulted in connection with any communication with

17  Costa Rica in regard to that communications that led to the

18  letter that you described to me?

19          **MR. GUYNN:**  Objection.  Foundation.

20          **THE COURT:**  If you know.

21  **BY MR. RAND:**

22  **Q.**    If you know.

23  **A.**    I don't know.

24  **Q.**    You don't know one way or the other?

25  **A.**    That's correct.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **Q.**   Who would you ask if you wanted to find out whether your

2  division was involved in any way with any reach-out to Costa

3  Rica in connection with what became the letter you described to

4  me?

5  **A.**   I could say that myself and my staff hadn't.  I just can't

6  confirm that my boss didn't.

7  **Q.**   All right.  And is that something that you did not ask

8  your boss about in connection with your testimony here today?

9  **A.**   No, sir.

10 **Q.**   Is it something you wanted to ask your boss about?

11 **A.**   No, sir.  No, sir.

12 **Q.**   I'm actually just going to put the letter in the record so

13 we have it.  I want to make sure we're talking about the same

14 thing.

15          **MR. RAND:**  May I approach, Your Honor?

16          **THE COURT:**  Yes.

17          **MR. GUYNN:**  Mr. Rand, is this Petitioner's 1?

18          **MR. RAND:**  Yes, this is Petitioner's 1.

19     So marked as Petitioner's 1 for identification.  Let me

20 establish a foundation.

21 **BY MR. RAND:**

22 **Q.**   Sir, have you seen what's been marked for identification

23 as Petitioner's 1 before?

24 **A.**   No, I have not.

25 **Q.**   Have you seen a different letter that you understood to be

1    in regard to Costa Rica at any point in time?

2    **A.**   No, I have not.

3    **Q.**   All right.  So this is not a document you've seen before?

4    **A.**   No, sir.

5    **Q.**   All right.  And I take it, to your knowledge, therefore,

6    you have no knowledge of talking to anybody in your division or

7    department or anyone at the Department of State about this

8    document or communications concerning it?

9    **A.**   No, sir.

10   **Q.**   All right.

11          **MR. RAND:**  I'm going to offer it into evidence anyway

12   for the Court's benefit.  I don't think I'm going to get an

13   objection.  I don't know.

14          **THE COURT:**  It's part of the petitioner's record,

15   right, the briefing?

16          **MR. RAND:**  Yes.

17          **THE COURT:**  But it's also going to be Petitioner's 1.

18          **MR. RAND:**  It's also going to be Petitioner's 1,

19   please.  Thank you.  I'm going to want to refer to it.

20      All right.  So we'll have this marked as Petitioner's 1.

21   Thank you.

22   **BY MR. RAND:**

23   **Q.**   Okay.  Have you had any situations in your past experience

24   at DHS/ICE in which a letter such as what's Petitioner's 1 is

25   created without your division or somebody associated with your

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  division being involved?

2  **A.**  So I can say that the -- yes.  The answer is yes.

3  **Q.**  And how many occasions roughly?

4  **A.**  I think I count four occasions.

5  **Q.**  Is there a particular circumstance that these four

6  occasions relate to or involve?

7  At a general level.  I'm not --

8  **A.**  They involved, you know, third-country national removal

9  flights.

10  **Q.**  And can you elaborate?  What does that mean?

11  **A.**  Individuals who are being sent to a country that's not

12  their own.  So -- but that -- there's been some fights where it

13  hasn't originated in my division but elsewhere in ICE had

14  visibility.

15  **Q.**  All right.  I'm asking -- maybe my question was poor.  I

16  was asking a slightly different question.

17  Have you ever had any circumstances that you recall other

18  than the one you're facing -- we're facing here where an

19  assurance letter of the sort that's Petitioner's Exhibit 1 was

20  secured without the involvement of your division?

21  **A.**  Yes.

22  **Q.**  And what circumstances generally?

23  **A.**  The flight to Eswatini last week -- last weekend.

24  **Q.**  All right.  And separate and apart -- and that was the ten

25  people that were sent to Eswatini, right?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**  Correct.

2  **Q.**  There were five others who were sent in July, correct?

3  **A.**  Correct.

4  **Q.**  So let's just stay with the ten last week.

5       Other than the ten folks sent to Eswatini last week, any

6  others that come to mind from your experience?

7  **A.**  Not that I'm aware of.

8  **Q.**  All right.  You agree it's an unusual circumstance in your

9  experience?

10              **MR. GUYNN:**  Objection.

11              **THE COURT:**  Overruled.

12              **MR. GUYNN:**  Argumentative.

13              **THE WITNESS:**  Yes.

14  **BY MR. RAND:**

15  **Q.**  Now, I take it from your testimony -- withdrawn.

16       Do you believe that DHS/ICE had any involvement -- again,

17  I'm asking for your understanding.  Your testimony is clear

18  about not believing -- you weren't involved, and your

19  colleagues, to your knowledge, weren't involved.

20       But do you believe that DHS/ICE had any role in connection

21  with determining that Costa Rica was an appropriate place for

22  Mr. Abrego Garcia to go in around August of 2025?

23  **A.**  I don't -- I can't speculate who asked the State

24  Department to pursue Costa Rica.

25  **Q.**  But to the best of your knowledge and experience, it

1  wasn't somebody from ICE or DHS in your division, right?

2  **A.**   It wasn't from my division, to my knowledge.

3  **Q.**   All right.  And it certainly wasn't some field officer in

4  Pennsylvania or New Orleans or whoever was assigned to

5  Mr. Abrego Garcia when he was ultimately detained by ICE on

6  August 25th, right?

7  **A.**   That -- that's correct.

8  **Q.**   It came from outside DHS/ICE, to your knowledge, right?

9  **A.**   I -- I don't know.  I -- I can speak for my division.  I

10 don't know if there's others in ICE that made the request.

11 **Q.**   Now, were you aware that Mr. Abrego Garcia designated

12 Costa Rica as his preferred third-party country to be removed

13 to on August 23rd of 2025?

14         **MR. GUYNN:**  Objection.  Foundation; incomplete

15 hypothetical; misstates facts.

16         **THE COURT:**  Overruled.

17     Are you aware?

18         **THE WITNESS:**  I am not aware.

19 **BY MR. RAND:**

20 **Q.**   Let me get --

21         **MR. RAND:**  I'm sorry.  Tab 29.

22     I apologize, Your Honor.  I'm going to take them out of

23 order.  This is going to be Exhibit 3 because we stapled --

24 unless we can change it.  Oh, we can change it.

25     Yeah, we can change it.  Sorry.  Sorry.  This will be

 1  Exhibit 2 for identification -- Petitioner's Exhibit 2 for

 2  identification.

 3       Just one moment, sir.  Thank you.

 4       May I approach, Your Honor?

 5              THE COURT:  You may.

 6           MR. RAND:  Thank you.

 7           MR. GUYNN:  Thanks.

 8              MR. RAND:  Placing in front of the witness what's

 9  been marked for identification as Petitioner's Exhibit 2.

10              THE COURT:  Thank you.

11  BY MR. RAND:

12  Q.   I'll represent to you, sir, that it's Exhibit G in front

13  because it was filed on the docket as part of petitioner's

14  petition for habeas.

15       If you turn the page, you'll see notice of designation of

16  country of removal signed by Mr. Abrego Garcia.

17       Is this a document you're aware of?

18  A.   I hadn't seen this document before.

19  Q.   You'd agree with me that at least on the face of it, it

20  appears to be a notice of designation by Mr. Abrego Garcia

21  pursuant to various regulations of Costa Rica, correct?

22  A.   That's the title, yes, sir.

23  Q.   All right.  Have you dealt with situations like this

24  before, where an individual who is going to be removed

25  designates the country to which they wish to be removed?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**   Before the immigration judge, I've seen where they

2  designate a different country, yes.

3  **Q.**   And you're familiar with -- I mean, given your job

4  responsibilities, you're familiar with the regulatory regime

5  that covers the petitioner's designation of this sort under

6  8 U.S. Code 1231?  You have some experience with that, I'm

7  certain?

8  **A.**   I've had experience, yeah, with the INA 241.

9  **Q.**   I'm sorry.  Your last answer -- apologies.  Your last

10  answer was INA 241?

11  **A.**   Yes, sir.

12  **Q.**   And what's INA 241?

13       Immigration counsel has advised me.  Thank you, sir.

14       I'm going to place that statute in front of you.

15  **A.**   Yes, sir.

16  **Q.**   I'm going to mark that for identification as Petitioner's

17  Exhibit 3.

18            **MR. RAND:**  May I approach, Your Honor?

19            **THE COURT:**  You may.

20            **MR. RAND:**  Thank you.

21       Please have the record reflect I'm placing Petitioner's

22  Exhibit 3 for identification in front of the witness.

23  **BY MR. RAND:**

24  **Q.**   You have in front of you, sir, what's been marked for

25  identification as Petitioner's Exhibit 3.  It's 8 U.S

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1    Code 1231.

2         Do you recognize this?

3    **A.**    Yes, sir.  Yes, sir.

4    **Q.**    All right.  You've had occasion to review and consider the

5    various provisions of 8 U.S. Code Section 1231 -- what you

6    referred to as INA 241 -- I gather?

7    **A.**    Yes.

8    **Q.**    Now, I'd like to take you to 6 of 18.  If you look down

9    the right of Petitioner's Exhibit 2 --

10        **MR. RAND:**  Well, let me offer it formally.  Your

11   Honor, may I offer this?  It's the statute.

12        **THE COURT:**  Sure.  It's the law.  But for purposes of

13   the record, this is Petitioner's 3?

14        **MR. RAND:**  This is Petitioner's 3.  Thank you, Your

15   Honor.

16   **BY MR. RAND:**

17   **Q.**    I want to take you to 6 of 18.  If you look down a little

18   on the bottom right, you see little numbers.  You with me, sir?

19        **THE COURT:**  I just want to make sure.  I have 6 of

20   10.

21        **THE WITNESS:**  Me as well.

22        **THE COURT:**  6 of 10.

23        **MR. GUYNN:**  I have that as well.

24        **THE COURT:**  Do we have 18?

25        **MR. RAND:**  Hopefully, we're in the same place.

1          **THE COURT:**  Yeah, that's why I want to make sure --

2          **MR. RAND:**  Thank you so much, Your Honor.

3          **THE COURT:**  Okay.

4          **MR. RAND:**  Bear with me.  Let's go to 3 of 10.  All

5    right.  Thank you.  I'm with you both.  Thank you very much.

6    **BY MR. RAND:**

7    **Q.**   All right.  Let's go to 3 of 10 of what's been marked for

8    identification as Exhibit 3, Petitioner's Exhibit 3.

9          You see "Selection of country by alien"?

10   **A.**   Yes.

11   **Q.**   Under (A) there?

12   **A.**   I do.

13   **Q.**   And that, you understand to be the section of this

14   regulatory scheme that governs the selection by an individual

15   asking that a country they designate, they be allowed to go to,

16   right?

17          **MR. GUYNN:**  Objection, Your Honor.  Calls for a legal

18   conclusion and relevance to these proceedings.

19          **THE COURT:**  Overruled.

20          **THE WITNESS:**  Yes.

21   **BY MR. RAND:**

22   **Q.**   Okay.  And is it your understanding -- and I want to be

23   very clear.  I'm not asking for a legal opinion; I'm asking for

24   your understanding how you do your job day to day in your job

25   responsibilities as you've done them for many, many years, as

 1  you've described to us.

 2      Do you understand that the alien's designation to pick

 3  where they want to go is, if an alien designates where they

 4  want to go, the first stop in this regulatory scheme?

 5      In other words, do you consider that first, subject to

 6  exceptions?

 7          **MR. GUYNN:**  Objection to the extent his understanding

 8  is a legal conclusion or calls for a legal conclusion.

 9          **THE COURT:**  Overruled.

10      You can answer.

11          **THE WITNESS:**  Yes.

12  **BY MR. RAND:**

13  **Q.**   And that's been your understanding throughout your career,

14  right, sir?

15  **A.**   Yes.

16  **Q.**   And that's -- that understanding in your mind is the

17  guidance in your mind that you have followed and you've asked

18  others who report to you to follow, correct, sir?

19  **A.**   Yes.

20  **Q.**   All right.  Now, under (C) there on 3 of 10 of

21  Petitioner's Exhibit 3, you have some exceptions disregarding

22  designation.  "The attorney general may disregard a designation

23  under paragraph (A)(i) if."

24      You see that?

25  **A.**   Yes.

1   **Q.**   All right.  And -- and by the way, before I get there,

2   apologies.  Let me go back.

3       I want to go back up to (A).  And in (A)(ii) -- capital

4   (A)(ii), it says "the attorney general shall -- shall remove

5   the alien to the country the alien so designates," right?

6   **A.**   It does.

7   **Q.**   It doesn't say "may"?

8   **A.**   Correct.

9   **Q.**   It dictates --

10          **MR. GUYNN:**  Objection.  Argumentative.  Asked and

11   answered.

12          **THE COURT:**  Yeah.

13          **MR. RAND:**  Withdrawn.  I agree with that.  That's

14   fair enough.  I'll leave it with the point made.

15   **BY MR. RAND:**

16   **Q.**   Let's go down to the (C), big (C), "Disregarding

17   designation."

18       "The attorney general may disregard a designation under

19   (A)(i) if," and then there are four subsections there.

20       Do you see that, sir?

21          **MR. GUYNN:**  Your Honor, can I just --

22          **THE WITNESS:**  Yes.

23          **MR. GUYNN:**  -- make a continuing objection to this

24   entire line of questioning on relevance --

25          **THE COURT:**  Sure.

1              **MR. GUYNN:**  -- because this is a matter for the

2     immigration court?

3              **THE COURT:**  You don't need to speak.  That's fine.

4     You don't need to speak.  I note your objection, and I overrule

5     it.

6          Go ahead.

7     **BY MR. RAND:**

8     **Q.**   You with me, sir?

9     **A.**   I am.

10    **Q.**   You see those four exceptions there?

11    **A.**   Yes.

12    **Q.**   You've had occasion to deal with them before, right, sir?

13    **A.**   Yes.

14    **Q.**   All right.  "(i) the alien fails to designate a country

15    promptly."

16         You see that?

17    **A.**   Yes.

18    **Q.**   You understand, based on the documents I've put in front

19    of you, that on August 21st, Costa Rica offered to take

20    Mr. Abrego Garcia into Costa Rica after his criminal sentence

21    was served, correct, sir?

22    **A.**   Yes.

23    **Q.**   And you understand that, two days later, less than 48

24    hours later, he designated Costa Rica as his preferred country

25    to be removed to, correct, sir?

1  **A.**   Yes.

2  **Q.**   "(ii) the government of the country does not inform the

3  attorney general finally, within 30 days after the date the

4  attorney general first inquires, whether the government will

5  accept the alien into the country."

6       You see that?

7  **A.**   I do.

8  **Q.**   Sitting here today, you can offer us no information about

9  when the initial inquiry to Costa Rica was made, correct?

10 **A.**   Correct.

11 **Q.**   But you'd agree with me, sir, based on everything you know

12 and your preparation here today, it wasn't 30 days before

13 August 21st, right, sir?

14 **A.**   I don't know.

15 **Q.**   You agree with me it's very unlikely it was 30 days before

16 August 21st?

17          **MR. GUYNN:**   Objection.   Asked and answered.

18          **THE COURT:**   Sustained.

19 **BY MR. RAND:**

20 **Q.**   Let's go to 3.

21      "The government of the country is not willing to accept

22 the alien into the country."

23      You see that, sir?

24 **A.**   Yes.

25 **Q.**   All right.   You have a letter in front of you which is

1  Petitioner's Exhibit 1, where Costa Rica is accepting him into

2  the country provided his criminal sentence is served, right,

3  sir?

4          **MR. GUYNN:**  Objection.  Calls for speculation.

5          **THE COURT:**  Overruled.

6          **THE WITNESS:**  Correct.

7  **BY MR. RAND:**

8  **Q.**   Now (iv), sitting here today, are you aware of Attorney

9  General Bondi or any agent of hers indicating that Abrego

10 Garcia going to Costa Rica would be prejudicial to the

11 interests of the United States?

12 **A.**   I am not aware.

13 **Q.**   You have not seen any piece of paper, tweet, e-mail where

14 Attorney General Bondi or somebody you understand to be her

15 agent has expressed that view, correct, sir?

16         **MR. GUYNN:**  Objection.  Asked and answered.

17         **THE COURT:**  Overruled.

18         **THE WITNESS:**  Correct.

19 **BY MR. RAND:**

20 **Q.**   Now, have you dealt -- you've dealt with situations in --

21 in your experience at ICE and DHS where the attorney general,

22 at whatever point in time we're talking about, or their agent,

23 did indicate that they believed it would be prejudicial to

24 sentence somebody to a third-party country of their

25 designation, correct, sir?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**   Not that I recall.

2  **Q.**   You've never been involved in that situation at all?

3  **A.**   Not that I recall, no.

4  **Q.**   Are you aware of any cases existing where there's a

5  concern that somebody who is a terrorist was asking to be sent

6  back to a country where there are terrorist cells where they

7  will be trained further as a terrorist that creates the types

8  of issues that are set forth under (iv) there?

9  **A.**   I'm not aware of that.

10  **Q.**   All right.  So you're not aware in any shape or form of

11  ever being involved in a situation where an attorney general

12  says no, that alien -- that individual can't go back to the

13  country of their designation because that would be very bad for

14  U.S. interests, as that word -- the meaning of those words

15  within the statutory regime?

16  **A.**   I don't have any knowledge of that.

17  **Q.**   Have individuals who have withholding orders been removed

18  to Costa Rica since January of this year?

19  **A.**   Not that I'm aware of.

20  **Q.**   Are you aware of any individuals who have removal orders

21  being sent to Costa Rica who are nationals of Costa Rica or

22  nationals who were born in Costa Rica?

23  **A.**   Yes.

24  **Q.**   And can you describe who those folks were, please?

25  **A.**   No.  I just know that we've removed individuals to Costa

1  Rica this year.

2  **Q.**    Over the course of this year, people have been removed to

3  Costa Rica?

4  **A.**    Yes, sir.

5  **Q.**    There's been no concern registered by anyone in the U.S.

6  government that it's inappropriate to send people to Costa Rica

7  for some purpose?

8           **MR. GUYNN:**    Objection.    Foundation; vague and

9  ambiguous; relevance.

10          **THE COURT:**    Overruled.

11      If you know.

12          **THE WITNESS:**    So the alien has the opportunity to

13  raise any claims of fear while they're going through the

14  immigration process.    Once the immigration judge or the board

15  of immigration appeals or the circuit court has deemed the

16  alien removable, then ICE removes the individual to that

17  country.

18  **BY MR. RAND:**

19  **Q.**    I -- my question was a little different.

20      Sitting here today, are you aware of a connection with any

21  of the people who asked -- were sent to Costa Rica of anyone in

22  the U.S. government saying it's against U.S. interests for

23  aliens in the U.S. to be sent to Costa Rica?

24          **MR. GUYNN:**    Same objections.

25          **THE COURT:**    Overruled.

  1              THE WITNESS:   No.

  2    BY MR. RAND:

  3    Q.   You agree that would be a very bizarre thing to say based

  4    on your understanding --

  5              MR. GUYNN:   Objection.

  6              MR. RAND:   -- of Costa Rica given your response

  7    before?

  8              THE COURT:   Sustained.

  9              MR. GUYNN:   Objection.

 10              MR. RAND:   Withdrawn.

 11    BY MR. RAND:

 12    Q.   Is there anything, to your knowledge, stopping DHS or ICE

 13    from asking Costa Rica whether they'd take Mr. Abrego Garcia

 14    prior to his criminal trial?

 15    A.   No.

 16    Q.   Has -- to your knowledge, has anybody, in light of

 17    Mr. Abrego Garcia's designation on August 23rd of this year

 18    that he go to Costa Rica -- be removed to Costa Rica, has

 19    anybody, to your knowledge, from this government reached out to

 20    Costa Rica to ask whether he could be sent there prior to his

 21    criminal trial?

 22    A.   Not that I'm aware of.

 23    Q.   Do you -- you may not know, but do you have an

 24    understanding of what happens vis-a-vis Mr. Abrego Garcia if

 25    his criminal trial is dismissed based upon the pending

1  vindictive prosecution motion?

2  **A.**   I don't know anything about his criminal prosecution.

3  **Q.**   Is -- do you have an understanding, sitting here today, as

4  to what the government intends to do with Mr. Abrego Garcia,

5  i.e. -- well, withdrawn.  Let me ask it differently.

6       Is it your testimony from direct that, if able, ICE and

7  DHS would remove Mr. Abrego Garcia before his criminal trial to

8  a third-party country?

9  **A.**   From the knowledge that I have, if a third country -- yes.

10  From the knowledge I have, yes.

11  **Q.**   Okay.  Why can't the U.S. government just send Mr. Abrego

12  Garcia to Costa Rica tomorrow?

13            **MR. GUYNN:**  Objection.  Lack of foundation.

14            **THE COURT:**  Overruled.

15            **THE WITNESS:**  From the document here, it says when he

16  finishes the criminal sentence.  So I -- I believe the United

17  States would have to go back to Costa Rica.

18  **BY MR. RAND:**

19  **Q.**   But you have no -- nothing you could offer me at all as to

20  how those words made it into that assurance document, whether

21  that's something the U.S. government insisted upon or Costa

22  Rica insisted upon, correct?

23  **A.**   I had no knowledge of this document before you gave it to

24  me.

25  **Q.**   All right.  And so my point is you have no idea whether

1  that condition was a condition of the United States or a

2  condition of Costa Rica, fair?

3  **A.**    Fair.

4  **Q.**    And you have no idea whether, if the United States reached

5  out to Costa Rica and said, hey, do you mind taking him now?

6  whether Costa Rica would say sure?  That could easily happen,

7  in your mind, fair?

8            **MR. GUYNN:**  Your Honor, we will stipulate that Costa

9  Rica is on the table if Eswatini falls through and that there

10  is a greater likelihood that we can remove him if we --

11           **MR. RAND:**  Objection, Your Honor.  Argumentative.

12           **THE COURT:**  Yeah, yeah.  Let's just get the

13  testimony.  Okay?

14  **BY MR. RAND:**

15  **Q.**    Back to my question, sir.

16           **THE COURT:**  Yeah, ask the question again, please.

17  **BY MR. RAND:**

18  **Q.**    And you have no idea whether, if the United States

19  government reached out to Costa Rica and said, hey, listen,

20  will you take him before his criminal trial? whether Costa Rica

21  would immediately say no problem, we're happy to, right?

22  **A.**    I don't know what the response would be from Costa Rica,

23  if they would say yes or no.

24  **Q.**    Who would I ask that question of?  I mean, I know we've

25  covered this, but who can I ask that question of to help the

 1  Court with this situation?

 2            **MR. GUYNN:**  Objection.  Lack of a foundation.

 3            **THE COURT:**  Well, hold on.

 4       Sir, are you aware of whether that request to Costa Rica

 5  has been made?  Has the United States at any point asked Costa

 6  Rica to take Mr. Abrego prior to the commencement of his

 7  criminal trial?  Do you know one way or another?

 8            **THE WITNESS:**  I do not, Your Honor.

 9            **THE COURT:**  Were you asked to get that information in

10  connection with this case today -- to your testimony today?

11            **THE WITNESS:**  I was not, Your Honor.

12            **THE COURT:**  Did you ask since the order that I issued

13  said bring a person with knowledge about steps either taken or

14  will be taken with regard to Costa Rica?

15            **THE WITNESS:**  No, Your Honor.

16            **THE COURT:**  All right.  Thank you.

17            **MR. RAND:**  Thank you, Your Honor.

18  **BY MR. RAND:**

19  **Q.**   Let me switch topics.

20       You're aware that -- you indicated on direct you're aware

21  that there was a ruling on Mr. Abrego Garcia's motion to reopen

22  his immigration proceedings, correct?

23  **A.**   Correct.

24  **Q.**   Are you aware that the immigration judge that presided

25  over that reopening motion was a different immigration judge

```
 1   than the immigration judge who is still sitting who handled

 2   Mr. Abrego Garcia's 2019 motion practice regarding his order of

 3   removal and withholding status?

 4           MR. GUYNN:  Objection.  Lack of foundation; misstates

 5   the record.

 6           THE COURT:  Do you know?  Do you know it's a

 7   different judge?

 8           THE WITNESS:  I do not know.

 9   BY MR. RAND:

10   Q.   I take it you wouldn't have any information if I wanted to

11   understand why a supervising immigration judge from Atlanta was

12   assigned to that case instead of the sitting judge from 2019,

13   correct?

14   A.   That's correct.

15   Q.   Who would I ask those questions of in terms of the

16   selection of a supervisory immigration judge from Atlanta to

17   Mr. Abrego's application to reopen --

18           MR. GUYNN:  Objection.

19           MR. RAND:  -- as opposed to the sitting judge?

20           MR. GUYNN:  Objection.  Relevance; beyond the scope.

21           THE COURT:  Goes to bias.

22       Don't speak.  You can approach, but you cannot speak in

23   front of the witness.

24           MR. GUYNN:  May I please approach, Your Honor?

25           THE COURT:  You want to approach?  You may.
```

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1      (A bench conference was held on the record as detailed
2  below:)

3            **THE COURT:**  Go ahead.

4       **MR. GUYNN:**  I'm -- I don't want to cast aspersions,
5  Mr. Rand.  Maybe you're going somewhere else, but I think there
6  could be a strong inference that what is being suggested is
7  that immigration judge is corrupt.

8            **THE COURT:**  Well --

9       **MR. GUYNN:**  Well, why would we choose him over the
10 other guy?

11           **THE COURT:**  I don't know.  But the whole thing stinks
12 when there is an order that you were directed to bring a
13 witness with knowledge about Costa Rica.  And so some of these
14 questions go to an institutional bias.  Okay?

15      Maybe this witness has the knowledge; maybe he doesn't.
16 Maybe he's been directed not to.  Maybe he's willfully blind.

17      But the point is, I'm allowing some leeway on this
18 because, frankly, I'm extremely concerned that, once again, I
19 issue an order that there's no appetite to follow.

20      And this is an extension of that because I have a feeling
21 that Mr. Rand is going to the lack of imminence finding and
22 setting up who is making that decision because it's all
23 relevant.  In that regard, that's relevant to this case.

24           **MR. GUYNN:**  Can I just -- so that I can appropriately
25 respond, what do you mean by "institutional bias"?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

```
 1              THE COURT:  What I mean is how many times have we

 2    been here where I issue an order and the respondent or the

 3    government, defendants, whatever title you want to put on it,

 4    don't follow it, studiously avoid it?  This is -- by my count,

 5    I can count on more than one hand.  Okay?

 6         But this one, I don't know how to write it more clearly.

 7    I wanted a person with knowledge about the steps that have been

 8    taken, will be taken with regard to Costa Rica.  You bring me

 9    someone who didn't even see the letter from Costa Rica until

10    today, hadn't even read the file.

11              MR. GUYNN:  Well, I appreciate what testimony is in

12    the record right now.

13              THE COURT:  Yep.

14              MR. GUYNN:  And I -- I'm not sure how we're -- I'm

15    going to need to talk with my team.  When we prepped him, we

16    put that letter in front of him, and he does not remember

17    seeing it.

18              THE COURT:  Well, now he knows nothing about nothing.

19    He still knows nothing about nothing.  That's your witness.

20    You're stuck with him.

21         So I'm allowing a little bit of leniency on cross to mine

22    just how directed was this witness in one way or another?  What

23    does he know?  What does he not know?

24              MR. GUYNN:  That's fair.  Again, the reason that I

25    wanted to have the sidebar was just I'm not sure why we're
```

```
 1  highlighting that we got this one immigration judge and not
 2  this other if there's not some suggestion that we're going to
 3  get one outcome from one and not the other.
 4          THE COURT:  Well, maybe there is, but I don't even
 5  have -- the answer I have in front of me, I believe, is "I
 6  don't know."  Okay?
 7          MR. GUYNN:  Okay.
 8          THE COURT:  Are you going any further?
 9          MR. RAND:  I just wanted to talk -- if we wanted to
10  know.  That's the only question pending right now.
11          THE COURT:  What's that?
12          MR. RAND:  The question pending at the moment, Your
13  Honor, I believe is who would I ask such questions of if you
14  don't know?
15          THE COURT:  So, in other words, what's the procedure
16  to have one judge assigned versus another if you know?
17          MR. RAND:  If you know.
18          THE COURT:  Okay.  Well, that doesn't suggest any
19  bias or concern.  It's just -- you know what?  Because it seems
20  like there's a different procedure for different people all
21  depending on who you are.  And Mr. Abrego at times gets taken
22  out of the normal process.
23      And when it comes to a *Zadvydas* decision, the normal
24  process versus the nonnormal process may be relevant.  It may
25  be.  And I'd rather get the question answered because it
```

1  probably is going to be an "I don't know" given this witness's

2  scope and knowledge, but --

3         MR. GUYNN:  But, Your Honor, this witness was

4  designated to speak about these particular --

5         THE COURT:  Oh, boy, and he can't speak about most of

6  them.  So if we want to get into what he was designated to

7  speak on and what he can speak on --

8         MR. GUYNN:  Your Honor, appreciating that, the point

9  that I'm trying to make is that I don't think he needed to be

10 designated to understand how IJs are selected.

11        THE COURT:  Fair enough.  Fair enough.  I think it's

12 a long road to a small house.  This witness doesn't know much

13 about anything.

14        MR. RAND:  I'm not going to go further than the last

15 question I've asked.

16        THE COURT:  Okay.  Then we can -- we can pivot to

17 something else?

18        MR. RAND:  Yes, yes.

19        THE COURT:  Okay.  Thank you.

20        MR. RAND:  Thank you.

21    (The bench conference concluded and proceedings resumed as

22 follows:)

23 BY MR. RAND:

24 Q.  Sir, just to remind you where we were, I was asking you if

25 you knew who I would ask questions of -- perhaps ask questions

 1  of, based on your experience at DHS/ICE, if I wanted to
 2  understand how the immigration judge selection process would
 3  have been made with regard to Mr. Abrego's motion to reopen.
 4  **A.**    Sure.  So the immigration judges, they fall under the
 5  Executive Office of Immigration Review, which is a -- it's an
 6  arm of the Department of Justice.  They don't fall within
 7  ICE -- ICE's leadership.
 8  **Q.**    So it would be somebody from DOJ, but you don't know?
 9  **A.**    That's correct.
10  **Q.**    Very good.  I'll move on.  Thank you.
11       Now, we talked about it earlier.  You did get a
12  communication on or around August 22nd, 2025, in regard to the
13  removal of -- potential removal of Mr. Abrego Garcia to Uganda,
14  correct?
15  **A.**    Yeah, I think on the 22nd -- if I can just remember the
16  timeline, I think the 22nd, I got a text from my boss saying --
17  you know, with the article.  And then on -- I think it was the
18  23rd or 24th that I had spoken -- that had -- yes, somewhere
19  around the 22nd, 23rd.
20  **Q.**    Okay.  So you got a text from your boss, Ms. -- and I
21  apologize.
22  **A.**    Harper.
23  **Q.**    Thank you.
24       -- Ms. Harper that attached an article where it had been
25  reported that Mr. Abrego Garcia had been advised, or at least

1    his counsel had been advised, that he may be removed to Uganda;

2    is that correct?

3    **A.**    Yes.

4    **Q.**    Was there anything else in the text?

5    **A.**    No.  It just said, "Get ready."

6    **Q.**    And it just said "Get ready"?  And when it said "get

7    ready," it meant get ready to remove him to Uganda?

8    **A.**    Like, be prepared.

9    **Q.**    What did you interpret be prepared to mean at that point

10   in time?

11   **A.**    Just be -- be prepared to start getting things in place

12   once we get the go-ahead to proceed with the removal.

13   **Q.**    Did you understand at that point in time that there was --

14   if there was an MOU regarding -- with Uganda in regard to the

15   removal of individuals from the United States to Uganda?

16   **A.**    No.

17   **Q.**    Did you understand at that point in time whether there had

18   been any outreach from anyone in the U.S. government to Uganda

19   in regard to Mr. Abrego Garcia?

20   **A.**    I was not aware.

21   **Q.**    Did you ask whether there was such a thing that had

22   occurred when you got the text to the substance and effect of

23   be ready?

24   **A.**    No -- no.

25   **Q.**    Did -- were you aware of any analysis of any shape or form

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  that was performed by the U.S. government to determine whether

2  Uganda would not torture or persecute Mr. Abrego Garcia?

3  **A.**   No, I was not aware.

4  **Q.**   Any analysis whatsoever you were aware at that time as to

5  whether Uganda would not refoule Mr. Abrego Garcia back to El

6  Salvador, where he had just spent time in CECOT?

7  **A.**   I was not aware.

8  **Q.**   These weren't questions that you asked at that time, fair?

9  **A.**   Fair.

10 **Q.**   And I apologize.  I didn't write down the name.

11      You received a call, as I understand it, within a day or

12 two of that text from somebody on the DHS security council; is

13 that correct?

14 **A.**   Homeland Security Council.

15 **Q.**   Excuse me.  Homeland Security Council.  And remind me of

16 the gentleman's name?

17 **A.**   Matt Ochoa.

18 **Q.**   Ochoa?

19 **A.**   Ochoa.

20 **Q.**   And what was the sum and substance -- that was a phone

21 call?

22      Withdrawn.

23      That was a phone call, sir?

24 **A.**   Yes.  I -- it was a phone call.

25 **Q.**   How long did it last?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**   I don't recall.

2  **Q.**   Had you ever spoken to this individual before?

3  **A.**   Yes.

4  **Q.**   How many times, roughly?

5  **A.**   Many.

6  **Q.**   And what's the nature -- again, I don't need substance on

7  other matters, but what's the nature of your communications

8  with him?  Why is he somebody that you were familiar with?

9  **A.**   He's an ERO employee.

10 **Q.**   And what is his job function insofar as you have

11 communications with him on a somewhat routine basis?

12 **A.**   He was a -- he was the chief of staff of the field office

13 in San Antonio and then assistant field office director there.

14 And since February-ish, he's been assigned to the Homeland

15 Security Council.

16 **Q.**   And I'm curious about your interactions with him since

17 February in connection with his role in Homeland Security

18 Council.

19     Again, I'm not delving into the substance of any other

20 matter, but what's the nature of your communications with him,

21 if there are, since they seem to have been routine?

22 **A.**   So I -- you didn't -- when you asked that original

23 question -- I'm not trying to be difficult.

24     But in scope, you know, his career and my career, I've --

25 it's been routine.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **Q.**   I realize my error.  I'm fixing it.  So I want to stay

2  with February forward.  All right?

3  **A.**   Okay.

4  **Q.**   Did you have communications with him separate and apart

5  from this one in August regarding Mr. Abrego Garcia?

6  **A.**   Yes, sir.

7  **Q.**   And just at a very high level, what's the nature of the

8  communications you have with him in connection with his role on

9  the Homeland Security Council?

10  **A.**   The removal of -- the removal of individuals to third

11  countries, cooperation levels with countries with ERO's removal

12  efforts, trying to identify third countries for withholding

13  cases.

14  **Q.**   And Homeland Security Council, you understand, is, as your

15  prior testimony indicates, to be a council that sits within the

16  executive branch?

17  **A.**   Yes.

18  **Q.**   And it's a subsidiary council underneath the National

19  Security Council?

20  **A.**   That's the way I understand it.

21  **Q.**   And it's staffed with individuals, to your knowledge, from

22  the Department of State, DHS, and the White House?

23  **A.**   I interact with individuals from the ERO -- individual --

24  there's two ERO individuals and somebody from the Department of

25  State.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **Q.**   How many people sit on this council, if you know?

2  **A.**   I don't know.

3  **Q.**   Do you understand this council, the Homeland Security

4  Council, to be the group of people deciding where Mr. Abrego

5  Garcia would be removed to in or around August of 2025?

6  **A.**   I don't know that they made the decision.

7  **Q.**   Who is it that you understand to have made the decision in

8  regard to Uganda based upon your involvement as you described

9  it or otherwise?

10 **A.**   I don't know who made the decision.

11 **Q.**   Do you -- well, what is the sum and substance of your

12 conversation with this individual on or around August 24th or

13 5th, this telephone call?

14 **A.**   From what I recall is that Uganda had been identified

15 as -- as a destination for Mr. Abrego.

16 **Q.**   If it was asked and answered, I apologize.

17      How long was the call?

18 **A.**   Five minutes maybe.

19 **Q.**   Okay.

20 **A.**   I don't recall.

21 **Q.**   So -- so what was the sum and substance of those five

22 minutes, given that it only would have taken ten seconds to

23 tell you that Uganda was selected?

24      **MR. GUYNN:**  Objection.  This is a Presidential

25 communication.

1              **THE COURT:**  So you're asserting privilege?

2              **MR. GUYNN:**  Yes.

3              **MR. RAND:**  Your Honor, may I be heard?

4              **THE COURT:**  Yes.  Come up.  Come up.

5       (A bench conference was held on the record as detailed

6    below:)

7              **THE COURT:**  Mr. Ensign, Mr. Guynn is going to have to

8    handle it because he's handling the witness.  You're more than

9    welcome to be an adviser to him, but this is his witness.

10       Okay?  Very good.

11       So what's the -- what's the --

12              **MR. GUYNN:**  The communication attaches some folks who

13   are, you know, the President's advisers.

14              **THE COURT:**  So there is -- so we can be clear.

15   There's an admission that this is an adviser to the President

16   of the United States who is reaching out to this witness to say

17   we've identified Uganda on August 24th, essentially.  Am I

18   getting that right?

19       I just want to know what the factual predicate is before

20   you assert the privilege.

21              **MR. GUYNN:**  Yes.  So the -- if I may, the Homeland

22   Security Council is staffed with individuals who are advisers

23   of the President.

24              **THE COURT:**  Okay.

25              **MR. GUYNN:**  And I don't know the -- I don't know the

1  substance of this call that we're going to elicit, but if

2  Mr. Ochoa is going -- conveyed to -- if Mr. Ochoa conveyed to

3  Mr. Schultz the substance of Homeland Security Council

4  discussions, the Presidential communications privilege applies.

5          **THE COURT:**  Okay.  So, again, the first fact that has

6  been admitted to is that advisers to the President of the

7  United States reached out to this witness about deporting

8  Mr. Abrego Garcia to Uganda.  Because, otherwise, you don't get

9  the privilege.  You don't even get to talk about the privilege.

10          **MR. GUYNN:**  Sure.

11          **THE COURT:**  So let's be clear.

12     The President's advisers on August 24th reached out to

13  this witness about deporting Mr. Abrego to Uganda.  Do I have

14  it right?

15          **MR. GUYNN:**  I think that's too strong of a way to

16  express it.

17          **THE COURT:**  Well, then, you don't get the privilege

18  of a Presidential communication, at least on the fly during

19  this hearing.

20          **MR. GUYNN:**  I think that's a -- that's not the right

21  way to think of -- well --

22          **THE COURT:**  Okay.  Tell me how to think about it.

23          **MR. GUYNN:**  So my belief is that the Department of

24  State made a decision, identified Uganda, and then identified

25  that to the folks at the security council, and then that was

1  conveyed from Mr. Ochoa to Mr. Schultz.

2      If that -- if that understanding can be consistent with

3  what you just articulated, fine.  I think what I heard from

4  what you were saying, though, is the suggestion that the

5  President's inner circle decided this guy is going to Uganda --

6          **THE COURT:**  No, no.  I'm just saying that it is from

7  the President if you're invoking the Presidential

8  communications privilege, and I can then draw whatever

9  inference I wish from that.  But you don't get the privilege

10  unless we establish the first factual predicate.  Otherwise,

11  why am I --

12          **MR. GUYNN:**  I think it applies both to the President

13  and to the President's advisers.

14          **THE COURT:**  Okay.  Which -- which are --

15          **MR. GUYNN:**  Which are some individuals who are on the

16  Homeland Security Council.

17          **THE COURT:**  Right.  I understand that.  But it's a

18  direct line to the President.

19          **MR. GUYNN:**  It's his privilege, yes.

20          **THE COURT:**  Advisers -- right.  And the advisers of

21  the President have a direct line to the President.

22          **MR. GUYNN:**  That's right.

23          **THE COURT:**  So we're not backing away from that.

24  Advisers to the president --

25          **MR. GUYNN:**  It generally applies to all organs of the

1    White House.

2              **THE COURT:**  Okay.  But it's the White House.  So

3    we're clear, it's not DHS, it's not DOJ; it is the White House

4    as the institutional body for which you are invoking a

5    privilege.

6              **MR. GUYNN:**  That's right.

7              **THE COURT:**  Okay.  All right.

8         **MR. RAND:**  I was going to voir dire the witness to

9    establish that.  If that's been conceded on the record, then I

10   won't voir dire the witness.  I will point out to Your Honor --

11             **MR. GUYNN:**  I --

12        (Court Reporter interrupted for clarification.)

13        **MR. RAND:**  I said I was going to voir dire the

14   witness, but if that is being put on the record as a

15   representation as the basis of the privilege, then I don't need

16   to voir dire the witness on the issue.

17        I was just pointing out to Her Honor that it's a qualified

18   privilege.  We think we meet that showing given the issues

19   before the Court on *Zadvydas* and otherwise.

20        But I imagine Your Honor is going to want to brief that

21   issue, and we're happy to do so on an expedited basis.

22        And if I'm instructed to do so, I'll move on.  But this is

23   a very important conversation to understand.

24             **THE COURT:**  Okay.  Let me put a pin in that.

25        Can you make a general proffer as to whether -- did you

 1  know about this testimony, Mr. Guynn?

 2          **MR. GUYNN:**  Can I -- so I'm happy to answer that.

 3  Can I even just go to -- I think that is an even subsidiary

 4  issue of the fact that we're talking about Uganda and Uganda is

 5  off the table.  We're not --

 6          **THE COURT:**  Well, it's off the table for reasons that

 7  are completely inscrutable to me, frankly.

 8          **MR. GUYNN:**  Okay.  Well, you know what?  I will be

 9  able to get the witness to tell you why Uganda is off the

10  table.

11          **THE COURT:**  Well, Mr. Rand may go there.  But just

12  because you're saying Uganda is off the table doesn't give me

13  the who, what, when, where, how, and why, which does matter if

14  there's *Zadvydas*.  So it's relevant to roll the tape back to

15  how Uganda was ever on the table in the first place and whether

16  it was real or not, all to the *Zadvydas* point.

17      So what I'm hearing you say, though, is do you -- do you

18  know what this witness would say about this conversation?

19          **MR. GUYNN:**  No.

20          **THE COURT:**  Okay.  So I'm -- I'm going to allow you

21  all to brief it if you wish.  This witness may have to come

22  back or -- you know, that's just the way this cookie will

23  crumble, but I cannot decide this without some guidance.  So

24  put that on the list of things that we're going to need to

25  address in writing after today.

 1           **MR. RAND:**  As long as our objection is preserved,

 2    which it is now, Your Honor, I'll move on.

 3           **THE COURT:**  It is absolutely.  And you know you have

 4    a factual predicate.  You know what the objection is; so we can

 5    be --

 6           **MR. RAND:**  Yeah.  And I will point out for counsel

 7    and the Court that I don't know what's going to come next, but

 8    I don't know where the decision on Eswatini came from, and

 9    we'll find out.

10           **THE COURT:**  Yeah.  Okay.  Very good.

11           **MR. GUYNN:**  I'm not worried about that.

12           **MR. RAND:**  Well, that's good to know.

13           **THE COURT:**  Yes?

14           **MR. RAND:**  Can the representation made in regard to

15    the predicate of the privilege be put on the record?

16           **THE COURT:**  Okay.  The -- the -- it has been.  That

17    the President's advisers -- yes, the Homeland Security Council

18    is an advisory board to the President, and that is why the

19    defendants -- the respondents are invoking the privilege.

20           **MR. ROSSMAN:**  That's what I understood.

21           **THE COURT:**  Correct.  And that has been conceded --

22           **MR. ROSSMAN:**  I wanted to make sure that that's part

23    of the record of the case.  That's it.

24           **THE COURT:**  And now we're talking about whether the

25    privilege should be applied to this conversation with

1  Mr. Ochoa.

2          **MR. ROSSMAN:**  Understood.

3          **THE COURT:**  Okay.  Thank you.

4      (The bench conference concluded and proceedings resumed as

5  follows:)

6          **DEPUTY CLERK:**  I would remind members of the public,

7  while we are under sidebar, please keep conversations out of

8  the courtroom and please do not talk during proceedings.  Thank

9  you.

10          **THE COURT:**  I'll apologize for the husher.  I've

11  always been a proponent of smooth jazz instead of the husher,

12  but nobody listens to me in this court.

13  **BY MR. RAND:**

14  **Q.**  Are you ready, sir?

15  **A.**  Yes, sir.

16  **Q.**  Based upon a discussion with the Court, I'm going to

17  withdraw the last question.

18  **A.**  Okay.

19  **Q.**  Did you have occasion in regard to -- I'm going to come

20  back to Uganda in a moment.  But before I do that, did you have

21  occasion with regard to Eswatini to speak to somebody from the

22  Homeland Security Council as well?

23  **A.**  I spoke to one person, yes.

24  **Q.**  Who did you speak to in regard to Eswatini on the Homeland

25  Security Council -- Homeland Security Council?  Excuse me.

1  **A.**    Kevin Kopiasz.

2  **Q.**    The last name, can you spell that, please?

3  **A.**    K-O-P-I-A-Z [sic].

4  **Q.**    And Mr. Kopiasz -- hope I'm doing that justice -- when was

5  that conversation?

6  **A.**    Wednesday morning.

7  **Q.**    Two days ago in the morning?

8  **A.**    Yes, sir.

9  **Q.**    Did you speak to him in connection with your preparation

10  for testifying here today?

11  **A.**    No.  It was in preparation because I heard there might be

12  a flight, and I was trying to find out if there was one.

13  **Q.**    How long was the conversation with Mr. Kopiasz?

14  **A.**    It was three, four minutes.

15  **Q.**    And the sum and substance of it was whether there's a

16  flight to Eswatini in regard to putting Mr. Abrego Garcia on

17  that flight?

18  **A.**    If -- if there was any -- that I had heard that Mr. Abrego

19  may be going to Eswatini and if he knew any information about

20  it.

21  **Q.**    And what did he tell you?

22         **MR. GUYNN:**  Objection.  Privilege; Presidential

23  communication.

24         **THE COURT:**  Same privilege?

25         **MR. GUYNN:**  Yes.

 1          **THE COURT:**  The same ruling applies.

 2          **MR. RAND:**  And providing the same representation

 3   that's in the record as to the predicate for that privilege,

 4   we'll move on.

 5          **THE COURT:**  It sounds as if it is.

 6          **MR. GUYNN:**  Yes, yes.

 7          **THE COURT:**  Thank you.

 8          **MR. RAND:**  Thank you.  I'll withdraw that question.

 9   BY MR. RAND:

10   **Q.**   How did you -- I'm going to come back to Uganda, but let's

11   stay with Eswatini since we're talking about it.

12          How did you learn that Mr. Abrego Garcia may be removed to

13   Eswatini the first time?

14   **A.**   On -- on Tuesday, I learned from Jorge Montesino that

15   there may be a flight that Abrego may -- there may be a flight

16   to Eswatini and -- for Mr. Abrego.

17   **Q.**   Remind me who Mr. Montesino is, if I've done that justice.

18   **A.**   You haven't.  It's Montesino.

19   **Q.**   Thank you.  I apologize.

20   **A.**   And he's the ERO law division unit chief in our office of

21   principal legal adviser.

22   **Q.**   All right.  Let me go back to my question.

23          When did you first learn that Eswatini was on the table

24   for Mr. Abrego Garcia?  Was it that conversation?

25   **A.**   Yes.  On Tuesday.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1   **Q.**   What time?

2   **A.**   I can't recall what time that call was.

3   **Q.**   Morning or afternoon?

4   **A.**   Probably early afternoon.  I'm not -- I'm not sure.

5   **Q.**   He called you?

6   **A.**   I think so.

7   **Q.**   Well, if you called him, you knew something was up?

8   **A.**   So then he called me.

9   **Q.**   Well, I'm asking.

10  **A.**   I'm telling.

11        Sorry.  Yes.  Yes, he called me.

12  **Q.**   Do you recall that he called you?  I'm being very serious.

13  It matters.  I want to know what you remember.

14  **A.**   I -- I didn't call him asking about Eswatini.

15  **Q.**   You think you called him about something else?

16  **A.**   I don't; I think he called me.

17  **Q.**   Okay.  You don't have a recollection, but your best

18  recollection or guess is that he called you?

19  **A.**   Yes, sir.

20             **MR. GUYNN:**  Asked and answered.

21             **THE COURT:**  You have to answer.

22        Yes.  Am I right, sir?  Your best -- your best estimation

23  is that he called you?

24             **THE WITNESS:**  Yes, Your Honor.

25             **THE COURT:**  Okay.  Very good.

1    Go ahead.

2  **BY MR. RAND:**

3  **Q.**   And to your recollection and understanding sitting here

4  today, that's the first time you learned that Mr. Abrego Garcia

5  may be going -- the U.S. government may be considering sending

6  Mr. Abrego Garcia to Eswatini, correct?

7  **A.**   That is correct.

8  **Q.**   And that conversation, as I understand it, involved

9  talking about flights to parts of Africa?

10         **MR. GUYNN:**   I'm going to object on attorney-client

11  privilege.

12         **THE COURT:**   What?

13         **MR. GUYNN:**   Mr. Montesino is in ICE's legal

14  department.

15         **MR. RAND:**   I'm happy to voir dire.

16  **BY MR. RAND:**

17  **Q.**   Did you understand this conversation, based on what you've

18  said so far about flights, to include legal advice?

19  **A.**   No, I didn't.

20  **Q.**   Okay.  So let's go back to my question.

21      Can you tell me what the sum and substance of the

22  communication was regarding flights or anything else, as you've

23  described it?

24         **MR. GUYNN:**   Same objection, Your Honor.

25         **THE COURT:**   Well, if it's not about --

1          **MR. GUYNN:**  Well, he didn't --

2          **THE COURT:**  Approach.

3          **MR. GUYNN:**  Yeah.

4      (A bench conference was held on the record as detailed

5  below:)

6          **THE COURT:**  Okay.  So --

7          **MR. GUYNN:**  He might not have understood that it was

8  about legal advice, but that may be exactly what it was.

9          **THE COURT:**  Then it can't be an attorney-client

10  privileged conversation.  I mean, both people need to know that

11  what they're talking about is something regarding legal advice.

12      I mean, otherwise, anything a lawyer says, even if it has

13  nothing to do with advice, is somehow magically privileged

14  because they're a lawyer.

15      And this witness is saying the conversation that I had

16  with this individual with firsthand knowledge who happens to be

17  a lawyer, I wasn't talking to him for legal advice.

18      So how am I --

19          **MR. GUYNN:**  I think that if -- that's one way to

20  frame it, Your Honor.  Another way might be that as a lawyer is

21  advising his corporate client and as he's providing advice to

22  that client, if he's speaking with individuals, if they don't

23  understand him at that moment to be actively advising him and

24  providing legal advice and guidance on how to do what they're

25  supposed to do, that could be the case.

1          **THE COURT:**  Well, we certainly don't have that

2  proffer.  This witness just said, "I didn't construe this to be

3  legal advice."  What other voir dire would you like Mr. Rand to

4  do to get to the bottom of whether you have a privilege?

5          **MR. RAND:**  We'll agree there's no waiver.  I just

6  want him to answer the question.  I don't know if that means

7  anything, but --

8          **THE COURT:**  Well, what you're saying, I think, is, to

9  the extent I get it wrong, you're not going to be arguing that

10  more than just the answer should be --

11          **MR. RAND:**  Correct.  I just want an answer to this

12  question.

13          **THE COURT:**  It's one conversation about Mr. Abrego

14  that time stamps when this witness first learned of Eswatini?

15          **MR. RAND:**  Correct.

16          **THE COURT:**  Okay.  I think that's fair, given the --

17  okay?  So I'm going to overrule the objection.

18      (The bench conference concluded and proceedings resumed as

19  follows:)

20  **BY MR. RAND:**

21  **Q.**   We're back to your conversation with Mr. Montesino.  Can

22  you tell me the sum and substance of it, please.

23  **A.**   He -- what I recall is he said there may be progress or

24  may be a flight to Eswatini for Abrego Garcia.

25  **Q.**   Did you ask him anything about "I didn't know Mr. Abrego

1  Garcia was going to Eswatini" or anything like that?

2  **A.**    Not that I recall, no.

3  **Q.**    And so his purpose of telling you this was exactly what,

4  in your mind?  In other words, in your mind -- I'm not asking

5  you to read his mind -- what did you understand him to be

6  telling you this for?

7              **MR. GUYNN:**  Objection.  Lack of foundation.

8              **THE COURT:**  No, what did you understand it to mean,

9  sir?

10             **MR. GUYNN:**  But he's asking him to understand what

11  his purpose was.

12             **THE COURT:**  No, no, overruled.  Overruled.

13     Just answer the question.  What did you take it to mean?

14             **THE WITNESS:**  That there may be something going on

15  regarding a flight for Mr. Abrego.  And that was pretty much

16  just information-sharing.

17             **THE COURT:**  Okay.

18  **BY MR. RAND:**

19  **Q.**    All right.  Let's pivot back to Uganda.  We'll come back

20  to Eswatini.

21     Do you understand that, on or about August 23rd,

22  Mr. Abrego Garcia indicated by formal notice that he had a fear

23  of being sent to Uganda due to concerns over torture,

24  persecution, refoulement?

25  **A.**    Yes, I understand that.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **Q.**    And as of that moment in time when Mr. Abrego Garcia

2  provided that notice, what, if anything, was done by DHS or ICE

3  in regard to Uganda?

4           **MR. GUYNN:**  Objection.  Vague.

5           **THE COURT:**  Overruled.

6           **THE WITNESS:**  I don't -- I don't know what was done.

7  **BY MR. RAND:**

8  **Q.**    Was there a fear interview scheduled with the U.S.

9  Citizenship and Immigration Services, USCIS acronym?

10 **A.**    I can't say for certain if there was.  I don't know.

11 **Q.**    I think we established previously -- and if it's asked and

12 answered, apologies -- but you're not aware -- you weren't

13 aware at that time whether there was an MOU or State Department

14 assurances regarding Uganda, right?

15 **A.**    No, I wasn't.

16 **Q.**    So -- so how did it change from Uganda to Eswatini?

17 You're here today as a designee about this process.  How -- how

18 is it that you have been prepared to tell us how Uganda

19 suddenly was off the table and Eswatini was on?

20 **A.**    My understanding is that Uganda ultimately said no.

21 **Q.**    Where did you get that understanding from specifically?

22 **A.**    I got that from the Department of State.

23 **Q.**    Who provided that information to you?

24 **A.**    I got it this morning.

25 **Q.**    What time -- sorry.

1  **A.**   This morning -- what did I say? -- 9:00-ish.

2  **Q.**   That's Mr. Anderson?

3  **A.**   Yes, sir.

4  **Q.**   All right.  So as part of your conversation with

5  Mr. Anderson, he told you that Uganda had said no, correct?

6  **A.**   No.  Hold on.  I'm sorry.  I'm --

7  **Q.**   Take your time.  We want an accurate --

8  **A.**   I think -- I think that was actually from -- from -- I

9  think it was OPLA yesterday morning, and it was Charlie Wall.

10 **Q.**   Charlie last name?

11 **A.**   Wall, W-A-L-L.

12 **Q.**   Who is Mr. Wall?

13 **A.**   He's the principal legal adviser.

14 **Q.**   And you had a conversation with him yesterday morning?

15 **A.**   Yes.

16 **Q.**   That was in person as part of your preparation?

17 **A.**   Yes.

18 **Q.**   How long was the conversation with him by which he

19 prepared you with facts you would be providing in the court

20 here today?

21 **A.**   I was in his office for maybe ten minutes.

22 **Q.**   You were in his office alone?

23 **A.**   Alone for maybe two minutes.

24 **Q.**   The other eight minutes, who else was in his office with

25 you?

1    **A.**    Other attorneys.

2    **Q.**    Starting with the attorneys sitting at counsel's table

3    here today?

4    **A.**    Not at counsel's table.

5    **Q.**    These were attorneys from DHS/ICE?

6    **A.**    Yes.

7    **Q.**    This ten minutes was all in preparing you to testify here

8    today in response to Her Honor's order, correct?

9    **A.**    Correct.

10   **Q.**    I want you to talk through in as much detail as you

11   recall -- and this was yesterday morning, right?

12   **A.**    Yes.

13   **Q.**    Okay.  I want you to recall -- I want you to tell us in as

14   much detail as you can recall exactly everything that was said

15   during those ten minutes.

16          **MR. GUYNN:**  Objection.  Privileged.

17          **THE COURT:**  It's in preparation for this hearing.

18   It's fact.

19          **MR. GUYNN:**  I think some of the statements were

20   factual, but it's --

21          **THE COURT:**  Okay.  Come up.  Come up.

22      (A bench conference was held on the record as detailed

23   below:)

24          **THE COURT:**  All right.  So when you ask him

25   questions, there's no privilege, right?  He can tell the facts.

1    And if the facts he learned were from lawyers, then even if

2    there were a privilege, it's been waived.  The subject matter

3    has been waived, right?

4        **MR. GUYNN:**  There's no -- I'm not trying to be --

5    there's no privilege over facts.

6        **THE COURT:**  Right.  Okay.

7        **MR. GUYNN:**  And I'm not asserting a privilege over

8    facts from any lawyers.

9        **THE COURT:**  You're saying the question is overbroad?

10       **MR. GUYNN:**  Yeah, I --

11       **THE COURT:**  Just tell me what facts you learned?

12       **MR. GUYNN:**  Yeah, if he wants to know what facts were

13   learned in that conversation, absolutely fine.

14       **THE COURT:**  Okay.  Perfect.

15       **MR. RAND:**  I'll reask the question.

16       (The bench conference concluded and proceedings resumed as

17   follows:)

18   **BY MR. RAND:**

19   **Q.**   Sir, I'm going to withdraw the question and ask you a

20   different question.

21   **A.**   Okay.

22   **Q.**   During those ten minutes that you were in Mr. Wall's

23   office -- two minutes alone; the eight minutes with others -- I

24   want you to tell us, please, in as much detail as you can

25   recall, the facts that you learned during those ten minutes in

1  regard to Mr. Abrego Garcia.

2  **A.**    Sure.  He had told me that the -- Abrego Garcia's name was

3  sent forward on the night before, on Wednesday evening around

4  5:00, towards Eswatini.  And I'm pretty certain it was -- it

5  was he who had mentioned Ghana.  If not, it was Mr. Anderson

6  from State this morning.

7       I'm trying to think what else was significant in the

8  meeting.

9  **Q.**    Forgive me for the interruption, but I'm not asking you to

10  make a decision about what you think is significant.  I'm

11  entitled and I want every fact regarding Mr. Abrego Garcia and

12  what happened when and because of who that was communicated to

13  you during those ten minutes.

14  **A.**    Sure.  Like I said, I was told that Eswatini -- his name

15  was provided to Eswatini on Wednesday evening at 5:00 p.m.  I

16  think that Charlie had mentioned Uganda.  We discussed -- I

17  think we discussed how long it would take a flight to get in

18  the air.

19       That's pretty much it.

20  **Q.**    Did anyone say during those ten minutes that we can't

21  remove Mr. Abrego Garcia because of this Court's injunction?

22            **MR. GUYNN:**  Objection.  Privileged.

23            **THE COURT:**  That's a fact.  I mean, he's testified

24  openly about it.  So did anyone --

25            **MR. GUYNN:**  To the extent it's embedded in legal

1  advice.

2          **THE COURT:**  Overruled.

3  **BY MR. RAND:**

4  **Q.**  The question is pending, sir.

5  **A.**  I don't recall.

6  **Q.**  This was yesterday morning, right, sir?

7  **A.**  Yes, sir.

8  **Q.**  No recollection whatsoever of sitting in the office of

9  your supervisor -- is he your supervisor?

10  **A.**  He's not my supervisor.

11  **Q.**  Is he senior to you in the overall organization of the

12  world?

13  **A.**  Yes.

14  **Q.**  Okay.  You're sitting in your supervisor's office for two

15  minutes.  What happened during those two minutes?  What was

16  said by him to you?

17  **A.**  I just gave you the readout that I recall.

18  **Q.**  Respectfully, sir, that readout -- and I don't want to --

19  I'm trying not to be argumentative, but that readout was a

20  couple seconds.  It's ten minutes.  I'm entitled to it.

21          **THE COURT:**  Okay.  Mr. Rand, ask your question.

22          **MR. RAND:**  I apologize, Your Honor.  Thank you.

23  **BY MR. RAND:**

24  **Q.**  Well, what else do you recall being said during those ten

25  minutes?

1   **A.**   "Thank you for doing this.  I know it's a lot.  Here's a

2   coin.  It will be okay."

3        That's all.

4   **Q.**   Anything else?

5   **A.**   (Shakes head.)

6   **Q.**   Do you have any specific recollection of what was

7   discussed in the two minutes before other people joined you?

8             **MR. GUYNN:**  Same objection.

9             **THE WITNESS:**  No.

10            **THE COURT:**  Just facts.  Any facts regarding --

11            **MR. RAND:**  Any facts --

12  **BY MR. RAND:**

13  **Q.**   Let me ask it differently if I could.  Let me withdraw.

14       Any facts communicated to you by Mr. Wall in those two

15  minutes you were alone about Mr. Abrego Garcia and what had

16  happened or might happen or will be happening?

17  **A.**   Well --

18  **Q.**   Please.

19  **A.**   He said that the name had been sent over to Eswatini.  And

20  then when the rest of the attorneys came in, he repeated that.

21  **Q.**   And if I understand it correctly, that means Wednesday

22  afternoon at 5:00 p.m., but you -- what was communicated to you

23  was Eswatini was advised that there was a desire by the U.S.

24  government to remove Mr. Abrego Garcia to Eswatini?

25  **A.**   That's correct.

1    **Q.**    Okay.  Sitting here today, are you aware of any assurances

2    specific to Mr. Abrego Garcia -- I'm going to be very precise,

3    and there's a reason for it, because we may have to deal with

4    an evidentiary issue -- any assurances in regards specifically

5    to Mr. Abrego Garcia that you are aware of that have been asked

6    for by the U.S. government of Eswatini?  Specific.

7    **A.**    I am not aware.

8    **Q.**    Are you aware of any assurances that have been provided

9    specifically as to Mr. Abrego Garcia regarding Mr. Abrego

10   Garcia from Eswatini?

11   **A.**    Not yet.

12   **Q.**    When you say "not yet," what do you mean?

13   **A.**    Because they haven't said, yes, they would take him yet.

14   **Q.**    So they would have to say yes, and then would you have to

15   negotiate assurances?

16   **A.**    They would come -- I would expect them to come one and the

17   same together.

18   **Q.**    Why would you expect that, sir?

19   **A.**    In looking at the Costa Rica document, it says that they

20   will accept him and there's assurances.  And so I would expect

21   something similar.

22   **Q.**    So you would expect, based on your experience and

23   understanding as a designee here today, that there will be a

24   letter from Eswatini similar to the letter that was received

25   from Costa Rica in regard to Mr. Abrego Garcia?

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  **A.**   We have a letter from Eswatini on a previous removal; so

2  from -- from that letter as well, yes, sir.

3  **Q.**   And that letter looks something -- I don't mean identical,

4  but that letter looks something like the letter from Costa Rica

5  that's Plaintiffs' Exhibit 1?

6  **A.**   Yes, similar.

7  **Q.**   And so you would expect such a letter would be secured in

8  connection with this removal process?

9  **A.**   Yes.

10 **Q.**   And is it your understanding that Mr. Abrego Garcia will

11 not be removed until such a letter is secured to Eswatini?

12 **A.**   I believe that we were going to process a fear claim for

13 Eswatini, but I -- I anticipate an assurance letter to come

14 from Eswatini.

15 **Q.**   That was going to be my next set of questions.  Let's talk

16 about the fear interview.

17     You understand that Mr. Abrego Garcia through counsel has

18 indicated a fear of torture, persecution, and refoulement in

19 regard to Eswatini?

20 **A.**   Yes, sir.

21 **Q.**   All right.  And what is the process to date as of right

22 now that you understand has been undertaken in regard to that,

23 if any?

24 **A.**   So my understanding is Citizen and Immigration Services,

25 the agency that adjudicates the fear, was going to attempt to

1  do it today but was advised it was not a good idea because his

2  counsel is here.  So likely next week.

3  **Q.**  Is it your understanding that DHS/ICE is going to invite

4  counsel to participate in that fear interview?

5  **A.**  DHS/ICE is not involved in it; it's a CIS matter.

6  **Q.**  Sorry.  Fair enough.  Thank you for correcting me.

7  Is it your understanding USCIS, based on your

8  understanding of how they're operating these days, are going to

9  invite counsel for Mr. Abrego Garcia to participate?

10 **A.**  I can't speak to how they operate.

11 **Q.**  I think we covered this.  Is there any information you can

12 provide me as to what you understand would happen if USCIS

13 decides that his indication of fear is not, quote, credible

14 under the March 30th guidance provided by Secretary Noem?

15 **A.**  So it's my understanding that if it's not credible, he

16 would have the opportunity to request a judge's review.

17 **Q.**  It's your understanding that that judicial review of a

18 determination of noncredibility as to fear will occur, correct,

19 sir?

20 **A.**  To my understanding, yes.

21 **Q.**  Is that a personal view, or is that your view as a

22 designee here to speak about what's going to happen in the

23 future in regard to Mr. Abrego Garcia?

24 You understand the distinction I'm drawing?

25 **A.**  I do.

1  **Q.**   Which one is it, sir?

2  **A.**   It's my professional view.

3  **Q.**   So you're not -- you don't understand yourself to be here

4  to tell the Court what's going to happen vis-a-vis any appeal

5  rights in regard to a finding of noncredibility of that fear as

6  a designee pursuant to the order issued by Her Honor?

7  **A.**   No, I -- I said I believed that it would be adjudicated by

8  the -- by the --

9  **Q.**   I understand.  Do you understand yourself to be speaking

10 on behalf of the U.S. government for that purpose, though, or

11 are you just giving us your personal view --

12           **MR. GUYNN:**  Objection.

13 **BY MR. RAND:**

14 **Q.**   -- about what should happen?

15           **MR. GUYNN:**  Objection.  Outside the scope.

16           **THE COURT:**  Overruled.

17           **THE WITNESS:**  Speaking on behalf of the government.

18 **BY MR. RAND:**

19 **Q.**   You were involved, you indicated, in the ten individuals

20 who were sent to Eswatini, like, last week, right?

21 **A.**   Insomuch as having them staged for removal.

22 **Q.**   Did you use the word "staged"?

23 **A.**   Meaning have them -- as I mentioned earlier, ICE has

24 62,000 people in custody.  So we have a number of detention

25 centers in local jails.  So we have to get individuals who are

 1  being removed in the same place.  And so the term that we use

 2  is "staging."

 3  **Q.**   Okay.  So you had involvement in that staging?

 4  **A.**   Yes.  We receive -- we receive the manifest and -- I

 5  received the manifest from the ICE deputy chief of staff, and

 6  then I advised our travel team, who handles movement

 7  domestically and internationally, to stage him for removal.

 8  **Q.**   And you are aware of the five individuals who were removed

 9  to Eswatini in July of this year, right?

10  **A.**   Yes.

11  **Q.**   Did you have involvement or responsibility for those in

12  some way, those five folks?

13  **A.**   No.

14  **Q.**   Sitting here today, in connection with your job

15  responsibilities or otherwise, are you aware of the news

16  reporting about the conditions in which those 15 individuals,

17  those five July 10 and from last week are being held?

18           **MR. GUYNN:**  Objection, Your Honor.  Relevance; beyond

19  the scope.

20           **THE COURT:**  This is beyond the scope.

21           **MR. RAND:**  Scope?

22           **THE COURT:**  Move on.

23           **MR. RAND:**  Withdrawn.

24  **BY MR. RAND:**

25  **Q.**   Are you aware of anybody at DHS or ICE evaluating current

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  conditions in Eswatini in connection with evaluating the

2  credibility of any assurances Eswatini might give as to

3  torture, persecution, and refoulement of Mr. Abrego Garcia?

4  **A.**   No.

5  **Q.**   You're not aware of any such thing occurring right now

6  evaluating what's happening on the ground in Eswatini to how

7  that relates to the credibility of assurances that Eswatini

8  might send about how they're going to treat Mr. Abrego Garcia,

9  correct?

10          **MR. GUYNN:**  Objection.  This is beyond the scope.

11          **THE COURT:**  Well, no, it's not beyond the scope, but

12  it is a compound question.

13          **MR. RAND:**  Yeah.  Fair enough, Your Honor.  I'll

14  break it down.

15          **THE COURT:**  I'm getting lost.

16  **BY MR. RAND:**

17  **Q.**   Is there any analysis you're aware of, sitting here today

18  in your personal knowledge or as a designee, as to what

19  analysis, if any, is being undertaken by DHS/ICE or the

20  Department of State as to how the conditions in Eswatini relate

21  to how credibility of Eswatini's assurances regarding

22  Mr. Abrego Garcia will be evaluated?

23          **MR. GUYNN:**  This is beyond the scope, Your Honor.

24  Objection.

25          **THE COURT:**  Come on up.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1      (A bench conference was held on the record as detailed

2  below:)

3          **THE COURT:**  How is it beyond the scope to the

4  *Zadvydas* analysis?

5          **MR. GUYNN:**  Well --

6          **THE COURT:**  Because if you haven't even started it,

7  it kind of undercuts --

8          **MR. GUYNN:**  Well, the Secretary of State sent a

9  letter saying that the credibility --

10          **THE COURT:**  No, no, about Abrego.  Not everybody,

11  Abrego because it's an individualized analysis.  So you got it

12  for the country, but the -- I think the statute and the regs

13  and the history says it has to be more specific to the person.

14      We can fight about that as a matter of law, if you all

15  can --

16          **MR. GUYNN:**  Okay.  I think that we're going to be

17  fighting about that as a matter of law.  We don't have to do

18  that right now, but I will say that -- I just -- I -- again,

19  with all respect to Mr. Rand, I just don't think that we should

20  be trashing developing nonindustrialized countries here.

21      If that's what we're -- we're going to trash, it's a

22  really bad place, we shouldn't be sending people there.

23          **THE COURT:**  No, no.  This is about Abrego, who has

24  been -- by your clients, he has a moniker on him.  And now

25  you're considering sending him to countries that don't

1  customarily take folks -- I wonder if anybody speaks Spanish in

2  Eswatini.  But in any event, there is --

3          **MR. GUYNN:**  English is one of the official languages.

4          **THE COURT:**  Okay.  Well, I don't know how much

5  English -- anyway, we're getting far afield.

6      The point is the individualized analysis matters, most

7  particularly in this case in part because of Mr. Abrego's

8  worldwide recognition.  And so it seems a fair question --

9  except I just want it simpler -- which is do you know of any

10  efforts that have been made to determine whether -- whether

11  Abrego would face whatever -- torture, persecution,

12  refoulement?  Have any efforts been made to determine that

13  specific to him?

14          **MR. GUYNN:**  Your Honor, do you think, though, that he

15  would first -- Mr. Rand would first need to establish that the

16  representations that have been made to the Department of State

17  and which have been found credible will not be honored with

18  this individual?

19          **THE COURT:**  Well, I don't know if they're related to

20  Mr. Abrego at all.  And this witness is supposed to be here to

21  talk about him, and he knows very little.  But this is a fair

22  question, I think.

23          **MR. GUYNN:**  Well, the MOU is, I mean, related to

24  third-country nationals who are removed to Eswatini.  That's

25  Mr. Abrego.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1          **THE COURT:**  And there have been at least several who

2  have been removed and then refouled.  So the MOU, which was in

3  May, right, I also have evidence in the record that subsequent

4  to that, individuals were, I believe -- am I wrong about that?

5          **MR. RAND:**  No, you're not wrong.  That's what I was

6  thinking.

7          **THE COURT:**  They were immediately refouled to the

8  very countries they had protection against.

9          **MR. GUYNN:**  I'd say the letter from Deputy Secretary

10  Landau is dated this week.

11          **THE COURT:**  Well, that's a piece of evidence in your

12  favor, but it's an evidentiary question with regard to Abrego;

13  so I'm going to have to weigh it.

14      The bottom line is I don't know if this witness has any

15  information.  Simplify the question.

16          **MR. RAND:**  I will.  I'll ask a simpler question.

17          **THE COURT:**  And let's see if this witness has any

18  information with regard to Abrego, and then you can argue as a

19  matter of law it doesn't matter.

20          **MR. GUYNN:**  Can I also just make a point -- which I

21  don't mean to be inflammatory.  And I say that because I think

22  that it may come across that way.

23      But we have had this individual get educated by the

24  Department of State on certain issues, but the Department of

25  State is not a respondent here.

 1          **THE COURT:**  Okay.

 2          **MR. GUYNN:**  And so a lot of these communications of

 3  these assurances that you're talking about, those would be in

 4  communications between the Department of State and the

 5  country --

 6          **THE COURT:**  And the point would be what?

 7          **MR. GUYNN:**  The point would be just because this

 8  witness -- first, we would never expect to prepare this witness

 9  about every single communication that a nonrespondent has had

10  with the country of Eswatini.

11          **THE COURT:**  No, no, regarding Abrego.  Not every

12  communication, just him.  That's fair.

13          **MR. GUYNN:**  Or even Abrego.

14          **THE COURT:**  Okay.  Well, then, you have a problem

15  with the order.  You're not following my order.  Because what

16  you just said is contrary to it.

17      I said bring someone with knowledge, personal knowledge or

18  one who has acquired knowledge about Abrego, steps it's taken,

19  steps that will be taken.

20      Part of those steps is to assure that the person will not

21  be tortured or refouled.  That's -- that is part of the

22  regulatory and, I dare say, statutory and constitutional

23  requirements.  But in any event, we can fight about that later.

24      It is in -- baked in the order.

25          **MR. GUYNN:**  The Department of State is not a party

1   here, Your Honor.

2          **THE COURT:**  Understood.

3          **MR. GUYNN:**  So -- so we have -- we have --

4          **THE COURT:**  Okay.  You made your record.

5          **MR. GUYNN:**  Okay.

6          **THE COURT:**  Okay?  Your questions have to get --

7          **MR. RAND:**  Targeted.

8          **THE COURT:**  Well, one fact per question so we move it

9   on.

10          **MR. RAND:**  Later on.

11          **THE COURT:**  If we don't, then I'm just going to have

12   you move to the next one.

13          **MR. RAND:**  I understand, Your Honor.  I will

14   simplify.

15      Let me say one thing to the Court in regards to the

16   assurance letter.  Can I address counsel?

17          **THE COURT:**  We'll cut to the chase if we know what

18   we're doing with this.

19          **MR. RAND:**  It will be easier to get this done.

20      So I just want to elicit that he can't speak to the

21   assurance letter, and then I'm done.  But, you know, if you're

22   putting the assurance letter in play, which you are starting

23   to, and I figured that that was going to happen, I -- I have

24   questions about that.  But I don't think this is the right way.

25          **MR. GUYNN:**  I guess I didn't understand what you

 1  mean.

 2          **MR. RAND:**  Exhibit 2.

 3          **MR. GUYNN:**  No, I know that.  No, no, no.  I know

 4  that.  What are you saying you want to ask about it?

 5          **MR. RAND:**  I'm going to ask if he can speak at all to

 6  the assurance letter.  I assume the answer is no, and that will

 7  be the end of it.

 8          **THE COURT:**  Meaning he has no personal knowledge of

 9  the issue or --

10          **MR. RAND:**  Yeah, and he hasn't been prepared to speak

11  to the assurance letter, no involvement, nothing.

12          **THE COURT:**  And wasn't asked to speak on it?

13          **MR. RAND:**  No involvement.  We can do it in closed

14  court, then.  This is the set of questions I waited on.

15          **MR. GUYNN:**  You -- I'm sorry.  I cut you off.

16     We did prep -- he is prepped to talk about those

17  documents, but we wanted to have the Court seal it.

18          **MR. RAND:**  I'm doing it at the very end.

19          **THE COURT:**  Okay.  Since -- since -- you know, you

20  have prepared this witness.  And he expects to talk about the

21  State Department -- the Deputy Secretary of State, in fact,

22  then your objection with regard to State Department off limits

23  is overruled because you've invited it.

24          **MR. GUYNN:**  Well, can I -- can I --

25          **THE COURT:**  No, you can't have it both ways.

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1          **MR. GUYNN:**  I'm not trying to have it both ways.

2  The -- where that document came from, that was -- that document

3  was in ICE/DHS custody.  They were sent that document.

4          **THE COURT:**  Okay.  All right.  And it's general

5  assurances regarding Eswatini.

6          **MR. GUYNN:**  And per their processes which they use to

7  remove people, they have to have something to understand --

8          **THE COURT:**  Understood.  But if you're eliciting and

9  introducing general assurances, then certainly Mr. Rand can ask

10  about specific assurances.

11          **MR. GUYNN:**  Right.  But what I'm saying is, because

12  we don't have the Department of State here, I don't think that

13  we should be trashing this witness or suggesting --

14          **THE COURT:**  We're not trashing any witness.  You can

15  bring whichever witnesses you want.  I told you you could bring

16  more than one.  That's what the S in the parentheses means.

17          **MR. GUYNN:**  Sure.  Thank you.

18          **THE COURT:**  And you chose one witness.  So I'm not

19  going to cut off Mr. Rand's cross on an area that you've

20  introduced simply because it's State Department.  And if you

21  want another witness to explain further, then you should have

22  asked for it.

23      Now, it sounds like we're going to break this down and

24  we're going to get simple answers to simple questions about

25  Abrego, and then we're going to move on.  We'll deal with this

1  at the end.

2           **MR. RAND:**  Correct.  And I'll hold the other

3  questions until the very end after the break.

4           **THE COURT:**  What we might do -- it might make

5  sense -- is to have any redirect on everything nonprobative

6  first --

7           **MR. RAND:**  I think that's an excellent idea.

8           **THE COURT:**  Then we send everybody home and then do

9  it at the end.

10          **MR. RAND:**  That's an excellent idea.  Thank you.

11      (The bench conference concluded and proceedings resumed as

12  follows:)

13  **BY MR. RAND:**

14  **Q.**  Sir, I'm going to ask you a new set of questions.  Okay?

15      Are you aware, sitting here today, of any efforts that

16  have been made to evaluate whether Mr. Abrego Garcia would be

17  tortured if he was removed to Eswatini?

18  **A.**  Not that I'm aware of, no.

19  **Q.**  Same question as to persecution if he was removed to

20  Eswatini.

21  **A.**  No.

22  **Q.**  Same question as to whether he would be detained, some

23  kind of confinement, if he was removed to Eswatini.

24  **A.**  No.  No.

25  **Q.**  Same question as to whether he would be refouled to El

1  Salvador if he was removed to Eswatini.

2  **A.**   No.

3  **Q.**   I want to ask you just a couple questions about Ghana.

4  Okay?

5       You recall Ghana came up during your direct and some of

6  our conversation, sir?

7  **A.**   Yes.

8  **Q.**   Is it your understanding, sitting here today, that if

9  Mr. Abrego Garcia cannot, for whatever reason, be removed to

10  Eswatini, that there's a -- the next country to be considered

11  for removal to is Ghana?

12  **A.**   I understand that the Department of State is in

13  conversations with Ghana.  I don't know if there's a rank

14  structure on next country if Eswatini doesn't work.

15  **Q.**   I'm sorry.  You garbled in the middle of the sentence.

16  Apologies.  What was the words?  If you could just repeat it

17  again.  I apologize.

18  **A.**   Sure.

19       What I said was I know the Department of State is in

20  discussions with Ghana.  I do not know if they'd fall -- I

21  don't know if there's a rank structure after Eswatini and if

22  Ghana falls in number two.  I know they're in conversations

23  with other countries as well.

24  **Q.**   Okay.  What other countries are you aware of at this

25  moment in time that the U.S. government, whatever agency, is

*CROSS OF JOHN SCHULTZ BY MR. RAND*

1  considering sending Mr. Abrego Garcia to?

2  **A.**   I'm not aware of the other countries.

3  **Q.**   Are you aware of anything being done with Ghana as of this

4  moment in time specific to Mr. Abrego Garcia, i.e., any

5  outreach to Ghana specifically about Mr. Abrego Garcia?

6  **A.**   Yes.

7  **Q.**   Can you tell me what this is.

8  **A.**   I know there's discussions with Ghana about them taking

9  back Mr. -- taking Mr. Abrego Garcia.

10 **Q.**   And was that communicated to you during your time with

11 Mr. Wall -- was it Wall's office?

12 **A.**   No.  That was this morning.

13 **Q.**   Oh, okay.  And who communicated that information to you,

14 sir?

15 **A.**   Mr. Anderson.

16 **Q.**   That was on the call with Mr. Anderson this morning.

17      And what -- what did he say -- what, in sum and substance,

18 did he say about Ghana, if you could just repeat it for us,

19 please, sir?

20         **MR. GUYNN:**  Objection.  Privilege.

21      To the extent it's just factual material --

22         **THE COURT:**  Facts.  This is just fact.

23         **MR. GUYNN:**  Yeah, I apologize if I missed that.

24         **THE WITNESS:**  Yeah, that they are in negotiations

25 with Ghana, that they are having conversations with Ghana.

 1  **BY MR. RAND:**

 2  **Q.**    Was anything factually said to you about the assurances

 3  that Ghana was going to give in regard to Mr. Abrego Garcia's

 4  not being refouled, for instance?

 5  **A.**    No, sir.

 6  **Q.**    Any other aspect of assurances in any shape or form

 7  communicated to you?

 8  **A.**    No.

 9  **Q.**    All right.

10           **MR. RAND:**  Your Honor, subject to the agreement

11  between counsel subject to the Court's oversight, I will pass

12  the witness at this time, but I reserve rights to continue my

13  examination.

14           **THE COURT:**  All right.

15      And I just have one question before, Mr. Guynn, you have a

16  chance to redirect.

17      Sir, I'm hoping you'll be familiar with the term "travel

18  documents."

19           **THE WITNESS:**  Yes, Your Honor.

20           **THE COURT:**  I've heard and reviewed those in other

21  cases.

22      It's my understanding that travel documents are issued to

23  a noncitizen prior to the noncitizen's return to another

24  country; is that fair?

25           **THE WITNESS:**  So we get a travel document for an

1  individual who we're removing to their country.  But in terms

2  of a third country --

3            **THE COURT:**  Yep.

4            **THE WITNESS:**  -- we don't -- we get an acceptance

5  from the third country to take that person, but they don't

6  issue a travel document for him.

7            **THE COURT:**  What is a travel document?

8            **THE WITNESS:**  So it could be just a regular piece of

9  paper -- excuse me -- a piece of paper with name and

10 biographical information.  It could be a one-time-use passport.

11 For, like Honduras, Guatemala, El Salvador, and about nine

12 other countries, we use something call the Electronic

13 Nationality Verification Program.

14           **THE COURT:**  Okay.

15           **THE WITNESS:**  And what we do is we send over a

16 spreadsheet to these countries, and they just verify it using

17 their local databases like their version of the department of

18 state, their databases.  And they just come back and say, okay,

19 all these individuals are approved.  And we don't even need a

20 travel document; we just put them on a plane.

21           **THE COURT:**  Okay.  But is your testimony that travel

22 documents are only issued when the person is being returned to

23 their country of origin?

24           **THE WITNESS:**  That is correct.  In my experience, we

25 don't need a travel document to send somebody back to a third

1   country.

2          **THE COURT:**  You only -- so what assurances do you get

3   in terms of documents that reflect a person will be permitted

4   to stay in the third country lawfully, if any?

5          **THE WITNESS:**  I'm not aware of any.

6          **THE COURT:**  How do you, then, as ICE/DHS assure that

7   the third country will not refoule the person to their home

8   country when they have a withholding of removal order?  What do

9   you do as an agency?

10          **THE WITNESS:**  So we -- we work with State, and State

11   will do that part.  So, like, for instance, in this latest

12   removal flight to Eswatini, we had assurances.  We had the

13   letter of assurances.

14      For Ghana, we had a flight to Ghana, and we had a letter

15   of assurances for a flight to Ghana in the past.

16          **THE COURT:**  So it is akin to what we see in this

17   case, the Costa Rica letter that says we will give Mr. Abrego

18   refugee status in our country?

19          **THE WITNESS:**  It's more of a blanket document.  So,

20   like, on Eswatini, we removed ten over last weekend, and it was

21   just a blanket document.  It didn't say John Schultz and blah

22   blah blah, these other nine people.

23      It just said, you know -- because there's an agreement

24   with Eswatini, right?  So in that agreement, it says the

25   parameters of what they -- what they'll take back.  And they

1  put the assurances in there.  And then the Department of State

2  sent ICE -- the ICE director a letter saying that they found

3  these assurances to be credible.

4       **THE COURT:**  And that's -- that's all that you have in

5  terms of documentary proof that an individual will not be

6  refouled to a country for which she has protection from

7  removal?

8       **THE WITNESS:**  That's correct, Your Honor.

9       **THE COURT:**  Okay.  Thank you.

10      **MR. GUYNN:**  Can we break for ten minutes so that I

11  can prepare just really quickly the things Mr. Rand covered?

12      **THE COURT:**  Yes.  That's -- that's fine.  We'll take

13  ten.

14      **DEPUTY CLERK:**  All rise.  This Honorable Court now

15  stands in recess.

16     (Recess taken from 2:55 p.m. to 3:11 p.m.)

17      **DEPUTY CLERK:**  All rise.  This Honorable Court now

18  resumes in session.

19      **THE COURT:**  All right.  Everyone, can you have a

20  seat.

21     I just wanted to chat with you very briefly -- and you

22  stay, Mr. Schultz -- these are not state secrets -- before you

23  take the witness box again -- just scheduling.  We're going to

24  have redirect, and I allow very limited, but recross, if you

25  need it, on the redirect.

1          There's a portion that has to be done under seal.  It's

2    very small, right?

3          And then do you wish to go to oral argument today?  Yes?

4          **MR. ROSSMAN:**  We do, Your Honor, yes.

5          **THE COURT:**  Because, for the benefit of those of you

6    who came out and want to be here for the end, there will be a

7    small portion where we're going to have to close the courtroom,

8    but then we will come back and I'll hear argument from the

9    lawyers.

10          So for that time, you know, you're more than welcome to

11    stay, but you can't be in here.  And then Mr. Ulander will let

12    you know when you can come back in to hear the argument.  Okay?

13    Does that make sense?

14          Yes, Mr. Rand?

15          **MR. RAND:**  Yes, Your Honor.  And just to advise the

16    Court, we just made a quick filing on the Court's docket in

17    regard to Ghana.  There was a development during the

18    examination.  Just advising the Court that just came in.

19          **THE COURT:**  Can you --

20          **MR. RAND:**  The foreign minister of Ghana stated

21    vis-a-vis electronic communication during exam that Ghana will

22    not be taking.

23          **THE COURT:**  Yep.  We got it this morning.

24          **MR. RAND:**  Very good.

25          **THE COURT:**  We just -- it's on social media.  And

 1   it's very unequivocal.  So that's what's filed on the Court?

 2              **MR. RAND:**  Yes, Your Honor, just for notice, in case

 3   the Court hadn't received it yet.

 4              **THE COURT:**  Okay.  Thank you.

 5        Mr. Schultz, if would you return to the witness box,

 6   you're still under oath.

 7        And we'll continue.

 8        Whenever you're ready, Mr. Guynn.

 9              **MR. GUYNN:**  Yeah, I'm just responding to that

10   addition to direct.

11              **THE COURT:**  Oh, you mean the filing?

12              **MR. GUYNN:**  Yes.

13              **THE COURT:**  Okay.

14                        REDIRECT EXAMINATION

15   **BY MR. GUYNN:**

16   **Q.**   All right.  Mr. Schultz, do you remember testifying

17   earlier about the volume of third-country removals of aliens

18   that are occurring now versus previously to, I think, Mr. Rand

19   was talking about at some point in 2025?

20   **A.**   Yes.

21   **Q.**   What is your understanding, if any, for the reason why

22   there's been an increase in number of third-country removals of

23   aliens in 2025?

24   **A.**   We -- we've seen a greater cooperation in countries

25   willing to take third-country nationals back as part of the

1  priority to remove individuals from the United States.

2  **Q.**    And what can you tell me, if any, your understanding of

3  the number of agreements that third-party countries have

4  entered with us -- in addition to cooperation, but agreements

5  that they have entered with the United States vis-a-vis in

6  prior years?

7  **A.**    I'm not aware of any third-country agreements that we had

8  prior to 2025.

9  **Q.**    Mr. Schultz, do you know how many nondetained -- well,

10  actually, just -- there was discussion earlier during cross

11  about efforts that have been done since 2019 at ICE/DHS to

12  identify a host country for Mr. Abrego Garcia.

13      Do you know how many nondetained cases there are in the

14  United States?

15  **A.**    I know it's over 1 million.  I don't know the exact

16  number.

17  **Q.**    Do you know how many individuals have final orders of

18  removal in the United States?

19  **A.**    That, I don't know.

20  **Q.**    Do you think that between 2019 and 2024 or 2025, there are

21  tens of millions of individuals who were nondetained cases

22  during that time?

23  **A.**    There may be, yes.

24  **Q.**    Does it surprise you, given there were millions of other

25  individuals in this country who were similarly situated to

1  Mr. Abrego Garcia that, between 2019 and earlier this year,

2  there weren't efforts made to find him a host country?

3          **MR. RAND:**  Objection, Your Honor.  Leading.

4          **THE COURT:**  Sustained.

5  **BY MR. GUYNN:**

6  **Q.**  What's your understanding, if any, Mr. Schultz, about the

7  reason why there may have not been an effort to find a host

8  country for Mr. Abrego Garcia in 2019 until earlier this year?

9  **A.**  My understanding is that we, ICE ERO, didn't put much

10 attention towards to the nondetained docket and only focused on

11 the people who were in custody at the time.

12 **Q.**  All right.  I want to shift to Mr. Rand was asking you

13 some questions about I-241s.

14      Has it ever been required for ICE or DHS to use an I-241

15 in a removal proceeding?

16 **A.**  I'm not aware that it's a required document.

17 **Q.**  I want to pivot to -- briefly talk about Eswatini.

18      Mr. Rand asked you some questions about the timing of the

19 interactions between the United States and Eswatini.

20      Do you remember that?

21 **A.**  Yes.

22 **Q.**  Do you remember -- well, did the United States -- has the

23 United States had success in sending third-country nationals to

24 Eswatini under the MOU that it has with the government of

25 Eswatini?

1  **A.**    Yes.

2  **Q.**    I think you testified earlier, was there a flight earlier

3  this year, or more than one flight, of individuals who are

4  third-country nationals sent to Eswatini?

5  **A.**    There's been two flights to Eswatini this year.

6  **Q.**    And can you tell me a little bit more about the criminal

7  background of the individuals who were included on those -- the

8  flights to Eswatini?

9         **MR. RAND:**  Objection.  Scope, relevance.  Beyond the

10  scope of direct -- I mean, cross.  Excuse me.

11         **THE COURT:**  Do you want to approach?

12         **MR. GUYNN:**  There's --

13         **THE COURT:**  Approach.

14         **MR. GUYNN:**  Sure.

15    (A bench conference was held on the record as detailed

16  below:)

17         **THE COURT:**  I sustained an objection when Mr. Rand

18  wanted to get into the substance of what's happened to the

19  people who went to Eswatini, and you objected.  So now you want

20  to discuss the criminal histories of these individuals?

21         **MR. GUYNN:**  Because that goes to -- that was the

22  information that Eswatini had about these people at the time

23  that it chose to accept them.  And if these people are hardened

24  criminals and we see that it won't refuse to accept them on the

25  basis of their criminal background, then that creates more of a

1    plausibility that we would think they would accept Mr. Abrego

2    Garcia.

3            **THE COURT:**  Yeah, except they've already gone on

4    record with Reuters saying they wouldn't.

5            **MR. GUYNN:**  Eswatini?

6            **THE COURT:**  In September, yes.  It's in the record.

7    So that's one.

8        And number two, I don't find the inference to be

9    plausible.

10       And in fairness, number three, I did sustain your

11   objection.

12       And given the lateness of the hour, I will tell you it

13   doesn't really move that needle very far.

14           **MR. GUYNN:**  The one I'm trying to move.

15           **THE COURT:**  Okay.  Very good.  Thanks.

16       (The bench conference concluded and proceedings resumed as

17   follows:)

18   **BY MR. GUYNN:**

19   **Q.**   I'm going to withdraw that question, Mr. Schultz.

20       Mr. Schultz, do you recall testifying about the sort of

21   status of the negotiations between Eswatini and the United

22   States about whether Eswatini would accept Mr. Abrego Garcia?

23   **A.**   Yes.

24   **Q.**   And I apologize if this has been asked and answered, but

25   what is your understanding of what the status is of those

1  negotiations?

2  **A.**    My understanding is that they haven't yet approved to take

3  Mr. Abrego Garcia, but the discussions are ongoing.

4  **Q.**    How -- what is your understanding of how advanced those

5  discussions are?

6           **MR. RAND:**  Objection.  Vague, Your Honor.

7           **THE COURT:**  Yeah, I just want to -- let me make sure

8  because it's late in the day.

9       Didn't you testify earlier, sir, that Eswatini said no?

10  Is that right?

11          **THE WITNESS:**  Yes, Your Honor.  I -- I testified that

12  they said no, but the State Department is continuing to have

13  discussions with them.

14          **THE COURT:**  Okay.

15          **THE WITNESS:**  And my -- my understanding is that

16  once -- the State Department doesn't believe it's, like, a

17  closed door and that the door is still open for discussions.

18  And --

19          **THE COURT:**  That's their -- right, I get it.  But

20  it's a little bit of a different point.  I just want to make

21  sure that the record is clear.

22      What's the time -- what's the date in which Eswatini said

23  no as to Mr. Abrego?

24          **THE WITNESS:**  I know the request went over on

25  Wednesday evening.  I was told this morning that -- that they

*REDIRECT OF JOHN SCHULTZ BY MR. GUYNN*

 1  initially said no, and they're having further discussions.  So

 2  in between Wednesday and this morning.

 3          **THE COURT:**  And you're getting this information from

 4  State Department officials?

 5          **THE WITNESS:**  Yes.

 6          **THE COURT:**  Okay.  Very good.  Thank you.

 7  **BY MR. GUYNN:**

 8  **Q.**   I want to ask a similar set of questions about Ghana.

 9      I think you just heard a statement that the -- the

10  government of Ghana has unequivocally rejected a removal of

11  Abrego Garcia.  Is that your understanding from speaking with

12  the State Department this morning?

13  **A.**   No.  My understanding was that they were still discussing

14  it with the government of Ghana.

15  **Q.**   Is it your experience that sometimes in the public some

16  governments will say something, while in private, because of

17  negotiations between diplomats, different things are being

18  said.

19          **MR. RAND:**  Objection, Your Honor.

20          **MR. GUYNN:**  I'll withdraw.

21  **BY MR. GUYNN:**

22  **Q.**   All right.  I've just got two more little subtopics, Your

23  Honor.

24      So I would like to talk briefly about Costa Rica.

25      Do you have Petitioner's 1 with you up there on the stand?

 1  **A.**    I do.

 2  **Q.**    I think I heard you testify earlier, Mr. Schultz, that

 3  this -- that when Mr. Rand showed you this document, it was the

 4  first time you had seen it.

 5       Do you remember that testimony?

 6  **A.**    I do.

 7  **Q.**    Is that --

 8       **MR. GUYNN:**  I would like to -- I would like to use a

 9  document to refresh the witness's recollection, if I could,

10  Your Honor.

11       **THE COURT:**  Well, is that -- there's no -- wait.

12       Sir, is this the first time you saw this document?  Are

13  you sure about that?

14       **THE WITNESS:**  Yes, this is the first time I saw this

15  document.

16       **THE COURT:**  You don't -- there's no question in your

17  mind about that?

18       **THE WITNESS:**  No.

19       **THE COURT:**  Okay.  Well, then there's nothing to

20  refresh.

21       **MR. GUYNN:**  Okay.

22  **BY MR. GUYNN:**

23  **Q.**    Okay.  If -- are you aware, Mr. Schultz, if at any point

24  during Mr. Abrego Garcia's immigration process, ICE has

25  identified Costa Rica as his country of removal?

*REDIRECT OF JOHN SCHULTZ BY MR. GUYNN*

1  **A.**    I'm not aware of that.

2  **Q.**    Do you know whether ICE has ever planned to remove

3  Mr. Abrego Garcia to Costa Rica?

4  **A.**    No, I'm not aware of any plans to remove him to Costa

5  Rica.

6  **Q.**    Do you know if ICE has ever told Mr. Abrego Garcia that it

7  would remove him to Costa Rica?

8  **A.**    No.

9  **Q.**    But even though -- so Mr. Rand asked you some questions

10  about this document.  After reviewing this with Mr. Rand, even

11  though ICE has never designated Costa Rica as Mr. Abrego

12  Garcia's country of removal, do you think that the assurances

13  in this letter make it more probable that Abrego could be

14  removed to Costa Rica?

15            **MR. RAND:**  Objection.  Compound; vague.

16            **THE COURT:**  Well, overruled.

17      If you know what the lawyer means, then answer the

18  question.  I don't know how else to say it at this late hour.

19            **THE WITNESS:**  I think the assurances in this letter

20  make it possible for ICE to remove him to Costa Rica.

21            **THE COURT:**  Is there anything in that letter that

22  would make it not possible?

23            **THE WITNESS:**  No, Your Honor.

24  **BY MR. GUYNN:**

25  **Q.**    Mr. Schultz, I think it was -- this letter,

1  Petitioner's 1, was referred to as an assurance letter.

2      Do you know whether -- that documents like this are

3  typically referred to as diplomatic notes?

4          **THE COURT:**  Which document are we talking about?  I'm

5  sorry.

6          **MR. GUYNN:**  Petitioner's 1.

7          **THE WITNESS:**  Yes.  In my experience, a diplomatic

8  note normally starts with that same kind of preamble in the

9  beginning where the government of one country presents

10 compliments to the next country, and that's sort of how they

11 send communication between each other.

12 **BY MR. GUYNN:**

13 **Q.**  Does ICE or DHS draft, send, or receive diplomatic notes

14 to foreign nationals?

15          **MR. RAND:**  Compound.  Objection.

16          **THE COURT:**  Overruled.

17          **THE WITNESS:**  Could you repeat the question.

18 **BY MR. GUYNN:**

19 **Q.**  Sure.

20      Does ICE or any component of DHS, to your knowledge,

21 draft, send, or receive diplomatic notes to foreign sovereigns?

22 **A.**  My units have drafted diplomatic notes, and we would have

23 the State Department send it on our behalf.

24 **Q.**  Okay.

25          **MR. GUYNN:**  I would like to mark -- this is going to

1  be marked as Exhibit -- Government's Exhibit 3.

2      And, Your Honor, may I approach?

3          **THE COURT:**  Okay.

4      Thank you.

5  **BY MR. GUYNN:**

6  **Q.**  All right.  Mr. Schultz, do you see what's been marked as

7  Government's Exhibit 3 is a memorandum dated March 30th, 2025,

8  and the subject is "Guidance regarding third-country removals"?

9  **A.**  I do.

10  **Q.**  Have you seen this document before?

11  **A.**  Yes.

12  **Q.**  Have you read it before?

13  **A.**  Yes.

14          **MR. GUYNN:**  Your Honor, can we move this into the

15  record?

16          **THE COURT:**  Yes, you may.  Government's 3.

17  **BY MR. GUYNN:**

18  **Q.**  Would you take a look under the bolded heading.  It says,

19  "Process regarding third-country removals."

20      Do you see that?

21  **A.**  I do.

22  **Q.**  The second sentence, I'm going to -- I'm going to read

23  into the record, and then I'll have a question for you about

24  it.

25      "If the United States has received such assurances" -- you

1    know what?  I'm going to read the prior sentence as well.

2        "Prior to the alien's removal to a country that had not

3    previously been designated as the country of removal, DHS must

4    determine whether that country has provided diplomatic

5    assurances that aliens removed from the United States will not

6    be persecuted or tortured.

7        "If the United States has received such assurances and if

8    the Department of State believes those assurances to be

9    credible, the alien may be removed without need for further

10   procedures."

11       What I want to ask you, Mr. Schultz, is, based on your

12   understanding of this memo and also your time working at DHS,

13   who -- which -- which -- who assesses assurances to determine

14   if they're credible or not?

15   **A.**   The Department of State.

16   **Q.**   Okay.  If you could turn to the next page, please.

17       There's a heading that says "Where the alien affirmatively

18   states fear."

19       Do you see that?

20   **A.**   I do.

21   **Q.**   It says, "In cases where the alien affirmatively states a

22   fear, USCIS will generally screen the alien within 24 hours of

23   referral from the immigration officer.  This screening may be

24   done remotely.  USCIS will determine whether the alien would

25   more likely than not be persecuted on a statutorily protected

1    ground or tortured in the country of removal.  If USCIS

2    determines that the alien has not met the standard, the alien

3    will be removed."

4         Did I read that correctly?

5    **A.**   Yes.

6    **Q.**   So I think the prior questioning suggested is does USCIS

7    find the fear credible?  But, actually, isn't the standard here

8    whether USCIS determines whether the alien would, more likely

9    than not, be persecuted on the statutorily protected ground or

10   tortured in the country of removal?

11   **A.**   That's correct.

12   **Q.**   Okay.  And do you see any requirement of immigration judge

13   review of USCIS determinations adjudication of fear when the

14   alien affirmatively states a fear?

15   **A.**   I do not.

16            **MR. GUYNN:**  No further questions, Your Honor.

17            **THE COURT:**  Any recross?

18            **MR. RAND:**  Nothing further on the scope that's been

19   covered, Your Honor.

20            **THE COURT:**  And estimated time for the under-seal

21   portion?

22            **MR. RAND:**  10, 15 minutes tops, depending on how we

23   do.

24            **THE COURT:**  Okay.

25       So, ladies and gentlemen, you're more than welcome to wait

*REDIRECT OF JOHN SCHULTZ BY MR. GUYNN*

 1  outside the courtroom close by, and we'll let you know as soon

 2  as we're ready for you to come back in; but I'd ask you now if

 3  you would step out.

 4       Thank you so much.

 5           **MR. GUYNN:**  Your Honor, while the room is being

 6  cleared, can I run to the restroom?  I want to ask your

 7  permission.

 8           **THE COURT:**  Yeah, I mean, we just took a break, but

 9  if you need to, hurry, hurry.  All I'm going to do is put on

10  the record about the feed, the live feed, while you go.  You

11  better sprint, though, because I think you're going to have a

12  line.

13       All right, Counsel, while we wait, I just wanted to make

14  sure the record is clear that the realtime feed and the feed to

15  the press room has been cut off.

16       You all still should receive the realtime, but you have

17  all affirmed that you're not going to broadcast it out of this

18  courtroom so that we are safe to still have realtime while we

19  wrap this up for you.

20       Mr. Schultz, we're almost done.  Okay?

21       Any issues with that?  Anything you want to put on the

22  record?  Okay.

23           **MR. RAND:**  None whatsoever, Your Honor.  Thank you.

24           **THE COURT:**  All right.  We'll wait for Mr. Guynn.

25  **The following proceedings are SEALED by order of the Court**

*REDIRECT OF JOHN SCHULTZ BY MR. GUYNN*

17          **\*\*\*THIS ENDS THE SEALED PORTION OF THE TRANSCRIPT\*\*\***

18          **THE COURT:**  All right.  Mr. Schultz, I know you're

19   going to say too good to be true, but you are done.

20      And so you may step down.

21          **THE WITNESS:**  Thank you.

22          **THE COURT:**  And you can take your seat or you're free

23   to leave, whatever is best for you.

24      I'm going to take five while the courtroom is unsealed and

25   the feed is reattached.

1          Mr. Ulander, will you just let us know when you're ready?

2                **DEPUTY CLERK:**  Yes, Your Honor.

3                **THE COURT:**  Okay.  Thanks.

4                **DEPUTY CLERK:**  All rise.  This Honorable Court now

5    stands in recess.

6          (Recess taken from 3:54 p.m.To 4:02 p.m.)

7                **DEPUTY CLERK:**  All rise.  This Honorable Court now

8    resumes in session.

9                **THE COURT:**  Okay.  Everyone, have a seat.

10         I'll hear from petitioner first.

11         **MR. ROSSMAN:**  Still afternoon.  Good afternoon, Your

12   Honor.  Andrew Rossman for the petitioner.

13         Your Honor, six years ago today, Kilmar Abrego Garcia was

14   granted an order of withholding of removal to El Salvador.  And

15   he was released.  He lived in the community.  He lived with

16   family.  He worked.  He reported to ICE on a regular basis.

17         Certainly, it's beyond question that well more than six

18   months have passed since that date -- since the order of

19   withholding of removal.

20         And the government, for more than a year under the first

21   Trump administration, made no effort whatsoever to try to

22   remove him to a third country.  That's the testimony --

23               **THE COURT:**  And you know that from the EARM that you

24   have, right?

25               **MR. ROSSMAN:**  That is our -- we have an EARM that is

1   partially redacted.  I can assure Your Honor that the

2   unredacted portions reflect no effort --

3             **THE COURT:**  Okay.

4        **MR. ROSSMAN:**  -- to find a third country or seek to

5   remove Mr. Abrego.  And I believe that's consistent with the

6   testimony that you heard from the witness today.

7             **THE COURT:**  Well, the problem is he didn't look at

8   the EARM or the underlying file, but what he did tell us was

9   that, if there's any evidence of efforts, it would be there in

10  the EARM.

11            **MR. ROSSMAN:**  That's correct, Your Honor.

12            **THE COURT:**  And we've had months of give over the

13  EARM, it's the base file, let's do this.

14            **MR. ROSSMAN:**  The version that we have, the

15  unredacted portions reflect no efforts.  I'll state it plainly,

16  Your Honor.  There's no evidence in the record of this case.

17  And the government --

18            **THE COURT:**  And if there were, then the government

19  has to produce it because everything in your possession,

20  custody, or control says none.

21            **MR. ROSSMAN:**  Correct.

22            **THE COURT:**  Can I ask a question about that time

23  frame?

24            **MR. ROSSMAN:**  Of course.

25            **THE COURT:**  Mr. Abrego was held under the 90-day

1  removal period after he was granted withholding?

2          **MR. ROSSMAN:**  I don't believe so, Your Honor.  I

3  believe he was released after the withholding order.

4          **THE COURT:**  So he wasn't subject -- in other cases

5  involving withholding of removal, there's been talk of the

6  mandatory detention period of 90 days.

7          **MR. ROSSMAN:**  I'm aware of that reference in

8  *Zadvydas* -- in *Zadvydas* cases, Your Honor.  I think the best

9  that I can offer the Court on that is that third-country

10  removal was rare, if unheard of, at the time that Mr. Abrego

11  was granted his withholding in 2019.  And there was no

12  suggestion or effort to try to remove him at that point.  So

13  there was no reason --

14          **THE COURT:**  To hold him.

15          **MR. ROSSMAN:**  -- to hold him.  Because, as Your Honor

16  well understands from *Zadvydas* itself as well as a host of

17  cases since then, the only purpose of immigration detention is

18  to effectuate removal.  And at the time that he received

19  withholding from his home country, El Salvador, there was no

20  reasonably foreseeable prospect of his being removed to a third

21  country.  The United States government didn't identify or try,

22  and they didn't detain him.  Those are the facts.

23          **THE COURT:**  Okay.

24          **MR. ROSSMAN:**  Okay?  So we're well beyond the

25  six-month period, Your Honor.  And under *Zadvydas* and

1   specifically as was applied in the *Zavvar* case that was decided

2   in this courthouse, we're well beyond a period where the

3   government is entitled to a rebuttable presumption that

4   detention is reasonably necessary for purposes of removal.

5       So the presumption is not with the government; it is the

6   burden of the government to come forward with the evidence.

7   And the government quarrels -- I take it the government

8   quarrels with the holding of *Zavvar*.  I think they quarrel with

9   *Zadvydas* too, candidly.  But even if we were to fast-forward

10  past the events of 2019 and focus on 2025, we submit, Your

11  Honor, we're past six months of detention too.

12      Mr. Abrego was detained by ICE on March 12th of this year.

13  That was seven months ago.  And I would submit to Your Honor

14  without reviewing the history of the ordeal that Mr. Abrego has

15  gone through since then, it would confound the imagination of

16  Victor Hugo to describe what he has gone through.

17      What we can all agree, what we can all agree, is that he

18  has been in continuous confinement since March 12th with the

19  sole exception of the one weekend he was returned to Maryland

20  between the time Friday he was released on bail -- with

21  conditions of bail Your Honor is aware of -- and Monday morning

22  when he reported for an ICE interview.  Instead of being

23  interviewed, he was detained.

24          **THE COURT:**  Except isn't the government going to say,

25  from March to June, he wasn't in our control; and then from

1    June to August, he was in criminal custody?

2         **MR. ROSSMAN:**  Our position on that, Your Honor, is

3    that they effectuated his removal to El Salvador.  They

4    arranged for him to be held first in that terrorist prison in

5    CECOT and then in a subsequent prison.  And that he was being

6    held, not charged with a crime by the government of El

7    Salvador, but he was being held at the behest of the United

8    States.

9         So I think fairly, that is a period of time where he was

10   being detained by the United States.  And as Your Honor will

11   have emblazoned in Your Honor's memory, of course, back -- I

12   believe it was the first day of April, we were in this

13   courtroom, and -- I personally wasn't in this courtroom yet,

14   but I was in the case.

15        And Your Honor was then hearing from the government that

16   it was a mistake that they made.  And I think we've got that

17   from the ICE director as well as the government lawyer who has

18   since been fired, unfortunately.

19        But the point of that is, that at that point in time, the

20   government didn't bring him back until of course -- we know the

21   procedural history of the case.  Your Honor ordered it.  It

22   went to the Supreme Court.  In a 9-0, they said they had to

23   facilitate, back and forth, more appeals in the Fourth Circuit.

24   You know that well, Your Honor.

25        The point being that we submit that at all times the

1  United States government held the keys to that confinement.

2  That was validated when they brought him back in June in order

3  to charge him with a crime in Tennessee, a crime that was

4  investigated and that was indicted since the time period when

5  we were in this courtroom seeking his return and giving him his

6  due process rights.

7      So, you know, that has now been characterized as

8  vindictive prosecution.  That's for another court to decide.

9  I'm not going to suggest anything for this Court today.

10     The point of all of that, Your Honor, is that the -- is

11 that if you even were to measure the time period for

12 considering the six-month presumption under *Zadvydas*, I think

13 it is, under all circumstances, appropriate to consider that

14 time period going back from March through the present.

15         **THE COURT:**  And even if -- so *Zadvydas* never said

16 that this is a light switch.  It is six months or nothing.  And

17 each case is different.  It rises and falls on its facts.

18     If there are -- and this is an if -- extraordinary facts

19 which make it such that the government can't rebut the

20 presumption in any event -- it could be two minutes, two days,

21 two months, two years -- the time matters only insofar as

22 there's good grounds to continue holding based on some evidence

23 of reasonable foreseeability.

24         **MR. ROSSMAN:**  That's exactly correct.  As usual, Your

25 Honor anticipates my next point, which is that it is, of

1    course, a rebuttable presumption.  And presumption is just

2    that.

3         And we think what is well established in the evidence in

4    this case is that the government has not and is not currently

5    detaining Mr. Abrego for purposes of effectuating his lawful

6    removal.

7         They are detaining him, we submit, Your Honor, for

8    purposes of punishing him for exercising his constitutional

9    rights for political purposes or to just maintain his

10   confinement unless and until his criminal case comes up in

11   Tennessee.

12        Certainly, what's crystal clear from today's testimony and

13   I think has been clear from the government's actions

14   throughout, if the government legitimately wanted to remove

15   Mr. Abrego Garcia, then they had a clear pathway to do that in

16   Costa Rica.  And that's not been the government's aim.

17        What the government's aim instead has been to identify a

18   series of countries that bear no connection to Mr. Abrego

19   whatsoever, that have not indicated any willingness to take

20   Mr. Abrego.  We now know that they are 0 for 3.  Three strikes,

21   you're out, at least in the sport that I grew up playing.

22        And, you know, it is not -- it is not -- the government

23   has not provided a viable pathway to the removal of Mr. Abrego

24   in the reasonably foreseeable future.  In fact, they have

25   ignored the pathway, disregarded, we believe, on purpose the

1   pathway that does exist.

2       They could send him, if it they were genuine in their

3   effort to remove him, or genuine, they could send him to Costa

4   Rica.

5           **THE COURT:**  Speaking of genuineness, your position on

6   behalf of your client is if the government said today, "We will

7   not stand in the way of this marriage between Costa Rica taking

8   Abrego under refugee status," Abrego would go, and he would go

9   immediately?  Is that right?

10          **MR. ROSSMAN:**  Yes.  Yes.

11          **MR. SANDOVAL-MOSHENBERG:**  Your Honor, we confirmed

12  that with him earlier this week.

13          **THE COURT:**  Okay.  All right.  Just so when I turn to

14  the government and I ask what's -- what gives?  Why can't this

15  happen if you're sincere about removal?  We know that the

16  record is Abrego would go.  And Costa Rica at least said yes,

17  assuming he'd be convicted of a felony and serve his time.

18      So it's a little bit illogical to me to say, well, we

19  won't take him if he's not convicted.  So maybe the government

20  will shed some light on that.

21          **MR. ROSSMAN:**  Yeah, I think -- I pause only because I

22  think the language is a little different than what --

23          **THE COURT:**  Than in the letter itself, the service of

24  his sentence, we'll take him after the service of his sentence?

25          **MR. ROSSMAN:**  Right.  And I think there's an

1  important word in there.

2          **THE COURT:**  Okay.

3          **MR. ROSSMAN:**  "Upon the conclusion of any criminal

4  sentence he may serve in the United States of America."

5          **THE COURT:**  Got it.  So it's if is what you're

6  saying?

7          **MR. ROSSMAN:**  Right.

8      So to our way of thinking, it would be illogical to

9  imagine Costa Rica denying him going without having been

10 convicted, without having served a sentence.

11     So, now, the government's position, as far as I understand

12 it, Your Honor -- and I'm not here to debate anything -- this

13 happened in Tennessee.

14     But my understanding is the government's position is that,

15 if Mr. Abrego Garcia were to plead guilty to the charges

16 against him, then they could effectuate removal to Costa Rica.

17     So, effectively, they are holding hostage passage to Costa

18 Rica to try to -- I don't want to -- I don't want to say it in

19 charged terms -- in order to induce him to plead guilty.

20     Yeah, we think for our purposes today, what that reveals

21 is they aren't presently intending to remove him in a lawful

22 way.  They have spun the globe and picked various places that

23 they can identify, whether it's to control him for political

24 gain, to find -- essentially to fail on purpose by selecting

25 places that would be completely unpalatable for Mr. Abrego; he

1   has no relationship to any of these places.  And they've done

2   it without taking the essential steps.

3              THE COURT:  Well, none of them have said yes anyway.

4        MR. ROSSMAN:  None of them have said yes.

5              THE COURT:  So East Africa, West Africa, South

6   Africa, none of them have said yes.  So we don't even have --

7   if I understand it right, with no, no, no, then we don't really

8   even need yet a credible fear determination because there's no

9   country that's conceivable at the moment.

10             MR. ROSSMAN:  Correct.

11      The first step that the statute requires is that the

12  country accept him.  And since they don't have a country that's

13  accepted him -- except, of course, Costa Rica -- their

14  efforts -- their continued efforts to try to at least tell the

15  Court that their intention is to send him to Uganda, Eswatini,

16  Ghana plainly indicates that their general purpose is not to

17  remove him.

18             THE COURT:  So let me ask you, though.  What's --

19  what's behind the timing of -- I understand in August of -- of

20  this year, Mr. Abrego elected Costa Rica as his country of

21  choice.

22      But there was subsequent e-mail correspondence in the

23  middle of September, I think, about here are the 22 countries

24  we're afraid of, we raise a credible fear.  Costa Rica was one

25  of them.  But I -- I thought that that postdated the letter

1  from Costa Rica saying we will not -- we'll give him refugee

2  status; we will not refoule him.

3      So what's up with this back-and-forth? because I think

4  that the government has raised that as a concern.  Like, is

5  Abrego's willingness to go to Costa Rica sincere in light of

6  this 22-country --

7          MR. ROSSMAN:  I want to address that as clearly as I

8  can, Your Honor.  And I would invite Mr. Sandoval-Moshenberg to

9  make it even clearer if I don't.

10          THE COURT:  Okay.

11          MR. ROSSMAN:  100 percent is my understanding that

12  Mr. Abrego is prepared to go to Costa Rica if that is where the

13  government sends him.  And that is his official country of

14  designation under the statute.

15      Previously, when Mr. Abrego Garcia was first detained and

16  didn't know what the government intended to do because it

17  didn't indicate where they had planned to send him, as a

18  protective measure, he indicated a fear of removal to the

19  places that were the likely places that they expected the

20  government to send him, which were --

21          THE COURT:  I'm sorry.  When you say previously?

22          MR. ROSSMAN:  So the date -- what's the date of that?

23          THE COURT:  When was that?

24          MR. SANDOVAL-MOSHENBERG:  Your Honor, may I address

25  this topic?

```
 1              THE COURT:  You may.  And I'll tell you exactly what

 2   I'm looking at because time is precious on a Friday for all of

 3   us.

 4        I'm looking at ECF 17, which is Abrego's declaration.

 5   It's dated 8/23/25, saying Costa Rica is the country I want to

 6   be removed to.  And then there's a September 5 e-mail from

 7   Mr. Wall to you, but it -- suggesting at least that these 22

 8   countries, including Costa Rica, were -- were brought to their

 9   attention at some point, but it's not clear when.

10              MR. SANDOVAL-MOSHENBERG:  Yes, Your Honor.

11   Mr. Abrego Garcia designated Costa Rica on Saturday the 23rd of

12   August.

13              THE COURT:  Right.

14              MR. SANDOVAL-MOSHENBERG:  Two days after receiving

15   the letter from the government of Costa Rica.

16        The letter from my office to DHS designating 22 countries

17   to which he was afraid was then sent two days later on Monday

18   the 25th.

19        Candidly, the letter was prepared prior to us receiving

20   the assurances from Costa Rica.  It was prepared in advance.

21   And not removing Costa Rica from that list is a clerical error

22   that I have come to regret at this point.

23        But I think we certainly clarified with -- by e-mail to

24   Mr. Wall that, you know, the basis of any fear to Costa Rica

25   was solely because of refoulement concerns, right?
```

1          And as soon as those refoulement concerns were taken off

2    the table, he no longer had a fear of going to Costa Rica.

3          **THE COURT:**  And that is your September 17 e-mail at

4    32-9?

5          **MR. SANDOVAL-MOSHENBERG:**  That's right.

6          **THE COURT:**  So you're basically saying the letter

7    that did postdate his declaration that he wished to go to Costa

8    Rica was in error?

9          **MR. SANDOVAL-MOSHENBERG:**  The inclusion of Costa Rica

10   on that list of 22 countries -- or, rather, not deleting it

11   from the list prior to sending it was an error, yes.

12         **THE COURT:**  Okay.

13         **MR. SANDOVAL-MOSHENBERG:**  Thank you, Your Honor.

14         **THE COURT:**  All right.  Thank you.

15         **MR. ROSSMAN:**  I hope that clears up, you know, what

16   the genuine intention of the client is, Your Honor.

17         So the designation of Costa Rica is statutorily

18   determinative, in our view.  And we're here on a *Zadvydas* claim

19   focused on the detention.  Of course, you know, the Court has

20   jurisdiction to determine.

21         But it's important to understand how the statutory

22   waterfall works and why they don't have an appropriate basis

23   and aren't pursuing an appropriate basis to send him somewhere

24   else.

25         **THE COURT:**  Well, certainly, if -- if I think what

1    you're going to say is basically the statute -- the plain

2    language of the statute, the Supreme Court's interpretation of

3    it is that it is a step-by-step analysis.

4        And even if I don't reach the merits of that, the fact

5    that there is fighting about it suggests that Mr. Abrego is not

6    going to be removed anytime soon, which means, if you're going

7    to continue to fight about it and not send him to Costa Rica,

8    his designated country of choice, that's fine.  But then I'll

9    release him.

10       Isn't that the argument you're making?

11           MR. ROSSMAN:  That is exactly the argument we're

12   making, Your Honor.

13       And so -- and it's fairly straightforward.  It's in our

14   papers.  But it's a statutory command in 1231(b)(2)(C), which

15   provides -- and it's (b)(2) that's the any other alien section

16   that applies here, and I think that's agreed.

17       So, you know, "the attorney general shall remove the alien

18   to that country that's been designated."  And that is now

19   designated as Costa Rica, unless one of four exceptions apply,

20   and none of them apply.

21       The only one that the government discusses in its brief is

22   a failure to designate the country promptly.  And as

23   Mr. Sandoval-Moshenberg has pointed out, Costa Rica indicated

24   that it was willing to take him on August 21st; Costa Rica was

25   designated on August 23rd.  I don't know how much more prompt

1  anyone --

2       **THE COURT:**  I think he was supposed to do it back in

3  2019 when the government wasn't even asking to remove him.

4       **MR. ROSSMAN:**  Yeah, you said it better than I could,

5  Your Honor.  It's implausible for him to have had a crystal

6  ball that it would have taken to imagine events from 2019 until

7  today.

8       So -- and in terms of -- you know, I think this came up in

9  the witness's testimony.  I know it came up in the witness's

10  testimony, I think in response to Your Honor's questions, that

11  there's no prejudice to the United States.  There's no -- the

12  witness was not aware of any statement being made by the United

13  States government that it would be prejudicial to send

14  Mr. Abrego to Costa Rica.

15       So, you know, this game that they are effectively playing

16  of naming, you know, one country after another, having them say

17  no, thank you, we won't take Mr. Abrego Garcia, or knowing

18  that, even if a country takes them, Mr. Abrego will, you know,

19  exercise his constitutional rights to express reasonable fear.

20       That will have to be adjudicated, and that will take

21  months and not happen in the time period between now and

22  January when he's scheduled for his criminal trial, I think

23  what that shows is the real aim of the government and improper

24  aim is a punitive one, which is just to keep him incarcerated

25  between now and then, not actually have him detained for

purposes of removal.

And the other concerns that are identified in *Zadvydas* about him being a flight risk or being some kind of danger to the community are already attended to by the conditions of release in the Tennessee case by Judge Crenshaw.  He'll have an ankle bracelet for monitoring.  He'll have to report.

And, of course, flight risk is, you know, kind of upside down exactly what this case is.  It's an individual who is striving mightily to stay and stay here with his family, not to leave.

So, you know, that's -- those are not remotely on the table here.

So as a result, it's -- you know, if Costa Rica is the only lawful place that's currently available and they're not doing that --

**THE COURT:**  Have they told you why?  Has anyone represented to you why?

**MR. ROSSMAN:**  I would love to get an answer to that question, Your Honor.

**THE COURT:**  So the answer is no?

**MR. ROSSMAN:**  We have not been given an answer to the question why.

**THE COURT:**  Okay.

**MR. ROSSMAN:**  And I think the government has a choice.  The government can come forward and supply the Court

1    with an answer to that question, or the government can decline

2    to, in which case I think it's appropriate for the Court to

3    draw an inference from that refusal.

4        And I think the only logical inference to draw is that

5    they are using detention as a means of punishment, which has,

6    you know, been at least -- I'm aware of at least a couple of

7    Supreme Court cases that have explicitly said -- including

8    *Zadvydas* that have explicitly said that that is not an

9    appropriate means of immigration detention.

10        **THE COURT:**  I'm not even sure I have to draw that

11    inference, though, to grant the motion.

12        **MR. ROSSMAN:**  I don't think you do, Your Honor.

13        **THE COURT:**  I think if it's just a matter of you've

14    asked three countries, they've all said no, you didn't ask

15    until Wednesday, there -- if I find -- again, I have to find as

16    a matter of law that I agree with the plaintiff that the

17    six-month presumption starts in 2019 or some time sooner than

18    what the government represents, which is August.

19        **MR. ROSSMAN:**  Yep.

20        **THE COURT:**  And even if I don't, then I have to find

21    that you haven't rebutted that presumption.  So there's lots of

22    ifs involved.  But assuming I get there, assuming I find

23    there's great concern about the way this has gone, I can also

24    make a finding that the government's efforts, genuine or not,

25    show this isn't happening because it's not happening with the

1  African countries that have said no.  And for whatever reason,

2  the government is choosing not to send him to Costa Rica.  So

3  it's not happening.

4      **MR. ROSSMAN:**  Right.  And I'll say, Your Honor, the

5  *Zavvar* case, the *Medina v. Noem* case, some more recent cases on

6  exactly this issue, have said that the six months runs from the

7  time -- from the original time of the order of removal, which,

8  you know, obviously it gets us back to 2019.

9      I want to make a point on that.  It's an evidentiary point

10  specific to this case that Your Honor has observed, you know,

11  multiple times.

12      There still is no final order of removal that has been

13  produced in the record of this case, not just this particular

14  proceeding.  I'm not aware of a final order of removal being

15  produced.  There's merely an assumption on the part of the

16  government that, because there was a judicial order withholding

17  removal, that there must have been a final --

18      **THE COURT:**  But isn't that true?  I mean, there's

19  nothing to withhold unless there was an order.  So I don't -- I

20  mean, I thought you were about to make a different argument,

21  which is -- and even if there were this paroling back in this

22  permission somehow, you know, calls into question the

23  significance of it, but I'm not sure you can have a withholding

24  of removal if you don't have a final order.

25      **MR. ROSSMAN:**  I'm going to make that point too, Your

1  Honor.  Certainly, it is an established fact that the

2  government paroled Mr. Abrego back into the country when it

3  brought him back in June to charge him.

4      I am not aware of that parole having been rescinded; so

5  that parole distinguishes him from some of the other *Zadvydas*

6  cases in that he is someone who currently is -- is authorized

7  to be in this country by DHS by virtue of that parole.

8      Now, they authorized him to come and stand charges in

9  Tennessee.  If that process played itself out in the ordinary

10  way, then he's released on bail and he would be home in

11  Maryland for those purposes under court supervision and the

12  U.S. Marshals' supervision.

13      So I think the parole does matter.

14      The point that I was making is -- and, Your Honor, I'll

15  grant is a fastidious one, but I think it's an occasion where

16  we can be fastidious.  And we'd like to see the receipt if they

17  have a final order of removal.

18      They have never produced one; so I think that's a fair

19  question.  And I understand the presumptive -- there's logic to

20  the presumption that, if you have a withholding of removal,

21  that it must have been assumed at least that there was an order

22  of removal.

23      But given the gravity of the consequences for Mr. Abrego

24  here, I don't think it's unfair for us to hold the Court to

25  that -- hold the government to that proof.

1          Sorry.  It's late on a Friday, Your Honor.

2          So the -- you know, what I would suggest, Your Honor, is

3     that, you know, we've got -- even if we don't have six months

4     running from 2019, we can find -- we can observe six months of

5     confinement in 2025 itself as of today.

6          And the time period -- it's undisputed that from

7     March 12th through August 25th, no efforts were taken

8     whatsoever to try to -- let me amend that.

9          August 21st, I think is when Costa Rica sent its letter.

10    But from March 12th of this year to August 21st, the government

11    admits no efforts were taken regarding third-country removal.

12         In the six weeks or so since then, it is our submission,

13    Your Honor, that there were no lawful, reasonably likely to be

14    effective, efforts that were taken.  And so we have the

15    testimony that we have today, 0 for 3 with the African

16    countries, no effort made whatsoever to actually effectuate

17    removal to Costa Rica, and no plan that's been articulated for

18    what's going to happen next other than it appears, you know, a

19    continued game of Whac-a-Mole in order to keep Mr. Abrego

20    incarcerated in ICE detention, the sole purpose of which should

21    be to, you know, facilitate his removal, not to hold him, not

22    to punish him, not to have -- be an end run around the bail

23    release.

24         So for all those reasons, we would submit, Your Honor,

25    even if -- even if you were to take the government's view that

1    we're within the six-month time frame, we've -- we've plainly

2    rebutted the presumption of, you know, detention being used for

3    the only and appropriate purpose that's identified in the

4    statute to effectuate his removal.

5        What we learned today is -- is fairly astonishing.  The

6    witness showed up today not having -- you know, indicating that

7    he was not even aware that Mr. Abrego had designated Costa Rica

8    as a country for removal.

9        The paperwork with respect to Eswatini itself, the record

10   reflects that the request made to Eswatini was made Wednesday

11   evening for the first time after the time Your Honor set for

12   documents to be produced to us in this case.  So, obviously, we

13   don't have the correspondence on that other than we have the

14   two documents that were taken under sealed memo and the other

15   document.

16       The -- what all of this --

17           **THE COURT:**  So let me ask you --

18           **MR. ROSSMAN:**  Of course, Your Honor.

19           **THE COURT:**  -- Mr. Rossman, just because I want to

20   get the timeline right.

21           **MR. ROSSMAN:**  Yeah.

22           **THE COURT:**  So you're told on behalf of your client

23   in August that, pursuant to the order, my last order in 951,

24   DHS is giving notice of removing Abrego to Uganda no earlier

25   than 72 hours from now.  And I have that on August 22nd.

1      And then there's the August 23rd affidavit from your

2  client -- or declaration that he chooses Costa Rica.

3      And then there's at least a readout at some point by

4  Secretary Noem that DHS is processing him for removal to

5  Uganda.  And that's dated August 25th.

6      Do you have anything that you've been given by the

7  government that suggests that readout is true and accurate,

8  that there was any processing going on for Uganda?

9          **MR. ROSSMAN:**  No, Your Honor.  We have nothing

10 further.

11         **THE COURT:**  When were you told, if ever, by the

12 government that the answer from Uganda was no?  I still don't

13 have a good time stamp on that.

14         **MR. ROSSMAN:**  No, we were not -- we were not given

15 anything from the government to indicate that there was process

16 underway with respect to Uganda, and we were not told that

17 Uganda had said no.

18         **THE COURT:**  Until today?

19         **MR. ROSSMAN:**  Yes, Your Honor.

20         **THE COURT:**  Okay.

21         **MR. ROSSMAN:**  I mean, we knew walking in today -- you

22 know, we observed this morning that Ghana had said no.  That's

23 the --

24         **THE COURT:**  Ghana had said no.

25         **MR. ROSSMAN:**  That Ghana had said no, as the filing

1  we had made today.  And we didn't know whether the ask had even

2  been made --

3         **THE COURT:**  Of?

4        **MR. ROSSMAN:**  -- to Uganda and to Eswatini other than

5  the documents that we received from Eswatini, which nowhere

6  mentioned Mr. Abrego's name, as Your Honor noted.  There's no

7  reference to him individually.  There's a general memorandum of

8  understanding with Eswatini.

9     So we learned in this courtroom that they had received nos

10  from both Uganda and from Eswatini.

11        **THE COURT:**  Okay.

12       **MR. ROSSMAN:**  And, Your Honor, there's apparently

13  something like 500 cases that cite *Zadvydas* in 2025.  So

14  there's quite a lot to try to find here.

15     But there's -- there's one -- and Your Honor is obviously

16  aware of the ones that happened in this courtroom.  But

17  there -- you know, the one case that I'll take a moment to

18  mention is the *Andreasyan* case in the Western District of

19  Washington, a Seattle case, 2006.

20     The facts there were the request had been made -- and I'm

21  looking at, for the Court's benefit, it's 446 F.Supp.2d 1186.

22  And I'm looking at page -- pardon me.  I was not smart enough

23  to bring my reading glasses to the podium -- 1189, Your Honor,

24  through 1190.

25     "Petitioner has been detained for" -- thank you very much.

1    "Petitioner has now been detained for more than eight

2    months since his order of removal became final on

3    November 17th, 2005.  Given the time that has passed since the

4    R&R without the production of travel documents and given that

5    six weeks has passed since respondent's last request for a few

6    more weeks, this court now finds that the government has not

7    responded with enough evidence to rebut petitioner's claim that

8    removal is not likely in the reasonably foreseeable future."

9        So there, the request was made of a country to take the

10   person that they wanted to remove, and, you know, the

11   government was asking for a few more weeks, and the court said

12   no, that's not sufficient.

13       Here, we've got three declinations from three different

14   countries, an obstinate refusal to take into account or even

15   make the witness aware of the country that has been designated

16   by the alien pursuant to statute.  I shouldn't say "alien,"

17   right?  Mr. Abrego.  I'm just reading the language -- the

18   unfortunate language -- of the statute.

19       And that -- all of that evinces a sustained effort by the

20   government to use incarceration, to use detention for an

21   improper purpose.  And Your Honor has observed before that this

22   is -- you know, this is not a normal way case.  I'm trying to

23   remember Your Honor's phraseology, and I'm paraphrasing.

24       This is not a case where -- and this is mine -- where the

25   government is acting in good faith to remove someone.  You

1  observed -- it seems to be that there are different rules here

2  that are applying to Mr. Abrego.

3      You had a witness who testified at a prior hearing before

4  this Court that they couldn't tell us in advance what's the

5  third country of removal, that that determination was going to

6  be made by a desk officer at ICE when Mr. Abrego is sent to

7  whatever facility they happen to have a bed in and they send

8  him.

9      And we're now hearing that that determination is made by

10 the Homeland Security Council with the input of the White

11 House.

12     You know, that's not in our -- you know, very respectful

13 submission, Your Honor, it's not a genuine effort to process

14 someone for removal from this country.  It's an overtly

15 political purpose.

16          **THE COURT:**  It's not a genuine effort to abide by

17 court orders, because that witness, I had very specific

18 direction as to what that witness should be prepared to

19 testify.  And I've written once that those orders were ignored.

20 And we have the same problem today.

21          **MR. ROSSMAN:**  All right.  So --

22          **THE COURT:**  So we're getting to the three strikes,

23 you're out.  Very close.

24          **MR. ROSSMAN:**  I think we're there, Your Honor.

25     And, you know, I think the idea -- you know, in -- in the

1    Seattle case that I referenced, Your Honor, that a particular

2    country was identified, and the government just wanted a few

3    more weeks.  And they were at eight months.  And the court said

4    no.

5        Here, right, we're six years past 2019.  We're seven

6    months past when Mr. Abrego was picked up off the streets of

7    Maryland and sent away improperly.  And they are still -- there

8    still is no plausible plan that the government is pursuing.

9        And what we've been getting in this courtroom is a lot of

10   runaround, a process that appears to be made up as the

11   government goes along, all designed with one goal in mind.  The

12   stated goal that this government has -- has said publicly over

13   and over to never allow Mr. Abrego to walk the streets of the

14   country again.  And that, Your Honor, I'll submit -- and I'll

15   sit down -- is not an appropriate use of detention under the

16   statute.

17           **THE COURT:**  Okay.  Thank you Mr. Rossman.

18           **MR. ROSSMAN:**  Thank you, Your Honor.

19           **THE COURT:**  Okay.

20       Mr. Ensign?

21           **MR. ENSIGN:**  Good afternoon, Your Honor.  May it

22   please the Court.

23       Starting with the housekeeping matter, Your Honor had

24   asked who that signature in question was.

25           **THE COURT:**  Yes.  Thank you.

1          **MR. ENSIGN:**  That is Caitlin Piper -- I'm going to

2  mispronounce that -- the charge d'affaires of -- for Eswatini.

3          **THE COURT:**  Charge d'affaires for Eswatini.  And the

4  charge d'affaires falls under the Department of State?

5          **MR. ENSIGN:**  That's correct, Your Honor.  That is, I

6  believe, the senior officer in an embassy when there is not an

7  ambassador is my understanding of State Department protocol,

8  but that might be incorrect.

9          **THE COURT:**  And without getting into the content of

10  the MOU at Government's 1, it's your understanding that the

11  State Department combined Homeland Security with respect to

12  memorandums of understanding like this?

13          **MR. ENSIGN:**  I believe so, Your Honor.  Certainly,

14  the State Department speaks for the United States in the

15  conduct of foreign affairs.  And that would seem to fall within

16  that scope.

17          **THE COURT:**  All right.  Thank you for that.  I

18  appreciate it.

19          **MR. ENSIGN:**  One other quick thing if I can, Your

20  Honor, as to the question of whether or not Mr. Abrego Garcia

21  has a final order of removal.  A few quick things on that.

22          First of all, as Your Honor noted, you do not get to the

23  question of withholding of removal without first finding

24  removability.  That's how IJ proceedings are conducted.

25  There's no way to read that order as anything other than that.

1        I also think that if the other side truly believed that

2   they had a strong immigration argument that he didn't have a

3   valid order of removal, that would have been included in their

4   motion to reopen before the IJ because that is a very, you

5   know, fundamental defect in a removal.

6        **THE COURT:**  And they didn't raise it?  Because I

7   wasn't -- because it isn't my kettle of fish.  But I did notice

8   that there were, you know, multiple levels of argument.  You're

9   saying they didn't raise that?

10       **MR. ENSIGN:**  That's my understanding, Your Honor.

11       **THE COURT:**  Well, we'll find out if they agree, but

12  point taken.

13       **MR. ENSIGN:**  One other important thing to note about

14  the IJ proceedings.  So that culminated in a denial of the

15  motion to reopen, I believe, nine days ago.

16       Importantly, in those proceedings, that -- Mr. Abrego

17  Garcia did express a fear of torture, persecution to Costa

18  Rica.  We pointed that out in our opposition brief to the

19  opposition to the motion to reopen.  And they did not withdraw

20  it in the reply brief.  They persisted, and they got a decision

21  from the IJ, who referenced that that was a continued

22  designation.

23       **THE COURT:**  Well, now that the -- now that the

24  petitioner comes to this Court more than once and represents

25  that Mr. Abrego would go tomorrow, and there's -- you can kick

1    the tires on that by simply saying we'll step out of the way

2    since Costa Rica said okay, and we will remove him to Costa

3    Rica.  And that will put to bed any question as to whether that

4    representation is sincere.

5        Why isn't -- why aren't the respondents doing that?

6            MR. ENSIGN:  Your Honor, I don't think that was clear

7    until this week or -- and perhaps until today itself.  I will

8    certainly convey -- I mean, I will acknowledge that that was

9    conveyed very clearly in court today, and we will convey

10   that --

11           THE COURT:  What conversations did you have with

12   petitioner to get to the bottom of it?  I mean, if you're

13   really sincere -- because here's why I ask:

14       In June during a status conference, I was told we intend

15   to remove Abrego, but it's not imminent.  In July, I think I

16   was told the same thing.  In August, when you and I had the

17   Zoom conference -- and I think the two days before -- I was

18   told that.  Like, this isn't imminent.

19       But now that imminence matters, now it's imminent.  In

20   other words -- so -- so -- and part of why I'm pressing on this

21   is because throughout now I know that Costa Rica was always on

22   the table; so the question to you is now that it's -- it wasn't

23   imminent before.  Now that it is imminent, what conversations

24   have you had with the petitioner about let's just get this

25   done; he can go to Costa Rica?

1      Are you open to that?  Have there been any conversations

2  like that?

3           MR. ENSIGN:  Your Honor, I'm not aware of any

4  conversations of that nature.

5           THE COURT:  Why not?  I mean, have you -- why -- why

6  hasn't there been when this is a really straightforward

7  analysis?  You don't want him in the country.  That's what

8  you've said.  You have a country who will take him.  You have a

9  country that he says okay, I'll go.

10      Again, every case is different.  Under *Zadvydas*, I need to

11  make a determination as to whether your six-month presumption

12  should apply.  If -- if the government has not done anything to

13  effectuate the one place he says he'll go and the one place

14  they say will take him, how can I find you're really pursuing

15  this in good faith?

16           MR. ENSIGN:  Your Honor, I guess the response is I'm

17  not the policymaker on this.  I don't know the specific

18  rationale previously.  As of right now, I will say that prior

19  to at least October 1st, he had a pending claim of fear of

20  torture or persecution to Costa Rica pending before an

21  immigration judge.

22           THE COURT:  Okay.  So that's, at least until

23  October 1, the reason you're stating there wasn't any

24  conversation about Costa Rica?

25           MR. ENSIGN:  I'm not aware of any such conversations.

1          **THE COURT:**  Right.  But I'm saying the reason you're

2   saying to me that you wouldn't have had those conversations is

3   because Mr. Abrego was pressing this claim of fear before the

4   IJ until October 1.

5          **MR. ENSIGN:**  Your Honor, I'm aware that that's at

6   least a reason.  I don't know if that is the comprehensive set

7   of reasons.

8          **THE COURT:**  Any other reasons you have?  Because I'm

9   going to ask the petitioner about it; so I want to know what

10  the universe of reasons are before I turn back to the

11  petitioner.

12         **MR. ENSIGN:**  Your Honor, I don't know, but I'm also

13  not specifically in a position to know.

14         **THE COURT:**  Okay.  But you see, Mr. Ensign, this is

15  the problem I have.  The order I issued on Monday was, one,

16  among other things, what steps, if any, respondents have taken

17  to remove petitioner to Eswatini or any other country,

18  including but not limited to Costa Rica.  That's one.

19      And then, two, any and all steps the respondents have

20  taken or planned to take in the reasonably foreseeable future

21  to remove petitioner to Costa Rica.

22      Now, you come today with a witness who knows nothing about

23  Costa Rica.  I mean less than nothing.  And so that seems to be

24  in contravention of this order.

25      Now I'm just asking you to sort of help -- help yourself

1  dig out of this hole of why haven't you complied with my order

2  to tell me the legitimate reasons why you didn't think Costa

3  Rica was on the table.

4       One is the IJ proceeding.  Are there any others?

5              MR. ENSIGN:  Not that I'm aware of right now, Your

6  Honor.  I can further point out that he has a deadline to

7  appeal to the BIA; so that, theoretically, is still pending as

8  well.  The deadline to appeal is, I believe, October 31st.  So

9  that is still potentially a live issue, although I'll

10  acknowledge that the clarity given in court today could change

11  that analysis.

12      But that is not something that was previously, you know,

13  as recently as 90 days ago, they were actively pressing before

14  an immigration judge that Mr. Abrego Garcia had a fear of

15  torture, persecution if sent to Costa Rica.

16             THE COURT:  Okay.  Well, I'll find out from them what

17  their response is to that.  Okay?  Because what you're saying

18  is until October 1, that was the state of play with regard to

19  Costa Rica in the immigration court.

20             MR. ENSIGN:  That's my understanding.  And the IJ's

21  decision discusses this as a live issue, I believe, at pages 11

22  to 12 of the order denying the motion to reopen.

23             THE COURT:  And that's also the same place where the

24  IJ says, And, by the way, removal is not imminent to Uganda or

25  Eswatini or anywhere else; you haven't demonstrated that,

1    petitioner.  Right?

2         **MR. ENSIGN:**  He does have that, although I think

3    "imminence" has somewhat different meanings in these contexts

4    in that, when we discussed imminence previously, that's when

5    someone is seeking a TRO and we're being asked to file a brief

6    within 24 to 48 hours.  I think "imminence" has a different

7    means in that context.

8         **THE COURT:**  That was not the context I asked in June,

9    June 25th.  I asked that in the context of how is this working

10   with regard to the criminal case? because there were

11   representations being made to the public about the criminal

12   case going first.

13        And when I asked Mr. Guynn about that, because I wanted to

14   know how imminent was removal, what I was told is we're not

15   removing him any time soon because the court -- the criminal

16   case will go forward.

17        So that seems to be the position that the government has

18   taken.  And that's fine.  That's a legitimate position.  But

19   what isn't necessarily legitimate is to now come in and say,

20   well, it really is imminent because we don't want to lose the

21   *Zadvydas* claim; but it's not imminent, Judge, if we're talking

22   about whether we want to prosecute this case.

23        So, see, that's the -- that's the conundrum that I see

24   here, is all depending on whether you're talking about the

25   criminal case in Tennessee or you're talking to me, the

1   definition of "imminence" changes.

2          MR. ENSIGN:  Your Honor, I -- I think my point is

3   just that *Zadvydas*, by being a six-month presumption,

4   anticipates a longer clock than may have been discussed

5   previously in those other windows.

6          THE COURT:  So you agree -- let's say I take it most

7   favorably to you.  You know, I haven't decided, as a matter of

8   law, do I agree with Judge Chuang or do I -- although I think

9   he makes very persuasive arguments that are consistent with the

10  Supreme Court -- or do I agree with you?

11      Assume I agree with you, it is a presumption that can be

12  rebutted, though, right?

13          MR. ENSIGN:  Your Honor, we don't believe it can be

14  rebutted before the six-month period runs.  So, for example,

15  the Eleventh Circuit has held that categorically.  One such

16  case is *Akinwale v. Ashcroft*, 287 F.3d at 1052.  That's a 2002

17  case, but I've seen it reiterated multiple times by the

18  Eleventh Circuit.

19      I've also seen the Fifth Circuit say it, admittedly in an

20  unpublished decision, in the *Okpoju v. Ridge* case where it says

21  the district court properly denied the claim because its

22  continued detention is premature because at the time of the

23  district court's ruling, essentially, he had been in custody

24  for six months.

25          THE COURT:  But neither of those cases I put my very

small paycheck -- and this is a joke.  This is a joke for

anyone who is listening.  But neither of those cases were ones

in which there was an original order of removal, a release, a

long period of release, no efforts made to remove the person to

a third country, and then a reinitiation of the third-country

removal.

    Am I right about that?  Those other cases were more the

traditional person stays detained while the government makes

efforts to remove to a third country?

    **MR. ENSIGN:**  I believe so, Your Honor.  I'm not

familiar with the fact of all of those; so it's possible.

    **THE COURT:**  Okay.

    **MR. ENSIGN:**  But I think the Fourth Circuit's

articulation of this too, while not specifically having a

categorical rule, is nonetheless instructive.

    **THE COURT:**  Okay.

    **MR. ENSIGN:**  The *Castaneda* case, what the Fourth

Circuit said is "Clear takeaway from *Demore* and *Jennings* is

that '*Zadvydas* should not be extended beyond the context of

indefinite and potentially permanent detention involved

there.'"

    And so I think that recognizes a window that's much

greater than the six months.  I mean, it requires time to say,

you know, by a preponderance that what you're looking at is

indefinite and potentially permanent detention.  And we don't

1    think lends credence to the idea that that would not be

2    triggered before six months.

3         Then, as Your Honor has previewed as well, as to how you

4    calculate the detention period, I think there's two --

5              THE COURT:  Well, let me ask you this.

6         I mean, I -- again, I think the facts drive the analysis

7    often; so I don't know if the import of *Castaneda* yet is as

8    strong as you suggest.

9         But I come back to I still don't have -- are you -- are

10   you saying that now, today, that you've learned Mr. Abrego

11   would go to Costa Rica tomorrow, there may be a change in that

12   regard?

13        So, in other words, are you saying, you know, some time

14   next week, I'm going to get a letter that says the government

15   agrees he can go to Costa Rica?

16             MR. ENSIGN:  Your Honor, I am not the decision-maker.

17   I don't have insight into how that would affect the analysis.

18   I just recognize that that is a new development that I will

19   report back to people.

20             THE COURT:  Well, silence in the time that it's

21   taking me to write this is going to be construed as a no

22   because it doesn't take that long to figure this out.  There's

23   no evidence that Costa Rica would say no anymore.  They are

24   still saying yes.  And there's -- there's nothing before me

25   that is an impediment to the government.

1     So while I'm writing, if I don't get a yes, then I'll take

2  it as a no, because you're on notice now.  I mean, this is just

3  not that hard.

4     But I'm trying to give -- frankly, I'm really trying to

5  give you all the benefits of the doubt, despite the fact that I

6  had this order that, in my view, was just, you know, ignored.

7  Nobody came in and give me anything with respect to Costa Rica.

8     But anyway.  Okay.

9     Anything else you want to tell me about Costa Rica other

10  than this is new to the government and you're going to go take

11  it back to your clients?

12     **MR. ENSIGN:**  Not specifically with Costa Rica.  If I

13  can make a couple of other very quick points.

14     **THE COURT:**  Sure.

15     **MR. ENSIGN:**  We also think that, as to when the clock

16  is running, I think there's two important principles here.  One

17  is that *Zadvydas* is detention pending removal; so detention for

18  other purposes does not count towards that clock.  It is --

19  it's clear that it's detention for a removal.  So it would --

20  the criminal detention, for example, does not count.  And --

21  and detention postremoval would not be within the *Zadvydas*

22  clock.

23     **THE COURT:**  How about the months that Abrego was in

24  El Salvador illegally?

25     **MR. ENSIGN:**  We don't think that was detention

1  pending removal by -- almost by definition.  That was detention

2  postremoval.

3          **THE COURT:**  Well, he was detained, and he was

4  detained because of actions our government took.  And then some

5  may say he was detained because of inaction that the government

6  took, all during a time in which the same government had

7  negotiated a prisoner swap with the other individuals who were

8  on the same plane as Mr. Abrego.

9      So it's a hard one for me to swallow that the government

10  couldn't have done anything if you really wanted to place him

11  in a third country even while he was in El Salvador.  Given

12  that this is a highly unusual case, why isn't that time and

13  those -- those facts -- why don't those -- those facts point to

14  counting the time in El Salvador toward this clock?

15          **MR. ENSIGN:**  Your Honor, I think two reasons.  The

16  first is that *Zadvydas*, again, is detention pending removal.  I

17  don't believe -- that was -- a period after he'd been removed.

18  I think within the definition of *Zadvydas* and what it's

19  concerned with is detention while the government is trying to

20  remove someone.

21      And then I think there's a textual answer as well, which

22  is in 8 U.S.C. (a)(1)(B).

23          **THE COURT:**  Okay.  8 U.S.C.  What statute?

24          **MR. ENSIGN:**  This is -- oh, sorry.  8 U.S.C.

25  Section 1231(a)(1)(B), which defines the removal period.

1          **THE COURT:**  As the 90 days after the finding of

2     removal?

3          **MR. ENSIGN:**  That's correct, Your Honor.  And it's

4     also -- it goes to C.  It says, "The removal period begins on

5     the latest of the following dates."  And then skipping ahead to

6     romanette iii, which we think applies here, is that "If the

7     alien is detained or confined (except under an immigration

8     process), the date the alien is released from detention or

9     confinement."

10         So I think that would be, I believe, August 22nd, released

11    from criminal detention in Tennessee.  And so we think the

12    relevant removal period begins, for statutory purposes, as the

13    statute says, under the latest of those --

14         **THE COURT:**  Except you do have to read this in the

15    context of the rest of the statute.  I mean, A says, "Except as

16    otherwise provided in this section, when an alien is ordered

17    removed, the attorney general shall remove the alien from the

18    United States within a period of 90 days."

19         So that, A, says clock starts from order of removal within

20    the period of 90 days and it's a mandatory period.

21         Then B says it begins on the latest of the following.

22         So are you saying that, B, little Roman iii, allows me to

23    fast-forward to the release -- or the detention in August of

24    2025?

25         **MR. ENSIGN:**  We think that statute provides the

1 relevant removal period which informs the detention period and

2 that, under the statute, began under romanette iii on

3 October -- sorry -- on August 22nd when Mr. Abrego Garcia was

4 released from criminal detention.

5       **THE COURT:** Okay. Do you have any case support for

6 me on that?

7       **MR. ENSIGN:** Your Honor, don't have a specific case

8 cite on that. And the next section too, I think as well,

9 recognizes that the period is tolled in "The removal period

10 shall be extended beyond" a 90-day period "and the alien may

11 remain in detention of such extended period if the alien . . .

12 acts to prevent an alien's removal -- acts to prevent the

13 alien's removal subject to an order of removal."

14 So, again, what the Eleventh Circuit has said is that the

15 six-month period is tolled, however, if an alien acts to

16 prevent his removal. That's the *Guo Xing Song* case --

17       **THE COURT:** If the alien acts to prevent his removal?

18       **MR. ENSIGN:** That's correct, Your Honor.

19       **THE COURT:** So in 2019 what did he do to prevent his

20 removal?

21       **MR. ENSIGN:** Not no 2019, in 2025.

22       **THE COURT:** Let's just be clear what the record is,

23 though. In 2019 he did what he was supposed to do. He was put

24 on release, followed those release conditions, at least with

25 regard to immigration. He got work authorization. He worked.

1          So he didn't do anything to frustrate that initial period;

2   is that fair?

3              **MR. ENSIGN:**  It's fair to say that he didn't

4   frustrate that initial period in 2019.

5              **THE COURT:**  Right.

6              **MR. ENSIGN:**  Your Honor's question at one point had

7   "did everything right."  In our view, that was the time to

8   designate Costa Rica, and that's also what the IJ found in

9   denying the motion to reopen.

10             **THE COURT:**  Right, which I have to tell you, it's not

11  necessarily my kettle of fish as a matter of immigration

12  policy, right, or immigration law.  But it doesn't make any

13  sense.

14         So you want to take the -- you want to take advantage of,

15  well, you know, the time only starts in 2025 even though we did

16  nothing in 2019; and because we did nothing, Abrego did

17  nothing; and so it's his fault because he didn't -- he didn't

18  designate Costa Rica.

19         I mean, you didn't -- you didn't tell him you were going

20  to send him anywhere else.  So, again, why would he designate a

21  third country if he has withholding from the one country he was

22  scared to go to, right, and you don't tell him he has to go

23  anywhere else?  Why would he designate a third country?

24             **MR. ENSIGN:**  Your Honor, I think because the

25  circumstances changed, that's the time to do so, that if

1    there's an effort to remove him, if you want a designated

2    country in the statute --

3             **THE COURT:**  So you get to restart the clock by

4    picking a country three -- five -- six years later but he

5    doesn't in response.

6        Is that the government's argument?

7             **MR. ENSIGN:**  Your Honor, what the IJ determined in

8    2019 -- I'm sorry -- was 2019 was the time to make that

9    designation.

10            **THE COURT:**  Okay.

11            **MR. ENSIGN:**  Your Honor, a final point, which is just

12   a request, which is that we would ask that, if this Court does

13   order release, that it would stay in such order pending appeal

14   or at least stay it for 14 days so that we could seek orderly

15   appellate review.

16            **THE COURT:**  So let me ask you this:  Mr. Ensign, in

17   August, when we were on the record together and I asked about

18   the scheduling order, and -- and we all discussed a schedule

19   that made sense so that two things could happen -- one was the

20   immigration process; the other was the DHS credible fear

21   process.

22       Do you remember our conversation?

23            **MR. ENSIGN:**  I do remember that conversation.

24            **THE COURT:**  And you told me that that DHS process,

25   this was with regard to Uganda because by all -- the record was

1  pointing to Uganda, it would take two weeks to complete that

2  process.

3      And you said it more than once that you consulted with

4  DHS; they told you they can commit to adjudicating or resolving

5  the process for any particular country within two weeks.

6      And then we set the schedule.  And I never heard anything

7  from the government that that wasn't the plan until Monday I

8  heard from the petitioner that they never heard back about any

9  credible fear process.

10     What happened there?

11         **MR. ENSIGN:**  Your Honor, my understanding is that,

12 because he expressed a fear of torture and persecution to

13 Uganda, that's why the DHS elected to instead designate a

14 different country, in this case Eswatini.  And so rather

15 than --

16         **THE COURT:**  Why?  Why suddenly so charitable with

17 Mr. Abrego's credible fear determination or credible fear

18 statement with respect to Uganda when all -- there's -- there's

19 just -- it's totally inconsistent with them saying -- let me

20 ask it this way:  He's made the same representation for

21 Eswatini.  So is Eswatini off the table?

22         **MR. ENSIGN:**  No, Your Honor, Eswatini is not off the

23 table is my current understanding.  I think under the DHS's

24 policy, if someone expresses a fear of torture, persecution to

25 a country, DHS at that point can do one of several things.  It

1  can provide a fear interview; it could try to rely on

2  diplomatic assurances; or it can designate a different country.

3        So for Uganda, they elected to designate a different

4  country, in this case, Eswatini.

5        My understanding as to Eswatini, they do intend to give a

6  fear interview, is my understanding as well.  The government

7  committed not to removing Mr. Abrego Garcia while his motion to

8  reopen was pending.

9        And so I think that during that period, that -- a lot of

10  these processes are done close in time to when a removal is

11  done.  Their DHS -- there can be a lot of work that ends up

12  becoming stale if you don't do it close in time to when the

13  removal is.

14        So I believe that was part of the calculus, is that the

15  government had committed not to removing him pending that

16  motion to reopen, which was only denied nine days ago.

17            **THE COURT:**  Run that by me again.  The government

18  committed to not removing Mr. Abrego Garcia pending the motion

19  to reopen.  You committed to whom?  To the petitioner?  You

20  told them --

21            **MR. ENSIGN:**  I believe that's what we told the Court

22  back in August.

23            **THE COURT:**  Well, no.  What was said to me, I

24  believe -- yes, you did.  That's fair.  That's fair.  We talked

25  about how I don't necessarily even have to impose this

1  injunctive relief or this temporary relief because,

2  voluntarily, you were going to let this thing play out, and

3  that was the immigration motion to reopen as well as the DHS

4  process.

5      What you're telling me now is DHS just decided we're not

6  even going to bother with the credible fear; we'll just move on

7  to the next country.  Is that right?

8          **MR. ENSIGN:**  As to Uganda specifically --

9          **THE COURT:**  Uganda.

10          **MR. ENSIGN:**  -- that was how they elected to respond

11  to that.

12          **THE COURT:**  And now there's something different with

13  Eswatini.

14          **MR. ENSIGN:**  Yes, Your Honor.  I think they are

15  continuing to pursue Eswatini at this time.

16          **THE COURT:**  And Ghana?

17          **MR. ENSIGN:**  Your Honor, I think that was being

18  pursued, although apparently there may have been developments

19  while we were in court today, and I'm not aware of that, and

20  I'm not aware of how that would play into the decision-making

21  process.

22          **THE COURT:**  Well -- okay.  So, basically, in

23  preparation for today, this was all so sort of late in the game

24  that we -- you -- you don't know what the government of Uganda

25  has represented to the public about not accepting Abrego?  Is

1    that what you're saying?

2            **MR. ENSIGN:**  As to Uganda, I don't --

3            **THE COURT:**  Sorry.  As to Ghana.

4            **MR. ENSIGN:**  To Ghana?  I don't, Your Honor.  I

5    believe that was submitted on the docket in this case while we

6    were sitting here.

7            **THE COURT:**  So before Monday, okay, what efforts were

8    taken to find -- other than Uganda, what efforts did the

9    government make to find a third country that would accept

10   Abrego?

11           **MR. ENSIGN:**  Your Honor, I believe the focus then was

12   Eswatini, and that includes the letter evaluating the

13   assurances.  And so I know Eswatini was the focus then.  And --

14           **THE COURT:**  And that was the September 5 e-mail to

15   Abrego's lawyers saying we're now saying Eswatini is the

16   country we're removing you to?

17           **MR. ENSIGN:**  I -- I don't recall a specific date, but

18   that sounds right, Your Honor, as to the time of designation.

19           **THE COURT:**  And when the government of Eswatini, at

20   least his spokesperson, two weeks later told Reuters, we've

21   never been approached about Abrego, we have not said yes to

22   Abrego, what happened after that?

23           **MR. ENSIGN:**  Your Honor, I don't know the specifics

24   of that -- of conversations.  I don't believe that it was

25   specifically raised.

1        **THE COURT:**  Wasn't that in my order to come to court

2   prepared to tell me about that today?

3        **MR. ENSIGN:**  Your Honor, that was in your order, and

4   I believe the testimony today was that that was conveyed, I

5   believe, Wednesday night.  But that -- I believe that was the

6   testimony that was provided today.

7        **THE COURT:**  Right.  So I've got nothing.  I have

8   nothing between the 5th and tonight, and I have Eswatini in the

9   middle saying, we haven't been asked; we have not said yes.

10  And then today I hear that they have said affirmatively no, but

11  from the government's perspective, we're still working on it.

12      That's the state of the record.  Am I right?

13       **MR. ENSIGN:**  Your Honor, I believe that's correct.

14  That's my understanding on the -- there may be additional

15  details that I'm not currently recalling.

16       **THE COURT:**  All right.  Is there anything else you

17  wish to tell me about for the record -- Costa Rica, Uganda,

18  Ghana, or Eswatini -- that's not already in front of me?

19       **MR. ENSIGN:**  No, Your Honor.  I believe we've

20  presented our evidence and our arguments regarding those

21  countries.

22       **THE COURT:**  Okay.  All right.  Thank you.

23       **MR. ENSIGN:**  Thank you, Your Honor.

24       **THE COURT:**  Any response?

25       **MR. ROSSMAN:**  Very, very briefly, Your Honor, but a

1   few important points.

2      Number one, we identified Costa Rica as a designated

3   country on August 25th.  We identified it in the habeas

4   petition at paragraph 42 that's in the record, Your Honor.  We

5   identified it multiple times in our brief.

6      And on the same August 25th date, in the immigration

7   proceedings, I'm reading a headline from page 11.  This was

8   actually filed in the record in this case, but it was

9   originally in the brief --

10          THE COURT:  You were about to get to the immigration

11   case?

12          MR. ROSSMAN:  Yes.

13          THE COURT:  Where am I looking in the record?

14          MR. ROSSMAN:  So I had it and shuffled documents.  I

15   grabbed the wrong binder.

16      You are looking at 28-1 in the ECF, at page 11.

17          THE COURT:  28-1.

18          MR. ROSSMAN:  And what that is, Your Honor, is that

19   is the brief, memorandum of law that was submitted on the

20   motion to reopen the immigration proceedings.

21          THE COURT:  Okay.

22          MR. ROSSMAN:  Third removal proceedings.

23      And the heading on page 111 is "Respondent's proceedings

24   should be reopened to designate Costa Rica as the country of

25   removal."

1       So we made it --

2               **THE COURT:**  What date was that?

3               **MR. ROSSMAN:**  August 25th, same date as --

4               **THE COURT:**  That was the motion to reopen?

5               **MR. ROSSMAN:**  Yes, the motion --

6               **THE COURT:**  That was in the motion to reopen.

7       So what's Mr. Ensign talking about that you all made a

8  credible fear determination that the IJ rejected?

9               **MR. SANDOVAL-MOSHENBERG:**  He's just got it backwards,

10 Your Honor.  We tried to get the IJ to designate Costa Rica as

11 a country of removal, and the IJ found that it was time-barred

12 because motions have to be filed within 90 days of a removal

13 order.

14              **THE COURT:**  Is that in the decision?

15              **MR. SANDOVAL-MOSHENBERG:**  Yes, Your Honor.  It's at

16 page 11 of the IJ decision, again entitled "Motion to Reopen to

17 Designate Costa Rica as the Country of Removal."  Respondent

18 also --

19              **THE COURT:**  Tell me what ECF number is the decision.

20              **MR. SANDOVAL-MOSHENBERG:**  I --

21              **MR. ROSSMAN:**  Hang on, Your Honor.

22              **THE COURT:**  Here we go.  You're saying it's page 11?

23         "Motion to Reopen to Designate Costa Rica as the Country

24 of Removal," you mean that one?

25              **MR. SANDOVAL-MOSHENBERG:**  Yes, Your Honor.  The

1    decision --

2            **THE COURT:**  Okay.  Stop for a sec.

3        Mr. Ensign, where did you get what you just told me?

4            **MR. ENSIGN:**  Your Honor, page 11 of the denial of the

5    motion to reopen notes that respondent, through counsel, has

6    submitted an articulation of fear of persecution or torture to

7    the department that he indicates that he fears persecution,

8    torture in Costa Rica, several other countries.

9            **THE COURT:**  Right.  No, I know that.  That's a

10   correspondence that the IJ focused on that we talked about

11   today.

12       But the argument before the IJ was "Please let me reopen

13   so I can designate Costa Rica as my preferred country of

14   removal."

15       Isn't that the truth?

16           **MR. ENSIGN:**  That is, Your Honor, but it was advanced

17   simultaneously while also expressing a fear of torture --

18           **THE COURT:**  No, they were not expressing a fear of

19   torture or persecution.  The IJ looked at the correspondence

20   and decided that he had a problem with it.

21       That's very different than standing up in court and

22   telling me that Abrego persisted in the argument before the IJ

23   that he feared going to Costa Rica.

24       That's what you said.  I can go find it and we can talk

25   about it because it was news to me.

1    And now the petitioner says, no, no, no, we never made

2    that argument.  We made the opposite argument.

3        That's very troubling to me.

4        **MR. ENSIGN:**  Your Honor, we have pointed out in the

5    opposition to the motion to reopen that specifically that

6    contradiction that there was an attempt to designate Costa Rica

7    while simultaneously claiming fear of persecution or torture of

8    it.  And we do not read the reply brief before the IJ to

9    withdraw that asserted fear of persecution or torture to Costa

10   Rica.

11       **THE COURT:**  Do you read the brief to make the

12   argument that I want to go to Costa Rica?  Do you read his

13   opening brief and the grounds for opening -- reopening to be I

14   want to go to Costa Rica?  Do you read it that way?

15       **MR. ENSIGN:**  Yes, we read it as saying it while

16   simultaneously expressing a fear of torture --

17       **THE COURT:**  Well, you left that first part out.  You

18   left that first part out that Abrego made this argument in

19   August '25 before the IJ.  And I had to now spend 15 to

20   20 minutes getting the record straight.  And I don't appreciate

21   it.

22       Go ahead, Mr. Rossman.

23       **MR. ROSSMAN:**  Thank you, Your Honor.  It's ECF 38 is

24   the decision.

25       **THE COURT:**  And I have that.  I have page 11.  And I

1    have subsection C, which is titled "Motion to reopen to

2    designate Costa Rica as the country of removal."

3         Got it.

4              **MR. ROSSMAN:**  Your Honor, the -- while you're there,

5    the IJ also found -- which, you know, is -- was curious to us

6    at the time, but we'll note it -- that -- I think it's -- yes,

7    page 15 of that decision -- that the two e-mails -- one

8    referring to Ghana and the other referring to Eswatini -- that

9    are the basis for the submission in this case that there's an

10   imminent decision to -- imminent intention to remove

11   Mr. Abrego, the IJ found that this statement does not indicate

12   a decision or attempt to remove respondent to Eswatini.

13        So, you know, I think on that, we agree, in the limited

14   sense that we don't think that there's a genuine effort or

15   intention to remove him to countries.  We now know from today's

16   testimony, those countries won't take him, which leads to my

17   next point, which is the statute -- and I'm referring to

18   1231(b)(2)(E)(vii).

19        The statute makes crystal clear that you need the consent

20   of the country in order to remove someone to that country.

21   It's an obvious point.

22        But one of the immediate concerns we would have is that

23   Mr. Abrego would land on an ICE airplane at an airstrip in a

24   country that's unwilling to take him, and then where will he go

25   from there?

1          The logical place that we would fear is that he would be

2    sent to his home country of El Salvador, in exactly a

3    contravention of the IJ's 2019 decision and how we got here in

4    the first place.

5          **THE COURT:**  Can I ask you a question about that?

6          This is not directly with regard to *Zadvydas*, although I

7    see it as indirectly because the more of a mess this is, the

8    less confidence I have that it's going to be untangled sooner

9    rather than later.

10         What I have with regard to Eswatini is I've got a May MOU

11   that says -- I'm not going into the substance, but you know

12   what it says, which suggests we've got an agreement generally

13   to send people to Eswatini.

14         And then I have your submissions with evidence of

15   individuals going to Eswatini and getting refouled or getting

16   held in solitary or getting held under very concerning

17   circumstances.  And then I have an October 4 reassurance from

18   the State Department.

19         What do I make of that?  So for purposes of *Zadvydas*, my

20   concern is that I can't really credit any of it.  It all points

21   in so many different directions that I don't know what to make

22   of it with regard to Abrego.  And if I don't know what to make

23   of it with regard to Abrego, then I've got no reasonable

24   assurance this is happening anytime soon even if I stick with

25   Eswatini.

1          **MR. ROSSMAN:**  So, Your Honor, I'm going to take it

2   like a trial lawyer.  And my argument would be simply that they

3   have a failure of proof here.

4        So, you know, one at a time, right?

5        So if we're in this post-six-month region, either because

6   clock starts in 2019 or the clock starts in March, then the

7   government has no presumption in its favor and the government

8   has to make its case.  And it hasn't made its case, period, end

9   of story.

10        If we're in the -- within the six months, okay -- and one

11  thing I wanted to make clear is I think we're plainly not

12  within the 90 days.  And this is an important little detour.

13  It's an important statutory detour that Mr. Sandoval-Moshenberg

14  points out to me.  The 90 days is the statutory period for

15  removal.

16          **THE COURT:**  Right.

17          **MR. ROSSMAN:**  And that statutory period for removal,

18  which is in 1231(a)(1)(B) --.

19          **THE COURT:**  Right.

20          **MR. ROSSMAN:**  -- talks about the removal period.  And

21  that begins from the date the order of removal becomes

22  administratively final.

23        So I think it's black and white on the language of the

24  statute that -- and we're not aware of any case that says

25  otherwise -- that the 90-day period is off the table.

1     So the only thing to consider is whether the -- I'll call

2   it additional 90 days sort of grace period that *Zadvydas*

3   imagines a good faith government needs to try to actually

4   effectuate removal, whether that gets tacked on based on a

5   subsequent detention or not is the only thing that's in play.

6     **THE COURT:**  But then I have to also credit that there

7   is a final order of removal that has become administratively

8   final.

9     **MR. ROSSMAN:**  Well, if there's no final order of

10  removal, then there's obviously no good faith basis to detain.

11    **THE COURT:**  It's through the looking glass.  But in

12  terms of this argument, there has to be a final order of

13  removal.

14    **MR. ROSSMAN:**  Right.  So assuming there is, the 90

15  days is gone without any dispute about that.  The 180 days, we

16  disagree with.  But we think the right measurement is it's gone

17  too.

18    But even if it's not, I think the evidence of this

19  proceeding and the government's absence of good faith,

20  candidly, and the way it's conducted itself in this proceeding

21  warrants your rebutting that presumption overwhelmingly.  I

22  think the evidence is quite clear that that presumption should

23  be rebutted.

24    If that presumption is rebutted, then what is missing here

25  is a showing that they actually have a viable -- the government

1  needs to prove that they've got a viable path and are pursuing

2  that path earnestly to remove Mr. Abrego.

3      And they don't have a reliable path.  Three countries have

4  said no.  That's a statutory requirement.  So it's not a

5  discretionary requirement.

6      The statute also gives my client the right to designate a

7  country.  He's designated Costa Rica.  They have not indicated

8  they are going to send him there.  So that's another statutory

9  impediment to sending him to another one of these other

10  countries.

11      And they have not yet identified a country that is both

12  consistent with the statute and willing to take my client.

13      So we think all of that adds up to an overwhelming

14  rebutting of any presumption.  And the government, you know,

15  has failed to make its case that the purpose of detention is to

16  effectuate removal.

17      So we think we've plainly shown all the predicate that we

18  need to show for *Zadvydas*, Your Honor, and the -- you know, the

19  appropriate relief to release my client.

20          **THE COURT:**  Thank you, Mr. Rossman.

21      I have one final question for the government, which is are

22  you -- are you persisting in an argument that somehow my TRO is

23  a -- is a factor in the *Zadvydas* analysis?

24          **MR. ENSIGN:**  Yes, Your Honor, although we understand

25  your clarification from that today.

1          **THE COURT:**  How did you not understand that when I

2     said if you have any problem with my TRO, if you think there's

3     a problem -- any problem whatsoever -- you bring it to my

4     attention?

5          Do you remember that conversation?

6          **MR. ENSIGN:**  I remember the general conferences.  I

7     don't remember that specific thing.  But --

8          **THE COURT:**  It's in the transcript.  So if today you

9     are persisting in an argument that I don't think has been made

10    in the pleadings, you certainly haven't asked me, have you, to

11    modify or consider dissolution because somehow it was going to

12    impede you in any way, right?

13         You never asked me to do that?

14         **MR. ENSIGN:**  Your Honor, we have not.  I think that

15    has not become a live issue.  The government had previously

16    committed not to removing Mr. Abrego Garcia until that motion

17    to reopen was denied.  So that wouldn't even have been a live

18    issue until nine days.  We understand this Court's

19    clarification that --

20         **THE COURT:**  Well, in fact, it didn't even really

21    detain you from doing some -- making some efforts with regard

22    to Eswatini, right, on September 5?

23         And Uganda, I think, at least there's been suggestion that

24    the Uganda outreach was during my order.  Ghana, during my

25    order.

1    So there's been no problem with you doing the work that

2    you need to do in good faith if you really do wish to

3    effectuate third-country removal.  That's why I just want to

4    understand where you're going with that argument.

5          **MR. ENSIGN:**  Your Honor, I think two things.

6    One, we didn't understand your Court's order to bar a

7    preparatory step.  So that has not been a contention of the

8    government.  So we have not taken that position.

9          **THE COURT:**  Okay.

10          **MR. ENSIGN:**  There are many steps that are only taken

11    when you're very close to the removal process.

12          **THE COURT:**  Okay.

13          **MR. ENSIGN:**  And because both -- because of the

14    government's prior commitment to removing him, you know,

15    through the resolution of the motion to reopen, as well as we

16    read this Court's order as preventing removal, those later

17    steps, that was -- you know, that was not taken.

18          **THE COURT:**  But you didn't have any country where

19    which you could take later steps, right?  My order couldn't

20    have even really become a problem if you didn't have a country

21    that said yes, correct?

22          **MR. ENSIGN:**  It could only -- your order only was a

23    bar to final removal; it was not a bar to other steps.

24          **THE COURT:**  Right.  And so until you got to that

25    point, this -- this is a red herring, a stalking horse,

1    whatever term you want to put on it.  It really isn't an issue

2    because you never got to the point where even, rationally, my

3    order would matter.

4         Is that fair?

5              **MR. ENSIGN:**  I don't believe it's fair in that we had

6    previously committed -- committed both -- not to do it while

7    the motion to reopen was pending.  We didn't know when that

8    would be decided.

9         We also knew that this order -- the Court's order was --

10   would, you know, bar final removal or that final step.

11        And so I think that was --

12             **THE COURT:**  Okay.  First of all, my order didn't say

13   that.  It said don't remove him from the continental United

14   States pending this hearing.  I think I said until October 6th.

15   But, in any event, it didn't say you can't take final steps,

16   correct?

17             **MR. ENSIGN:**  It didn't say you can't take final

18   steps, but DHS would not typically take those, you know, final

19   steps until they thought that there was a clear path to the end

20   of ultimate removal.

21             **THE COURT:**  Okay.  And if you got to that point,

22   would you agree with me there's nothing to stop you from filing

23   a motion to say we're there, we're about to take final steps,

24   understand, without you lifting the order, we can't do it.  Can

25   you please lift the order, Judge?

1      You could have done that, right?

2          **MR. ENSIGN:**  We potentially could have, Your Honor.

3  And we understand this Court's clarification today that that is

4  a potentially viable path.  We appreciate the Court's

5  clarification to that effect.

6          **THE COURT:**  See, my point is I don't think I needed

7  to clarify.  You knew what it meant.  It's basic.  And if you

8  didn't know what it means, you had not only the law to request

9  that I modify or dissolve, but you had my open invitation to do

10  so.

11      And at no point did you take me up on that open

12  invitation.  And as a matter of the record, I think it's

13  because, largely, you're not even close.  So if you were close,

14  then I would imagine a reasonably well-trained lawyer would ask

15  me to modify it.

16      So this is all by way of saying -- I guess what I'm trying

17  to say is I just don't appreciate this order being trotted out

18  somehow as an impediment when there's nothing to suggest it

19  was.

20      So -- and if I'm missing it, I really want you to tell me.

21          **MR. ENSIGN:**  Your Honor, I believe the order was you

22  can't remove him until further order of the Court.  The

23  petitioner has pending challenges not just to detention but to

24  removal itself.  And we had understood the Court intended to

25  adjudicate those challenges to removal before removal would be

1   effectuated.

2        But we understand the Court's clarification today that, if

3   we think we have an imminent removal plan, that we could come

4   to the Court.  We will take that back.  We appreciate the

5   clarification.

6        And we also have the clarification raised today that, you

7   know, there would be no objection forthcoming to removal to

8   Costa Rica.

9        **THE COURT:**  Correct.  That -- that's clear, as well

10  as if, at any point, you think you're at that juncture, you --

11  you ought tell me so that you can't make the argument this

12  Court is an impediment.  Because that's certainly not this

13  Court's role.  Okay?

14       **MR. ENSIGN:**  Your Honor, we understand the Court's

15  position.

16       **THE COURT:**  Okay.  Very good.  Thank you.

17       **MR. ENSIGN:**  Thank you, Your Honor.

18       **THE COURT:**  Anything else?

19       **MR. ROSSMAN:**  Your Honor, I would say I would like to

20  get the record of the proceedings closed today.  So we are

21  going to -- with Your Honor's permission, the issue about the

22  sealing of those two documents that we had conferred at sidebar

23  about, we're not going to challenge the sealing.  So we don't

24  need to brief that issue.

25       **THE COURT:**  Okay.

1      **MR. ROSSMAN:**  And we'll stand on the record of the

2   case and the submissions.

3      **THE COURT:**  Now, there was just one other area, then.

4   So we don't need to do this quick turnaround on the briefing

5   because --

6      **MR. ROSSMAN:**  And I'm sorry.  That's on *Zadvydas* to

7   be --

8      **THE COURT:**  What's that?

9      **MR. ROSSMAN:**  I wanted to make crystal clear that the

10   record should be closed on *Zadvydas*, yeah.

11      **THE COURT:**  Is the same true with respect to some of

12   the questions that I said we had to table until later regarding

13   Presidential privilege, that for *Zadvydas* we don't need it, and

14   we'll see if we need it at any other point?

15      **MR. ROSSMAN:**  Could I have a moment to confer, Your

16   Honor?

17      **THE COURT:**  Sure.

18      **MR. ROSSMAN:**  Okay.  I'm sorry.  I think I may have

19   misunderstood Your Honor.

20      If the question is about the representation -- if the

21   question is about the Presidential privilege issue, we're not

22   going to pursue that any further.

23      **THE COURT:**  Okay.

24      **MR. ROSSMAN:**  We're content with the representations

25   on the record as it's currently made.

1          **THE COURT:**  And, currently, you're not contesting the

2    sealing of the two documents, at least for purposes of

3    *Zadvydas*?

4          **MR. ROSSMAN:**  Correct, Your Honor.

5          **THE COURT:**  Great.  Okay.  So we have nothing else to

6    brief.  I can just take this and decide it.  Am I right about

7    that from the petitioners' perspective?

8          **MR. ROSSMAN:**  Yes, Your Honor, from our perspective.

9          **MR. ENSIGN:**  Yes, from the government's perspective.

10         **MR. MOLINA:**  Your Honor, may I ask one question?

11         **THE COURT:**  Sure.

12         **MR. MOLINA:**  Do we still need to file a motion to

13   submit under seal the documents?

14         **THE COURT:**  1 and 2?

15         **MR. MOLINA:**  1 and 2.

16         **THE COURT:**  No, I have submitted them.  I have

17   accepted them under seal.  There was -- way back in the

18   morning, there was conversation of briefing --

19         **MR. MOLINA:**  I remember it all.  I just wanted to

20   make sure that we tied up that --

21         **THE COURT:**  We did.  There's no need for briefing on

22   that or the Presidential question, at least for now.

23      Okay.  Well, I thank you all for your time.

24      Mr. Schultz, thank you for hanging tough with us.

25      And I will get my order out -- my opinion as soon as

1    possible.  Have a good weekend.

2            **DEPUTY CLERK:**  All rise.  This Honorable Court now

3    stands adjourned.

4        (Proceedings concluded at 5:28 p.m.)

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4          I, Paula J. Leeper, Federal Official Court Reporter, in

5     and for the United States District Court for the District of

6     Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that

7     the foregoing is a true and correct transcript of the

8     stenographically-reported proceedings held in the

9     above-entitled matter and the transcript page format is in

10    conformance with the regulations of the Judicial Conference of

11    the United States.

12

13                             Dated this 11th day of October 2025.

14

15                             /S/ Paula J. Leeper
                               _____
16
                               Paula J. Leeper, RPR, CRR
17                             Federal Official Reporter

18

19

20

21

22

23

24

25

BY MR. GUYNN: **[28]** 12/15 12/24 15/22 22/13 24/14
24/24 25/10 27/6 27/14 28/1 44/14 45/5 166/14 168/22
31/18 33/5 39/19 162/15 164/5 166/18 168/7 168/21
169/22 170/24 171/12 171/18 172/5 172/17 191/9
BY MR. RAND: **[81]** 41/1 45/12 46/9 47/8 51/14 53/12
53/23 54/25 56/25 57/18 59/12 59/16 59/20 60/23
63/22 64/15 65/7 66/4 69/16 70/19 71/5 71/14 72/18
73/11 75/9 75/23 76/5 76/11 76/17 78/21 79/1 79/16
79/23 80/23 81/6 81/16 82/20 84/20 88/3 88/21
89/21 90/22 92/14 93/19 94/11 95/23 96/16 97/6
97/21 98/12 99/15 100/7 101/19 102/7 102/19 104/18
105/2 105/11 106/18 107/14 107/17 108/18 109/9
113/23 126/13 128/9 130/2 130/16 132/20 133/18
134/7 137/18 139/3 139/23 140/12 144/13 144/18
145/24 146/16 154/13 157/1
**DEPUTY CLERK: [15]** 4/3 4/9 12/2 12/7 12/12 12/21
84/10 84/13 126/6 160/14 160/17 192/2 192/4 192/7
255/2
MR. COOPER: **[1]** 4/18
**MR. ENSIGN: [73]** 5/5 217/21 218/1 218/5 218/13
218/19 219/10 219/13 220/6 221/3 221/16 221/25
222/5 222/12 223/5 223/20 224/2 225/2 225/13
226/10 226/13 226/17 227/16 228/12 228/15 228/25
229/15 229/24 230/3 230/25 231/7 231/18 231/21
232/3 232/6 232/24 233/7 233/11 233/23 234/11
234/22 235/21 236/8 236/10 236/14 236/17 237/2
237/4 237/11 237/17 237/23 238/3 238/13 238/19
238/23 241/4 241/16 242/4 242/15 247/24 248/6
248/14 249/5 249/10 249/13 249/22 250/5 250/17
251/2 251/21 252/14 252/17 254/9
**MR. GUYNN: [206]** 5/1 6/7 6/12 7/1 7/7 7/10 7/17
7/23 8/2 8/7 8/14 8/16 8/20 9/11 9/14 10/9 10/20
10/22 11/8 11/17 11/21 11/24 12/23 24/11 27/3 27/9
29/14 30/12 35/8 35/13 35/15 36/10 36/16 37/3 37/6
37/23 37/25 38/3 38/18 38/20 39/2 39/5 39/9 40/10
45/7 46/5 47/3 51/9 53/8 53/20 54/20 57/13 57/15
59/7 60/18 63/16 65/1 69/13 70/14 71/4 71/8 72/24
75/7 75/22 75/25 76/14 78/4 79/14 79/19 79/21
80/20 81/11 82/7 83/12 85/15 85/24 86/11 86/13
86/23 87/4 87/19 88/19 89/17 90/10 92/10 92/13 94/4
94/7 96/23 97/17 98/7 99/10 99/21 99/23 100/1
101/17 102/4 102/16 104/8 104/24 105/5 105/9
106/13 107/8 108/2 109/4 109/18 109/20 109/24
110/4 110/9 110/24 111/11 111/14 111/24 112/7
113/3 113/8 119/24 120/2 120/12 120/21 120/25
121/10 121/15 121/20 121/23 122/12 122/15 122/19
122/22 122/25 123/6 123/11 124/2 124/8 124/19
125/11 127/22 127/25 128/6 129/20 130/10 130/13
130/24 131/1 131/3 131/7 131/19 133/7 133/10 134/4
136/16 136/19 137/4 137/7 137/10 137/12 138/22
138/25 140/8 144/12 144/15 145/18 146/10 146/23
147/5 147/8 147/16 148/3 148/14 148/23 149/9
149/20 150/2 150/7 150/13 150/25 151/3 151/15
151/25 152/3 152/15 152/24 153/1 153/6 153/11
153/17 156/20 156/23 160/10 162/9 162/12 165/12
165/14 165/21 166/5 166/14 168/10 169/8 169/21
171/6 171/25 172/14 174/16 175/5 191/15
MR. MOLINA: **[5]** 5/7 254/10 254/12 254/15 254/19
**MR. RAND: [125]** 4/20 9/22 10/6 10/16 10/21 11/4
11/10 23/11 24/9 24/21 25/17 26/12 26/21 27/13
29/19 30/9 31/15 33/3 37/11 39/12 40/14 40/18
40/21 46/6 46/8 47/6 51/13 56/24 57/16 59/10 60/19
60/21 63/18 63/20 64/22 65/6 65/11 65/13 69/14
72/15 76/3 76/9 76/16 78/23 78/25 79/22 82/19 84/3
84/19 87/23 89/15 89/18 90/11 90/16 90/18 93/21
94/6 94/8 95/18 95/20 96/10 96/14 96/25 97/2 97/4
99/13 105/6 105/10 107/11 108/17 109/14 112/9
112/12 112/17 113/14 113/18 113/20 120/3 123/8
123/13 125/1 125/6 125/12 125/14 128/2 128/8
130/15 132/5 132/11 132/15 137/15 139/22 140/11
145/21 145/23 146/13 149/5 149/16 151/7 151/10
151/13 151/19 152/2 152/5 152/10 152/13 152/18
154/2 154/7 154/10 157/10 161/15 161/20 161/24
162/2 164/3 165/9 167/6 168/19 170/15 171/15
174/18 174/22 175/23 191/16
MR. ROSSMAN: **[74]** 4/14 125/20 125/22 126/2 161/4
192/11 192/25 193/4 193/11 193/14 193/21 193/24
194/2 194/7 194/15 194/24 196/2 197/24 199/10
199/21 199/25 200/3 200/7 201/4 201/10 202/7
202/11 202/22 204/15 205/11 206/4 207/18 207/21
208/16 208/19 209/4 209/25 212/3 212/21 212/23
213/9 213/14 213/19 213/21 213/25 214/4 214/12
216/21 216/24 217/18 238/25 239/12 239/14 239/18
239/22 240/3 240/5 240/21 242/22 243/4 245/1
245/17 245/20 246/9 246/14 252/19 253/1 253/6
253/9 253/15 253/18 253/24 254/4 254/8
MR. SANDOVAL-MOSHENBERG: **[13]** 4/16 6/25 199/11
202/24 203/10 203/14 204/5 204/9 204/13 240/9
240/15 240/20 240/25
MR. SCHULTZ: **[2]** 5/10 5/14
MS. HORTON: **[1]** 5/3
MS. O'HICKEY: **[1]** 5/3
MS. PATHALAM: **[1]** 4/22
THE COURT: **[496]**
THE WITNESS: **[89]** 12/6 12/11 15/11 15/13 25/5 25/8
28/13 28/15 28/22 29/1 29/4 29/6 29/9 29/22 45/11
53/10 53/22 54/23 56/2 56/5 56/10 56/15 56/21
57/17 59/11 59/15 64/12 65/16 65/19 65/25 66/2
70/16 71/12 73/6 78/7 78/10 78/13 78/19 79/15 8/5
81/15 82/12 82/14 82/17 83/21 83/25 92/13 93/18
96/21 97/20 98/11 99/22 102/6 102/18 104/12 105/1
106/15 108/8 108/11 108/15 109/8 129/12 157/25 158/4
158/8 158/15 158/24 159/5 159/10 159/19 160/8
167/11 167/15 167/24 168/5 169/14 169/18 170/19
170/23 171/7 171/17 191/2 191/21

'
**'25 [1]** 242/19
**'Zadvydas [1]** 226/19

**-**
**-- about [1]** 144/14
**-- as [1]** 109/19
**-- because [1]** 100/1
**-- on [1]** 79/21
**-- that [2]** 82/15 236/10
**-- the [1]** 37/24
**-- to [2]** 193/4 214/4
**-- within [1]** 9/15

**/**
**/s [1]** 256/15

**0**
**0261 [1]** 2/6

**1**
**10 [10]** 1/10 72/2 74/16 96/20 96/22 97/4 97/7
98/20 145/17 174/22
**100 percent [1]** 36/18 74/21 202/11
**10016 [1]** 1/15
**1052 [1]** 225/16
**10:00 [1]** 52/23
**10th [3]** 77/8 77/11 77/20
**11 [8]** 19/14 223/21 239/7 239/16 240/16 240/22
241/4 242/21
**111 [1]** 239/23
**1186 [1]** 214/21
**1189 [1]** 214/23
**1190 [1]** 214/24
**11:09 [1]** 1/10
**11th [1]** 256/12
**12 [3]** 3/4 5/19 223/22
**1231 [7]** 95/6 96/1 96/5 205/14 229/25 243/18
245/18
**12:54 [1]** 84/12
**12th [4]** 195/12 195/18 211/7 211/10
**1300 [1]** 1/19
**14 [1]** 233/14
**15 [5]** 70/1 145/16 174/22 242/19 243/7
**162 [1]** 3/5
**17 [2]** 203/4 204/3
**17th [1]** 215/3
**18 [3]** 96/8 96/17 96/24
**180 [2]** 15/17 246/15
**1:00 [1]** 76/7
**1:15 [2]** 84/5 84/9
**1:18 [1]** 84/12
**1st [2]** 41/12 221/19

**2**
**20 [8]** 39/20 40/5 69/25 71/2 71/12 71/17 72/7
74/16
**20 minutes [1]** 242/20
**2000 [1]** 19/13
**20005 [1]** 1/20
**2002 [1]** 225/16
**2003 [4]** 13/12 18/10 18/11 19/6
**20044 [1]** 2/9
**2005 [1]** 215/3
**2006 [1]** 214/19
**2009 [2]** 18/18 18/11
**2011 [1]** 18/8
**2019 [34]** 66/1 76/21 76/23 76/25 77/8 77/11 77/15
77/21 78/6 79/4 83/23 109/2 109/12 163/11 163/20
164/1 164/8 194/11 195/10 206/3 206/6 208/17 209/8
211/4 217/5 231/19 231/21 231/23 232/4 232/16
233/8 233/8 244/3 245/6
**202 [2]** 2/6 2/10
**2023 [1]** 14/3
**2024 [4]** 13/15 14/3 41/12 163/20
**2025 [44]** 1/10 6/9 6/15 8/17 20/1 21/12 22/5 24/18
51/17 70/2 71/19 71/20 72/1 72/13 72/14 72/20
77/21 78/6 80/13 81/24 82/2 82/3 82/10 82/11 83/10
83/10 84/25 85/22 92/22 93/13 114/12 119/5 162/19
162/23 163/8 163/20 172/7 195/10 211/5 214/13
230/24 231/21 232/15 256/12
**20530 [1]** 2/6
**212 [1]** 1/16
**218-9376 [1]** 1/23
**21st [6]** 100/19 101/13 101/16 205/24 211/9 211/10
**22 [5]** 41/20 201/23 203/7 203/16 204/10
**22-country [1]** 202/6
**22030 [1]** 1/23
**22nd [7]** 114/12 114/15 114/16 114/19 212/25 230/10
231/3
**23rd [11]** 21/10 21/12 77/20 77/21 93/13 105/17
114/18 114/19 133/21 205/25 213/1
**23rd of [1]** 203/11
**24 [3]** 9/15 173/22 224/6
**24-hour [1]** 17/2
**241 [21]** 65/9 66/15 66/19 67/4 67/11 67/13 67/14
67/17 67/20 67/21 68/9 68/15 68/16 68/19 68/21
72/10 95/8 95/10 95/12 96/6 164/14
**24ia [9]** 66/17 68/4 68/6 79/2 79/4 79/13
80/3 164/13
**24th [5]** 48/9 114/18 119/12 120/17 121/12
**25 [1]** 243/5
**25th [10]** 20/1 20/19 93/6 203/18 211/7 213/5 224/9
239/3 239/6 240/3
**2780 [1]** 4/10
**28 [1]** 256/6
**28-1 [2]** 239/16 239/17
**287 [1]** 225/16
**28th [1]** 76/25
**29 [1]** 93/21
**295 [1]** 1/15
**2:55 [1]** 160/16

**3**
**30 [3]** 101/7 101/12 170/16
**30th [2]** 143/14 172/7
**31st [1]** 223/8
**32-9 [1]** 204/4
**353-0261 [1]** 2/6
**38 [1]** 242/23
**3:11 [1]** 160/16
**3:54 [1]** 192/6

**4**
**40 [1]** 3/4
**4103 [1]** 1/22
**42 [1]** 239/4
**434 [1]** 1/23
**446 [1]** 214/21
**48 [2]** 100/23 224/6
**4:02 [1]** 192/6
**4th [5]** 24/18 80/7 80/13 80/19 82/2

**5**
**500 [1]** 214/13
**575 [1]** 6/14
**5:00 [1]** 138/4
**5:00 p.m [2]** 138/15 140/22
**5:28 [1]** 255/4
**5th [6]** 1/15 22/5 49/16 50/1 119/13 238/8

**6**
**616-9344 [1]** 2/10
**617 [1]** 1/20
**62,000 [3]** 74/18 75/20 144/24
**6th [2]** 51/17 250/14

**7**
**7000 [1]** 1/16
**712-7165 [1]** 1/20
**7165 [1]** 1/20
**72 [9]** 34/9 36/14 38/6 40/4 57/25 58/4 58/9 58/19
212/25
**753 [1]** 256/6

**8**
**8 U.S [1]** 95/6
**8/23/25 [1]** 203/5
**849-7000 [1]** 1/16
**878 [1]** 2/8
**8:25-cv-02780-PX [1]** 1/5

**9**
**9-0 [1]** 196/22
**9/11 [1]** 19/14
**90 [10]** 194/6 223/13 230/1 230/18 230/20 240/12
245/12 245/14 246/2 246/19
**90-day [3]** 193/25 231/10 245/25
**900 [1]** 1/19
**93 [1]** 6/14
**9344 [1]** 2/10
**9376 [1]** 1/23
**950 [1]** 2/5
**951 [2]** 35/24 212/23
**9:00 [2]** 52/25 54/13
**9:00 Eastern [1]** 53/1
**9:00-ish [1]** 135/1

**A**
**A.M [1]** 1/10
**abide [1]** 216/16
**able [5]** 7/18 71/15 74/10 106/6 124/9
**above [1]** 256/8
**above-entitled [1]** 256/9
**ABREGO [241]** 1/3 4/10 7/14 7/16 9/7 19/16 19/22
20/1 20/4 20/7 20/15 20/17 20/22 20/25 21/2 21/6
21/9 21/13 21/19 22/2 22/6 22/19 22/24 25/14 25/19
25/23 26/6 26/9 27/20 28/5 28/12 29/16 31/14 31/19
31/24 32/6 32/9 32/13 32/15 32/18 33/1 34/14 34/22
35/19 36/3 36/14 39/22 42/25 43/4 43/12 43/21 44/2
44/16 45/16 45/21 46/12 47/11 49/17 49/24 50/6
50/24 51/7 53/6 53/18 54/14 56/4 56/14 57/3 58/6
59/4 62/21 67/5 67/12 74/5 74/14 76/13 76/20 77/12
77/16 77/22 80/9 81/9 81/19 82/4 82/10 82/6 83/9
84/25 85/4 85/13 92/22 93/5 93/11 94/16 94/20
100/20 102/9 105/13 105/17 105/24 106/4 106/7
106/11 108/6 108/21 109/2 112/21 114/13 114/25
115/19 116/2 116/5 118/5 119/4 119/15 121/8 121/13
127/16 127/18 128/12 128/15 128/16 128/24 130/4
130/6 132/13 132/24 132/25 133/3 134/21 134/1
138/1 138/2 138/12 138/21 140/15 140/24 141/2
141/8 141/9 141/10 141/20 141/25 142/2 142/17 143/9
143/23 146/3 146/8 146/22 147/10 147/11 147/23
148/11 148/20 148/25 149/12 149/18 150/11 150/13
150/18 153/25 154/18 155/19 156/1 156/4 156/5 156/9
157/3 159/17 163/12 164/1 164/8 166/1 166/22 167/3
167/23 168/11 169/24 170/3 170/6 170/11 170/13
192/13 193/5 193/25 194/10 195/12 195/14 198/5
198/15 198/18 198/20 198/23 199/8 199/18 199/16
200/15 200/25 201/20 202/12 202/15 203/11 205/5
206/14 206/17 206/18 210/2 210/23 211/19 212/7
212/24 215/17 216/2 216/6 217/6 217/17 228/12
229/8 231/3 232/16 235/7 235/18 236/25 237/10
237/21 237/22 241/22 242/18 243/11 243/23 244/22
244/23 247/2 248/16 256/3
**Abrego's [10]** 65/22 65/23 109/17 114/3 148/7 202/5
203/4 214/9 217/17 237/15
**absence [1]** 246/19
**absolutely [3]** 9/4 125/3 137/13
**academy [1]** 19/8
**accept [17]** 9/9 10/7 10/11 34/1 56/14 58/20 62/17

# A

accept... **[10]** 85/5 101/6 101/21 141/22 166/23
167/24 166/1 166/17

acceptance **[1]** 158/4
accepted **[2]** 201/13 254/17
accepting **[5]** 6/10 56/4 85/13 102/1 236/25
accepts **[1]** 32/1
accord **[1]** 85/8
account **[3]** 70/13 70/16 215/14
accurate **[2]** 135/7 213/7
accurately **[1]** 6/24
acknowledge **[2]** 220/8 223/10
acquired **[1]** 150/18
acronym **[2]** 12/25 134/9
across **[2]** 60/11 149/22
acted **[1]** 67/21
acting **[5]** 6/17 17/22 17/24 18/6 215/25
action **[3]** 4/10 38/6 38/14
actions **[2]** 198/13 229/4
actively **[4]** 43/6 43/7 131/23 223/13
acts **[4]** 231/12 231/12 231/15 231/17
actually **[15]** 41/21 45/22 52/25 78/1 87/5 87/13
89/12 135/8 163/10 174/7 206/25 211/16 239/8 246/3
246/25
Adam **[1]** 64/12
adding **[1]** 34/13
addition **[2]** 162/10 163/4
additional **[7]** 7/11 30/18 32/4 32/5 32/8 238/14
246/2
Additionally **[4]** 14/19 17/7 17/17 18/21
address **[6]** 37/12 39/14 124/25 151/16 202/7 202/24
adds **[1]** 247/13
adjourned **[1]** 255/3
adjudicate **[1]** 251/25
adjudicated **[10]** 15/16 16/7 16/7 32/2 58/3 58/10
58/13 86/6 144/7 206/20
adjudicates **[1]** 142/25
adjudicating **[2]** 13/18 234/4
adjudication **[2]** 58/21 174/13
adjust **[1]** 39/1
administration **[1]** 192/21
administratively **[2]** 245/22 246/7
admission **[2]** 65/24 120/15
admits **[1]** 211/11
admitted **[2]** 112/1 121/6
admittedly **[1]** 225/19
advance **[2]** 203/20 216/4
advanced **[2]** 167/4 241/16
advantage **[1]** 232/14
advice **[9]** 130/18 131/8 131/11 131/11 131/13 131/17
131/21 131/24 132/3 139/1
advise **[3]** 15/4 18/2 161/15
advised **[7]** 17/15 95/13 114/25 115/1 140/23 143/1
145/6
adviser **[4]** 120/9 120/15 128/21 135/13
advisers **[9]** 120/13 120/22 121/6 121/12 122/13
122/20 122/20 122/24 125/17
advising **[3]** 131/21 131/23 161/18
advisor **[2]** 17/12 17/20
advisory **[2]** 9/3 125/18
affairs **[1]** 218/15
affect **[1]** 227/17
affidavit **[2]** 81/3 213/1
affirmatively **[4]** 173/17 173/21 174/14 238/10
affirmed **[1]** 175/17
afield **[1]** 148/5
afraid **[2]** 201/24 203/17
Africa **[10]** 14/18 41/14 41/16 41/19 44/8 44/15
130/9 201/5 201/5 201/6
African **[2]** 209/1 211/15
after **[22]** 20/18 20/18 21/19 43/15 43/15 44/8 55/6
100/20 101/3 124/25 154/3 155/21 170/10 194/1
194/3 199/24 203/14 206/16 212/11 229/17 230/1
237/22
afternoon **[8]** 9/25 52/21 129/3 129/4 140/22 192/11
192/11 217/21
again **[24]** 18/24 48/3 69/2 69/2 81/11 92/16 107/16
110/18 111/24 117/6 117/19 121/5 147/18 155/17
160/23 208/15 217/14 221/10 227/6 229/16 231/14
232/20 235/17 240/16
against **[5]** 6/23 24/1 104/22 149/8 200/16
agency **[8]** 77/7 86/25 87/18 88/9 88/12 142/25
155/25 159/9
agent **[3]** 102/9 102/15 102/22
ago **[13]** 27/21 28/15 52/20 53/5 55/24 67/15 67/16
127/7 132/13 195/13 219/15 223/13 235/16
agree **[22]** 39/12 49/14 70/3 70/11 81/23 92/8 94/19
99/13 101/11 101/15 105/3 132/5 195/17 195/17
208/16 219/11 225/6 225/8 225/10 225/11 243/13
250/22
agreed **[5]** 25/14 26/9 29/16 54/14 205/16
agreement **[8]** 6/9 8/15 10/12 23/25 157/10 159/23
159/24 244/12
agreements **[4]** 23/3 163/3 163/4 163/7
agrees **[1]** 227/15
ahead **[12]** 24/23 29/13 32/22 40/1 60/22 73/5 100/6
110/3 115/12 130/1 230/5 242/22
AIDED **[2]** 1/25 2/12
aim **[4]** 198/16 198/17 206/23 206/24
air **[1]** 138/18
aired **[1]** 86/2
airplane **[1]** 243/23
airstrip **[1]** 243/23
akin **[1]** 159/16
Akinwale **[1]** 225/16
al **[2]** 1/6 4/11
alien **[33]** 31/11 33/17 97/9 98/3 99/5 99/5 100/14
101/5 101/22 103/12 104/12 104/16 173/9 173/17
173/21 173/22 173/24 174/2 174/2 174/8 174/14
205/15 205/17 215/16 215/16 230/7 230/8 230/16
230/17 231/10 231/11 231/15 231/17
alien's **[5]** 30/2 98/2 173/2 231/12 231/13
aliens **[26]** 13/18 14/16 15/6 15/17 16/6 17/8 18/18

18/22 18/23 18/25 19/4 23/9 23/19 25/11 30/8 30/19
31/4 31/6 31/9 33/6 33/10 33/14 104/23 162/17
111/13 11/13 20/20 26/14 26/18 31/8 34/25 35/20
36/17 38/8 39/10 39/16 39/23 41/16 41/19 42/13
43/2 43/19 44/10 44/21 45/2 45/13 45/19 48/19
48/23 49/19 50/23 52/14 54/2 55/13 57/9 59/1
62/7 63/11 65/4 65/17 65/19 65/20 66/3 66/14 66/25
67/4 68/11 71/15 72/16 73/15 74/4 74/25 75/15 76/8
76/12 77/7 77/14 79/12 80/6 84/1 84/9 84/20 84/23
89/7 90/3 90/5 90/10 90/20 91/15 91/24 92/8 93/3
94/23 96/4 97/4 97/7 98/20 99/1 100/14 101/25
103/2 103/10 106/19 106/25 108/16 110/22 112/20
118/2 122/25 123/7 124/16 124/21 128/22 133/19
135/4 136/7 136/24 140/3 142/21 147/14 147/19
148/20 152/5 153/4 157/9 157/14 158/19 160/4
160/14 160/17 160/19 162/16 164/12 168/22 172/6
175/9 175/13 175/16 175/17 175/24 191/18 192/4
192/7 195/17 195/17 196/25 197/13 199/13 203/12
203/2 204/14 208/14 211/24 212/16 215/19 216/21
217/11 218/17 218/22 222/19 224/24 226/11 228/5
229/6 233/18 233/25 234/18 236/23 238/16 238/22
240/7 244/20 247/13 247/17 250/22 251/16 254/19
254/23 255/2
allow **[4]** 73/4 124/20 160/24 217/13
allowed **[2]** 60/3 97/15
allowing **[2]** 110/17 111/21
allows **[1]** 230/22
almost **[2]** 175/20 229/1
alone **[4]** 135/22 135/23 137/23 140/15
along **[1]** 217/11
already **[16]** 20/15 24/11 32/25 166/3 207/4 238/18
also **[30]** 2/11 10/23 15/19 17/2 17/5 18/3 18/24
26/4 32/11 52/2 90/17 90/18 149/3 149/20 173/12
208/23 219/1 222/12 223/23 225/19 228/15 230/4
232/8 240/18 241/17 243/5 246/6 247/6 250/9 252/6
alternate **[2]** 33/13 33/16
although **[7]** 86/18 223/9 224/2 225/8 236/18 244/6
247/24
always **[2]** 126/11 220/21
am **[20]** 11/4 24/7 64/10 66/11 77/25 93/18 100/9
102/12 120/17 122/11 129/22 131/18 141/7 149/4
202/22 207/16 228/12 239/13 254/6
ambassador **[1]** 227/7
ambiguous **[1]** 104/9
amenable **[1]** 9/5
amend **[2]** 71/21 211/8
America **[4]** 41/14 41/14 41/16 200/4
American **[2]** 22/20 23/1
among **[2]** 49/3 222/16
analysis **[13]** 125/6 146/17 146/19 147/4
147/11 148/6 205/3 221/7 223/11 227/6 227/17
247/23
ancillary **[1]** 10/23
Anderson **[24]** 27/25 28/7 28/11 29/2 30/17 52/12
52/22 53/25 54/3 54/6 54/9 54/17 54/23 56/1 56/5
56/8 61/25 63/14 63/25 135/2 135/5 138/5 156/15
156/16
Andreanyan **[1]** 214/18
ANDREW **[3]** 1/13 4/14 192/12
ankle **[1]** 207/6
Annex **[2]** 55/8 55/9
another **[13]** 21/25 51/12 82/15 108/7 111/22 112/16
131/20 153/21 157/23 197/8 206/16 247/8 247/9
answer **[29]** 15/10 28/20 29/21 45/15 45/19 49/2
70/15 71/21 87/1 88/14 91/2 95/9 95/10 98/10 112/5
124/2 129/21 132/10 132/11 133/13 152/6
170/17 207/18 207/20 207/21 208/1 213/12 229/21
answered **[14]** 24/11 29/20 45/7 51/9 76/1 79/14
99/11 101/17 102/6 112/25 119/16 129/19 164/20
166/24
answers **[2]** 62/12 153/24
anticipate **[1]** 142/13
anticipates **[2]** 197/25 225/4
Antonio **[1]** 117/13
anybody **[9]** 61/3 75/14 84/7 85/11 90/6 105/16
105/19 145/25 148/1
anymore **[1]** 227/23
anyone **[14]** 50/8 61/25 63/23 77/14 77/21 90/7
104/5 104/21 115/18 138/20 138/24 206/1 207/16
226/2
anything **[55]** 10/15 17/15 25/6 27/8 29/18 30/7 36/3
39/11 44/5 45/11 54/16 55/2 55/14 55/18 59/3 60/14
63/6 74/9 77/15 77/22 77/25 78/5 78/8 82/9 82/15
83/5 87/24 105/12 106/2 113/13 115/14 120/22 131/12
132/7 132/25 133/1 134/2 140/4 156/3 157/2 170/21
175/21 197/9 200/17 213/16 213/15 218/25 221/12
228/7 228/9 229/10 232/1 234/7 238/16 252/18
anytime **[4]** 67/5 67/11 205/6 244/24
anyway **[5]** 64/14 90/11 148/5 201/3 228/8
anywhere **[3]** 223/25 232/20 232/23
apart **[3]** 63/15 91/24 118/4
apologies **[5]** 40/22 63/21 95/9 99/2 134/12 155/16
apologize **[17]** 35/9 39/6 40/18 46/8 47/19 48/4
63/12 93/22 114/21 116/10 119/16 126/10 128/19
139/22 155/17 156/23 166/14
apparently **[2]** 214/12 236/18
appeal **[4]** 144/4 223/7 223/8 233/13
appeals **[2]** 104/15 196/23
APPEARANCES **[2]** 1/11 2/1
appears **[5]** 6/8 6/15 94/20 211/18 217/10
appellate **[1]** 233/15
appetite **[1]** 110/19
application **[1]** 109/17
applied **[2]** 125/25 195/1
applies **[6]** 121/4 122/12 122/25 128/1 205/16 230/6
apply **[3]** 205/19 205/20 221/12
applying **[1]** 216/2
appreciate **[13]** 11/14 36/17 40/21 45/19 50/2 61/14
72/6 111/11 218/18 242/20 251/4 251/17 252/4
appreciating **[1]** 113/8
approach **[13]** 11/21 26/14 34/10 89/15 94/4 95/18

109/22 109/24 109/25 131/2 165/11 165/13 172/2
approached **[2]** 53/6 237/21
approaching **[4]** 9/21 92/21 197/13 204/22
appropriate **[4]** 11/15 24/25 213/13 247/19
appropriately **[1]** 110/24
approval **[4]** 30/4 36/6 39/25 40/2
approve **[3]** 31/14 33/10 33/10
approved **[2]** 158/19 167/2
approves **[3]** 30/2 58/3 58/6
approximately **[1]** 64/6
April **[8]** 13/12 80/7 80/13 80/19 81/24 82/2 83/10
130/10
April 2003 **[1]** 13/12
April 4th **[4]** 80/7 80/13 80/19 82/2
area **[2]** 153/19 253/3
aren't **[3]** 200/21 204/23 220/5
argue **[2]** 39/8 149/18
arguing **[1]** 132/9
argument **[23]** 37/21 37/21 161/3 161/8 161/12
205/10 205/11 209/20 219/2 219/8 233/6 241/12
241/22 242/2 242/2 242/12 242/18 245/2 246/12
247/22 249/9 249/4 252/11
argumentative **[6]** 75/25 83/13 92/12 99/10 107/11
139/19
arguments **[2]** 225/9 238/20
arm **[2]** 87/2 114/6
ARMANDO **[2]** 1/3 4/10
around **[11]** 11/5 81/23 81/23 82/2 92/22 114/12
114/19 119/5 119/12 138/3 211/22
arranged **[1]** 196/4
arrest **[2]** 17/3 18/20
arrive **[1]** 23/21
article **[2]** 114/17 114/24
articulated **[3]** 36/23 122/3 211/17
articulation **[2]** 226/14 241/6
artificial **[1]** 61/14
artificial-feeling **[1]** 61/14
Ashcroft **[1]** 225/16
Asia **[2]** 41/16 41/18
aside **[2]** 60/7 70/2
ask **[72]** 5/21 8/12 20/14 32/4 33/15 33/21 33/23
36/5 36/12 37/22 37/25 39/7 43/10 43/11 44/10
45/14 51/12 51/15 57/2 64/22 65/8 65/12 67/10
70/20 72/16 82/7 82/23 85/17 89/1 89/7 89/10
105/20 106/5 107/16 107/24 107/25 108/20 109/15
112/13 113/25 113/25 115/21 132/25 136/24 137/19
139/21 140/13 149/16 152/4 152/5 153/9 153/14
155/3 168/8 173/11 175/2 175/6 191/24 195/14 199/1
203/18 208/14 212/13 214/1 220/13 222/9 233/16 227/5
233/12 233/16 234/23 244/22 245/4
asked **[49]** 21/23 29/19 34/24 36/20 38/9 45/7 46/2
50/16 50/21 51/19 51/22 54/3 55/19 56/13 57/24
63/11 75/25 79/14 86/4 92/3 98/17 99/10 101/17
102/16 104/21 108/5 109/13 115/6 116/8 117/22
119/16 129/22 134/11 141/5 152/12 153/22 164/18
166/24 170/9 200/14 217/24 224/5 224/8 224/9
224/13 233/17 238/19 248/10 248/13
asking **[27]** 7/25 20/21 55/16 57/16 61/13 62/10
66/21 82/23 87/17 91/15 91/16 92/17 97/15 97/23
97/23 103/5 103/13 113/24 129/9 129/14 133/4
133/10 138/9 164/12 206/3 215/11 222/25
aspect **[1]** 157/6
aspects **[1]** 60/3
aspersions **[1]** 110/4
assert **[3]** 7/21 7/23 120/20
asserted **[1]** 242/9
asserting **[3]** 8/20 120/1 137/7
assesses **[1]** 173/13
assessment **[2]** 24/5 31/20
assigned **[9]** 45/23 45/25 46/12 46/13 67/1 93/4
109/12 112/16 117/14
assistance **[1]** 33/22
assistant **[34]** 2/13 14/3 13/6 13/13 13/23 14/1 14/5
14/12 14/14 14/22 14/24 15/14 15/24 16/3 16/13
16/19 16/21 16/25 17/11 41/4 41/17 41/21 42/1 42/4
42/5 42/6 42/7 42/8 42/9 42/10 61/11 67/16 69/22
117/13
associated **[1]** 90/25
assume **[3]** 66/17 152/6 225/11
assumed **[1]** 210/21
Assumes **[1]** 83/12
assuming **[4]** 199/17 208/22 208/22 246/14
assumption **[1]** 209/15
assurance **[1]** 8/19 91/19 106/20 142/13 151/16
151/21 151/22 152/6 152/11 171/1 214/24 247/16
assurances **[40]** 6/20 23/7 23/18 24/6 24/7 24/8 141/15
84/25 85/1 85/3 134/14 141/1 141/4 141/8 141/15
141/20 146/2 146/7 146/21 150/3 153/5 153/9 153/10
157/2 157/6 159/12 159/13 159/15 160/1 160/3
160/7 171/9 172/25 173/5 173/7 173/8 173/13
203/20 235/2 237/13
assure **[3]** 150/20 159/6 193/1
assured **[1]** 6/21
astonishing **[1]** 212/5
Atlanta **[2]** 109/11 109/16
attached **[1]** 114/24
attaches **[1]** 120/12
attaché **[9]** 14/1 14/5 14/13 14/14 14/22 16/13
16/19 16/20 42/1
attachés **[1]** 42/9
attempt **[5]** 30/25 32/13 142/25 242/6 243/12
attended **[1]** 207/3
attention **[4]** 75/16 164/10 203/9 248/4
attorney **[15]** 2/4 80/25 98/22 99/4 99/18 101/3
101/4 102/8 102/14 102/21 103/11 130/10 131/9
205/17 230/17
Attorney's **[1]** 37/20
Attorney-client **[2]** 130/10 131/9
attorneys **[5]** 26/14 136/1 136/2 136/5 140/20
atypical **[1]** 74/25
audience **[1]** 38/4
August **[52]** 20/1 20/19 21/1 21/10 21/12 43/22

## A

**August... [46]** 43/22 48/9 77/20 77/21 79/6 82/10
82/10 83/10 83/18 110/13 118/15 119/5 119/12 120/17
101/16 105/17 114/12 118/5 119/5 119/12 120/17
121/12 133/21 196/1 201/19 203/22 205/24 205/25
208/18 211/7 211/9 211/10 212/23 212/25 213/1
213/5 220/16 230/10 230/13 233/17 235/22 235/22
239/3 239/6 240/3 242/19
**August 21st [5]** 100/19 101/13 101/16 205/24 211/10
**August 22nd [4]** 114/12 212/25 230/10 231/3
**August 23rd [9]** 21/10 21/12 77/20 77/21 93/13
105/17 133/21 205/25 213/1
**August 24th [4]** 48/9 119/12 120/17 121/12
**August 25th [8]** 20/1 20/19 93/6 211/7 213/5 239/3
239/6 240/3
**authorization [1]** 231/25
**authorized [2]** 210/4 210/8
**available [1]** 207/14
**Avenue [2]** 1/15 2/5
**avoid [1]** 111/4
**aware [83]** 22/9 24/15 24/18 44/24 49/14 50/4 67/4
77/14 77/20 77/21 77/25 80/7 80/9 80/12 80/18
80/21 83/3 83/7 83/21 84/24 85/1 85/2 92/7 93/11
93/17 93/18 94/17 102/8 102/12 103/4 103/9 103/10
103/19 103/20 104/20 105/22 108/4 108/20 108/20
108/24 115/20 115/25 116/3 116/4 116/7 134/12
134/13 141/1 141/5 141/7 145/4 145/5 145/24 145/25
146/5 146/17 154/15 154/18 155/24 156/2 156/3
159/5 163/7 164/16 169/23 170/1 170/4 194/7 195/21
206/12 208/6 209/14 210/4 212/7 214/16 215/15
221/3 221/25 222/5 223/5 236/19 236/20 245/24
**away [2]** 122/23 217/7

## B

**back [61]** 10/10 14/10 33/25 45/19 50/2 55/16 55/17
65/24 66/21 67/24 68/25 69/9 70/3 74/1 76/4 77/19
84/8 88/4 99/2 99/3 103/6 103/12 106/17 107/15
116/5 124/14 124/22 126/20 128/10 128/22 130/20
132/21 133/19 133/19 156/9 158/18 158/25 159/25
161/8 161/12 162/25 175/2 196/11 196/20 196/23
197/2 197/14 202/3 206/2 209/8 209/21 210/2 210/3
222/10 227/9 227/19 228/11 234/8 235/22 252/4
254/17
**background [2]** 165/7 165/25
**backing [1]** 122/23
**backlog [1]** 18/18
**backwards [1]** 240/9
**bad [2]** 103/13 147/22
**bail [4]** 195/20 195/21 210/10 211/22
**baked [1]** 150/24
**Balgobin [1]** 46/17
**ball [1]** 206/6
**bandwidth [1]** 74/24
**bar [2]** 249/6 249/23 249/23 250/10
**bargain [1]** 86/5
**barred [1]** 240/11
**base [2]** 25/6 193/13
**based [30]** 31/12 32/24 39/20 39/23 40/5 51/3 57/9
58/19 61/15 61/16 68/17 71/6 71/6 71/6 71/11 74/15
81/17 100/18 101/11 115/15 125/6 114/1 119/8
126/16 130/17 141/22 143/7 173/11 197/22 246/4
**basic [1]** 251/7
**basically [3]** 204/6 205/1 236/22
**basis [13]** 15/21 25/2 26/23 117/11 123/15 123/21
165/25 192/16 203/24 204/22 204/23 243/9 246/10
**bear [2]** 97/4 198/18
**became [3]** 50/4 89/3 215/2
**because [102]** 5/22 7/6 9/6 27/6 34/17 34/25 36/3
36/7 37/14 37/19 37/21 38/8 38/11 68/19 68/24 69/9
70/5 74/10 79/6 81/20 87/15 93/23 94/13 100/1
103/13 110/18 110/20 110/22 112/19 112/25 120/18
121/8 124/12 127/11 131/14 138/12 138/21 141/3
141/13 143/1 147/6 147/11 148/7 149/21 150/7
150/15 152/23 153/11 153/20 159/23 161/5 165/21
167/8 168/16 175/11 193/19 194/15 199/21 201/8
202/3 202/16 203/2 203/25 208/25 209/16 212/19
216/17 219/4 219/6 219/7 220/13 220/21 222/3 222/8
223/17 224/10 224/13 224/15 224/20 225/21 225/22
227/22 228/2 229/4 229/5 232/14 236/21 240/24
233/25 234/12 236/1 240/12 241/25 244/7 245/5
248/11 249/13 249/13 250/2 251/13 252/12 253/5
**become [4]** 83/3 246/7 248/15 249/20
**becomes [1]** 245/21
**becoming [1]** 235/12
**bed [2]** 216/7 220/3
**before [59]** 1/9 4/9 4/12 19/9 19/10 43/4 43/13
48/23 50/10 52/23 52/25 52/25 56/16 61/15 66/6
77/20 81/24 87/16 89/23 90/3 94/18 94/24 95/1 99/1
100/12 101/12 101/15 105/7 106/7 106/23 107/20
107/25 110/3 112/19 126/20 138/3 140/7 157/15
160/22 172/10 172/12 215/21 216/3 219/14 220/17
220/23 221/20 222/3 222/10 223/13 225/14 227/2
227/24 237/7 241/12 241/22 242/8 242/19 251/25
**began [1]** 231/2
**begin [1]** 79/7
**beginning [1]** 171/9
**begins [4]** 230/4 230/12 230/21 245/21
**behalf [8]** 1/12 2/2 52/16 144/10 144/17 171/23
199/6 212/22
**behest [1]** 196/7
**behind [1]** 201/19
**Beijing [1]** 161/13
**being [44]** 7/17 22/10 24/18 46/2 50/2 54/3 61/4
62/18 67/1 68/6 80/4 91/1 91/11 103/11 103/21
110/6 123/14 129/12 133/23 139/24 145/1 145/17
146/19 156/3 157/4 158/22 168/17 175/5 194/20
195/22 196/5 196/7 196/10 196/20 196/22 207/3
207/3 209/14 212/7 224/5 224/11 225/3 236/17
251/17
**belief [2]** 74/17 121/23
**believe [47]** 10/16 22/12 32/22 37/11 38/5 38/13
46/16 48/9 52/23 63/10 74/13 74/15 92/16 92/20

106/16 112/5 112/13 142/12 149/4 167/16 193/5
194/2 194/3 194/22 195/9 215/8 218/6 218/13 219/15
219/22 238/12 239/13 239/18 250/5 251/21
238/5 238/17 239/18 250/5 251/21
**believed [3]** 102/23 144/7 171/9
**believes [3]** 68/17 69/7 173/8
**believing [1]** 92/18
**below [11]** 5/25 8/2 26/17 34/12 85/21 110/2 120/6
131/5 136/23 147/2 165/16
**Ben [1]** 2/9
**bench [23]** 5/16 5/19 5/24 9/19 11/11 26/16 27/14
34/11 39/17 85/20 88/1 110/1 113/21 120/5 126/4
131/4 132/18 136/22 137/16 147/1 154/11 165/15
166/16
**benefit [4]** 19/1 90/12 161/5 214/21
**benefits [1]** 228/5
**besides [1]** 30/23
**best [6]** 92/25 129/17 129/22 129/22 191/23 194/8
**better [5]** 14/20 43/11 44/10 175/11 206/4
**between [25]** 6/9 23/3 23/5 23/14 35/10 46/23 73/12
74/7 77/20 78/6 82/10 150/4 157/11 163/20 164/1
164/19 166/21 168/2 168/17 171/11 195/20 199/7
206/21 206/25 238/8
**beyond [15]** 9/2 9/5 109/20 145/18 145/20 146/10
146/11 146/23 147/5 165/9 192/17 194/24 195/2
226/19 231/10
**BIA [1]** 223/7
**bias [5]** 75/8 109/21 110/14 110/25 112/19
**big [1]** 99/16
**binder [1]** 239/15
**biographical [2]** 55/12 158/10
**bit [8]** 12/22 15/8 72/11 78/1 111/21 165/6 167/20
199/18
**bizarre [1]** 105/3
**black [1]** 245/23
**blah [3]** 159/21 159/22 159/22
**blanket [2]** 159/19 159/21
**blind [1]** 110/16
**board [2]** 104/14 125/18
**body [1]** 123/4
**bolded [1]** 172/18
**Bondi [2]** 102/9 102/14
**bones [1]** 27/2
**border [1]** 72/4
**born [1]** 103/22
**boss [3]** 50/13 50/14 50/23 51/3 62/2 62/4 63/4
64/1 89/6 89/8 89/10 114/2 114/20
**both [14]** 11/7 12/9 39/16 52/14 81/12 97/5 122/12
131/10 152/25 153/1 214/10 247/11 249/13 250/6
**bother [1]** 236/6
**bottom [4]** 139/22 149/14 149/14 220/12
**bow [1]** 64/11
**box [4]** 2/8 84/16 160/23 162/5
**boy [1]** 113/5
**bracelet [1]** 207/6
**brain [1]** 71/22
**branch [1]** 118/16
**break [13]** 10/3 11/2 11/5 47/5 76/8 84/4 84/5 84/6
146/14 153/23 154/3 160/10 175/8
**Bridge [1]** 1/22
**BRIDGET [2]** 2/4 5/3 64/7
**brief [16]** 6/18 9/10 123/20 124/21 205/21 219/18
219/20 224/5 239/5 239/9 239/19 242/8 242/11
242/13 252/24 254/6
**briefing [5]** 34/20 90/15 253/4 254/18 254/21
**briefly [5]** 19/3 160/21 164/17 168/24 238/25
**bring [2]** 10/10 14/10 40/18 108/13 110/12 111/8
150/17 153/15 153/15 196/20 214/23 248/3
**broadcast [1]** 175/17
**brought [3]** 197/2 203/8 210/3
**burden [1]** 195/6
**business [2]** 8/9

## C

**cable [1]** 31/2
**caboodle [1]** 83/15
**Caitlin [1]** 218/1
**calculate [1]** 227/4
**calculus [2]** 135/24
**calendar [1]** 67/11
**call [18]** 6/20 11/16 11/24 48/16 68/13 69/2 116/11
116/21 116/23 116/24 119/13 119/17 121/1 129/2
129/14 156/16 158/12 246/1
**called [12]** 4/2 41/12 55/7 129/5 129/7 129/8
129/11 129/12 129/15 129/16 129/18 129/23
**calls [10]** 54/20 57/15 68/14 71/8 79/19 83/13
97/17 98/8 102/24 209/22
**came [12]** 44/23 86/2 93/8 125/8 140/20 153/2 155/5
161/6 161/18 206/8 206/9 228/7
**campaign [1]** 87/9
**can't [33]** 26/23 37/7 43/16 45/17 58/11 63/5 67/15
70/13 70/16 70/17 79/4 82/5 89/5 92/23 103/12
106/11 113/5 129/2 131/9 134/10 138/20 143/10
151/20 152/25 161/11 197/19 199/14 244/20 250/15
250/17 250/24 251/22 252/7
**Canada [1]** 72/5
**candidly [3]** 195/9 203/19 246/20
**cannot [4]** 50/13 109/22 124/23 155/9
**CAP [1]** 19/3
**capacities [1]** 69/25
**capacity [5]** 43/17 43/20 61/7 61/7 61/11
**capital [1]** 99/3
**career [5]** 48/21 66/17 98/13 117/24 117/24
**careful [1]** 60/4
**Carl [1]** 27/24
**case [85]** 1/5 20/10 25/20 25/23 26/1 28/16 34/17
34/18 35/24 42/25 43/1 43/4 43/13 43/16 43/21
44/16 44/23 45/16 45/18 45/21 45/23 46/1 46/12
57/21 74/25 75/8 78/16 83/23 87/17 87/19 110/10
108/10 109/12 120/23 125/23 131/25 148/7 159/17
162/2 193/16 195/1 196/14 196/21 197/17 198/4
198/10 207/5 207/8 208/2 209/5 209/5 209/10 209/13

212/12 214/17 214/18 214/19 215/22 215/24 217/1
221/10 224/10 224/12 224/16 224/22 224/25 225/16
224/15 224/25 231/5 231/7 231/11
241/9 243/9 245/8 245/8
245/24 247/15 253/2
**cases [23]** 18/19 18/22 55/5 73/2 73/8 74/23 75/20
103/4 118/13 157/21 163/13 163/21 173/21 194/4
194/8 194/17 208/7 209/5 210/6 214/13 225/5 226/2
226/7
**cast [1]** 110/4
**Castaneda [2]** 226/17 227/7
**categorical [1]** 226/15
**categorically [1]** 225/15
**ceased [1]** 64/5
**CECOT [3]** 80/10 116/6 196/5
**cell [1]** 17/2
**cells [1]** 103/6
**centers [1]** 144/25
**Central [2]** 22/25 41/13
**certain [8]** 58/16 60/3 79/15 85/3 95/7 134/10
138/4 149/24
**certainly [14]** 38/6 50/12 93/3 132/1 153/9 192/17
198/12 223/3 204/25 210/1 218/13 220/8 248/10
252/12
**CERTIFICATE [1]** 255/5
**certify [1]** 256/6
**Chain [1]** 1/22
**challenge [1]** 252/23
**challenges [2]** 251/23 251/25
**chance [1]** 157/16
**change [6]** 93/24 93/24 93/25 134/16 223/10 227/11
**changed [1]** 232/25
**changes [2]** 87/21 225/15
**characterized [1]** 197/7
**charge [5]** 197/3 210/3 218/2 218/3 218/4
**charged [2]** 196/6 200/19
**charges [2]** 200/15 210/8
**charitable [1]** 234/16
**Charles [1]** 64/12
**Charlie [3]** 135/9 135/10 138/16
**charter [3]** 44/8 44/14 45/5
**chase [1]** 151/17
**chat [1]** 160/21
**chats [1]** 73/18
**Chez [1]** 40/1
**chief [8]** 15/25 16/12 17/22 17/24 18/6 117/12
128/20 145/5
**China [3]** 16/13 16/19 16/20
**Chinese [2]** 16/17 16/18
**choice [3]** 201/21 205/8 207/25
**choose [2]** 5/17 110/9
**chooses [1]** 213/2
**choosing [1]** 209/2
**chose [2]** 153/18 165/23
**chosen [1]** 44/13
**Chuang [1]** 225/8
**circle [1]** 122/5
**circuit [7]** 104/15 196/23 225/15 225/18 225/19
225/18 231/14
**Circuit's [1]** 226/13
**circumstance [2]** 91/5 92/8
**circumstances [7]** 39/24 69/12 91/17 91/22 197/13
232/25 244/17
**CIS [1]** 143/5
**cite [3]** 82/25 214/13 231/8
**cited [1]** 23/24
**Citizen [1]** 142/24
**Citizenship [1]** 134/9
**City [3]** 14/1 18/13 19/10
**Civil [3]** 1/5 2/5 4/10
**claim [8]** 31/20 142/12 204/18 215/7 221/19 222/3
224/21 225/21
**claimed [3]** 21/16 22/19 72/24
**claiming [2]** 8/13 242/7
**claims [1]** 104/13
**clarification [11]** 36/17 36/20 38/10 123/12 247/25
248/19 251/3 251/5 252/2 252/5 252/6
**clarified [1]** 203/23
**clarify [2]** 35/12 251/7
**clarifying [1]** 72/3
**clarity [1]** 223/10
**classified [1]** 8/4
**clause [4]** 34/13 37/15 37/15 38/24
**clear [34]** 24/13 25/2 34/23 35/16 36/11 36/19 39/3
42/14 55/23 58/18 60/2 82/8 83/17 92/17 97/22
120/14 121/11 123/3 167/21 175/14 198/12 198/13
198/15 203/9 220/16 226/18 228/19 231/22 243/19
245/6 246/21 249/18 252/19 252/9 253/9
**cleared [1]** 175/6
**clearer [1]** 202/9
**clearly [4]** 12/8 111/6 202/7 220/9
**clears [1]** 204/15
**clerical [1]** 203/21
**client [11]** 130/10 131/9 131/21 131/22 199/6
204/16 212/22 213/2 247/6 247/12 247/19
**clients [4]** 36/24 38/11 147/24 228/11
**clock [5]** 225/8 228/15 228/18 228/22 229/14 230/19
233/3 245/6 245/6
**close [8]** 161/7 175/1 216/23 235/10 235/12 249/11
251/13 251/13
**closed [4]** 152/13 167/17 252/20 253/10
**closer [2]** 12/8 12/22
**closure [1]** 12/22
**Code [3]** 95/6 96/1 96/5
**Code 123 [1]** 96/1
**coin [1]** 140/2
**colleague [1]** 34/17
**colleagues [4]** 72/21 73/25 88/15 92/19
**combined [1]** 218/11
**come [42]** 10/23 33/25 34/18 38/16 45/23 48/16
55/16 55/17 59/5 60/6 72/9 76/3 85/19 85/19 92/6
120/4 120/4 124/21 125/7 126/19 128/10 133/19
136/21 136/21 141/16 141/16 141/19 142/13 146/25 149/22

**C**

come... [13]   158/18 161/8 161/12 175/2 186/6
203/22 207/25 215/12 228/13 243/9 246/6
252/3
comes [5]   4/11 74/1 112/23 198/10 219/24
coming [2]   17/8 18/3
command [1]   205/14
commencement [1]   108/6
comments [1]   78/15
comment [1]   234/4
commitment [1]   249/14
committed [7]   235/7 235/15 235/18 235/19 248/16
250/6 250/6
communicated [10]   25/22 27/19 53/4 54/16 138/12
140/14 140/22 156/10 156/13 157/7
communicating [1]   44/12
communication [15]   59/24 62/7 62/18 64/1 88/16
114/12 119/25 120/12 121/18 127/23 130/22 150/9
150/12 161/21 171/11
communications [14]   63/8 73/18 74/7 87/17 90/8
117/7 117/11 117/20 118/4 118/8 121/4 122/8 150/2
150/4
community [2]   192/15 207/4
compartmentalize [1]   11/4
competence [2]   30/10 31/16
competitive [1]   8/8
complete [1]   234/1
completely [2]   124/7 200/25
complied [1]   223/1
compliments [1]   171/10
component [1]   13/9 171/20
compound [3]   146/12 170/15 171/15
comprehensive [1]   222/1
COMPUTER [1]   1/25 2/12
COMPUTER-AIDED [1]   1/25 2/12
conceded [2]   123/9 125/21
conceivable [1]   201/9
concept [2]   74/2 81/23
concern [7]   39/12 103/5 104/5 112/19 202/4 208/23
244/20
concerned [2]   110/18 229/19
concerning [2]   90/8 244/16
concerns [7]   22/10 22/13 133/23 203/25 204/1 207/2
243/22
concluded [1]   11/11 27/14 39/17 88/1 113/21 126/4
132/18 137/16 154/11 166/16 255/4
conclusion [6]   54/21 57/15 97/18 98/8 98/8 200/3
condition [3]   107/1 107/1 107/2
conditions [6]   145/16 146/1 146/20 195/21 207/4
231/24
conduct [1]   218/15
conducted [2]   218/24 246/20
conducting [1]   14/21
confer [1]   253/15
conference [23]   52/4 11/11 26/14 27/14 34/11 39/17
85/20 88/1 110/1 113/21 120/5 126/4 131/4 132/18
136/22 137/16 147/1 154/11 165/15 166/16 220/14
220/17 256/10
conferences [1]   248/6
conferred [1]   232/22
confidant [1]   5/18
confidence [1]   244/8
confident [4]   34/3 34/6 57/24 58/9
confined [1]   230/7
confinement [6]   154/23 195/18 197/1 198/10 211/5
230/9
confirm [2]   30/2 89/6
confirmed [1]   199/11
conformance [1]   197/16
confound [1]   195/15
confuse [1]   87/8
confused [1]   68/2
confusing [3]   68/3 68/7 68/20
connected [1]   72/4
connection [43]   20/22 22/18 22/23 26/12 43/21
50/18 52/10 52/14 53/6 57/4 59/2 60/25 61/4 61/17
61/25 62/11 62/15 62/19 62/20 62/23 63/6 63/8
63/23 64/1 67/12 69/19 77/4 77/16 87/2 88/6 88/16
89/3 89/8 92/20 104/20 108/10 117/17 118/8 127/9
142/8 145/14 146/1 196/18
consent [1]   243/19
consequences [1]   210/23
consider [7]   38/16 50/6 96/4 98/5 197/13 246/1
248/11
considered [2]   71/2 155/10
considering [6]   26/1 83/1 130/5 147/25 156/1
197/12
consistent [4]   122/2 193/5 225/9 247/12
constitutional [4]   35/22 150/22 198/8 206/19
constitutionally [1]   35/25
construe [1]   132/2
construed [1]   227/21
consulted [2]   88/16 234/3
contact [4]   35/11 48/8 49/5 49/9
contacted [3]   48/10 48/19 49/6
contacts [1]   73/25
content [5]   7/13 8/25 59/9 218/9 253/24
contention [1]   249/7
contesting [1]   254/1
context [7]   7/12 86/15 224/7 224/8 224/9 226/19
230/15
contexts [1]   250/13
continue [5]   78/23 157/12 162/7 197/22 205/7
continued [5]   2/1 201/14 211/19 219/21 225/22
continuing [5]   29/11 56/7 99/23 167/12 236/15
continuous [1]   195/18
contradiction [1]   242/6
contrary [2]   73/4 150/16
contravention [2]   222/24 244/3
control [3]   193/20 195/25 200/23
conundrum [1]   224/23
Convention [2]   6/23 24/1

**conversation** [28]   28/3 28/10 52/18 52/24 59/24
119/12 123/23 124/18 125/25 127/5 127/13 128/24
132/3 149/3 150/15 154/5 154/12 155/11 155/25
248/5 256/18
conversations [23]   26/5 26/22 29/9 30/17 49/14
54/11 54/24 55/3 55/25 56/2 60/9 70/18 124/7
155/13 155/22 156/25 220/11 220/23 221/1 221/4
221/25 222/2 237/24
convey [3]   36/21 220/8 220/9
conveyed [5]   121/2 121/12 122/1 220/9 238/4
convicted [3]   199/17 199/19 200/10
cookie [1]   124/22
COOPER [2]   1/17 4/18
cooperation [5]   15/16 16/9 118/11 162/24 163/4
copy [1]   51/16
corporate [1]   21/16
correct [15]   6/7 8/20 41/9 42/16 42/25 43/21 45/6
45/16 48/7 48/17 48/18 49/4 49/7 49/18 50/25 51/1
51/4 51/8 51/25 52/5 52/6 52/9 52/9 52/11 52/12
52/13 52/16 52/17 53/7 53/19 53/22 54/14 55/9 56/2
57/5 57/6 62/6 66/15 67/2 67/3 68/18 69/18 69/20
70/17 71/19 73/14 75/6 75/10 76/13 77/12 77/13
79/8 79/9 79/10 79/13 80/10 82/17 83/11 83/20
83/21 83/24 83/25 88/25 92/1 92/2 92/3 93/7 94/21
98/18 99/8 100/21 100/25 101/9 101/10 102/6 102/15
102/18 102/25 106/22 108/22 108/23 109/13 109/14
114/9 114/14 115/2 116/13 125/21 130/6 130/7
132/11 132/15 135/5 136/8 136/9 140/25 143/18
146/9 154/2 158/24 160/9 170/14 193/11 193/21
197/24 201/10 218/5 230/3 231/18 238/13 249/21
250/16 252/9 254/4 256/7
correcting [1]   144/6
correctly [3]   73/24 140/21 174/4
correspondence [4]   201/22 212/13 241/10 241/19
corrupt [1]   110/7
Costa [147]   23/1 42/16 51/25 52/4 63/6 84/24 85/3
85/8 85/9 85/12 85/25 86/10 86/15 86/17 86/19
86/21 86/25 87/9 88/6 88/11 88/17 89/2 90/1 92/21
92/24 93/12 94/21 100/19 100/20 100/24 101/9 102/1
102/10 103/18 103/21 103/21 103/22 103/25 104/3
104/6 104/21 104/23 105/6 105/13 105/18 105/18
105/20 106/12 106/17 106/21 107/2 107/5 107/6
107/8 107/19 107/20 107/22 108/4 108/5 108/14
110/13 111/8 111/9 141/19 141/25 142/4 159/17
168/24 169/25 170/3 170/4 170/7 170/11 170/14
170/20 198/16 199/3 199/7 199/16 200/8 200/16
200/17 201/13 201/20 201/24 202/1 202/5 202/12
203/5 203/8 203/11 203/15 203/20 203/21 203/24
204/2 204/7 204/9 204/17 205/7 205/19 205/21
205/24 206/14 207/13 209/2 211/9 211/17 212/7
213/2 219/17 220/2 220/2 220/22 220/25 221/20
221/24 222/18 222/21 222/23 223/2 223/15 223/19
227/11 227/15 227/23 228/7 228/9 228/12 232/8
232/18 238/17 239/2 239/24 240/10 240/17 240/23
241/8 241/13 241/23 242/6 242/9 242/12 242/14
243/2 247/7 252/8
couldn't [5]   59/3 77/17 216/4 229/10 249/19
council [31]   47/18 47/20 47/21 47/23 47/25 48/2
48/20 48/20 74/8 116/12 116/14 116/15 117/15
117/18 118/9 118/14 118/15 118/18 118/19 119/11
119/3 119/4 120/22 121/3 121/25 122/16 125/17
126/22 126/25 126/25 216/12 216/10
counsel [30]   4/13 5/9 5/16 5/17 5/19 9/11 17/17
34/10 35/10 49/7 54/1 59/11 59/14 61/25 65/17
65/18 65/19 65/20 74/17 95/13 115/1 125/6 142/17
143/2 143/4 143/9 151/16 157/11 175/13 241/5
counsel's [2]   136/2 136/4
count [9]   49/3 70/3 70/11 70/21 91/4 111/4 111/5
228/18 228/20
counting [1]   229/14
countries [46]   13/18 14/17 21/1 21/4 21/24 26/2
26/6 32/8 33/13 33/16 47/1 67/23 67/24 68/1 68/3
68/7 68/20 73/10 118/11 118/11 118/12 147/20
147/25 149/8 155/23 155/24 156/2 158/12 158/16
162/24 163/3 198/18 201/23 203/8 203/16 204/10
208/14 209/1 211/16 215/14 238/21 241/8 243/15
243/16 247/3 247/10
country [193]   6/11 13/18 21/25 22/4 22/21 23/1
23/4 27/19 32/12 32/16 33/2 33/19 33/22 33/23
33/23 33/24 34/1 34/2 34/4 34/6 34/25 36/4 39/22
39/23 40/2 44/4 44/13 47/5 47/6 48/13 48/14 49/21
49/24 50/24 51/24 52/4 56/3 56/13 58/4 58/7 58/7
58/20 58/23 65/24 66/21 66/22 67/6 67/22 67/23
68/1 68/8 68/9 68/10 68/17 69/9 70/7 70/8 71/3
71/17 71/24 72/12 72/23 77/23 82/5 82/10 82/16 83/2
83/19 86/21 91/8 91/11 93/12 94/16 94/25 95/2 95/7 97/9
97/15 99/5 100/14 100/24 101/2 101/15 101/21 101/22
102/2 102/24 103/6 103/13 104/17 106/8 106/9
147/12 148/24 150/5 150/10 155/10 155/17 157/24
158/1 158/2 158/5 158/23 159/1 159/4 159/7 163/10
163/25 164/2 164/8 164/23 165/4 169/25 175/10
171/9 171/10 172/8 172/19 173/2 173/3 173/4 174/1
174/10 192/22 193/4 194/9 194/19 194/21 201/20
201/21 201/21 201/22 202/6 202/13 203/5 205/6 205/8
205/18 205/22 206/16 206/18 210/2 210/7 211/11
212/8 215/9 215/15 216/14 216/17 217/14 221/7
221/8 221/9 222/17 226/3 226/5 226/9 229/11 231/12
232/21 232/23 233/2 233/4 234/5 234/14 234/25
235/2 235/4 236/7 237/9 237/16 239/3 239/24 240/11
240/17 240/23 242/18 242/22 243/20 243/24 243/24
244/2 247/7 247/11 249/3 249/18 249/24
couple [11]   41/4 42/14 46/19 57/10 65/8 69/1 69/1
103/22 138/3 208/6 228/13
course [12]   9/25 65/13 84/17 104/2 193/24 196/11
196/20 198/1 201/13 204/19 207/7 212/18
court [93]   1/1 1/10 4/2 4/4 4/10 4/12 8/7 9/23
20/11 20/16 22/19 22/24 25/15 26/10 29/17 31/13
32/6 32/24 34/3 34/14 34/19 35/11 35/21 37/16
38/12 38/14 40/19 59/3 60/15 66/8 80/19 81/2 84/10
84/13 87/8 100/2 104/15 108/1 123/12 123/19 125/7
126/12 126/16 135/19 144/4 151/15 152/14 152/17

**160/14**   160/17 161/16 161/18 162/1 162/3 175/25
192/4 192/7 194/9 196/22 197/8 197/9 201/15 204/19
204/23 205/1 205/2 214/22 215/6 215/11
215/22 215/23 219/20 219/24 220/25 223/10
238/1 241/21 251/22 251/24 252/4 252/22 255/2
256/4 256/5
court's [19]   37/8 40/14 40/23 90/12 138/21 157/11
161/16 205/2 214/21 225/23 248/18 249/6 249/16
250/9 251/3 251/4 252/2 252/13 252/14
courthouse [1]   195/2
courtroom [12]   64/17 126/8 161/7 175/1 175/18
191/24 196/13 196/13 197/5 214/9 216/16 217/9
cover [2]   41/16 61/23
covered [8]   17/8 41/12 41/13 41/18 107/25 143/17
160/11 174/19
covers [1]   95/5
created [1]   90/25
creates [2]   103/7 165/25
credence [1]   227/1
credibility [6]   24/5 57/11 146/2 146/7 146/21
147/9
credible [18]   24/8 34/22 35/20 143/13 143/15
148/17 160/13 173/9 173/14 174/7 201/8 201/24
233/20 234/9 234/17 234/17 236/6 240/8
credit [5]   36/1 38/8 38/11 244/20 246/8
Crenshaw [2]   87/13 207/5
crime [3]   196/6 197/3 197/3
criminal [37]   31/6 86/2 87/3 100/20 102/2 105/14
105/21 105/25 106/2 106/7 106/16 107/10 108/7
165/6 165/20 165/25 196/1 198/10 200/3 206/22
224/10 224/11 224/15 224/25 228/20 230/11 231/4
criminals [2]   31/8 165/24
criteria [1]   58/21
cross [9]   3/4 11/1 37/12 39/14 40/25 111/21 153/19
163/10 165/10
CROSS-EXAMINATION [1]   40/25
CRR [1]   256/16
crumble [1]   124/23
crystal [5]   35/16 198/12 206/5 243/19 253/9
culminated [1]   219/14
curious [2]   117/16 243/5
current [3]   13/15 41/11 145/25 234/23
currently [11]   12/16 12/18 13/3 73/6 74/18 198/4
207/14 210/6 238/15 253/23 254/1
custody [17]   13/19 13/23 15/24 15/17 16/7 18/22 18/25
19/4 20/18 20/25 44/9 74/18 144/24 153/3 164/11
193/20 196/1 225/23
customarily [1]   148/1
Customs [2]   12/19
cut [4]   151/17 152/15 153/19 175/15
cv [1]   1/5

**D**

d'affaires [3]   218/2 218/3 218/4
DAO [2]   16/3 42/9
danger [1]   207/3
dare [1]   150/22
database [1]   73/8
databases [2]   158/17 158/18
date [16]   49/16 51/19 80/16 80/17 101/3 142/21
167/22 192/18 202/22 202/22 230/8 237/17 239/6
240/2 240/3 245/21
dated [5]   149/10 172/7 203/5 213/5 256/12
dates [2]   76/18 230/5
day [11]   43/3 43/3 97/24 97/24 116/11 167/8 193/25
196/12 231/10 245/25 256/12
days [32]   15/18 27/21 28/15 52/20 53/5 60/11 69/1
100/23 101/3 101/12 101/15 127/7 143/8 194/6
197/20 203/14 203/17 219/15 220/17 230/23 230/23
230/24 232/20 233/14 233/16 240/12 240/15 245/14
246/2 246/15 246/15 248/18
DC [3]   1/20 2/6 2/9
deadline [2]   233/6 223/8
deal [6]   10/17 17/5 65/4 100/12 141/3 153/25
dealing [2]   17/3 70/4
dealt [3]   94/23 102/20 102/20
debate [2]   38/24 200/12
debunked [2]   87/11 87/12
decide [4]   87/13 124/23 197/8 254/6
decided [2]   122/5 195/1 225/7 236/5 241/20 250/8
decides [1]   143/13
deciding [1]   119/4
decision [25]   9/19 47/11 55/4 110/22 112/23 119/6
119/7 119/10 121/24 125/8 138/10 219/20 223/21
225/20 227/16 236/20 240/14 240/16 240/19 241/1
242/24 243/7 243/10 243/12 244/3
decision-maker [1]   227/16
decision-making [1]   219/20
declaration [8]   60/15 60/17 60/19 60/24 61/9 203/4
204/7 213/2
declinations [1]   215/13
decline [1]   208/1
deemed [2]   24/7 104/15
defect [1]   219/5
defendants [2]   111/3 125/19
defense [1]   9/5
defines [1]   229/25
definition [3]   225/1 229/1 229/18
deleting [1]   204/10
delve [3]   9/24 48/24 60/4
delving [1]   117/19
demonstrated [1]   223/25
Demore [1]   202/6
denial [2]   219/14 241/4
denied [7]   19/24 20/3 20/6 55/6 225/21 235/16
248/17
denying [3]   200/9 223/22 232/9
department [88]   2/5 6/21 8/10 8/18 10/13 12/18
12/22 14/9 15/6 17/5 17/7 20/2 20/5 21/14 21/24
23/8 24/7 24/16 25/11 26/4 26/5 27/5 27/18
30/1 30/7 30/18 30/22 31/24 32/7 32/25 33/5 33/21
33/25 48/15 48/17 49/12 53/12 53/14 53/18 68/2 68/3

**D**

department... [42]   68/14 69/14 73/9 72/5 72/13
73/25 73/25 74/21 74/22 74/25 113/13 112/6
118/22 118/24 121/23 130/14 131/22 146/20
148/16 149/24 149/24 150/4 150/25 152/21 152/22
153/12 153/20 153/12 155/19 158/17 160/1 167/12
167/16 168/4 168/12 171/23 173/8 173/15 218/4
218/7 218/11 218/14 241/7 244/18
Department's [3]   8/3 24/5 54/5
depending [4]   9/23 112/21 174/22 224/24
deportation [6]   18/12 18/13 18/14 18/16 66/24
66/25
deported [1]   23/10
deporting [2]   121/7 121/13
deputy [24]   2/4 6/16 6/16 13/4 13/6 13/13 13/23
14/24 15/13 15/24 16/3 41/6 41/17 41/21 42/5 42/6
42/7 42/8 42/10 61/11 69/22 145/5 149/9 152/21
describe [2]   103/24 195/16
described [3]   25/12 26/10 39/24 40/6 45/4 60/8
69/25 88/7 88/18 89/3 98/1 119/8 130/23
describing [1]   60/24
designate [19]   95/2 97/15 100/14 205/22 232/8
232/18 232/20 232/23 234/13 235/2 235/3 239/24
240/10 240/17 240/23 241/13 242/6 243/2 247/6
designated [19]   11/15 62/5 93/11 100/24 113/4
113/6 113/10 170/11 173/3 203/11 205/8 205/18
205/19 205/25 212/7 215/15 233/1 239/2 247/7
designates [3]   94/25 98/3 99/5
designating [1]   203/16
designation [17]   58/22 94/15 94/20 95/5 98/2 98/22
98/22 99/17 99/18 102/25 103/13 105/17 202/14
204/17 219/22 233/9 237/18
designed [1]   217/11
designee [12]   52/15 59/6 61/1 61/4 62/24 63/9
63/24 134/17 141/23 143/22 144/6 146/18
desire [1]   140/23
desk [1]   216/6
despite [2]   69/11 228/5
destination [1]   119/15
detail [3]   136/10 136/14 137/24
detailed [10]   5/24 26/16 34/11 85/20 110/1 120/5
131/4 136/22 147/1 165/15
details [2]   8/24 238/15
detain [3]   194/22 246/10 248/21
detained [7]   17/9 18/21 67/2 76/21 82/22 93/5
154/22 195/12 195/23 196/10 202/15 206/25 214/25
215/1 226/8 229/3 229/4 229/5 230/7
detaining [2]   198/5 198/7
detention [37]   15/17 18/14 20/23 144/24 194/6
194/17 195/4 195/11 204/19 208/5 208/9 211/20
212/2 215/20 217/15 225/22 226/20 226/25 227/4
228/17 228/17 228/19 228/20 228/21 228/25 229/1
229/16 229/19 230/8 230/11 230/23 231/1 231/4
231/11 246/5 247/15 251/23
determination [12]   57/11 58/1 58/8 58/15 81/21
143/18 201/8 216/5 216/9 221/11 234/17 240/8
determinations [1]   174/13
determinative [1]   204/18
determine [9]   19/5 77/22 116/1 148/10 148/12 173/4
173/13 173/24 204/20
determined [2]   81/18 233/7
determines [2]   174/2 174/8
determining [3]   74/14 82/4 92/21
detour [2]   245/12 245/13
develop [1]   48/14
developing [1]   147/20
development [2]   161/17 227/18
developments [1]   236/18
devil [1]   8/24
DHS [61]   34/21 37/20 52/16 65/23 68/17 69/7 74/14
76/13 77/11 77/14 77/21 79/7 79/7 80/13 81/9 81/18
81/21 81/23 82/3 82/9 83/9 83/9 83/18 90/24 92/16
92/20 93/1 93/8 102/21 105/12 106/7 114/1 116/12
118/22 123/3 134/2 136/5 143/3 145/25 146/19
153/3 159/6 163/11 164/14 171/13 171/20 173/3
173/12 203/16 210/7 212/24 213/4 234/20 233/24
234/4 234/13 234/25 235/11 236/3 236/5 246/9
DHS's [1]   234/23
DHS/ICE [17]   79/7 81/9 81/18 81/21 81/23 82/3 82/9
83/1 90/24 92/16 92/20 93/8 114/1 136/5 143/3
143/5 146/19
dictates [1]   99/9
Diego [2]   16/21 17/11
different [29]   41/24 43/11 61/13 82/24 89/25 91/16
91/19 91/19 108/25 109/7 112/20 112/20 137/20
167/20 168/17 197/17 199/22 209/20 215/13 216/1
221/10 224/3 224/6 234/14 235/2 235/3 236/12
241/21 244/21
differently [4]   70/20 81/7 106/5 140/13
difficult [2]   69/9 117/23
dig [1]   223/1
digitized [1]   78/14
diplomatic [8]   31/2 171/3 171/7 171/13 171/21
171/22 173/4 235/2
diplomats [1]   168/17
dire [7]   120/18 123/8 123/10 123/13 123/16 130/15
132/3
direct [16]   3/4 11/1 12/14 37/15 38/3 49/15 57/3
76/18 81/12 106/6 108/20 122/18 122/21 155/5
162/10 165/10
directed [4]   40/15 110/12 110/16 111/22
direction [1]   216/18
directions [1]   244/21
directly [1]   244/6
director [28]   6/17 13/4 13/6 13/14 13/24 14/24
15/14 15/24 16/4 16/21 16/25 17/11 17/12 18/2 18/3
41/6 41/17 42/4 42/5 42/7 42/8 42/10 61/11 67/16
69/22 117/13 140/22 196/17
director's [1]   18/1
directors [1]   42/6
disagree [3]   77/1 77/9 246/16
discretionary [1]   247/5
discuss [4]   5/16 30/8 30/25 165/20

**E**

e-mail [17]   22/9 45/5 50/1 63/8 63/13 67/17 69/4
73/20 73/21 73/23 73/23 102/13 201/22 203/6 203/23
204/3 237/14
e-mailed [1]   49/16
e-mails [1]   243/7
each [2]   171/11 197/17
earlier [24]   18/9 31/4 114/11 144/23 162/17 163/10
164/1 164/8 165/2 165/2 167/9 169/2 199/12 212/24
early [4]   9/18 52/21 81/24 129/4
EARM [11]   78/11 78/14 78/18 79/25 80/1 80/2 192/23
192/25 193/8 193/10 193/13
earnestly [1]   247/2
earphones [2]   5/20 5/21
easier [1]   151/19
easily [1]   107/6
east [3]   41/18 41/19 201/5
Eastern [1]   53/1
ECF [4]   203/4 239/16 240/19 242/23
educated [1]   149/23
Edwards [1]   46/24

discussed [10]   10/16 30/20 54/19 62/25 138/16
138/17 140/7 224/4 225/4 233/18
discussing [5]   12/11 24/16 39/4 41/20 107/2
discussion [7]   28/7 28/8 28/9 28/11 28/22 126/16
163/10
discussions [18]   21/3 28/5 29/6 29/11 29/24 29/25
32/11 49/13 54/5 56/7 121/4 155/20 156/8 167/3
167/5 167/13 167/17 168/1
disingenuous [1]   39/14
dismissed [1]   105/25
dispute [1]   246/15
disregard [2]   98/22 99/18
disregarded [1]   198/25
disregarding [2]   98/21 99/16
dissolution [1]   248/11
dissolve [6]   20/12 34/24 36/6 36/13 37/22 251/9
dissolved [3]   32/1 32/24 34/3
dissolves [7]   26/16 25/15 26/11 29/17 31/23 32/6
34/14
distinction [2]   61/14 143/24
distinguishes [1]   210/5
district [11]   1/1 1/1 1/10 4/3 4/4 37/18 214/18
225/21 225/23 256/5 256/5
division [39]   1/2 2/5 14/25 41/13 41/15 41/18 42/3
42/3 42/11 42/12 42/16 44/5 45/18 45/22 46/10
46/11 47/2 47/10 47/12 47/15 49/2 49/4 49/11 50/8
62/20 69/20 71/16 73/8 73/12 78/3 89/2 90/6 90/25
91/1 91/13 91/20 93/1 93/2 93/9 128/20
do [21]   7/4 7/4 7/8 7/18 9/8 9/14 10/4 10/8 10/25
11/1 11/18 12/6 12/23 13/3 15/7 20/11 20/11 20/13
21/13 22/10 22/13 22/14 22/15 24/1 24/4 26/24
27/24 30/1 30/7 30/23 31/22 32/5 32/20 33/1 33/6
33/9 33/13 35/11 35/12 35/24 36/1 36/5 37/7 38/11
38/20 39/4 39/4 39/11 39/22 40/2 40/6 40/9 40/14
45/18 45/24 46/21 47/6 47/13 50/12 54/2 54/6 55/14
57/14 59/3 66/9 67/13 69/2 69/2 70/17 73/18 74/13
74/15 74/25 76/20 76/23 78/5 80/21 80/21 80/25
81/8 81/23 82/9 82/12 84/7 85/10 85/11 87/23 88/5
88/8 88/9 88/14 92/16 92/20 96/2 96/24 97/12 97/24
98/2 98/5 99/20 101/7 105/23 106/3 106/4 106/14
107/5 108/7 108/8 109/6 109/6 109/8 110/25 119/3
119/11 121/13 123/21 123/22 124/17 124/17 126/8
126/20 129/12 131/13 132/14 132/24 133/21 138/21
139/24 140/16 141/12 143/1 143/25 144/9 147/17
148/9 148/14 152/13 154/4 154/8 155/20 158/15
159/2 159/6 159/8 159/9 159/11 161/3 161/4 162/16
163/9 163/13 163/17 163/20 164/20 164/22 165/11
166/20 168/25 169/1 169/5 169/6 170/2 170/6 170/12
171/2 172/6 172/9 172/20 172/21 173/9 173/20
174/12 174/15 174/23 175/9 193/13 198/15 202/16
206/2 208/12 213/6 218/22 225/8 225/8 225/10 230/1
230/14 231/5 231/19 231/23 232/1 232/25 233/22
233/23 234/25 235/5 235/12 242/8 242/11 242/12
242/14 244/19 248/5 248/13 249/2 249/2 249/2 250/6
250/24 251/9 253/4 254/12 256/6
docket [6]   18/21 46/14 94/13 161/16 164/10 237/5
document [28]   63/5 90/3 90/8 94/17 94/18 106/16
106/20 106/23 141/19 153/2 153/2 153/3 157/25
158/6 158/7 158/20 158/25 159/19 159/21 164/16
169/3 169/9 169/12 169/15 170/10 171/4 172/10
212/15
documentary [1]   160/5
documents [29]   6/5 7/3 7/12 8/4 8/24 8/25 15/19
16/6 16/16 65/10 65/21 65/22 81/4 84/8 100/18
152/17 157/18 157/22 158/22 159/3 171/2 212/12
212/14 214/5 215/4 239/14 252/22 254/2 254/13
doing [22]   6/3 34/16 35/21 41/3 62/20 67/14 68/4
68/12 69/17 71/25 72/1 77/14 77/22 83/6 127/4
140/1 151/18 152/18 207/15 220/5 248/21 249/1
DOJ [2]   114/8 123/3
domestically [1]   145/7
door [2]   167/17 167/17
doubt [1]   228/5
down [12]   15/8 47/5 72/10 96/8 96/17 99/16 116/10
146/14 153/23 191/20 207/8 217/15
drafted [1]   171/24
drafted [1]   171/22
draw [4]   122/8 208/3 208/4 208/10
drawing [1]   143/24
dressed [1]   64/11
DREW [3]   2/3 5/5 64/7
drive [1]   227/6
drop [1]   36/7
due [3]   58/23 133/23 197/6
duly [1]   12/4
during [21]   121/18 126/8 136/15 137/22 137/25
138/13 138/20 139/15 139/24 155/5 156/10 161/17
161/21 163/10 163/22 169/24 220/14 229/6 235/9
248/24 248/24
duties [1]   16/5

effect [2]   115/22 251/5
effective [1]   211/14
effectively [1]   51/19
effects [2]   196/19 213/13
efficacy [4]   193/16 194/18 200/16 211/16
212/4 221/13 244/16 247/16 249/3
effectuated [2]   196/3 252/1
effectuating [1]   198/5
effort [22]   15/16 164/7 192/21 193/2 194/12 199/3
211/16 215/19 216/13 216/16 233/1 243/14
efforts [25]   7/13 7/18 27/19 32/8 75/20 78/17
118/12 148/10 148/12 154/15 163/11 164/2 193/9
193/15 201/14 201/14 208/24 211/7 211/11 211/14
226/4 226/9 237/7 237/8 248/21
eight [5]   16/5 135/24 137/23 215/1 217/3
either [4]   46/17 54/17 108/13 245/5
El [21]   19/20 46/13 46/16 77/12 77/17 80/9 80/14
81/10 81/19 82/5 116/5 154/25 158/11 192/14 194/19
196/3 196/6 228/24 229/11 229/14 244/2
elaborate [1]   91/23
elected [4]   201/20 234/13 235/3 236/10
electronic [2]   158/12 161/21
Eleventh [3]   225/15 225/18 231/14
elicit [2]   61/13 155/18
eliciting [1]   153/8
else [32]   5/9 7/4 10/15 25/6 30/7 44/5 45/24 50/8
54/16 55/2 60/14 61/25 63/13 63/23 110/5 113/17
115/4 130/15 130/22 135/24 138/7 139/24 140/4
170/18 204/24 223/25 228/9 232/20 232/23 238/16
252/18 254/5
elsewhere [1]   91/13
EMANUEL [2]   1/14 1/18
embarrassment [1]   8/10
embassies [1]   68/7
embassy [3]   68/25 69/5 218/6
embedded [1]   138/25
emblazoned [1]   196/11
emergency [1]   20/1
employed [3]   12/17 12/18 19/6
employee [1]   117/9
end [11]   20/25 37/22 152/7 152/18 154/1 154/3
154/9 161/6 211/22 245/8 250/19
ending [1]   35/24
ends [2]   191/17 235/11
enforcement [12]   12/19 12/19 12/25 17/16 17/22
45/15 45/22 46/10 47/15 62/19 69/20 78/11
English [2]   148/3 148/5
enough [22]   10/6 46/8 76/3 76/4 99/4 113/11
113/11 143/6 144/13 214/22 215/7
ENSIGN [9]   2/3 5/5 34/19 120/17 217/20 222/14
233/16 240/7 241/3
ensure [1]   35/19
entered [3]   44/9 163/4 163/5
entire [6]   37/14 71/3 71/3 71/16 71/17 99/24
entitled [5]   138/11 139/20 195/3 240/16 256/9
entry [1]   65/24
ERNESTO [2]   2/7 5/7
ERO [17]   12/25 13/7 13/8 13/9 13/14 13/24 15/24
17/16 18/7 20/10 42/8 78/15 117/9 118/23 118/24
128/20 244/9
ERO's [2]   13/20 118/11
error [4]   118/1 203/21 204/8 204/11
escorted [1]   14/21
ESQUIRE [10]   1/13 1/14 1/17 1/17 1/18 1/21 2/3 2/3
2/4 2/7
essential [1]   201/2
essentially [3]   120/17 200/24 225/23
establish [6]   27/2 27/3 89/20 122/10 123/9 148/15
estimate [1]   72/11
estimated [1]   174/20
estimation [1]   129/22
Eswatini [184]   6/9 6/22 7/14 21/3 22/1 22/3 22/8
22/11 22/16 23/4 23/21 25/14 26/9 28/5 28/12 28/23 29/7
29/10 29/16 30/2 30/3 30/6 30/8 30/19 30/25 31/1
31/3 31/5 31/7 31/9 31/13 31/13 31/14 31/19 31/21
31/25 32/1 32/3 32/9 32/9 33/4 33/8 33/18 39/25 42/20
46/25 49/6 49/8 49/16 49/18 49/20 49/23 50/5 50/14
51/6 51/24 52/3 53/5 53/18 54/5 54/13 54/24 55/5
55/25 56/4 56/8 56/11 56/14 56/18 56/18 57/4 62/5
62/17 62/17 86/21 91/23 91/25 92/5 107/9 125/8
126/21 126/24 127/16 127/19 128/7 128/13 128/16
128/23 129/14 130/6 132/14 133/8 137/1 139/22 140/2
140/16 141/16 142/13 142/17 142/19 142/22 143/4
142/14 142/19 144/20 145/6 146/1 146/2 146/6 146/7
146/20 148/2 148/24 150/10 153/5 154/17 154/20
154/23 155/1 155/10 156/1 158/22 159/12 159/20
159/24 164/17 164/19 164/24 164/25 165/4 165/8
165/8 165/19 165/22 166/5 166/21 166/22 167/9
167/22 201/15 212/9 212/12 214/5 214/5 214/8
214/10 218/2 219/10 223/10 223/25 224/14 224/18
223/23 224/22 234/5 234/5 235/2 236/13 236/18 237/12
237/13 237/15 237/16 237/25 244/5 244/9 244/25 248/22
244/11 244/15 244/25 244/25 248/22
Eswatini's [1]   146/21
et [2]   1/6 4/11
Europe [2]   114/8 41/19
evaluate [1]   154/16
evaluated [1]   146/22
evaluating [6]   47/1 47/14 145/25 146/1 146/6
237/12
evaluation [1]   68/18
even [42]   111/9 111/10 112/4 121/9 124/3 124/3
131/12 137/11 147/16 150/13 158/19 170/9 170/10
195/9 195/11 197/15 201/6 205/18 206/9 205/4 206/3
206/18 208/10 208/20 211/3 211/25 211/25
212/7 214/1 215/14 229/11 232/15 235/25 236/6
244/24 246/18 248/17 248/20 249/20 250/2 251/13
212/11
evening [7]   56/12 56/18 60/1 138/3 138/15 167/25
212/11
event [9]   9/20 148/22 150/23 197/20 250/15
events [2]   195/10 206/6

**E**

ever [8]   91/17 103/11 117/3 124/15 164/13 170/6 213/11
every [13]   5/19 22/20 22/25 34/14 34/17 37/16 38/25 70/13 70/16 138/11 150/9 150/11 221/10
everybody [4]   48/15 147/10 154/8
everyone [4]   4/6 84/15 160/19 192/9
everything [6]   36/4 101/11 136/14 154/5 193/19 232/7
evidence [15]   83/13 90/11 149/3 149/11 193/9 193/16 195/6 197/22 198/3 215/7 227/23 238/20 244/14 246/18 246/22
evidentiary [6]   1/9 4/12 87/14 141/4 149/12 209/9
evinces [1]   215/19
exact [3]   80/16 80/17 163/15
exactly [15]   50/14 72/9 74/6 80/24 131/8 133/3 136/14 197/24 203/1 205/11 207/8 209/6 244/2
exam [1]   161/21
examination [5]   12/14 40/25 157/13 161/18 162/14
examined [1]   12/4
examining [2]   5/17 26/25
example [2]   225/14 228/20
excellent [2]   154/7 154/10
except [10]   16/4 22/21 63/24 148/9 166/3 195/24 201/13 230/7 230/14 230/15
exception [1]   195/19
exceptions [4]   98/6 98/21 100/10 205/19
excuse [7]   33/20 43/22 70/8 125/16 126/25 158/9 165/10
executed [1]   7/4
executive [2]   114/5 118/16
examine [2]   206/19
exercising [1]   198/8
exhibit [20]   40/16 91/19 93/23 94/1 94/1 94/9 94/12 95/17 95/22 95/25 96/9 97/8 97/8 98/21 102/1 142/5 152/2 172/1 172/1 172/7
exhibits [2]   9/9 11/18
exist [3]   7/3 23/3 199/1
existing [1]   103/4
expand [1]   17/18
expect [7]   44/24 141/16 141/18 141/20 141/22 142/7 150/8
expected [1]   202/19
expects [1]   152/20
expedited [1]   123/21
experience [22]   31/12 33/6 33/9 33/13 57/10 58/19 69/19 71/6 71/16 76/13 90/23 92/6 92/9 92/25 95/6 95/8 102/21 114/1 141/22 158/24 168/15 171/7
explain [7]   7/19 15/1 16/14 16/23 17/13 35/21 132/21
explained [1]   8/3
explicitly [2]   208/7 208/8
express [3]   121/16 206/19 219/17
expressed [6]   21/19 22/10 22/15 212/17 102/15 234/12
expresses [1]   212/24
expressing [3]   241/17 241/18 242/16
extended [3]   226/19 231/10 231/11
extension [2]   64/4 110/20
extent [5]   72/4 98/7 132/9 138/25 156/21
extraordinary [1]   197/18
extremely [1]   110/18

**F**

F.3d [1]   225/16
F.Supp.2d [1]   214/21
face [3]   79/21 94/19 148/11
facilitate [8]   14/6 14/16 15/5 15/19 16/9 16/17 196/23 211/21
facilitating [2]   44/1 47/14
facility [1]   216/7
facing [2]   91/18 91/18
fact [26]   5/13 8/13 8/15 8/18 9/6 35/1 35/16 35/17 36/8 37/17 69/11 69/24 121/5 124/4 136/18 138/11 138/23 151/8 152/21 156/22 198/24 205/4 210/1 226/11 228/5 248/20
factor [1]   247/13
facts [25]   8/21 51/10 63/16 83/12 93/15 135/19 136/25 137/1 137/5 137/8 137/11 137/12 137/25 140/10 140/10 140/11 140/14 156/22 194/22 197/17 197/18 214/20 226/19 229/13 229/13
factual [5]   102/19 122/10 125/4 136/20 156/21
factually [1]   157/2
fail [1]   200/24
failed [1]   247/15
fails [1]   100/14
failure [2]   205/22 245/3
fair [31]   10/5 10/6 46/8 70/23 72/6 76/3 76/4 86/1 99/14 107/2 107/3 107/7 111/24 113/11 113/11 116/8 116/9 132/16 143/6 146/13 148/8 148/21 150/12 157/24 210/18 232/2 232/3 235/24 235/24 250/4 250/5
Fairfax [1]   1/23
fairly [4]   87/5 196/9 205/13 212/5
fairness [2]   37/14 166/10
faith [6]   215/25 221/13 246/13 246/10 246/19 249/2
fall [6]   42/9 46/13 114/4 114/6 155/20 218/15
falls [5]   33/14 107/9 155/22 197/17 218/4
familiar [6]   66/15 95/3 95/4 117/8 157/17 226/11
familiarity [1]   25/19
family [3]   17/4 192/16 207/9
far [5]   9/1 130/18 148/5 166/13 200/11
fast [2]   195/9 230/23
fast-forward [2]   195/9 230/23
fastidious [2]   210/15 210/16
fault [1]   232/17
favor [3]   15/7 149/12 245/7
favorably [1]   225/7
fax [1]   69/4
fear [62]   21/16 21/17 21/18 21/19 22/15 22/17 32/2 34/22 35/20 57/3 57/18 57/11 58/3 58/7 58/8 58/15 58/22 58/23 104/13 133/22 134/8 142/12

142/16 142/18 142/25 143/4 143/13 143/18 144/5 173/18 173/22 174/7 174/13 174/14 201/8 201/24 235/1 235/6 236/6 240/8 241/6 241/17 241/18 242/7 242/9 242/16 244/1
feared [3]   22/20 22/25 241/23
fears [2]   31/20 241/7
February [3]   117/14 117/17 118/2
February-ish [1]   117/14
federal [3]   19/4 256/4 256/17
feed [5]   175/10 175/10 175/14 175/14 191/25
feeling [2]   61/14 153/6
fell [1]   33/19
felony [1]   199/17
few [6]   34/5 215/5 215/11 217/2 218/21 239/1
field [20]   15/4 16/21 16/22 16/25 17/6 17/11 18/16 32/22 44/3 44/12 44/22 45/25 66/24 67/1 67/17 68/9 73/6 93/3 117/12 117/13
Fifth [1]   225/19
fight [3]   147/14 150/23 205/7
fighting [2]   147/17 205/5
fights [1]   91/12
figure [2]   48/13 227/22
figured [1]   151/23
figuring [2]   77/16 79/8
file [13]   35/4 38/16 65/22 65/22 74/4 78/12 78/13 78/14 111/10 193/8 193/13 224/5 254/12
filed [4]   94/13 162/1 239/8 240/12
filing [4]   161/16 162/11 213/25 250/22
filled [5]   66/17 66/18 67/5 67/11 73/15
fills [1]   66/23
final [26]   18/18 30/4 35/24 55/14 167/1 209/12 209/24 209/17 209/24 210/17 215/2 218/21 233/11 245/22 246/7 246/8 246/9 246/12 247/21 249/23 250/10 250/10 250/15 250/17 250/18 250/23
finally [1]   101/3
find [28]   27/19 32/8 38/24 78/9 79/24 82/9 82/15 89/1 125/9 127/12 164/2 164/7 166/8 174/7 193/4 200/24 208/15 208/15 208/20 208/22 211/4 214/14 219/11 221/14 223/16 237/8 237/9 241/24
finding [9]   33/13 33/16 35/6 83/19 110/21 144/5 208/24 218/23 230/1
findings [1]   87/16
finds [1]   215/6
fine [8]   37/13 37/13 100/3 122/3 137/13 160/12 205/8 224/18
finishes [1]   106/16
fired [1]   196/18
first [66]   12/4 12/10 15/8 25/18 33/14 33/19 48/19 49/23 49/25 50/4 50/16 50/17 50/20 65/14 98/4 98/5 101/4 121/5 122/10 124/15 128/13 128/23 130/4 132/14 148/15 148/15 150/8 154/6 169/4 169/12 169/14 192/10 192/20 196/4 196/12 201/31 202/15 212/21 218/22 218/23 224/12 229/16 242/17 242/18 244/4 250/12
firsthand [1]   131/16
fish [2]   219/7 232/11
fit [1]   11/5
five [19]   41/23 52/19 53/3 60/7 60/9 60/10 64/6 64/16 64/18 65/15 72/1 92/2 119/18 119/21 145/8 145/12 145/17 191/24 233/4
five-minute [1]   60/7
fixing [1]   118/1
fled [1]   14/9
flight [21]   44/7 44/8 44/14 45/5 55/12 91/23 127/12 127/16 127/17 128/15 128/18 132/24 133/15 138/17 159/12 159/14 159/15 165/2 165/3 207/3
flights [7]   14/7 91/9 130/9 130/10 130/22 165/5 165/8
fly [1]   121/18
focus [5]   74/4 74/22 195/10 237/11 237/13
focused [4]   16/16 164/10 204/19 241/10
folks [7]   75/18 92/5 103/24 120/12 121/25 145/12 148/1
follow [5]   69/8 75/14 98/18 110/19 111/4
followed [2]   98/17 231/24
following [6]   68/5 150/15 175/25 230/5 230/21
follows [11]   11/12 12/5 27/15 39/18 88/2 113/22 126/5 132/19 137/17 154/12 166/17
foregoing [1]   256/7
foreign [9]   133/20 15/5 15/14 15/20 16/8 161/20 171/14 171/21 218/15
foreseeability [1]   197/23
foreseeable [5]   52/3 194/20 198/24 215/8 222/20
forget [2]   41/11 64/8
Forgive [1]   138/9
form [8]   43/5 47/10 66/15 66/23 88/9 103/10 115/25 157/6
formal [2]   74/4 133/22
formally [1]   96/10
format [1]   256/9
forms [1]   73/15
forth [3]   103/8 196/23 202/3
forthcoming [1]   252/7
forward [8]   70/2 118/2 138/3 195/9 207/25 224/16 230/23
forwarding [1]   45/4
found [6]   148/17 160/2 232/8 240/11 243/5 243/11
foundation [31]   23/11 23/12 24/9 24/10 24/13 24/22 25/17 25/18 26/13 27/2 27/4 30/9 30/11 33/3 33/4 46/5 57/13 69/13 69/14 71/8 80/20 83/19 85/15 88/19 89/20 93/14 104/8 106/13 108/2 109/4 133/7
four [7]   67/15 91/4 91/5 99/5 190/10 127/14
Fourth [3]   196/23 226/13 226/17
frame [3]   131/20 193/23 212/1
framing [1]   20/20
Frankfurt [2]   14/14 14/17
Franklin [1]   2/9
frankly [3]   110/18 124/7 228/4
free [1]   191/22

FRIDAY [4]   1/10 195/20 203/2 211/1
front [15]   37/15 37/16 38/25 51/18 94/8 94/12 95/23 95/24 99/21 100/22 115/7 122/15 129/23 111/16
fronted [1]   37/20
fronts [1]   37/20
frustrate [2]   232/1 232/4
fulfill [1]   13/20
full [1]   12/9
function [1]   117/10
fundamental [1]   219/5
further [18]   15/15 16/9 28/22 35/25 39/11 40/10 103/7 112/8 113/14 153/21 168/1 173/9 174/16 174/18 213/10 223/6 251/22 253/22
future [7]   18/17 52/3 62/21 143/23 198/24 215/8 222/10

**G**

gain [2]   15/15 200/24
gained [1]   30/4
game [4]   86/1 216/15 211/19 236/23
garbled [1]   155/15
GARCIA [139]   1/3 4/11 7/14 20/4 20/7 20/17 20/22 20/25 21/6 21/9 21/19 22/2 22/7 22/17 25/14 26/7 26/9 27/20 28/5 28/12 29/14 31/19 31/24 32/6 32/9 32/13 32/15 32/19 33/2 34/4 34/22 35/19 36/3 39/22 44/2 47/11 49/17 49/24 50/6 50/25 51/7 53/6 53/18 54/14 57/3 58/6 59/14 62/21 67/5 67/12 74/5 74/15 76/20 77/12 77/16 77/22 80/9 81/9 81/19 82/4 83/9 84/25 85/4 85/13 92/22 93/5 93/11 94/16 94/20 100/20 102/10 105/13 105/24 106/4 106/7 106/12 114/13 114/25 115/19 116/2 116/5 118/5 119/5 121/18 127/16 128/12 128/24 130/4 130/6 132/24 133/1 133/22 134/1 138/11 138/11 138/21 140/15 140/24 141/2 141/5 141/9 141/10 141/22 142/10 142/17 143/9 143/23 146/3 146/8 146/22 154/16 155/9 156/1 156/4 156/15 156/9 163/12 164/1 164/8 166/2 166/22 167/3 168/11 170/3 170/6 192/13 198/15 200/15 202/15 203/11 206/17 208/20 219/17 223/14 231/3 235/7 235/18 248/16
Garcia's [25]   19/17 19/22 20/1 20/15 21/2 21/14 25/19 25/21 31/14 42/25 43/4 43/12 43/21 44/16 45/16 45/21 46/12 76/11 105/17 108/21 109/2 138/2 157/3 169/24 170/12
gather [1]   96/6
gave [2]   106/23 139/17
gears [2]   66/14 76/6
general [24]   2/4 7/15 28/2 28/19 69/24 73/1 91/7 98/22 99/4 99/18 101/3 101/4 102/9 102/14 102/22 103/11 123/25 153/4 153/9 201/16 205/17 214/7 230/17 248/6
generally [5]   60/2 91/22 122/25 173/22 244/12
gentleman [4]   30/15 36/13 64/10 64/11
gentleman's [2]   66/5 116/16
gentlemen [1]   174/25
genuine [7]   199/2 199/3 204/16 208/24 216/13 216/16 243/14
genuineness [1]   199/5
Germany [3]   14/14 14/19 14/22
getting [16]   15/19 16/16 58/17 68/13 115/11 120/18 146/15 148/5 168/3 216/22 217/9 218/9 242/20 244/15 244/15 244/16
Ghana [39]   32/11 32/12 32/23 42/22 63/4 64/23 138/5 155/7 155/13 155/15 155/17 155/20 155/22 155/23 155/25 156/8 156/14 156/18 156/24 156/25 157/3 159/14 159/14 161/7 161/20 161/21 164/8 168/10 168/14 201/16 213/22 213/25 223/25 236/16 237/3 237/4 238/18 243/8 243/25
Giles [4]   1/13 66/11 66/11 66/12
Giles' [1]   66/6
give [15]   27/1 34/1 48/3 58/5 72/10 124/12 146/2 157/3 159/17 193/12 202/1 228/4 228/5 228/7 235/5
given [26]   38/3 51/16 73/3 75/16 77/17 77/23 78/2 81/10 82/5 83/10 95/3 105/6 113/1 119/22 123/18 132/16 163/24 166/12 207/21 210/23 213/6 213/14 215/3 215/4 223/10 229/11
gives [2]   199/14 247/6
giving [3]   144/11 197/5 212/24
glass [1]   246/11
glasses [1]   214/23
globe [1]   200/22
go [66]   9/12 10/9 24/23 27/11 29/13 40/1 44/7 45/19 58/23 60/22 68/25 69/2 70/2 73/5 76/7 77/17 79/7 79/24 82/16 92/22 97/4 97/7 97/15 98/3 98/4 99/2 99/3 99/16 100/6 100/12 103/12 105/18 106/7 110/3 110/14 113/14 115/12 118/10 124/11 128/22 130/1 130/20 161/3 175/10 199/8 199/8 199/16 202/5 202/12 204/7 219/25 220/25 221/9 221/13 224/16 227/11 227/16 228/10 232/22 232/22 240/22 241/24 242/12 242/14 242/22 243/24
go-ahead [1]   115/12
goal [2]   217/11 217/12
goes [5]   75/8 109/21 165/21 217/11 230/4
going [145]   6/20 7/21 7/23 9/6 9/19 10/7 11/18 36/20 36/21 39/13 43/23 44/14 45/6 49/8 50/5 50/25 51/7 55/11 55/12 58/7 58/11 58/12 60/15 61/20 62/16 62/22 72/17 72/18 72/21 72/22 73/4 79/3 82/23 85/25 86/1 87/1 87/17 87/20 89/12 90/11 90/12 90/17 90/18 90/19 90/25 91/3 92/23 94/24 95/14 95/16 102/10 104/9 104/13 110/4 110/5 110/12 111/21 112/2 112/5 112/8 112/10 116/19 116/25 117/25 117/25 122/8 123/24 123/25 124/10 124/20 126/13 127/1 127/19 128/19 128/25 129/7 130/12 132/1 133/1 143/25 133/25 143/8 143/14 144/8 146/8 147/16 147/21 150/13 150/14 151/1 151/13 152/23 152/25 153/23 153/24 154/5 154/11 157/3 158/7 159/13 159/19 159/25 160/23 161/17 171/15 171/21 172/22 174/11 175/9 175/11 175/11 175/13 175/13 175/14 184/4 195/6 195/24 197/9 197/14 200/9 204/2 205/1 205/6 205/6 206/1 211/21 221/15 222/20 221/15 224/16 227/11 227/18 227/20 232/22 232/22 241/24 242/12 242/22 242/24 244/8 244/11 244/15 245/1 247/8 248/11 249/4 252/21 252/23 253/22

**G**

gone [7]  56/11 166/3 198/19 195/16 208/22 246/16 246/16
good [43]  4/6 4/14 4/17 4/18 24/22 5/2 5/3 5/5 5/7 5/10 12/16 39/10 41/2 41/3 59/1 59/22 80/6 84/4 87/25 114/10 120/10 125/10 125/12 129/25 143/1 161/24 166/15 168/6 191/19 192/11 197/22 213/13 215/25 217/21 221/15 246/3 246/10 246/19 249/2 252/16 255/1
got [33]  9/9 29/12 36/14 49/9 59/22 68/19 87/21 112/1 114/16 114/20 115/22 134/22 134/24 147/11 161/23 168/22 196/16 200/5 211/3 215/13 219/20 231/25 238/7 240/9 243/3 244/3 244/10 244/12 244/23 247/1 249/24 250/2 250/21
gotten [4]  29/10 29/11 38/4 75/16
government [119]  6/9 9/23 14/8 14/19 16/17 23/6 23/6 23/8 50/5 51/8 67/25 68/11 69/7 75/17 85/11 85/14 86/25 88/6 88/11 101/2 101/4 101/21 104/6 104/22 105/19 106/4 106/11 106/21 107/19 111/3 115/18 116/1 130/5 140/24 141/6 144/10 144/17 155/25 164/24 168/10 168/14 171/9 192/20 193/17 193/18 194/21 195/3 195/5 195/6 195/7 195/7 195/24 196/6 196/15 196/17 196/20 197/1 197/19 198/4 198/14 198/22 199/6 199/14 199/19 202/4 202/13 202/16 202/20 203/15 204/22 206/3 206/3 206/23 207/24 207/25 208/1 208/18 209/2 209/16 210/2 210/25 211/10 213/7 213/12 213/15 215/6 215/11 215/20 215/25 217/2 217/8 217/11 217/12 221/12 224/17 226/8 227/14 227/25 228/10 229/6 229/25 229/6 229/9 229/19 234/7 235/6 235/15 235/17 236/24 237/9 237/19 245/7 245/7 246/3 246/25 247/14 247/21 248/15 249/8
government's [20]  10/8 10/9 10/12 55/8 172/1 172/7 172/16 198/13 198/16 198/17 200/11 200/14 208/24 211/25 218/10 233/6 238/11 246/19 249/14 254/9
governments [6]  13/20 15/15 15/14 15/20 16/9 168/16
governs [1]  97/14
grabbed [1]  239/15
grace [1]  246/2
grant [2]  208/11 210/15
granted [5]  19/19 77/3 192/14 194/1 194/11
gravity [1]  210/23
great [6]  10/11 11/3 15/9 84/17 208/23 254/5
greater [3]  107/10 162/24 226/23
GREENBELT [1]  1/2
grew [1]  198/21
ground [3]  64/6 174/1 174/9
grounds [2]  197/22 242/13
group [1]  119/4
guarantee [1]  79/5
Guatemala [1]  158/11
guess [4]  129/18 151/25 221/16 251/16
guidance [6]  72/9 98/17 124/23 131/24 143/14 172/8
guilty [2]  200/15 200/19
Guo [1]  231/16
Guyana [1]  22/21
GUYNN [19]  2/3 3/4 3/5 5/1 12/13 27/11 29/13 30/15 37/14 40/12 59/7 59/23 74/13 120/7 124/1 157/15 162/8 175/24 224/13
guys [1]  68/3

**H**

habeas [2]  94/14 239/3
hadn't [11]  28/8 28/9 28/17 29/1 50/21 53/11 53/14 83/5 94/18 111/10 162/3
half [8]  13/17 41/8 41/10 41/23 51/19 51/20 60/12 60/13
hand [7]  12/2 49/3 70/4 70/12 70/17 70/22 111/5
handle [2]  72/17 120/8
handled [1]  109/1
handles [1]  145/6
handling [2]  26/15 120/8
hands [2]  70/24 70/25
handwrite [1]  40/19
Hang [1]  240/21
hanging [1]  254/24
happen [17]  40/14 45/23 59/25 66/5 66/9 107/6 140/16 143/12 143/22 144/4 144/14 151/23 199/15 206/21 211/18 216/7 233/19
happened [17]  33/18 33/21 38/21 44/7 44/14 45/5 48/23 49/19 52/20 138/12 139/15 140/16 165/18 200/13 214/16 234/10 237/22
happening [6]  140/16 146/6 208/25 208/25 209/3 244/24
happens [4]  55/4 85/7 105/24 131/16
happy [6]  36/18 51/18 107/21 123/21 124/2 130/15
harbor [1]  14/10
hard [2]  228/3 229/9
hardened [1]  165/23
Harper [7]  50/15 50/17 50/18 51/3 67/16 114/22 114/24
hasn't [7]  37/10 65/1 65/2 91/13 152/10 221/6 245/8
having [12]  12/4 58/20 70/4 144/21 156/25 168/1 200/9 200/10 206/16 210/4 212/6 226/14
he'd [2]  199/17 232/17
he'll [4]  31/21 207/5 207/6 221/13
head [3]  49/1 61/15 140/5
headed [1]  87/24
heading [3]  172/18 173/17 239/23
headline [1]  239/7
headquarters [1]  18/14
hear [12]  35/8 76/18 36/21 36/25 38/1 38/20 68/25 161/8 161/12 192/10 238/10
heard [15]  36/21 50/22 62/16 74/8 120/3 122/3 127/11 127/18 137/16 169/2 193/6 234/6 234/8
hearing [13]  1/9 4/12 34/22 35/20 87/14 87/14 121/19 124/17 136/17 196/15 216/3 216/9 250/14
hearings [1]  73/3
Hearsay [1]  24/21

**heavy [1]**  9/2
held [21]  5/24 26/16 34/11 42/1 85/20 110/1 120/5 172/22 174/20 179/8 181/1 181/17 181/9 182/9 182/10 183/9
help [4]  33/15 107/25 222/25 222/25
helpful [1]  85/16
hereby [1]  256/6
herring [1]  249/25
hers [1]  102/9
hey [3]  68/14 107/5 107/19
high [4]  28/6 43/14 86/14 118/7
high-level [1]  28/6
highlighting [1]  112/1
highly [3]  8/5 8/5 229/12
him [154]  11/16 12/23 20/10 21/15 22/8 25/16 26/1 26/11 26/25 28/20 29/19 32/1 32/2 32/9 32/21 34/7 36/4 37/6 38/6 39/23 40/3 40/7 43/23 43/24 44/7 45/17 58/12 58/13 58/20 62/17 74/10 75/12 75/19 75/19 85/14 85/17 86/6 86/7 87/10 102/1 107/5 107/10 107/20 110/9 111/15 111/16 111/20 115/7 117/8 117/11 117/16 117/20 118/4 118/8 120/9 127/9 129/7 129/14 129/15 130/5 132/13 131/23 131/23 132/6 132/25 133/5 133/13 135/14 135/18 136/24 139/16 141/13 141/20 145/7 147/24 147/25 148/13 148/21 150/12 158/6 164/2 170/4 170/7 170/20 192/22 194/12 194/14 194/15 194/22 196/4 196/20 197/2 197/13 197/18 198/7 198/8 198/17 199/2 199/3 199/12 199/19 199/20 200/4 200/20 200/21 200/23 201/12 201/13 201/15 201/17 202/1 202/2 202/13 202/17 202/20 202/24 203/19 204/24 206/3 206/20 206/25 207/3 209/2 210/3 210/13 210/15 210/8 211/21 211/22 214/7 216/8 220/2 221/7 221/8 221/14 224/15 229/10 232/19 232/20 232/22 233/1 235/15 241/13 242/3 243/24 247/8 247/9 249/14 250/13 251/22
hired [1]  18/12
his [97]  18/4 19/22 20/5 20/7 21/21 22/4 22/18 22/23 25/25 29/21 31/20 32/16 34/22 35/20 43/1 43/16 45/23 46/1 57/4 57/21 58/8 58/15 58/21 58/22 64/24 65/23 65/24 66/6 76/19 77/23 77/23 81/10 81/20 87/10 93/12 98/7 100/20 100/24 102/2 105/16 105/20 105/25 106/2 106/7 107/20 108/6 108/22 109/2 115/1 117/10 117/17 117/24 118/8 120/9 122/19 131/21 133/3 133/5 133/11 135/21 135/22 135/24 139/14 143/1 143/13 169/25 194/11 194/14 194/20 196/3 197/5 197/15 198/5 198/9 198/10 199/17 199/24 199/25 200/3 202/13 204/7 205/8 206/19 206/22 207/9 211/22 215/2 231/16 231/17 231/19 232/2 235/7 235/7 237/20 242/12 244/2 244/10
historically [1]  67/21
histories [1]  165/20
history [5]  31/6 76/19 147/13 195/14 196/21
hold [10]  13/3 28/20 108/3 135/6 154/2 194/14 194/15 210/24 210/25 211/21
holding [4]  17/2 195/8 197/22 200/17
hole [1]  22/13
home [5]  154/8 159/7 194/19 210/10 244/2
Homeland [22]  12/18 17/18 47/18 47/20 47/23 73/10 120/21 121/13 122/16 125/17 126/22 126/24 126/25 216/10 218/11
Honduras [1]  158/11
Honor [237]  4/14 4/20 5/1 5/3 5/5 5/7 5/10 7/23 9/22 10/17 11/10 11/17 11/21 11/24 15/11 23/11 24/9 24/21 25/17 26/12 26/21 27/13 28/13 29/19 30/9 31/15 33/3 35/9 35/10 36/18 37/20 40/11 40/15 40/21 46/8 47/7 56/6 56/15 56/21 56/24 59/10 63/21 64/23 65/6 65/11 65/13 65/25 66/2 69/14 72/16 75/7 78/7 78/13 78/19 78/23 78/25 81/5 81/11 82/7 82/12 82/19 83/25 84/19 85/16 89/7 89/10 94/4 95/18 96/11 96/15 97/2 97/17 99/21 107/8 107/11 108/8 108/11 108/15 108/17 109/24 112/13 113/3 113/8 120/3 123/10 123/17 123/20 125/2 125/18 129/24 130/11 131/20 139/22 143/6 145/18 146/3 146/23 148/14 151/1 151/13 157/10 157/19 160/8 161/4 161/15 162/2 164/3 167/6 167/11 168/19 168/23 169/10 170/23 172/2 172/14 174/19 174/25 175/23 192/2 192/12 192/13 192/13 193/1 193/11 193/16 194/2 194/8 194/15 194/25 195/11 195/13 195/21 196/2 196/10 196/14 196/21 196/24 197/10 197/17 197/25 198/7 199/11 200/12 200/14 204/13 204/16 205/12 205/25 207/18 208/12 209/4 209/9 210/11 210/14 211/1 211/2 211/13 211/24 212/11 212/18 213/9 214/6 214/12 214/15 214/23 215/15 217/16 219/1 217/8 217/9 217/23 218/5 218/13 218/20 218/22 219/2 220/6 221/3 221/16 222/5 222/12 223/6 225/2 225/6 226/10 227/3 227/7 227/16 228/25 230/1 230/3 231/7 231/10 231/18 232/24 233/7 233/11 234/1 234/22 236/14 236/17 237/4 237/11 237/18 237/23 238/3 238/13 238/19 238/23 238/25 239/14 239/16 240/7 240/16 240/24 240/25 241/4 241/22 242/3 243/4 244/5 247/18 247/24 248/14 249/5 251/2 251/20 252/14 252/17 252/19 253/16 253/19 254/4 254/8 254/10 254/19 255/8
Honor's [21]  39/12 40/16 51/16 53/17 61/8 136/8 136/21 216/10 215/23 222/6 252/21
HONORABLE [9]  1/9 4/5 84/10 84/13 160/14 160/17 192/4 192/7 255/2
honored [1]  148/17
hope [2]  127/4 204/15
hopeful [2]  10/21 10/23
hopefully [3]  10/17 27/11 96/25
hoping [1]  157/17
horrible [1]  64/7
HORTON [2]  1/17 4/7
host [7]  27/19 32/8 39/21 163/12 164/2 164/7 194/16
hostage [1]  200/17
hour [7]  17/2 26/25 60/12 60/13 60/16 166/12 170/17
hours [18]  9/15 34/9 36/14 38/6 40/4 57/25 58/4 58/9 58/19 60/10 64/6 65/15 65/15 100/24

**house [8]**  48/2 48/21 113/12 118/22 123/1 123/2 173/22 212/25 224/6
housekeeping [1]  246/7
housing [1]  231/15
however [1]  231/15
Hugo [1]  195/16
huh [1]  86/12
hundred [1]  58/16
hurry [2]  175/9 175/9
hurting [1]  36/9
husher [2]  126/10 126/11
hypothetical [1]  93/15

**I**

I'd [6]  5/21 7/18 96/8 112/25 149/9 175/2
I'll [42]  9/9 10/11 10/22 11/14 17/10 37/12 60/2 60/20 61/22 63/18 63/20 69/14 76/3 76/16 94/12 99/14 114/10 123/22 125/2 126/10 128/8 137/15 146/13 149/16 154/2 161/8 168/20 172/23 192/10 193/15 203/1 205/8 209/4 210/14 214/17 217/14 217/14 221/9 223/9 223/24 246/1
I'm [194]  6/20 7/6 9/5 9/19 10/7 10/21 10/23 11/17 12/18 13/4 13/6 15/8 20/21 22/9 25/2 28/10 34/6 35/6 36/18 36/20 36/21 38/23 38/24 41/13 43/15 46/3 47/19 48/24 49/14 51/18 55/16 57/16 58/16 60/3 61/9 61/13 64/7 64/8 64/22 68/5 68/5 70/15 70/16 71/24 72/14 72/15 72/16 73/4 82/23 82/23 83/7 83/21 83/23 84/3 89/12 90/11 90/2 92/10 93/2 93/5 93/9 93/9 95/14 95/16 95/21 97/5 97/23 97/23 103/19 105/22 110/4 110/17 110/18 111/14 111/21 111/25 113/9 113/15 113/16 113/20 114/11 115/11 115/22 117/2 123/6 124/2 124/17 124/20 124/20 125/11 126/16 126/19 127/4 128/10 129/12 129/22 130/1 130/10 130/11 131/11 131/13 132/1 132/7 132/11 132/17 133/4 135/6 135/8 135/14 137/7 137/17 138/18 138/7 138/9 138/19 139/20 141/2 143/24 146/15 149/15 151/11 151/21 152/5 152/15 152/18 153/1 153/11 153/18 154/14 154/18 158/12 158/16 158/23 159/11 159/20 160/16 163/6 164/2 164/16 166/19 170/1 170/4 171/8 172/13 172/22 173/1 175/9 191/24 194/7 194/19 197/1 198/21 200/3 200/21 201/2 203/23 203/24 204/8 208/16 209/25 210/21 211/16 221/15 221/20 222/1 222/5 222/8 222/12 222/25 223/1 223/5 223/6 226/14 228/1 228/4 228/4 228/18 233/8 236/24 236/20 236/23 239/17 243/17 241/25 242/1 244/5 245/1 245/7 245/15 246/17 249/10 250/12 250/19 250/25
I've [21]  6/4 13/12 15/21 33/12 39/24 68/12 95/1 95/8 101/18 113/15 117/24 126/10 128/7 157/20 168/22 216/19 225/14 225/17 238/7 244/10 244/23
I-241 [9]  65/9 66/15 66/19 67/4 67/11 67/20 68/16 72/10 164/14
I-241s [6]  66/17 68/6 79/2 79/13 80/3 164/13
I-9 [1]  17/19
i.e [2]  106/5 156/4
ICE [125]  13/3 13/9 13/11 13/12 13/25 14/23 15/17 15/23 16/11 16/20 17/9 17/12 17/21 18/10 18/22 18/25 19/6 19/7 20/14 20/17 20/21 20/23 21/1 21/5 21/8 21/14 22/2 22/3 22/7 24/8 24/16 24/19 25/11 25/15 25/22 26/1 26/11 29/17 30/1 30/22 31/13 32/25 33/1 33/21 34/4 39/20 40/15 41/5 41/20 42/8 43/21 44/9 47/14 48/14 48/14 52/6 58/11 58/13 59/3 65/23 66/21 66/22 67/22 68/17 68/22 69/7 76/13 76/21 77/4 77/16 79/7 80/13 81/9 81/12 81/18 81/23 82/9 83/1 83/19 85/5 85/9 90/24 91/13 92/16 92/20 93/1 93/5 93/8 93/7 100/22 100/23 100/24 102/7 104/16 105/12 106/16 114/3 134/2 136/5 143/3 145/19 146/14 147/5 151/25 153/3 159/25 162/5 162/13 163/14 164/9 164/14 169/24 170/1 170/9 170/20 170/23 171/11 171/20 192/10 195/12 196/22 197/21 221/16 238/22 246/23
ICE's [3]  31/12 114/7 130/13
ICE/DHS [4]  68/17 153/3 159/6 163/11
idea [13]  50/23 51/6 57/19 79/18 88/9 106/25 107/4 107/18 143/1 154/7 154/10 216/25 227/1
identical [1]  142/3
identification [11]  77/18 77/18 89/19 89/22 94/1 94/2 94/9 95/16 95/22 95/25 97/7
identified [19]  18/19 21/2 21/22 22/3 32/12 32/16 69/6 119/14 120/17 121/24 121/24 169/25 207/2
identify [15]  4/13 14/9 14/20 19/4 21/25 39/21 44/6 64/4 68/16 73/4 130/12 163/12 194/21 198/17 200/23
identifying [1]  64/9
ifs [1]  208/22
ignored [3]  198/25 216/19 228/6
ii [3]  99/3 99/4 101/2
iii [3]  230/6 230/22 231/2
IJ [21]  118/24 219/4 219/14 219/21 222/4 223/4 223/24 232/8 233/7 240/8 240/10 240/12 240/16 241/10 241/12 241/19 241/24 242/9 242/19 243/5 243/11
IJ's [2]  223/20 244/3
IJs [1]  113/10
illegal [1]  65/24
illegally [1]  228/24
illogical [2]  199/18 200/8
imagination [1]  195/15
imagine [4]  123/20 200/9 206/6 251/14
imagines [1]  246/3
immediate [2]  28/16 243/22
immediately [5]  19/7 37/7 107/21 149/7 199/9
immigration [47]  2/8 12/19 14/19 19/21 19/23 19/25 20/5 22/19 22/24 95/1 95/13 104/24 104/14 104/15 108/22 108/24 108/25 109/1 109/16 109/16 110/7 112/22 114/2 114/4 114/5 114/7 116/24 169/24 169/24 173/14 174/12 178/17 208/9 220/1 221/21 223/14 223/19 230/16 237/21 231/25 232/12 233/20 239/6 239/20 239/23
imminence [6]  110/21 220/19 224/3 224/4 224/6 225/1
imminent [12]  220/15 220/18 220/19 220/23 220/23

# I

**imminent...** [7]   223/24 224/14 224/20 224/21 243/14
243/10 252/3
**impede** [1]   248/12
**impediment** [4]   227/25 247/9 251/18 252/12
**implausible** [1]   206/5
**import** [1]   227/7
**important** [10]   18/2 85/23 123/23 200/1 204/21
219/13 228/16 239/1 245/12 245/13
**Importantly** [1]   219/16
**impose** [1]   235/25
**improper** [3]   35/7 206/23 215/21
**improperly** [1]   217/7
**INA** [4]   95/8 95/10 95/12 96/6
**INA 241** [3]   95/8 95/10 95/12
**inaction** [1]   229/5
**inappropriate** [1]   104/6
**incarcerated** [2]   206/24 211/20
**incarceration** [1]   215/20
**include** [5]   14/7 61/3 61/6 79/2 130/18
**included** [4]   31/10 36/19 165/7 219/3
**includes** [1]   237/12
**including** [7]   23/1 51/24 52/4 86/21 203/8 208/7
222/18
**inclusion** [1]   204/9
**incomplete** [1]   93/14
**inconsistent** [1]   234/19
**incorrect** [1]   218/8
**increase** [1]   162/22
**indefinite** [2]   226/20 226/25
**independent** [1]   65/18
**indicate** [5]   80/3 102/23 202/17 213/15 243/11
**indicated** [14]   41/4 41/8 57/3 80/18 82/21 85/3
108/20 133/22 142/18 144/19 198/19 202/18 205/23
247/7
**indicates** [3]   118/15 201/16 241/7
**indicating** [4]   44/14 45/5 102/9 212/6
**indication** [1]   143/13
**indicted** [1]   197/4
**indirectly** [1]   244/7
**individual** [20]   27/18 27/22 27/24 66/22 67/1 68/18
73/7 94/24 97/14 103/12 104/16 117/2 118/23 119/12
131/16 148/18 149/23 158/11 160/5 207/8
**individualized** [2]   147/11 148/6
**individually** [1]   214/7
**individuals** [35]   6/12 25/4 28/20 25/22 27/18 30/5
69/10 74/20 91/11 103/17 103/20 103/25 115/15
118/10 118/21 118/23 118/24 120/22 122/15 131/22
144/19 144/25 145/8 145/16 149/4 158/19 163/1
163/17 163/21 163/25 165/3 165/7 165/20 227/7
244/15
**induce** [1]   200/19
**indulgence'n** [1]   40/14
**inference** [6]   110/6 122/9 166/8 208/3 208/4 208/11
**inflammatory** [1]   149/21
**inform** [2]   25/25 101/2
**information** [27]   8/9 18/2 18/3 26/4 50/9 54/4
55/12 56/19 59/5 61/3 61/3 61/6 82/13 88/10 101/8
108/9 109/10 127/19 133/16 134/23 143/11 149/15
149/18 156/13 158/10 165/22 168/3
**information-sharing** [1]   133/16
**informed** [2]   44/6 56/10
**informs** [1]   231/1
**initial** [4]   29/9 101/9 232/1 232/4
**initially** [4]   18/12 54/23 56/6 168/1
**injunction** [23]   20/9 20/12 20/16 25/15 26/11 29/17
31/23 32/1 32/6 32/4 34/14 34/15 34/23 35/3
36/6 36/13 37/8 37/24 59/4 74/11 74/14 138/21
**injunctive** [1]   236/1
**inner** [1]   122/5
**input** [1]   216/10
**inquires** [1]   101/4
**inquiry** [3]   67/8 74/1 101/9
**inscrutable** [1]   124/7
**insert** [1]   10/22
**insight** [1]   227/17
**insisted** [2]   106/21 106/22
**insofar** [2]   117/10 197/21
**Insomuch** [1]   144/21
**instance** [5]   67/2 68/8 74/5 157/4 159/11
**instances** [1]   70/21
**instead** [6]   38/3 109/12 126/11 195/22 198/17
234/13
**institutional** [3]   110/14 110/25 123/4
**instructed** [1]   123/22
**instructive** [1]   226/15
**intend** [2]   220/14 235/5
**intended** [2]   202/16 251/24
**intending** [1]   200/21
**intends** [1]   106/4
**intention** [7]   35/17 35/18 39/6 201/15 204/16
243/10 243/15
**interact** [1]   30/25 118/23
**interaction** [1]   65/23
**interactions** [2]   117/16 164/19
**interactive** [1]   73/12
**interacts** [1]   30/19
**interests** [4]   8/10 102/11 103/14 104/22
**interior** [1]   14/7
**international** [4]   16/1 16/12 42/7 42/10
**internationally** [1]   145/7
**interpret** [2]   55/11 115/9
**interpretation** [1]   205/2
**interrupted** [1]   123/12
**interruption** [2]   6/18 138/9
**interview** [9]   57/5 57/7 57/11 134/8 142/16 143/4
195/22 235/1 235/6
**interviewed** [1]   195/23
**introduced** [1]   153/20
**introducing** [1]   153/9
**investigated** [1]   197/4
**Investigations** [1]   17/18
**invitation** [2]   251/9 251/12

**invite** [3]   143/3 143/9 202/8
**invited** [2]   35/1 152/23
**involve** [1]   34/24 125/1
**involved** [21]   33/17 33/19 43/3 43/8 43/24 44/1
45/15 47/9 70/23 89/2 91/1 91/8 92/18 92/19 103/2
103/11 130/8 143/5 144/19 208/22 226/20
**involving** [12]   42/24 44/15 44/24 45/3 45/3 91/20
92/16 139/8 145/3 145/11 152/11 152/13
**involving** [1]   194/5
**Irrespective** [1]   74/16
**is [588]**
**ish** [2]   117/14 135/1
**isn't** [15]   10/3 48/12 66/22 174/7 195/24 205/10
208/25 209/18 219/7 220/5 220/18 224/19 229/12
241/15 250/1
**issue** [23]   5/15 10/17 34/18 35/3 38/15 86/16 110/9
111/2 123/16 123/21 124/4 141/4 152/9 158/6 209/6
223/9 223/21 248/15 248/18 250/1 252/21 252/24
253/21
**issued** [9]   79/7 84/24 85/1 85/3 108/12 144/6
157/22 158/22 222/15
**issues** [9]   8/11 10/24 82/22 103/8 123/18 149/24
175/21
**issuing** [1]   9/19
**itself** [9]   6/21 194/16 199/23 210/9 211/5 212/9
220/7 246/20 251/24
**iv** [2]   102/8 103/8

# J

**J-O-H-N** [1]   12/11
**jails** [1]   144/25
**January** [8]   14/3 70/2 70/22 71/19 71/20 72/1
103/18 206/22
**January 2023** [1]   14/3
**January 2025** [2]   70/2 72/1
**jazz** [1]   126/11
**Jennings** [1]   226/18
**Jersey** [1]   18/13
**job** [9]   48/12 48/12 62/19 81/17 95/3 97/24 97/24
117/10 145/14
**Jobs** [1]   34/16
**John** [8]   2/11 3/3 5/10 11/24 12/3 12/11 59/15
159/21
**join** [1]   19/11
**joined** [3]   18/10 19/13 140/7
**joining** [1]   19/16
**joke** [2]   226/1 226/1
**Jon** [1]   64/7
**JONATHAN** [4]   1/17 2/3 4/18 5/1
**Jorge** [2]   64/12 128/14
**JR** [1]   2/7
**judge** [27]   1/10 19/22 20/1 20/6 87/13 87/15 95/1
104/14 108/24 108/25 109/1 109/7 109/11 109/12
109/16 109/19 110/7 112/1 112/16 114/2 174/12
207/5 221/21 223/14 224/21 225/8 250/25
**judge's** [3]   63/3 75/21 143/16
**judges** [2]   37/18 114/4
**judicial** [12]   7/3 8/23 57/12 57/20 58/1 58/8 58/15
58/17 77/5 143/17 209/16 256/10
**July** [11]   72/12 72/13 72/14 72/20 74/6 74/9 80/4
92/2 145/9 145/17 220/15
**July 10** [1]   145/17
**juncture** [1]   252/10
**June** [10]   13/15 14/3 41/12 195/25 196/1 197/2
210/3 220/14 224/8 224/9
**June 2024** [3]   13/15 14/3 41/12
**June 25th** [1]   224/9
**jurisdiction** [1]   204/20
**jurisdictions** [1]   42/2
**justice** [6]   42/1 51/10 87/2 114/6 127/4 128/17
**juvenile** [1]   17/2
**juveniles** [1]   17/4

# K

**Kansas** [1]   18/13
**keep** [3]   126/7 206/24 211/19
**kettle** [2]   219/7 232/11
**Kevin** [1]   127/1
**keys** [1]   197/1
**kick** [1]   219/25
**KILMAR** [3]   1/3 4/10 192/13
**kind** [9]   19/1 59/24 68/18 73/15 147/7 154/23 171/8
207/3 207/7
**kit** [1]   83/15
**knew** [10]   50/21 61/15 62/4 77/11 113/25 127/19
129/7 213/21 250/9 251/7
**knowing** [1]   206/17
**knowledge** [36]   26/23 61/20 71/1 76/12 85/9 85/10
85/11 88/5 88/15 88/15 90/5 90/6 92/19 92/25 93/2
93/8 103/16 105/12 105/16 105/19 106/9 106/10
106/23 108/13 110/13 110/15 111/7 113/2 118/21
131/16 146/18 150/17 150/17 150/18 152/8 171/20
**known** [1]   81/23
**knows** [6]   34/17 86/25 111/18 111/19 148/21 222/22
**Kopiasz** [2]   127/1 127/4 127/13
**KRISTI** [2]   1/6 4/11

# L

**label** [1]   10/8
**lack** [8]   30/9 69/13 71/8 106/13 108/2 109/4 110/21
133/7
**Lacks** [1]   46/5
**ladies** [1]   174/25
**land** [1]   243/23
**Landau** [2]   6/17 149/10
**language** [5]   199/22 205/2 215/17 215/18 245/23
**languages** [1]   148/3
**largely** [1]   251/13
**last** [31]   12/10 18/6 33/2 34/18 37/19 38/21
42/14 46/19 47/19 48/3 51/6 52/24 57/10 60/21
91/23 91/23 92/4 92/5 95/9 95/9 113/14 116/25

# M

**made** [53]   23/8 23/18 55/5 56/18 65/5 67/8 75/21
78/17 81/21 87/15 93/10 99/14 101/19 106/20 108/5
114/3 119/6 119/7 119/10 121/24 125/14 148/10
148/12 148/16 151/4 154/16 161/16 164/2 192/21
196/16 206/12 211/16 212/10 212/10 214/1 214/2

126/17 127/2 135/10 144/20 145/17 159/20 212/23
215/5
**lastly** [1]   19/12
**late August** [2]   211/1 236/23
**lateness** [1]   166/12
**later** [15]   11/5 39/8 65/4 80/13 100/23 104/24
150/23 151/10 203/17 233/4 237/20 244/9 249/16
249/19 253/12
**latest** [5]   54/4 159/11 230/5 230/13 230/21
**Laura** [1]   64/13
**law** [13]   37/4 38/12 83/8 96/12 128/20 147/14
147/17 149/19 208/16 225/8 232/12 239/19 251/8
**lawful** [4]   198/5 200/21 207/14 211/13
**lawfully** [2]   38/13 159/4
**lawyer** [9]   80/18 131/12 131/14 131/17 131/20
170/17 196/17 245/2 251/14
**lawyers** [13]   35/12 36/5 37/5 61/23 61/23 61/24
64/5 64/16 64/16 137/1 137/8 161/9 237/15
**lay** [7]   23/12 24/10 24/12 25/18 30/11 33/4 69/14
**leadership** [1]   164/3
**Leading** [1]   164/3
**leads** [2]   18/20 243/16
**learn** [3]   29/5 128/12 128/23
**learned** [17]   49/23 49/25 50/19 56/1 61/4 61/17
62/11 128/14 130/4 132/14 137/1 137/11 137/13
137/25 212/5 214/9 227/10
**learning** [1]   15/8
**least** [28]   8/11 42/14 49/3 76/12 80/12 87/15 88/15
94/19 114/25 121/18 149/1 198/21 199/16 201/14
203/22 213/6 213/18 221/3 221/19 221/21 222/6
231/24 233/14 237/20 248/23 254/2 254/22
**leave** [4]   9/1 99/14 191/23 207/10
**led** [1]   88/17
**Leeper** [3]   256/4 256/15 256/16
**leeway** [1]   110/17
**left** [3]   44/22 242/17 242/18
**legal** [16]   54/20 57/15 97/17 97/23 98/8 98/8
128/21 130/13 130/18 131/8 131/11 131/17 131/24
132/3 135/13 138/25
**legitimate** [1]   223/2 224/18 224/19
**legitimately** [1]   198/14
**lends** [1]   227/1
**length** [1]   69/25
**leniency** [1]   111/21
**less** [7]   17/1 71/12 71/17 72/7 100/23 222/23 244/8
**letter** [60]   6/15 6/16 6/21 9/13 9/15 10/13 24/18
24/20 24/25 25/1 84/24 85/1 85/2 86/14 87/9 88/7
88/18 89/3 89/12 89/25 90/24 91/19 101/25 111/9
111/16 141/24 141/24 142/1 142/2 142/3 142/4 142/4
142/7 142/11 142/13 147/9 149/9 151/16 151/21
151/22 152/6 152/11 159/13 159/14 159/17 160/2
170/13 170/19 170/21 170/25 171/1 199/23 201/25
203/15 203/16 203/19 204/6 211/9 227/14 237/22
**letters** [1]   24/15
**level** [6]   28/6 43/14 45/25 86/15 91/7 118/7
**levels** [3]   16/9 118/11 219/8
**lift** [1]   250/25
**lifting** [1]   250/24
**light** [4]   105/16 197/16 199/20 202/5
**likelihood** [2]   40/7 107/10
**likely** [9]   79/4 79/6 88/13 143/2 173/25 174/8
202/19 211/13 215/8
**limited** [6]   51/25 52/4 74/19 160/24 222/18 243/13
**limits** [1]   152/22
**line** [7]   37/15 46/22 99/24 122/18 122/21 149/14
175/12
**list** [5]   55/11 124/24 203/21 204/10 204/11
**listen** [5]   5/20 107/19
**listening** [2]   126/12
**listing** [1]   126/12
**litany** [1]   75/18
**literally** [1]   11/2
**LITIGATION** [1]   1/2
**little** [20]   7/8 12/22 15/8 27/1 72/11 76/19 78/1
81/7 96/17 96/18 104/19 111/21 148/21 165/6 167/20
168/22 199/18 199/22 230/22 245/12
**live** [5]   175/10 223/9 223/21 248/15 248/17
**lived** [2]   192/15 192/15
**living** [1]   57/10
**LLC** [1]   1/18
**LLP** [1]   1/14
**local** [2]   144/25 158/17
**location** [1]   43/24
**log** [1]   210/19
**logical** [2]   208/4 244/1
**Loiacono** [1]   64/12
**long** [15]   13/11 13/13 33/1 33/9 52/18 52/24 113/12
116/25 119/17 125/1 127/13 135/18 138/17 226/4
227/22
**longer** [6]   67/13 67/17 67/20 72/10 204/2 225/4
**look** [9]   21/10 71/13 72/6 74/10 79/24 96/8 96/17
172/18 193/7
**looked** [8]   43/16 62/23 63/3 63/3 63/6 65/2 81/4
241/19
**looking** [10]   80/2 141/19 203/2 203/4 214/21 214/22
226/24 239/13 239/16 246/11
**looks** [2]   142/3 142/4
**lose** [1]   224/20
**lost** [1]   146/15
**lot** [8]   91/9 82/21 140/1 150/2 214/14 217/9 235/9
235/11
**Lots** [1]   208/21
**loudly** [1]   12/8
**love** [1]   207/18
**lower** [2]   16/4 16/4
**Lyons** [1]   6/17

114/3 119/6 119/7 119/10 121/24 125/14 148/10
148/12 148/16 151/4 154/16 161/16 164/2 192/21
196/16 206/12 211/16 212/10 212/10 214/1 214/2

**M**

made... [17]   224/21 226/4 229/20 216/6 216/9 247/10
242/18 245/8 249/8 253/25
magically [1]   131/13
mail [18]   22/9 45/5 50/1 63/8 63/13 67/17 68/24
69/4 73/20 73/21 73/22 73/23 102/13 201/22 203/6
203/23 204/3 237/14
mailed [1]   49/16
mails [1]   243/7
main [1]   30/4
maintain [1]   198/9
maintaining [1]   73/8
majority [1]   41/14
make [49]   9/21 36/21 38/12 46/4 65/14 78/15 82/8
83/16 86/9 87/20 89/13 96/19 97/1 99/23 113/9
123/25 125/22 138/10 149/20 154/4 161/13 167/7
167/20 170/13 177/20 172/20 175/13 197/19 202/9
208/24 209/9 209/20 209/25 215/15 221/11 228/13
232/12 233/8 237/9 242/11 244/19 244/21 244/22
245/8 245/11 247/15 252/11 253/9 254/20
maker [1]   227/16
makes [7]   9/7 10/2 34/15 74/1 225/9 226/8 243/19
making [6]   110/22 205/10 205/12 210/14 236/20
248/21
manage [2]   13/17 18/1
managed [1]   16/5 17/2 17/5
management [13]   13/14 13/24 14/24 15/24 41/6 41/13
41/15 41/18 41/22 42/2 42/6 42/12 42/15
managing [1]   18/22
mandatory [2]   194/6 230/20
manifest [11]   30/5 30/23 31/10 55/5 55/6 55/7
55/10 55/10 55/13 145/14 145/5
many [18]   41/20 48/23 66/17 69/17 69/17 70/4 91/3
97/25 97/25 111/1 117/4 117/5 119/1 163/9 163/13
163/17 244/21 249/10
March [12]   43/16 76/25 82/10 143/14 172/7 195/12
195/18 195/25 197/14 211/7 211/10 245/6
March 12th [1]   195/12 195/18 211/7 211/10
March 28th [1]   76/25
March 30th [2]   143/14 172/7
mark [6]   10/9 11/8 11/18 72/15 95/16 171/25
marked [10]   6/13 6/14 89/19 89/22 90/20 94/9 95/24
97/7 172/1 172/6
marriage [1]   199/7
Marshals' [1]   210/12
MARYLAND [6]   1/1 4/4 195/19 210/11 217/7 256/6
material [1]   156/21
materials [2]   62/23 63/2
Matt [4]   47/24 48/3 48/5 116/17
matter [30]   4/9 4/11 27/12 28/2 28/4 28/6 28/19
35/1 35/17 36/8 37/17 66/7 100/1 117/20 124/13
137/2 143/5 147/14 147/17 149/19 149/19 208/13
208/16 210/13 217/23 225/7 232/11 250/3 251/12
256/9
matters [5]   117/7 129/13 148/6 197/21 220/19
May [73]   5/22 6/9 8/17 9/24 10/12 11/21 11/22 12/7
33/25 53/3 60/21 61/14 62/16 62/17 63/4 64/13
66/14 71/15 73/1 78/23 89/15 94/4 94/5 95/18 95/9
96/1 98/22 99/7 99/18 105/23 109/24 109/25 112/24
112/24 115/1 120/3 120/21 124/11 124/21 127/19
128/12 128/15 128/15 128/15 130/5 130/5 131/8
132/23 132/24 133/14 141/3 149/3 162/20 163/23
164/7 172/2 172/16 173/9 173/23 191/20 200/4
202/24 203/1 217/21 225/4 227/1 229/5 231/10
236/18 238/14 244/10 253/18 254/10
May 2025 [1]   6/9
maybe [19]   5/18 52/25 60/9 60/13 64/18 67/15 69/1
79/17 91/15 110/5 110/15 110/15 110/16 110/16
112/4 119/18 135/21 135/23 199/19
mean [41]   10/22 30/12 33/20 35/23 53/13 56/3 58/14
74/11 83/15 91/10 95/3 107/24 110/25 111/1 115/9
131/10 131/12 133/8 133/13 138/23 141/12 142/3
148/23 149/21 152/1 162/11 165/10 175/8 209/18
209/20 213/21 220/8 220/12 221/3 222/23 226/23
227/6 228/2 230/15 232/19 240/24
meaning [4]   65/22 103/14 144/23 152/8
meanings [1]   224/3
means [9]   132/6 140/21 151/1 170/17 205/6 208/5
208/9 224/7 251/8
meant [4]   68/16 79/7 115/7 251/7
measure [2]   197/11 202/18
measurement [1]   246/16
meat [1]   27/1
mechanically [2]   9/8 10/4
media [2]   68/12 161/25
Medina [1]   209/5
meet [1]   123/18
meeting [2]   15/20 138/8
meets [1]   58/20
Mellissa [4]   50/15 50/16 50/17 67/16
members [1]   126/6
memo [2]   173/12 212/14
memorandum [4]   23/5 23/14 23/20 172/7 214/7 239/19
memorandums [1]   218/12
memory [1]   196/11
mention [1]   214/18
mentioned [8]   18/9 20/23 31/4 62/2 138/5 138/16
144/23 214/6
merely [1]   209/15
merits [1]   205/4
mess [1]   244/7
met [2]   14/8 14/9
Mexican [2]   14/8 14/9
Mexico [7]   14/1 14/5 14/7 14/18 14/13 72/2 72/5
microphone [2]   12/9 12/22
middle [4]   41/19 155/15 201/23 238/9
might [9]   127/11 131/7 131/20 140/16 146/2 146/8
154/4 154/4 218/8
mightily [1]   207/9
million [1]   161/5
millions [2]   163/21 163/24
mind [1]   36/1 79/3 92/6 98/16 98/17 107/5 107/7

made... [17]
mine [2]   111/21 215/24
minute [2]   60/7 79/6
minutes [27]   52/19 53/3 53/3 119/18 119/22 127/14
135/21 135/23 135/24 136/7 136/15 137/23 137/23
137/23 137/25 138/13 138/15 138/19 139/15 139/20
139/25 140/7 140/15 160/10 174/22 197/20 242/20
Mirski [17]   27/21 28/3 28/4 28/15 28/24 30/12
30/17 52/10 52/18 53/5 53/16 54/6 54/17 55/18
61/24 63/14 63/25
misleading [2]   35/7 38/25
mispronounce [1]   218/2
misrepresent [1]   59/23
missed [2]   47/17 156/23
missing [2]   246/24 251/20
mission [1]   123/20
mistakes [10]   45/7 47/3 51/10 53/8 53/20 63/16
63/16 78/4 93/15 109/4
mistake [4]   80/19 81/1 81/3 196/16
misunderstanding [5]   35/10 36/2 37/9 37/10 37/12
misunderstood [1]   253/19
modified [1]   59/3
modify [4]   37/22 248/11 251/9 251/15
Mole [1]   211/19
MOLINA [4]   2/7 5/8 64/9 64/10
moment [13]   39/13 44/21 55/24 94/3 112/12 126/20
131/23 134/1 155/25 156/4 201/9 214/17 253/15
Monday [6]   61/15 77/15 195/21 203/17 222/15 234/7
237/7
moniker [1]   147/24
monitoring [1]   207/6
Monteseino [6]   64/12 128/14 128/17 128/18 130/13
132/21
month [11]   36/2 51/6 194/25 197/12 208/17 212/1
221/11 225/3 225/14 231/15 245/5
months [24]   34/5 42/15 46/19 57/10 67/15 67/16
192/18 193/12 195/11 195/13 197/16 197/21 206/21
209/6 211/3 211/4 215/2 217/3 217/6 225/24 226/23
227/2 228/23 245/10
more [38]   13/5 27/1 27/8 29/8 35/18 36/19 72/1
72/1 72/11 111/5 111/6 120/8 132/10 147/13 153/16
159/19 161/10 165/3 165/5 168/22 170/21 173/3
173/25 174/8 174/25 192/17 192/20 194/23 205/25
209/5 215/21 215/16 215/21 217/3 219/24 226/7 234/7
244/7
morning [41]   4/6 4/14 4/17 4/19 4/20 4/22 5/1 5/3
5/5 5/7 5/10 12/16 27/23 28/16 29/3 41/2 41/3
52/22 53/24 54/3 54/10 54/13 127/6 127/7 129/3
134/24 135/1 135/9 135/14 136/11 138/16 139/6
136/12 156/16 161/23 167/25 168/2 168/12 195/7
213/22 254/18
MOSHENBERG [5]   1/21 4/16 202/8 205/23 245/13
most [6]   34/19 64/14 75/17 113/5 148/6 225/6
motion [35]   19/22 20/22 22/19 22/24 35/4 38/16
106/1 108/21 108/25 109/2 114/3 208/11 219/4
219/15 219/19 223/22 232/9 235/7 235/16 235/18
236/3 239/20 240/4 240/5 240/6 240/16 240/23 241/5
242/5 243/1 248/16 249/15 250/7 250/23 254/12
motions [2]   20/5 240/12
MOU [26]   23/10 23/22 24/16 25/12 25/15 26/10 29/17
30/1 31/5 31/7 31/13 33/7 33/11 33/11 55/9 55/14
63/3 63/4 64/23 115/14 134/13 148/23 149/2 164/24
218/10 244/10
move [17]   34/25 36/3 36/14 38/13 61/22 114/10
123/22 125/2 128/4 145/22 151/8 151/12 153/25
166/13 166/14 172/14 236/6
moved [3]   35/12 65/10 72/4
movement [1]   145/6
moving [1]   36/8
Mr [7]   3/4 3/4 3/5 156/9 161/14 162/8 169/24
Mr. [360]
Mr. Abrego [196]   7/14 7/16 19/16 19/22 20/1 20/4
20/7 20/15 20/17 20/25 21/2 21/6 21/9 21/13 21/19
22/2 22/6 22/19 22/24 25/14 25/19 26/9 27/20 28/5
29/16 31/14 32/9 32/13 32/15 32/18 33/1 34/22
35/19 36/3 36/14 39/22 42/25 43/4 43/12 43/21 44/2
44/16 45/16 45/21 46/12 47/11 49/17 49/24 50/6
50/24 51/7 53/6 53/18 54/4 56/14 57/3 58/6 59/4
59/13 60/22 62/10 70/16 71/14 76/20 77/12
77/16 77/22 80/9 81/9 81/19 82/4 82/13 82/18 85/9
85/17 85/17 85/17 89/9 89/11 89/11 89/24 90/2 90/4
90/6 90/9 101/8 103/3 103/12 103/25 104/5 105/1
105/15 106/19 106/23 106/25 107/4 107/18 107/21
107/23 108/15 110/10 111/25 115/15 115/16 115/24
116/2 116/5 118/5 119/4 119/15 121/8 121/13 127/16
127/18 128/12 128/16 128/24 130/4 130/6 132/13
132/25 133/13 133/22 134/1 136/1 138/4 138/21
140/15 140/24 141/2 141/5 141/9 141/9 141/25
142/10 142/17 143/9 143/23 146/3 146/8 146/22
148/20 148/25 154/16 154/21 154/24 154/24 156/9
157/3 159/17 163/6 163/11 164/8 166/1 166/22 167/3
167/23 170/3 170/16 170/11 193/5 193/25 194/10
195/12 195/14 198/5 198/15 198/18 198/20 198/23
199/25 200/9 200/24 201/14 202/12 203/6 203/19
206/11 206/25 208/18 210/22 210/23 211/1 211/19
215/7 216/2 216/4 216/16 216/18 218/20 219/16
219/25 222/3 223/14 227/10 229/8 231/3 235/7
235/18 243/22 243/24 246/9 254/4
Mr. Abrego's [7]   65/22 65/23 109/17 114/3 148/7
214/6 234/17
Mr. Anderson [23]   28/7 28/11 29/2 30/17 52/2
52/22 53/25 54/3 54/6 54/9 54/17 54/23 56/1 56/5
56/8 61/25 63/14 63/25 135/2 135/8 135/6 156/15
156/16
Mr. Ensign [7]   34/19 120/7 217/20 222/14 233/16
240/7 241/3
Mr. Giles [1]   66/6
Mr. Giles' [1]   66/6
Mr. Guynn [14]   15/13 27/11 29/13 30/15 37/14 40/12
59/17 59/23 74/13 120/7 124/7 157/15 175/24 224/13
Mr. Kopiasz [2]   127/4 127/13
Mr. Mirski [16]   28/3 28/4 28/15 28/24 30/12 30/17

52/10 52/18 53/5 53/16 54/6 54/17 55/18 61/24
63/14 63/25
Mr. Nughrie [2]   61/20 61/20 10/13 132/21
Mr. Ochoa [4]   121/2 121/12 122/7 126/1
Mr. Rand [28]   6/3 26/25 39/11 40/13 51/12 56/23
76/7 82/18 84/18 87/7 87/9 87/17 106/11 112/1
124/11 132/3 139/21 147/19 148/15 153/9 160/11
162/18 164/12 164/18 165/17 169/3 170/9 170/10
Mr. Rand's [1]   153/19
Mr. Rossman [42]   212/19 217/17 242/22 247/20
Mr. Sandoval-Moshenberg [3]   202/8 205/23 245/13
Mr. Schultz [37]   5/21 11/16 12/16 12/17 18/25 19/16
20/4 20/14 20/17 23/17 24/4 25/11 25/22 27/17 32/4
39/20 41/2 84/6 84/15 84/21 121/3 122/1 160/22
162/5 162/16 163/9 164/4 164/19 169/2 169/8 169/2
169/23 170/25 173/4 192/22 196/2 196/19 199/20
Mr. Ulander [5]   4/8 6/4 6/19 161/11 192/1
Mr. Wall [5]   135/12 140/14 156/11 203/7 203/24
Mr. Wall's [1]   137/22
Ms [1]   114/20
Ms. [3]   50/18 51/3 114/24
Ms. Harper [3]   50/18 51/3 114/24
Ms. Medina [11]   6/14 60/6 97/2 97/5 113/12 133/15
136/10 136/14 137/24 138/19 148/4 164/9 175/4
205/25 224/25 226/22
multiple [4]   209/11 219/8 225/17 239/5
mum [1]   38/9
MURRAY [1]   1/22
must [4]   79/3 173/3 209/17 210/21
myself [2]   51/1 89/5

**N**

name [19]   12/9 12/10 27/22 28/1 48/3 50/16 50/17
55/11 55/12 64/8 116/10 116/16 127/2 135/10 138/2
138/14 140/19 158/9 214/6
named [2]   27/24 64/16
names [3]   27/17 64/4 64/7
naming [1]   206/16
narrow [1]   87/6
national [6]   48/1 66/22 68/8 74/8 91/8 118/18
Nationality [1]   158/13
nationals [11]   14/9 16/18 68/1 69/10 103/21 103/22
148/24 162/25 164/23 165/4 171/14
nature [5]   117/6 117/7 117/20 118/7 221/4
necessarily [4]   87/4 224/19 232/11 235/25
necessary [2]   11/6 195/4
need [36]   6/1 7/4 7/11 9/2 9/6 9/20 10/15 12/23
18/4 39/4 71/21 74/19 100/3 100/4 111/15 117/6
123/15 124/24 131/10 148/15 158/19 158/25 160/25
173/9 175/9 201/8 221/10 243/19 247/9 248/2 249/7
252/24 253/4 253/13 253/14 254/12 254/21
needed [3]   34/20 113/9 251/6
needle [2]   36/8 146/13
needs [4]   91/9 136/19 246/3 247/1
negotiate [1]   145/11
negotiated [1]   229/7
negotiations [4]   156/24 166/21 167/1 168/17
neither [4]   50/23 51/6 225/25 226/2
nervous [1]   68/13
never [17]   35/17 67/21 68/21 68/22 68/23 103/2
150/8 170/11 197/15 210/18 217/13 234/6 234/8
237/21 242/1 248/13 250/2
new [12]   1/15 18/12 19/10 19/11 68/10 72/19 72/20
84/3 93/4 154/14 227/18 228/10
Newark [1]   68/9
news [2]   145/15 241/25
next [18]   9/18 21/21 34/5 76/10 125/7 142/15 143/2
151/12 155/10 155/14 171/10 173/16 197/25 211/18
227/14 231/8 236/7 243/17
night [2]   138/3 238/5
nine [5]   118/1 159/22 219/15 235/16 248/18
NITHYA [1]   1/18 4/22
no [221]   7/23 8/14 8/16 9/22 24/12 25/8 28/13
31/11 33/23 37/10 37/11 39/12 40/10 43/19 43/25
46/20 47/12 48/22 53/17 54/22 54/5 55/5 55/15
55/19 55/21 55/25 56/3 56/6 56/8 56/19 56/20 56/21
57/19 57/21 57/22 57/23 61/5 62/2 62/13 62/14 63/7
63/10 64/16 65/25 66/2 66/5 66/17 67/6 67/13 67/17
67/20 72/10 73/17 75/20 77/2 78/7 78/13 79/15
79/18 80/12 81/5 82/12 82/14 82/14 83/18 85/9
85/17 85/17 85/17 85/9 89/11 89/11 89/11 90/2 90/4
90/6 90/9 101/8 103/3 103/12 103/25 104/5 105/1
105/15 106/19 106/23 106/25 107/4 107/18 107/21
107/23 108/15 110/10 111/25 115/15 115/16 115/24
116/2 116/5 118/5 119/4 119/15 121/8 121/13 127/16
127/18 128/12 128/16 128/24 130/4 130/6 132/13
132/25 133/13 133/22 134/1 136/1 138/4 138/21
140/15 140/24 141/2 141/5 141/9 141/9 141/25
142/10 142/17 143/9 143/23 146/3 146/8 146/22
148/20 148/25 154/16 154/21 154/24 154/24 156/9
157/3 159/17 163/6 163/11 164/8 166/1 166/22 167/3
167/23 170/3 170/16 170/11 193/5 193/25 194/10
195/12 195/14 198/5 198/15 198/18 198/20 198/23
199/25 200/9 200/24 201/14 202/12 203/6 203/19
206/11 206/25 208/18 210/22 210/23 211/1 211/19
215/7 216/2 216/4 216/16 216/18 218/20 219/16
213/12 213/14 213/17 213/22 213/24 215/25 214/6
215/12 217/4 217/6 218/25 226/4 227/21 227/23
227/23 228/2 238/10 238/18 241/9 241/18 242/16 246/9
241/9 241/18 242/1 242/1 242/1 245/7 246/9
246/10 247/4 249/1 251/11 252/7 254/16 254/21
nobody [3]   10/2 126/12 228/7
NOEM [6]   1/6 4/11 75/12 143/14 209/5 213/4
noncitizen [1]   157/23
noncitizen's [1]   157/23
noncitizens [1]   6/10
noncredibility [2]   143/18 144/5
nondetained [6]   17/7 18/24 163/9 163/13 163/21
164/16
none [6]   175/23 193/20 201/3 201/4 201/6 205/20
nonetheless [1]   226/15
nonhemispheric [1]   71/25

**N**

nonindustrialized [1] 147/20
nonlawyers [1] 169/21
nonnormal [1] 172/4
nonprobative [1] 154/5
nonrespondent [1] 150/9
nonresponsive [1] 46/2
nonspecific [1] 26/19
normal [3] 112/22 112/23 215/22
normally [1] 171/8
North [1] 41/13
nos [1] 214/9
not [322]
note [5] 31/2 100/4 171/8 219/13 243/6
noted [2] 214/6 218/22
notes [77] 1/25 2/12 171/3 171/13 171/21 171/22
251/18 254/5
nothing [29] 35/25 45/17 50/14 66/1 78/3 83/8
106/19 111/18 111/18 111/19 111/19 131/13 152/11
169/19 174/18 197/16 209/19 213/9 222/22 222/23
227/24 232/16 232/16 232/17 238/7 238/8 250/22
251/18 254/5
notice [18] 7/3 8/23 21/5 21/8 21/14 22/2 22/7
32/15 32/18 32/20 94/15 94/20 133/22 134/2 162/2
212/24 219/7 228/2
notification [2] 22/9 56/16
notified [7] 24/8 44/3 47/16 47/17 49/20 49/22
85/3
notifying [1] 67/17
notoriety [1] 75/1
November [1] 215/3
November 17th [1] 215/3
nowhere [1] 214/5
number [14] 1/5 4/10 37/17 68/1 70/21 144/24
152/22 162/22 163/3 163/16 166/8 166/10 239/2
240/19
numbers [1] 96/18
numerous [1] 42/2
NW [1] 2/19 2/5
NY [1] 1/15
NYPD [1] 19/14

**O**

O'HICKEY [2] 2/4 5/4
O-C-H-O-A [1] 48/7
oath [3] 84/7 84/17 162/6
object [2] 39/13 130/10
objected [1] 165/19
objection [91] 9/22 23/11 24/9 24/21 25/17 26/12
26/18 27/10 29/19 30/9 31/15 33/3 35/4 45/7 46/5
47/3 51/9 53/8 53/20 54/20 57/13 59/7 60/18 63/16
65/1 69/13 70/14 71/4 71/8 72/24 75/7 75/22 75/25
76/14 78/4 79/14 79/19 80/20 81/11 82/7 83/12
85/15 87/5 88/19 90/13 92/10 93/14 97/17 98/7
99/10 99/23 100/4 101/17 102/4 102/16 104/8 105/5
105/9 106/13 107/11 108/2 109/4 109/18 109/20
119/24 125/1 125/4 127/22 130/24 132/17 133/7
134/4 136/16 138/22 140/8 144/12 144/15 145/18
146/10 146/24 152/22 156/20 164/3 165/9 165/17
166/11 167/6 168/19 170/15 171/15 252/7
objections [2] 10/22 104/24
observe [1] 211/4
observed [4] 209/10 213/22 215/21 216/1
observing [1] 33/9
obstinate [1] 215/14
obtain [1] 54/4
obvious [1] 243/21
obviously [4] 209/8 212/12 214/15 246/10
occasion [5] 96/4 100/12 126/19 126/21 210/15
occasions [3] 91/3 91/4 91/6
occur [1] 143/18
occurred [2] 56/16 115/22
occurring [2] 146/5 162/18
Ochoa [9] 47/24 48/5 116/17 116/18 116/19 121/2
121/2 122/1 126/1
OCTOBER [19] 1/10 6/15 8/18 24/18 41/12 41/15
51/17 77/8 77/11 77/20 201/19 221/23 222/4 223/8
223/18 231/3 244/17 250/14 256/12
October 1 [4] 41/15 41/23 222/5 223/18
October 10th [2] 77/8 77/20
October 1st [2] 41/12 221/19
October 31st [1] 223/8
October 4 [3] 6/15 8/18 244/17
October 4th [1] 24/18
October 6th [2] 51/17 250/14
off [16] 49/1 76/18 124/5 124/6 124/9 124/12
134/19 152/15 152/22 153/19 175/15 204/1 217/6
234/21 234/22 245/25
offer [6] 90/11 96/10 96/11 101/8 106/19 194/9
offered [2] 86/4 100/19
offering [1] 63/24
office [29] 2/8 16/21 16/22 16/25 17/6 17/11 18/2
32/22 37/20 44/3 44/13 45/13 45/14 45/25 47/9 49/6
68/9 114/5 117/12 117/13 128/20 135/21 135/22
135/24 137/23 139/8 139/14 156/11 203/16
officer [13] 18/12 18/14 18/15 18/16 19/14 45/25
46/13 66/24 66/25 93/3 173/23 216/6 218/6
officers [2] 14/20 17/6
official [5] 148/3 202/13 256/1 256/4 256/17
officials [1] 168/4
often [1] 227/7
oh [9] 42/21 50/17 68/11 71/20 93/24 113/5 156/13
162/11 229/24
okay [192] 5/9 5/12 5/15 5/23 6/1 6/2 6/3 6/8 6/13
7/2 7/20 7/25 8/16 10/2 10/19 10/25 11/17 11/20
11/23 12/1 15/12 18/9 20/24 25/9 27/12 28/14 29/8
29/12 29/14 30/11 33/25 34/22 35/14 40/12 44/18
48/3 48/16 50/2 50/14 51/2 51/5 53/13 54/9 54/13
55/2 55/17 58/14 60/2 60/10 61/22 62/18 64/21
65/20 69/5 70/2 71/2 72/9 77/3 77/11 77/19 78/20
84/8 85/19 85/22 86/21 86/24 87/16 87/21 87/25
88/14 90/23 97/3 97/22 106/11 107/13 110/14 111/5

**O** _(continued)_

112/6 112/7 112/17 113/16 113/19 114/20 118/3
119/19 120/10 120/24 121/5 121/22 122/14 123/2
121/23 133/7 136/13 136/21 137/4 137/21 139/14
139/21 140/2 141/1 145/3 147/16 148/4 150/1 150/14
151/4 151/5 151/6 152/19 153/4 154/14 155/4 155/24
156/13 158/14 158/18 158/21 160/9 161/12 162/4
162/12 166/15 166/18 168/21 169/5 169/14 170/21
171/24 172/3 173/16 174/12 174/24 175/20 175/22
192/3 192/9 193/3 194/23 194/24 194/13 200/2
202/10 204/12 207/23 212/20 214/11 217/17 217/19
220/2 221/9 221/22 222/14 223/16 223/17 226/12
226/16 228/8 229/23 231/5 233/10 236/22 237/7
238/22 239/21 241/2 245/10 249/9 249/12 250/12
250/21 252/13 252/16 252/25 253/18 253/23 254/5
254/23
Okpoju [1] 225/20
OLIVIA [2] 1/17 4/24
once [19] 23/20 34/6 35/18 39/25 40/2 58/2 58/6
58/10 58/12 58/13 58/14 83/3 104/14 110/18 115/12
167/16 216/19 219/24 234/3
one [100] 5/18 6/1 6/17 6/13 11/15 16/4 24/1
26/24 44/24 47/6 48/10 49/1 49/3 49/6 49/9 53/17
55/19 57/19 57/22 58/5 63/5 67/8 68/9 68/10 68/10
70/4 70/11 70/17 70/22 72/10 79/12 87/15 88/24
91/18 94/3 108/7 111/5 111/6 111/22 112/3 112/3
112/3 112/16 118/5 126/23 127/12 131/19 132/13
141/16 144/1 148/3 150/18 151/8 151/12 151/15
153/16 153/18 157/15 158/10 165/3 166/1 166/14
171/9 195/19 201/24 205/19 205/21 206/16 206/24
210/15 210/18 214/15 214/17 217/11 218/19 219/13
221/13 221/13 222/15 222/18 223/4 225/15 228/16
229/9 232/6 232/21 233/19 234/25 239/2 240/24
243/7 243/22 245/4 245/10 247/9 247/21 249/6 253/3
254/10
one-time-use [1] 158/10
ones [2] 214/16 226/2
ongoing [9] 29/6 29/24 29/25 38/21 54/12 54/24
55/3 56/1 147/5
only [29] 5/16 9/22 10/17 38/13 51/1 54/7 60/3
87/4 87/19 112/10 119/22 158/22 159/2 164/10
194/17 197/21 199/21 205/21 207/14 208/4 212/3
215/1 221/22 222/14 241/4 247/9 247/21 249/6 251/8
open [4] 167/17 221/1 251/9 251/11
opening [2] 242/13 242/13
openly [1] 138/24
operate [1] 143/10
operating [1] 143/8
operationalize [1] 40/3
operationalized [1] 67/22
operations [14] 12/20 13/1 16/1 16/12 17/16 17/23
18/17 42/7 42/10 45/15 45/22 46/11 62/20 69/20
opinion [5] 97/3 35/23 35/24 97/23 254/25
OPLA [1] 135/9
opportunity [5] 25/25 26/4 35/20 104/12 143/16
opposed [2] 61/7 109/19
opposite [1] 242/2
opposition [2] 139/18 219/19 242/5
option [3] 33/14 86/1 86/17
options [1] 26/1
oral [1] 161/3
ordeal [1] 195/14
order [92] 4/2 18/18 20/4 20/8 38/9 51/16 53/17
61/8 63/3 70/6 72/22 76/23 77/8 77/13 77/24 79/7
80/15 81/10 81/20 83/2 83/4 83/11 83/20 86/19
93/23 108/12 109/2 110/12 110/19 111/2 136/8 144/6
150/15 150/15 150/24 159/8 175/25 192/14 192/18
194/3 197/2 200/19 207/9 209/12 209/14 209/16
209/19 209/24 210/17 210/21 211/19 212/23 212/23
215/2 218/21 218/25 219/3 222/15 223/11 223/13
223/18 238/1 238/9 240/13 243/20 245/21 246/7
246/9 246/12 248/24 248/25 249/6 249/16 249/19
249/22 250/3 250/9 250/9 250/12 250/24 250/25
251/17 251/21 251/22 254/25
ordered [5] 13/21 19/18 76/24 196/21 230/16
orderly [1] 233/14
orders [3] 103/17 103/20 163/17 216/17 216/19
ordinary [1] 210/9
organization [2] 71/3 139/11
organs [1] 122/25
origin [1] 158/23
original [4] 34/20 117/22 209/7 226/3
originally [2] 76/20 239/9
originated [1] 91/13
Orleans [1] 93/4
OSORIO [1] 1/22
other [94] 5/18 5/19 6/14 7/2 14/17 15/15 20/11
21/4 21/24 30/22 30/24 44/12 44/15 44/23 45/3 45/5
51/24 52/4 55/2 55/19 56/19 57/19 57/22 61/23
61/23 61/24 62/10 63/5 63/13 64/16 64/19 68/6 73/1
74/12 74/23 79/13 85/8 86/24 91/17 92/5 98/5 98/5
110/10 112/2 112/3 112/15 117/7 117/19 132/3 133/4
135/24 136/1 140/7 154/2 155/23 155/24 156/17
157/20 158/12 159/22 163/24 171/11 194/4 205/15
207/2 210/5 211/18 212/13 212/14 214/4 218/9
218/25 219/11 219/23 220/20 222/18 222/18 222/22
225/5 226/7 227/13 228/9 228/13 228/18 229/7
233/20 237/8 241/8 243/8 247/9 249/23 253/3 253/14
otherwise [8] 19/9 121/1 121/8 122/10 123/19 131/12
145/15 230/16 245/25
ought [1] 252/11
out [67] 9/23 11/2 14/10 26/25 40/3 44/22 48/13
53/11 53/14 53/18 66/17 66/18 66/23 67/5 67/11
68/24 72/3 72/6 72/7 73/16 79/24 82/25 83/2 84/9
85/9 85/10 85/12 86/25 88/6 88/11 89/1 89/2 93/22
105/19 107/5 107/19 112/22 120/16 121/7 121/12
175/17 198/21 205/23 210/9 226/7 127/12 161/6 191/9
220/1 223/1 223/6 223/16 227/22 236/2 242/4 242/17
254/10

**O** _(continued)_

242/18 245/14 251/17 254/25
outcome [1] 112/3
outgoing [1] 47/20
outlined [3] 24/22 84/24
outrageous [2] 171/6 171/12 72/24 81/12
outside [3] 54/4 145/15 175/1
over [28] 8/21 15/25 30/5 31/2 42/14 46/19 51/6
55/5 55/6 56/6 69/2 69/4 69/25 71/16 104/2 108/25
110/9 113/23 137/5 137/7 140/19 158/15 159/20
163/15 167/24 193/12 217/12 217/13
overall [1] 139/11
overbroad [1] 137/9
overrule [2] 100/4 132/17
overruled [27] 24/23 45/9 47/4 53/9 53/21 54/22
59/8 71/10 75/8 81/14 92/11 93/16 97/19 98/9 102/5
102/17 104/10 104/25 106/14 133/12 133/12 134/5
144/14 167/23 170/16 171/16
oversight [2] 16/25 157/11
overtly [1] 216/14
overwhelming [1] 247/13
overwhelmingly [1] 246/21
own [2] 85/8 91/12

**P**

p.m [8] 84/12 84/12 138/15 140/22 160/16 160/16
192/6 255/4
p.m.To [1] 192/6
P.O [1] 2/8
page [155] 3/2 51/19 51/20 94/15 173/16 214/22
239/7 239/16 239/23 240/16 240/22 241/4 242/25
243/7 256/9
page 15 [1] 243/7
pages [1] 223/21
paper [4] 78/14 102/13 158/9 158/9
papers [1] 205/14
paperwork [1] 212/9
paragraph [2] 98/23 239/4
parameters [1] 159/25
paraphrasing [1] 215/23
pardon [1] 214/22
parentheses [1] 153/16
parole [4] 210/4 210/5 210/7 210/13
paroled [1] 210/2
paroling [1] 209/21
part [18] 41/19 86/24 87/9 90/14 94/13 125/22
135/4 135/16 148/7 150/20 150/21 159/11 162/25
209/15 220/20 235/14 242/17 242/18
partially [1] 193/1
participate [2] 143/4 143/9
particular [5] 91/5 113/4 209/13 217/1 234/5
particularly [1] 148/7
parts [1] 130/9
party [9] 31/12 68/17 70/5 72/22 93/12 102/24
106/8 150/25 153/3
pass [1] 157/11
passage [2] 200/17
passed [3] 192/18 215/3 215/5
passively [1] 43/7
passport [1] 158/10
past [8] 56/14 81/8 90/23 159/15 195/10 195/11
217/5 217/6
path [55] 247/1 247/2 247/3 250/19 251/4
PATHALAM [1] 1/18 4/22
pathway [4] 198/15 198/23 198/25 199/1
patience [1] 11/14
PAULA [5] 1/9 4/5 256/4 256/15 256/16
pause [1] 199/21
paycheck [1] 226/1
peers [1] 50/11
pending [19] 4/9 37/15 105/25 112/10 112/12 139/4
221/19 221/20 223/7 228/17 229/1 229/16 233/13
235/8 235/15 235/18 250/7 250/14 251/23
Pennsylvania [2] 2/5 93/4
people [29] 5/19 16/5 48/12 48/13 61/18 68/12 72/4
74/18 75/17 82/22 91/25 104/2 104/6 104/20 112/20
119/1 119/4 131/10 140/7 141/21 147/22 153/3 157/2
159/22 164/11 165/13 165/23 227/19 244/13
per [2] 151/8 153/6
percent [4] 36/18 58/16 74/21 202/11
Perfect [2] 117/13 137/14
perform [1] 31/20
performed [1] 116/1
perhaps [4] 67/10 74/8 113/25 220/7
period [38] 20/23 41/5 194/1 194/6 194/25 195/2
196/9 197/4 197/11 197/14 206/21 211/6 225/14
226/4 227/4 229/17 229/25 230/4 230/12 230/18
230/20 230/20 231/1 231/4 231/9 231/9 231/10
231/11 231/15 232/1 232/4 235/9 245/8 245/14
245/17 245/20 245/25 246/2
permanent [2] 226/20 226/25
permission [4] 40/23 175/7 209/22 252/21
permitted [4] 25/16 26/11 29/18 159/3
persecute [1] 116/2
persecuted [5] 22/16 31/21 173/6 173/25 174/9
persecution [21] 6/23 21/18 21/19 22/20 22/25
23/24 133/24 142/18 146/3 148/11 154/19 219/17
222/17 222/21 224/1 234/8 235/19 242/1 251/13
222/17 222/21 224/1 234/8 235/19 242/1 251/13
242/7 242/9
persisted [2] 219/20 241/22
persisting [2] 247/22 248/9
person [44] 83/1 108/13 111/7 126/23 135/16 147/13
150/20 158/5 158/22 159/3 197/2 215/10 226/4 226/8
144/11 146/18 150/17 152/8
personal [10] 26/22 42/24 61/7 71/16 74/17 143/21
144/11 146/18 150/17 152/8
personally [5] 43/3 70/21 74/13 74/15 196/13
personnel [1] 40/16
perspective [4] 238/11 254/7 254/8 254/9
persuasive [1] 225/9
petition [2] 94/14 239/4
petitioner [29] 1/4 1/12 4/15 4/18 4/21 4/23 4/24
9/24 51/24 52/3 75/5 75/16 86/22 92/10 192/12
214/25 215/1 217/9 219/20 220/24 221/6 222/22 241/1
222/17 222/21 224/1 234/8 235/19 242/1 251/13
petitioner's [27] 89/17 89/18 89/19 89/23 90/14

**P**

petitioner's... [22]   30/17 30/18 30/20 90/22 90/23
94/1 94/9 94/15 94/16 94/25 95/24 111/11 121/12
94/16 97/8 98/21 102/1 168/25 171/1 171/6 215/7
Petitioner's 1 [1]   171/1
petitioners [2]   9/17 37/11
petitioners' [1]   254/7
Philly [1]   68/10
phone [4]   73/18 116/20 116/23 116/24
phrase [1]   36/7
phraseology [1]   215/23
phrasing [1]   35/6
pick [1]   98/2
picked [2]   200/22 217/6
picking [2]   43/24 233/4
piece [4]   102/13 149/11 158/8 158/9
pin [1]   123/24
Piper [1]   218/11
pivot [4]   33/24 113/16 133/19 164/17
place [19]   56/5 39/13 50/5 84/16 87/15 92/21 95/14
96/25 115/11 124/15 145/1 147/22 207/14 221/13
221/13 223/23 229/10 244/1 244/4
places [6]   74/1 200/22 200/25 201/1 202/19 202/19
placing [2]   94/8 95/21
plain [1]   205/1
plainly [5]   193/15 201/16 212/1 245/11 247/17
plaintiff [1]   208/16
Plaintiffs' [1]   142/5
plan [6]   31/24 32/9 211/17 217/8 234/7 252/3
plane [2]   158/20 229/8
planned [5]   21/5 21/8 170/2 202/17 222/20
planning [2]   11/4 31/20
plans [1]   170/4
plausibility [1]   166/1
plausible [2]   166/9 217/8
play [5]   151/22 223/18 230/2 236/20 246/5
played [1]   210/9
playing [2]   198/21 206/15
plea [1]   86/4
plead [2]   200/15 200/19
pleading [2]   9/13 9/16
pleadings [1]   248/10
please [26]   4/13 11/9 12/2 12/8 34/10 41/10 43/9
52/22 63/19 64/23 90/19 95/21 103/24 107/16 109/24
126/7 126/8 127/2 132/22 137/24 140/18 156/19
173/16 217/22 246/3 249/21
podium [1]   214/23
point [64]   9/22 28/8 28/17 34/24 35/2 35/3 36/7
36/12 37/21 80/3 81/8 82/1 82/1 83/3 85/12 90/1
99/14 102/22 106/25 108/5 110/17 113/8 115/9
115/13 115/17 123/10 124/16 125/6 148/6 149/20
150/6 150/7 162/19 167/20 169/23 194/12 196/19
196/19 196/25 197/10 197/25 203/9 203/22 205/9
209/9 209/25 210/14 213/3 219/12 223/6 225/2
229/13 232/6 233/11 234/25 243/17 243/21 249/25
250/2 250/21 251/6 251/11 252/10 253/14
pointed [3]   205/23 219/18 242/4
pointing [2]   123/17 234/1
points [4]   228/13 239/1 244/20 245/14
police [3]   19/7 19/10 19/11
policy [3]   73/10 232/12 234/24
policymaker [1]   221/17
political [3]   198/9 200/23 216/15
poor [1]   91/15
port [1]   19/7
portfolio [1]   13/17
portion [4]   161/1 161/7 174/21 191/17
portions [2]   193/2 193/15
position [15]   13/3 13/5 13/25 14/2 42/1 78/2 196/2
199/5 200/11 200/14 222/13 224/17 224/18 249/8
252/15
possession [1]   193/19
possible [5]   7/9 170/20 170/22 226/11 255/1
possibly [2]   62/16 72/5
post [2]   15/17 245/5
post-six-month [1]   245/5
postdate [1]   204/7
postdated [1]   201/25
postorder [5]   13/19 15/4 15/16 16/7 19/1
postremoval [2]   228/21 229/2
potential [11]   21/1 22/3 26/6 30/8 30/19 30/25
43/23 44/1 44/4 47/1 114/13
potentially [8]   47/11 49/8 50/25 223/9 226/20
226/25 251/2 251/4
practice [1]   109/2
preamble [1]   171/8
precious [1]   203/2
precise [2]   72/11 141/2
predicate [6]   120/19 122/10 125/4 125/15 128/3
247/17
preferred [3]   93/12 100/24 241/13
prefers [1]   40/19
prejudice [1]   206/22
prejudicial [2]   102/10 102/23 206/13
preliminary [2]   5/15 41/4
premature [1]   225/22
prematurely [2]   32/18 32/21
preorder [1]   18/25
prep [1]   152/16
preparation [16]   51/15 53/16 59/2 59/5 60/3 61/17
63/9 64/2 64/6 64/24 101/12 127/9 127/11 135/16
136/17 236/23
preparatory [1]   249/7
prepare [5]   65/18 150/8 160/11
prepared [18]   52/7 60/24 60/25 61/8 86/15 86/22
115/8 115/9 115/11 134/18 135/19 152/10 152/20
202/12 203/19 203/20 216/18 238/2
preparing [6]   44/18 52/15 60/6 62/1 62/24 136/7
preponderance [1]   226/24
prepped [2]   111/15 152/16
present [4]   2/11 7/11 83/24 197/14
presented [1]   238/20
presently [1]   200/21

presents [1]   171/9
preserve [2]   35/4 35/19
preserved [1]   171/23
president [11]   75/6 120/15 120/23 121/6 122/7
122/12 122/18 122/21 122/21 122/24 125/18
President's [5]   120/13 121/12 122/5 122/13 125/17
Presidential [8]   119/24 121/4 121/18 122/7 127/22
253/13 253/21 254/22
presiding [1]   4/5
press [2]   67/25 175/15
pressing [3]   220/20 222/3 223/13
pressure [1]   87/9
presumption [18]   195/3 195/5 197/12 197/20 198/1
198/1 208/17 208/21 210/20 212/21 221/11 225/3
225/11 245/7 246/21 246/22 246/24 247/14
presumptive [1]   210/19
pretty [3]   133/15 138/4 138/19
prevent [6]   83/18 231/12 231/12 231/16 231/17
231/19
prevented [2]   74/14 83/9
preventing [2]   20/10 249/16
prevents [1]   82/25
previewed [1]   227/3
previous [4]   13/24 15/13 41/17 142/1
previously [12]   25/11 134/11 162/18 173/3 202/15
202/21 221/18 223/12 224/4 225/5 248/15 250/6
principal [2]   128/21 135/13
principles [1]   228/16
prior [41]   13/23 14/12 14/22 15/23 15/25 16/11
16/19 17/10 17/12 17/20 19/6 19/7 31/10 31/12
31/19 32/24 43/20 44/16 56/20 61/20 70/22 71/19
71/20 72/1 73/3 78/17 105/14 105/20 108/6 118/15
157/23 163/6 163/8 173/1 173/2 174/6 203/19 204/11
216/3 221/18 249/14
priority [1]   163/1
prison [2]   196/4 196/5
prisoner [1]   127/9
privacy [1]   8/9
private [1]   168/16
privilege [31]   7/22 7/24 8/13 8/21 120/1 120/20
121/4 121/9 121/9 121/17 122/8 122/9 122/19 123/5
123/15 123/18 125/15 125/19 125/25 127/22 127/24
128/3 130/1 130/3 130/7 135/21 137/5 137/7 156/20
253/13 253/21
privileged [6]   59/7 60/18 131/10 131/13 136/16
138/22
pro [1]   86/3
probable [2]   170/13
probably [9]   60/16 70/1 70/24 70/25 71/12 72/8
72/12 113/1 129/4
problem [11]   107/21 150/14 193/7 216/20 222/15
241/20 248/2 248/3 248/3 249/1 249/20
procedural [2]   196/21
procedure [2]   112/15 112/20
procedures [2]   73/1 173/10
proceed [1]   115/12
proceeding [5]   164/15 209/14 223/4 246/19 246/20
proceedings [26]   11/11 19/23 27/14 39/17 86/3 88/1
97/18 108/22 113/21 126/4 126/8 132/18 137/16
154/11 166/16 175/25 181/14 225/14 229/6 239/7
239/20 239/22 239/23 252/20 255/4 256/8
process [31]   72/19 72/20 73/12 73/16 77/5 104/14
112/22 122/24 122/24 124/4 134/17 142/8 142/12
142/21 169/24 172/19 197/6 210/9 213/15 216/13
217/10 230/8 233/20 233/21 233/24 234/2 234/5
234/9 236/4 236/21 249/11
processes [2]   153/6 235/10
processing [2]   213/4 213/8
produce [1]   193/19
produced [5]   51/22 209/13 209/15 210/18 212/12
production [3]   64/22 72/16 215/4
professional [2]   43/20 144/2
proffer [3]   86/9 123/25 132/2
Program [1]   158/13
programs [2]   17/18
progress [1]   132/23
prohibiting [1]   34/16
prohibits [1]   83/5
prompt [1]   200/5
promptly [2]   100/15 205/22
pronouncing [1]   66/11
proof [3]   160/5 210/25 245/3
properly [1]   225/21
prophylactic [1]   34/24
proponent [1]   126/11
prosecute [1]   224/22
prosecution [4]   58/23 106/1 106/2 197/8
prosecutorial [1]   87/2
prospect [1]   194/20
protect [1]   8/9
protected [3]   7/5 173/25 174/9
protection [3]   8/21 149/8 160/6
protective [1]   202/18
protocol [1]   217/8
prove [1]   247/1
provide [7]   21/5 21/8 22/2 27/17 88/10 143/12
235/1
provided [13]   24/6 36/17 82/23 102/2 134/2 134/23
138/15 141/8 143/14 173/4 198/23 230/16 238/6
provides [2]   205/15 230/25
providing [5]   62/12 128/2 131/21 131/24 135/19
provisionally [1]   10/7
provisions [1]   96/5
public [4]   126/6 168/15 224/11 236/25
publicly [1]   217/12
punish [1]   211/22
punishing [1]   198/8
punishment [1]   208/5
punitive [1]   206/24
purpose [14]   66/19 104/7 133/3 133/11 144/10
194/17 198/25 200/24 201/16 211/20 212/3 215/21
216/15 247/15

purposes [13]   20/20 96/12 195/4 198/5 198/9
200/20 207/1 210/11 228/18 230/12 244/19 254/2
255/5
pursuant [4]   16/13 16/14 16/16 16/16
pursue [3]   92/24 236/15 253/22
pursued [3]   28/17 28/22 236/18
pursuing [4]   204/23 217/8 221/14 247/1
put [19]   9/18 51/18 89/12 100/18 111/3 111/16
123/14 123/24 124/24 125/5 158/20 160/1 164/9
175/9 175/21 220/3 225/25 231/23 250/1
putting [5]   60/7 70/2 87/10 127/16 151/22
PX [1]   1/5
PX25 [1]   4/10
PX25-2780 [1]   4/10

**Q**

qualified [1]   123/17
quarrel [1]   195/8
quarrels [2]   195/9 195/13
quarters [1]   60/13
question [92]   7/2 8/12 24/11 28/21 29/21 34/14
37/16 38/25 39/4 39/7 43/2 43/10 43/11 44/11 45/20
46/3 46/7 46/10 50/2 51/12 55/25 57/2 57/16 70/20
75/15 81/7 81/15 81/17 82/24 82/24 87/18 87/18
91/15 91/16 109/14 107/15 107/16 107/24 107/25
112/10 112/12 112/25 113/15 117/23 126/17 128/8
128/22 130/20 132/6 132/12 133/13 137/3 137/15
137/19 137/20 139/4 139/21 146/12 148/8 148/22
149/12 149/15 149/16 151/8 154/19 154/22 154/25
157/15 166/19 169/16 170/18 171/17 172/23 192/17
193/22 207/19 207/22 208/1 209/12 210/19 217/24
218/20 218/23 220/3 220/22 232/6 244/5 247/21
questioning [2]   99/24 174/6
questions [29]   7/12 20/21 35/7 40/10 46/3 65/8
65/12 109/15 110/14 112/13 113/25 113/25 116/8
136/25 142/15 151/6 151/24 153/24 153/24 154/3
154/14 155/3 164/13 164/18 168/8 170/9 174/16
206/10 253/12
quick [6]   11/18 161/16 218/19 218/21 228/13 253/4
quicker [1]   32/23
quickly [6]   33/12 34/7 34/8 39/22 40/3 160/11
quid [1]   86/2
QUINN [2]   1/14 1/18
quite [4]   9/5 68/5 214/14 246/22
quo [3]   35/19 36/24 86/3
quote [1]   143/13

**R**

raise [5]   12/2 104/13 201/24 219/6 219/9
raised [2]   204/23 237/25 252/6
RAND [32]   1/14 3/4 4/20 6/3 26/25 39/11 40/13
51/12 56/23 76/7 82/18 84/18 87/7 87/17 89/17
110/5 110/21 124/11 129/19 139/21 147/19 148/15
153/9 160/11 161/14 162/18 164/12 164/18 165/17
169/3 170/9 170/10
Rand's [1]   153/19
rank [2]   155/13 155/21
rare [3]   70/9 70/10 194/10
rather [5]   40/15 112/25 204/10 234/14 244/9
rationale [1]   221/18
rationally [1]   250/2
rattled [1]   76/18
Ray [1]   46/17
reach [2]   89/2 205/4
reach-out [1]   89/2
reached [14]   53/11 53/14 53/18 85/9 85/10 85/12
86/25 88/6 88/10 105/19 107/4 107/19 121/7 121/12
reaching [1]   120/16
read [8]   68/12 79/3 111/10 133/5 172/12 172/22
173/1 174/4 218/25 230/22 242/8 242/11 242/12
242/14 242/15 249/16
reading [3]   214/23 215/17 239/7
readout [5]   139/17 139/18 139/19 213/3 213/7
ready [14]   11/16 12/13 34/25 84/18 84/21 115/5
115/6 115/7 115/8 115/17 152/6 162/8 175/2 192/1
real [4]   11/18 82/8 124/16 206/23
realize [1]   118/1
realized [1]   80/13
really [19]   9/12 26/19 64/7 147/22 160/11 166/13
201/7 201/13 221/6 221/14 224/8 224/9 229/10
233/18 242/8 249/2 249/20 250/1 251/20
realtime [3]   175/14 175/16 175/18
reask [2]   46/7 137/15
reason [21]   34/20 55/16 57/24 59/25 68/23 69/3
75/20 77/1 77/8 87/19 87/22 111/24 141/3 155/9
162/21 164/7 194/13 209/1 221/23 222/1 222/6
reasonable [3]   197/23 206/19 244/23
reasonably [9]   36/5 52/2 194/20 195/4 198/24
211/13 215/8 222/20 251/14
reasoning [1]   67/19
reasons [7]   124/6 211/24 222/7 222/8 222/10 223/2
229/15
reassurance [1]   244/17
reattached [1]   191/25
rebut [2]   197/19 215/7
rebuttable [2]   195/3 198/1
rebutted [6]   208/21 212/2 225/12 225/14 246/23
246/24
rebutting [2]   246/21 247/14
recall [36]   23/25 24/1 27/22 27/22 27/24 43/15
43/17 43/18 44/17 45/11 51/20 51/22 55/19 61/9
63/5 67/15 91/17 103/1 103/3 117/1 119/14 119/20
129/2 129/12 132/23 133/2 136/11 136/13 136/14
137/25 139/15 139/17 155/9 155/5 166/20 237/17
recalling [1]   238/15
receipt [1]   210/16
receive [9]   25/14 26/4 26/9 29/16 145/4 145/4
171/13 171/21 175/16
received [14]   8/18 25/4 50/9 50/12 64/23 116/11
141/24 145/5 162/3 172/25 173/7 194/18 214/5 214/9
receiving [4]   21/12 22/7 203/14 203/19
recent [2]   69/11 209/5

## R

recently [1] 223/13
recess [6] 84/...
recognition [1] 148/8
recognize [3] 75/3 96/2 227/18
recognized [1] 81/9
recognizes [2] 226/22 231/9
recognizing [1] 63/25
recollection [6] 129/17 129/18 130/3 139/8 140/6 169/9
record [58] 4/13 5/24 12/9 26/16 34/11 34/23 37/1 38/5 39/15 72/15 78/10 78/15 85/20 89/12 90/14 95/21 96/13 109/5 110/1 111/12 120/5 123/9 123/14 125/15 125/23 128/3 131/4 136/22 147/1 149/3 151/4 165/15 166/4 166/6 167/21 172/15 172/23 175/10 175/14 175/22 193/16 199/16 209/13 212/9 231/12 233/17 233/25 238/12 238/17 239/4 239/8 239/13 242/20 251/12 252/20 253/1 253/10 253/25
recross [2] 160/24 174/17
red [1] 249/25
redacted [1] 193/1
redirect [7] 3/5 18/3 154/5 157/16 160/24 160/25 162/14
redoing [1] 38/3
reducing [1] 18/18
refer [2] 12/25 90/19
reference [3] 79/2 194/7 214/7
referenced [2] 217/1 219/21
referral [1] 173/23
referred [3] 96/6 171/1 171/3
referring [4] 55/13 243/8 243/8 243/17
reflect [5] 37/1 95/21 159/3 193/2 193/15
reflects [1] 212/10
refoule [1] 116/5 159/7 202/2
refouled [7] 149/2 149/7 150/21 154/25 157/4 160/6 244/15
refoulement [7] 23/23 133/24 142/18 146/3 148/22 203/25 204/1
refresh [2] 169/9 169/20
refugee [3] 199/18 199/8 202/1
refusal [2] 208/3 215/14
refuse [2] 31/9 165/24
regard [41] 10/18 82/4 84/25 85/13 88/17 90/1 108/14 110/23 111/8 114/3 114/12 115/14 115/19 119/8 125/14 126/19 126/21 126/24 127/16 134/3 138/1 141/25 142/19 142/22 143/23 144/5 149/12 149/18 152/22 157/3 161/17 223/18 224/10 227/12 231/25 233/25 244/6 244/10 244/22 244/23 248/21
regarding [27] 17/19 23/4 24/16 25/3 28/5 28/12 54/4 59/4 85/4 109/2 115/14 118/5 130/22 131/11 133/15 134/14 138/11 140/10 141/9 146/21 150/11 153/5 172/8 172/19 211/11 238/20 253/12
regards [2] 141/4 151/15
regime [2] 95/4 103/15
region [1] 245/5
registered [1] 104/5
regret [1] 203/22
regs [1] 147/12
regular [3] 15/20 158/8 192/16
regulation [3] 82/25 83/5 83/8
regulations [4] 83/18 83/22 94/21 256/10
regulatory [4] 95/4 97/14 98/4 150/22
reinitiation [1] 226/5
reiterated [1] 225/17
rejected [2] 168/10 240/8
relate [3] 7/13 91/6 146/20
related [5] 6/6 17/16 66/7 148/19 148/23
relates [1] 146/7
relationship [1] 201/1
relatively [1] 33/12
relayed [1] 56/5
release [10] 205/9 207/5 211/23 226/3 226/4 230/23 231/24 231/24 233/13 247/19
released [7] 192/15 194/3 199/22 200/10 230/8 230/10 231/4
relevance [8] 75/7 82/7 97/18 99/24 104/9 109/20 145/18 165/9
relevant [7] 54/18 110/23 110/23 112/24 124/14 230/12 231/1
reliable [1] 247/3
relied [4] 62/8 64/24 65/1 65/2
relief [3] 236/1 236/1 247/19
rely [1] 235/1
remain [1] 231/11
remember [15] 23/24 111/16 114/15 129/13 162/16 164/20 164/22 169/5 215/23 233/22 233/23 248/5 248/6 248/7 254/19
remind [5] 35/23 113/24 116/15 126/6 128/17
remotely [2] 173/24 207/11
removability [1] 218/24
removable [1] 104/16
removal [179] 6/11 12/19 13/1 13/6 13/14 13/24 14/24 15/16 15/24 15/25 16/12 16/17 17/3 17/16 17/22 19/5 19/19 20/2 20/4 20/7 20/15 21/2 21/21 22/4 26/6 30/2 30/8 30/19 31/1 31/14 32/17 32/23 33/10 34/25 40/3 41/6 41/13 41/15 41/18 41/21 42/2 42/5 42/6 42/12 42/15 44/1 44/13 45/15 45/22 46/11 47/1 47/14 47/15 48/13 49/20 49/24 57/4 62/20 69/20 70/17 73/7 75/21 77/4 77/24 91/8 94/16 103/20 109/3 114/13 114/13 115/12 115/15 118/10 118/11 118/24 142/2 144/22 146/2 155/8 159/8 159/12 160/12 160/17 163/8 164/16 168/16 169/25 170/12 173/12 173/3 174/1 174/10 192/14 192/19 194/1 194/5 194/10 194/18 195/4 196/3 198/6 198/22 199/15 200/16 200/18 207/1 209/7 209/12 209/17 209/24 210/1 210/20 210/22 211/11 211/17 211/20 211/23 212/10 213/5 215/2 215/8 216/5 216/14 218/23 219/3 220/7 224/2 224/14 226/4 226/6 228/17 228/19 229/5 229/16 229/25 230/2 230/4 230/12 230/19 231/1 231/9 231/12 231/16 231/20 232/12 232/16 233/18 235/13 239/22 239/25 240/11 240/14 240/24 241/21 244/5 245/15 245/17 245/20 245/21 246/4 246/7 246/10 246/13 247/16 249/3 249/11 249/16 249/23 250/10 250/20 251/24 251/25 251/25 252/3 252/7 172/8 172/19
remove [74] 7/13 16/6 20/22 21/5 21/8 21/15 22/8 25/16 26/1 26/11 28/16 29/1 31/24 32/2 32/6 32/9 32/13 33/1 33/14 34/4 34/7 36/4 37/6 38/6 39/23 45/17 51/23 52/3 58/11 58/12 58/13 70/5 74/10 74/20 85/14 86/20 99/4 106/7 107/10 115/7 138/21 140/24 157/1 163/1 170/2 170/4 170/7 170/20 192/22 193/5 194/12 198/14 199/3 200/21 201/17 205/17 206/3 215/10 215/25 220/2 220/15 222/17 222/21 226/9 226/19 229/20 229/17 233/11 243/10 243/11 243/17 230/13 251/22
removed [58] 6/22 13/21 19/18 20/7 21/20 22/11 22/16 23/9 23/19 25/11 30/5 31/5 31/17 31/21 37/8 43/16 49/8 50/25 57/25 58/3 58/9 58/11 67/1 69/7 74/22 80/9 85/4 93/12 94/24 94/25 100/25 103/17 103/25 104/2 105/18 115/1 119/5 128/12 142/11 145/1 145/8 148/24 149/2 154/17 154/19 154/23 155/1 155/9 169/22 170/5 173/9 174/3 194/20 203/6 205/6 229/17 230/17
removes [1] 104/16
removing [17] 13/17 13/20 20/10 31/19 33/6 40/7 50/6 158/1 203/21 212/24 224/15 235/7 235/15 235/18 237/16 248/16 249/14
renamed [1] 41/15
reopen [28] 19/22 20/5 22/19 22/24 108/21 109/17 114/3 219/4 219/15 219/19 223/22 232/9 235/8 235/16 235/19 236/3 239/20 240/4 240/6 240/16 240/23 241/5 241/12 242/5 243/1 248/17 249/15 250/7
reopened [1] 239/24
reopening [2] 108/25 242/13
repeat [7] 12/23 15/10 70/15 81/15 155/16 156/18 171/17
repeated [1] 140/20
rephrase [4] 63/19 76/2 76/15 76/18
reply [2] 219/20 242/8
report [4] 46/21 98/18 207/6 227/19
reported [4] 114/25 192/16 195/22 256/8
Reporter [2] 123/12 256/1 256/4 256/17
reporting [3] 17/8 19/1 145/16
represent [4] 76/25 77/3 77/7 94/12
representation [2] 123/15 125/14 128/2 220/4 234/7 253/20
representations [4] 23/18 148/16 224/11 253/24
represented [5] 34/19 73/4 81/2 207/17 236/25
represents [2] 208/18 219/24
request [13] 56/11 56/17 65/5 93/10 108/4 143/16 167/24 212/10 214/20 215/5 215/9 233/12 251/8
requests [1] 56/20
required [3] 67/20 164/14 164/16
requirement [3] 174/12 247/4 247/5
requirements [2] 58/21 150/23
requires [2] 201/11 226/23
rescinded [2] 86/18 210/4
reserve [1] 157/12
resist [1] 87/23
resolution [1] 249/15
resolve [1] 27/12
resolving [1] 234/4
resource [1] 82/22
resources [2] 74/19 74/19 74/22
respect [19] 6/10 8/3 147/19 212/9 213/16 228/11 228/7 234/18 253/11
respectful [1] 216/12
Respectfully [1] 139/18
respond [3] 9/17 110/25 236/10
responded [2] 22/7 215/7
respondent [6] 3/2 111/2 149/25 240/17 241/5 243/12
respondent's [2] 215/5 239/23
respondents [16] 1/7 2/2 5/2 5/4 5/6 5/8 6/5 11/15 11/24 51/23 52/2 86/20 125/19 205/5 222/16 222/19
responding [1] 162/9
response [13] 21/14 53/16 61/8 62/10 62/11 105/6 107/22 136/8 206/10 221/16 223/17 233/5 238/24
responsibilities [19] 13/16 14/4 14/15 15/1 15/3 16/2 16/14 16/23 17/13 17/24 18/1 18/10 43/4 43/19 62/19 81/17 95/4 97/25 145/15
responsibility [3] 42/15 42/18 145/11
responsible [5] 18/17 45/21 46/11 46/25 47/13
rest [3] 84/8 140/20 230/15
restart [1] 213/3
restroom [1] 175/6
result [1] 207/13
resume [1] 84/16
resumed [1] 11/11 27/14 39/17 88/1 113/21 126/4 132/18 137/16 150/16 160/18 192/8
resumption [1] 14/7
return [3] 157/23 162/5 197/5
returned [3] 20/18 158/22 195/19
Reuters [2] 166/4 237/20
reveals [1] 200/20
reverse [1] 63/20
review [15] 57/12 57/20 58/1 58/8 58/15 58/17 65/21 66/5 84/7 96/4 114/5 143/16 143/17 174/13 233/15
reviewed [7] 23/14 24/25 25/1 63/4 65/21 86/14 157/20
reviewing [3] 23/22 170/10 195/14
reviews [4] 13/9 76/2 146/9 146/14
Rica [147] 23/1 42/16 51/25 52/4 63/6 84/24 85/3 85/8 85/9 85/12 85/25 86/10 86/16 86/17 86/19 86/21 86/25 87/9 88/6 88/11 88/17 89/3 90/1 92/22 92/24 93/12 94/21 100/19 100/20 100/24 101/9 102/1 102/10 103/18 103/21 103/21 103/22 104/1 104/3 104/6 104/14 104/24 105/6 105/13 105/18 105/18 105/20 106/12 106/17 106/22 107/2 107/5 107/6 107/9 107/19 107/20 107/22 108/4 108/6 108/14 110/13 111/8 111/9 141/19 141/25 142/4 159/17 168/24 169/25 170/3 170/5 170/7 170/11 170/14 175/10 175/16 176/25 177/10 201/19 202/1 202/5 202/12 203/5 203/8 203/10 203/21 203/24 204/9 204/19 204/25 205/15 205/20 205/23 206/4 207/13 209/7 211/17 212/7 212/9 217/5 217/12 217/13 217/17 221/24 222/7 222/22 222/25 223/1 223/5 223/8 223/15 227/23 227/23 227/25 228/9 228/12 232/8 232/8 234/10 240/10 240/17 240/23 241/8 241/23 242/6 242/10 242/12 242/24 243/2 247/7 252/8
rid [1] 68/19
Ridge [1] 225/20
right [215] 5/13 6/4 6/6 6/11 6/12 7/16 8/22 10/2 11/7 11/13 12/2 19/20 20/20 26/18 27/6 28/16 35/25 39/10 39/16 40/10 41/24 42/23 42/24 43/2 43/19 44/10 44/19 44/21 44/24 45/2 45/2 45/13 45/15 45/17 47/2 48/19 48/23 49/3 49/19 50/23 52/8 52/17 52/23 52/25 53/24 54/7 55/13 57/9 59/1 62/7 63/11 63/15 64/11 65/4 66/3 66/11 66/14 66/25 67/4 69/11 69/12 69/17 69/22 72/6 70/12 71/15 71/18 71/25 72/8 73/15 74/4 74/20 74/25 75/1 75/15 76/12 77/7 77/14 78/12 79/12 79/18 80/6 84/1 84/25 85/2 86/11 86/22 87/19 89/7 90/3 90/5 90/10 90/15 90/20 91/15 91/24 92/21 92/24 93/1 93/16 93/21 94/23 96/4 96/9 96/18 97/5 97/7 97/16 98/14 98/20 99/1 99/5 100/12 100/14 101/13 101/25 102/2 103/10 106/25 107/21 108/16 111/12 112/12 112/12 120/18 121/14 121/20 122/17 122/22 122/23 123/7 123/8 123/22 123/22 123/19 134/14 135/4 136/11 136/24 136/25 137/3 137/16 139/6 142/21 144/22 144/25 145/8 145/9 146/15 147/8 149/7 151/24 153/4 153/11 157/9 157/14 159/24 160/19 161/2 162/16 164/12 167/10 167/19 168/22 172/6 175/13 175/4 176/15 181/17 185/16 188/18 189/16 192/24 193/25 199/5 217/12 217/14 218/17 221/18 222/1 223/5 224/1 225/12 226/7 229/5 232/7 232/12 232/12 232/22 236/7 237/18 238/7 238/12 238/16 238/22 241/9 244/9 244/5 245/16 245/19 249/24 251/1 254/6
rights [5] 144/5 157/12 197/6 198/9 206/19
rise [7] 4/3 84/10 160/14 160/17 192/14 192/7 255/2
rises [1] 197/17
risk [2] 207/3 207/7
road [2] 122 113/12
role [26] 13/15 13/16 14/12 14/15 14/23 15/2 15/23 16/2 16/3 16/11 16/15 16/16 16/16 17/10 17/14 17/15 17/20 18/6 18/9 41/11 43/12 92/20 117/17 118/8 252/13
roles [1] 18/10
roll [1] 124/14
Roman [1] 230/22
romanette [2] 230/6 231/2
room [2] 8/7 175/5 175/15
ROSSMAN [7] 1/13 4/15 192/12 212/19 217/17 242/22 247/20
rough [2] 72/11 72/11
roughly [2] 91/3 117/4
routine [3] 11/17 117/21 117/25
RPR [1] 256/16
rule [1] 226/15
ruled [2] 19/22 20/1
rules [1] 216/1
ruling [4] 36/12 108/21 128/1 225/23
run [3] 175/6 211/22 235/17
runaround [1] 207/4
rung [1] 16/4
running [3] 75/18 211/4 228/16
runs [2] 209/6 225/14

## S

S-C-H-U-L-T-Z [1] 12/11
safe [3] 14/10 23/23 175/18
Salvador [21] 19/20 46/14 46/16 77/12 77/17 80/10 80/14 81/10 81/19 82/9 84/18 155/6 155/1 158/11 192/14 194/3 194/3 196/7 228/24 229/11 229/14 229/24
Sam [1] 46/24
same [29] 9/5 15/3 16/4 37/17 42/11 78/12 89/13 96/25 104/24 127/24 128/1 128/2 130/24 137/24 140/17 145/1 154/19 154/22 154/25 171/8 216/20 220/16 223/23 226/9 229/8 234/20 239/6 240/3 253/1
San [3] 16/21 17/11 117/13
SANDOVAL [5] 1/21 4/16 202/8 205/23 245/13
SANDOVAL-MOSHENBERG [2] 1/21 4/16
SASCHA [2] 1/14 4/20
sat [1] 38/9
Saturday [1] 203/11
saw [3] 51/19 169/12 169/14
saying [43] 35/8 36/15 36/16 36/19 36/22 36/25 37/19 71/19 87/1 104/22 114/16 122/4 122/6 124/12 131/15 132/8 137/9 147/9 152/4 153/11 160/2 166/4 200/6 202/1 203/5 204/6 219/9 220/21 222/1 222/2 223/17 227/12 237/13 237/14 237/4 237/24 230/22 231/19 237/1 237/15 238/7 240/22 242/15 251/16
scared [1] 232/22
schedule [3] 34/20 233/18 234/6
scheduled [2] 134/8 206/22
scheduling [3] 18/23 160/23 233/18
scheme [2] 97/14 98/4
Schultz [44] 2/11 3/3 5/11 5/21 11/16 11/25 12/3 12/11 12/16 12/21 18/5 19/18 20/4 20/14 20/17 23/17 24/4 25/11 25/22 27/17 32/4 39/20 41/2 84/6 84/15 84/21 121/3 122/1 159/21 160/22 161/22 162/16 163/9 164/6 166/3 169/12 169/22 175/23 176/3 176/5 176/12 176/13 175/20 191/18 254/24
scope [19] 36/15 36/12 72/24 81/12 109/20 113/2 117/24 144/15 145/19 145/23 146/10 146/11 146/13 147/3 165/9 165/10 174/18 218/16
screen [1] 173/22

**S**

screening [1]  123/23
screening [1]  123/23
seal [13]  7/9 8/1 8/7 9/9 9/12 10/15 11/2
  152/17 161/1 174/20 254/13 254/17
sealed [5]  6/5 6/6 175/25 191/17 212/14
sealing [3]  252/22 252/23 254/2
Sean [1]  27/21
seat [5]  4/7 84/15 160/20 191/22 192/9
seated [1]  12/7
Seattle [2]  214/19 217/1
sec [1]  241/2
second [5]  4/25 46/22 58/5 61/24 172/22
seconds [2]  119/22 139/20
secret [1]  8/4
Secretary [10]  4/11 6/15 6/16 6/16 75/12 143/14
  147/8 149/9 152/4 231/3
secrets [4]  7/22 7/24 8/8 160/22
section [8]  17/3 76/10 96/5 97/13 205/15 229/25
  230/16 231/8
Section 123 [1]  229/25
secured [3]  91/20 142/7 142/11
security [29]  12/19 17/18 47/18 47/20 47/23 48/1
  48/20 48/20 73/10 74/8 116/12 116/14 116/15 117/15
  117/17 118/9 118/14 118/19 119/3 120/22 121/3
  121/25 122/16 125/17 126/22 126/25 126/25 216/10
  218/11
see [28]  7/20 37/18 74/6 84/8 94/15 96/18 97/9
  98/24 99/20 100/10 100/16 101/6 101/23 111/9
  149/17 159/16 165/24 172/6 172/20 173/19 174/12
  210/16 222/14 224/23 224/23 244/7 251/6 253/14
seeing [2]  51/20 111/17
seek [2]  193/4 233/14
seeking [2]  197/5 224/5
seem [2]  117/21 218/15
seemed [1]  28/17
seems [6]  76/18 112/19 148/8 216/1 222/23 224/17
seen [13]  24/20 67/24 89/22 89/25 90/3 94/18 95/1
  102/13 162/24 169/4 172/10 225/17 225/19
segment [1]  41/11
segregate [1]  11/1
selected [3]  44/3 113/10 119/23
selecting [1]  200/24
selection [4]  97/9 97/14 109/16 114/2
send [35]  31/2 48/13 48/21 68/1 68/9 68/24 72/21
  73/7 77/12 77/16 79/8 83/1 104/6 106/1 154/8
  154/8 158/15 158/25 171/11 171/13 171/21 171/23
  199/2 199/3 201/15 202/17 202/20 204/23 205/7
  206/13 209/2 216/7 232/20 244/13 247/8
sending [2]  30/5 30/23 47/11 67/23 68/11 130/5
  147/22 147/25 156/1 164/23 204/11 247/9
sends [4]  68/9 68/10 68/10 202/13
senior [6]  17/12 17/17 17/20 75/17 139/11 218/6
sense [10]  9/7 9/21 10/2 32/20 38/12 154/5 161/13
  232/13 233/19 243/14
sensitive [2]  8/5 8/8
sent [16]  18/4 24/15 24/18 32/15 32/18 32/21 51/7
  55/5 55/6 67/16 68/6 74/3 77/23 79/4 79/13 80/3
  80/14 81/10 81/19 81/22 82/5 83/10 86/16 91/11
  91/25 92/2 92/5 103/5 103/21 104/21 104/23 105/20
  133/23 138/3 140/19 144/20 147/8 153/3 160/2 165/4
  203/17 211/9 216/6 217/7 223/15 244/2
sentence [11]  100/20 102/2 102/24 106/16 155/15
  172/22 173/1 199/24 199/24 200/4 200/10
separate [4]  42/3 63/14 74/23 194/18
separately [1]  72/17
September [11]  19/13 22/5 49/16 50/1 56/16 166/6
  201/23 203/6 204/3 237/14 248/22
September 17 [1]  204/3
September 5 [3]  203/6 237/14 248/22
September 5th [3]  22/5 49/16 50/1
series [1]  198/18
serious [1]  129/12
serve [2]  169/17 200/4
served [4]  60/15 100/21 102/2 200/10
service [2]  199/23 199/24
Services [2]  134/9 142/24
serving [12]  13/13 13/23 14/2 14/4 14/12 14/22
  15/23 16/11 16/19 17/10 17/20 19/14
session [4]  4/4 84/14 160/18 192/8
sessions [1]  64/5
setting [1]  110/22
settle [1]  87/10
seven [3]  53/3 195/13 217/5
several [3]  149/1 234/25 241/8
Shakes [1]  140/5
shall [5]  99/4 99/4 205/17 230/17 231/10
shape [6]  43/5 47/10 88/9 103/10 115/25 157/6
sharing [1]  131/16
shed [1]  199/20
shift [2]  46/16 164/12
shop [1]  73/10
shorthand [1]  6/20
shouldn't [7]  40/1 80/14 81/9 81/19 81/22 147/22
  215/16
show [2]  208/25 247/18
showed [2]  169/3 212/6
showing [2]  123/18 246/25
shown [1]  247/17
shows [1]  206/23
shuffled [1]  239/14
sic [1]  127/3
side [1]  213/7
sidebar [6]  85/16 85/22 87/20 111/25 126/7 252/22
signature [1]  217/24
signed [1]  94/16
significance [1]  209/23
significant [3]  40/6 138/7 138/10
sileone [1]  227/20
similar [6]  54/3 54/25 141/21 141/24 142/6 168/8
similarly [1]  163/25

SIMON [2]  1/21 4/16
simple [2]  153/24 153/24
simply [1]  97/9
simplistically [1]  91/2
simply [4]  9/8 153/20 220/1 245/2
simultaneously [3]  241/17 242/7 242/16
since [29]  13/12 13/15 20/25 65/23 72/19 74/6 74/9
  103/18 108/12 117/14 117/16 117/21 128/11 152/19
  152/19 163/11 192/18 192/18 194/17 195/15 195/18
  196/18 197/4 201/12 211/12 215/2 215/3 215/5 220/2
sincere [4]  199/15 202/5 220/4 220/13
single [5]  22/25 34/14 37/16 39/7 150/9
sit [2]  119/1 217/15
sits [1]  118/15
sitting [24]  45/2 46/18 51/5 74/12 79/12 85/2 88/5
  101/8 102/18 104/20 106/23 109/15 109/19 130/3
  136/2 139/8 139/14 141/1 145/14 146/17 154/15
  155/8 237/6
situated [1]  163/25
situation [6]  36/9 70/23 72/14 102/3 103/11 108/1
situations [3]  90/23 94/23 102/20
six [26]  70/25 71/15 192/13 192/17 194/25 195/11
  197/12 197/14 208/17 209/6 211/3 211/4 211/12
  212/1 215/5 217/5 221/11 225/3 225/14 225/24
  226/23 227/2 231/15 233/4 245/5 245/10
six-month [8]  194/25 197/12 208/17 212/1 221/11
  225/3 225/14 231/15
skipping [1]  230/5
slightly [2]  61/13 91/16
slow [2]  15/8 60/5
small [6]  41/19 45/3 113/12 161/2 161/7 226/1
smart [1]  214/22
smooth [1]  126/11
snappy [1]  64/11
snappy-dressed [1]  64/11
so [344]
social [1]  161/25
sole [2]  195/19 211/20
solely [1]  203/25
solitary [1]  244/16
somebody [25]  45/14 45/24 47/9 48/20 48/21 49/19
  51/22 58/11 61/7 67/11 69/6 70/5 72/21 79/8 90/25
  93/1 102/14 102/24 103/5 114/8 116/12 117/8 118/24
  126/21 158/25
somehow [5]  131/13 209/22 247/22 248/11 251/18
someone [3]  83/19 111/9 150/17 210/6 215/25
  216/14 224/5 229/20 234/24 243/20
something [27]  45/23 61/13 61/16 62/7 62/11 62/21
  64/14 71/22 73/19 86/4 89/7 89/10 106/21 113/17
  129/7 129/15 131/11 133/14 141/21 142/3 142/4
  153/7 158/12 168/16 214/13 223/12 236/12
sometime [3]  9/25 72/12 72/19
sometimes [1]  168/15
somewhat [2]  117/11 224/3
somewhere [3]  110/5 114/18 204/23
Song [1]  231/16
soon [5]  175/1 204/1 205/6 224/5 244/24 254/25
sooner [2]  208/17 244/8
sorry [31]  28/10 40/1 47/19 61/5 61/19 64/8 70/15
  70/16 71/22 72/14 78/24 85/17 93/21 93/25 93/25
  99/7 129/11 134/25 135/6 143/6 152/5 155/15 171/5
  202/21 211/1 229/24 231/3 233/8 237/3 253/6 253/18
sort [7]  91/19 95/5 166/20 171/10 222/25 236/23
  246/7
sound [2]  34/15 87/16
sounds [6]  27/11 36/11 45/4 128/5 153/23 237/18
south [5]  22/20 41/14 41/16 41/16 201/5
southern [1]  14/7
sovereigns [1]  171/21
Spanish [1]  148/1
speak [28]  12/8 50/13 51/1 51/2 51/23 52/7 52/15
  53/24 54/3 63/13 93/9 100/3 102/24 109/22 109/22
  113/4 113/5 113/7 113/17 126/21 126/24 127/9 143/10
  143/22 151/20 152/5 152/10 152/12
speaking [6]  60/2 131/22 144/9 144/17 168/11 199/5
speaks [1]  148/1 218/14
specific [24]  7/16 9/7 13/5 29/8 46/3 46/4 50/3
  72/25 82/2 82/24 83/2 140/6 141/2 141/6 147/13
  148/13 153/10 156/4 209/10 216/7 221/17 231/7
  237/17 248/7
specifically [13]  25/20 34/19 134/21 141/4 141/9
  156/5 195/1 222/13 226/14 237/6 237/25
  242/5
specifics [1]  237/23
speculate [1]  92/23
speculating [1]  79/17
speculation [4]  71/9 79/19 83/14 102/4
spell [3]  12/9 48/6 127/2
spend [2]  60/6 242/19
spends [1]  26/25
spent [7]  41/5 41/20 44/18 65/15 76/19 80/10 116/6
spoke [7]  27/21 27/22 27/24 47/24 61/25 63/23
  126/23
spoken [2]  114/18 117/2
spokesperson [1]  237/20
sports [1]  85/7
sport [1]  198/21
spread [1]  60/11
spreadsheet [1]  158/16
spring [1]  38/5
sprint [1]  175/11
spun [1]  200/22
staff [17]  16/5 17/22 17/25 18/7 89/5 117/12 145/5
staffed [1]  121/20 120/22
stage [1]  145/7
staged [2]  144/21 144/22
staging [4]  17/1 17/1 145/2 145/3
stale [1]  235/12
stalking [1]  249/25
stamp [1]  213/13
stamps [1]  131/24
stand [5]  39/4 168/25 199/7 210/8 253/1
standard [2]  174/2 174/7

standing [2]  38/14 241/21
stands [4]  84/10 160/15 192/5 255/3
started [1]  147/6
starting [3]  136/2 151/22 217/23
starts [7]  68/10 171/8 208/17 230/19 232/15 245/6
  245/6
state [96]  6/15 6/16 6/16 6/21 7/22 7/24 8/2 8/4
  8/10 8/18 10/12 12/9 13/9 15/7 15/15 16/8 19/4
  21/2 21/24 23/8 24/5 24/7 24/16 24/19 25/3 26/5
  27/4 27/18 30/1 30/7 30/8 30/23 30/24 32/25 33/15
  33/15 33/21 33/25 48/15 48/16 49/12 53/14 53/17
  54/4 68/2 68/3 68/13 68/14 73/9 73/13 73/25 73/25
  74/8 78/13 80/7 92/23 118/22 118/25 121/24 134/13
  134/22 138/6 146/20 147/8 148/16 149/24 149/25
  150/4 150/25 152/3 152/21 152/22 153/12 153/20
  155/12 155/19 158/18 159/10 159/10 160/1 160/22
  167/12 167/16 168/4 168/12 171/23 173/8 173/15
  193/15 218/4 218/7 218/11 218/14 223/18 238/12
  244/18
State's [1]  32/8
stated [2]  161/20 217/12
statement [4]  168/9 206/12 234/18 243/11
statements [1]  136/19
states [65]  1/1 1/10 4/3 6/10 13/22 14/6 14/9
  14/17 15/6 16/6 16/18 18/19 19/19 20/16 20/18
  21/21 21/22 23/3 23/6 23/15 23/19 26/7 28/11 40/7
  40/8 56/13 75/6 86/3 86/16 87/10 102/11 106/17
  107/1 107/4 107/18 108/15 115/15 120/16 121/7 163/1
  163/5 163/14 163/18 164/19 164/22 164/23 166/22
  172/25 173/5 173/7 173/8 173/21 174/14 194/21
  196/8 196/10 197/1 200/4 206/11 206/13 218/18
  230/18 250/14 256/11
stating [1]  221/23
Station [1]  2/9
status [13]  14/11 19/17 34/18 35/2 35/19 36/24
  109/3 159/18 166/21 166/25 199/8 202/2 220/14
statute [22]  95/14 96/11 147/12 201/11 202/14
  205/1 205/2 212/4 215/16 215/18 217/16 229/23
  230/13 230/15 230/25 231/2 233/2 243/17 243/19
  245/24 247/6 247/12
statutes [1]  23/24
statutorily [3]  173/25 174/9 204/17
statutory [10]  103/15 150/22 204/21 205/14 230/12
  245/13 245/14 245/17 247/4 247/8
stay [14]  20/2 35/4 43/2 46/10 92/4 118/1 128/11
  164/12 161/1 201/7 207/9 207/9 233/13 233/14
stays [1]  226/8
stenographically [2]  256/8
stenographically-reported [1]  256/8
STENOTYPED [2]  1/25 2/12
step [10]  8/23 8/23 153/3 191/20 201/11 205/3
  205/3 220/1 249/7 250/10
steps [30]  20/14 20/21 21/14 22/7 32/4 32/5 32/25
  38/7 39/21 40/6 51/23 52/2 72/25 82/4 86/20 110/13
  111/7 150/18 150/19 150/20 201/2 222/10 222/19
  249/10 249/17 249/19 249/23 250/15 250/18 250/19
  250/23
stick [1]  244/24
still [22]  54/20 64/6 84/17 86/17 109/1 111/19
  162/6 167/17 168/13 175/16 175/18 192/11 209/12
  213/12 217/7 217/18 223/7 223/9 227/9 227/24 238/11
  254/12
stinks [1]  110/11
stints [1]  41/24
stipulate [1]  107/8
stop [4]  67/14 98/4 241/2 250/22
stopped [1]  80/4
stopping [1]  105/12
story [1]  245/9
straight [1]  242/20
straightforward [2]  205/13 221/6
streamline [1]  7/6
Street [1]  1/19
streets [2]  217/6 217/13
strike [1]  30/23
strikes [2]  198/20 216/22
striving [1]  207/9
strong [4]  110/6 121/15 219/2 227/8
stronger [1]  78/1
struck [1]  8/17
structure [3]  42/4 155/14 155/21
stuck [1]  111/22
studiously [1]  111/4
sua [1]  85/7
subject [15]  6/22 28/2 28/4 28/6 28/19 57/12 57/20
  58/1 98/5 137/2 157/10 157/11 172/8 194/4 231/13
submission [3]  211/12 216/13 243/9
submissions [2]  244/14 253/2
submit [7]  195/10 195/13 196/25 198/7 211/24
  217/14 254/13
submitted [4]  237/5 239/19 241/6 254/16
subsection [1]  243/1
subsections [1]  99/19
subsequent [4]  149/3 196/5 201/22 246/5
subsidiary [2]  118/18 124/3
substance [23]  48/25 53/4 54/16 55/2 55/18
  59/23 60/17 60/25 115/22 116/20 117/6 117/19
  119/11 119/21 121/1 121/3 127/15 130/21 132/22
  156/17 165/18 244/11
subtopics [1]  168/22
succeed [2]  32/10 40/7
success [1]  164/23
successful [2]  48/2 163/6
such [16]  7/5 8/19 70/23 90/24 112/13 115/21 142/7
  142/11 146/5 172/25 173/7 197/19 221/25 225/15
  231/11 233/13 233/14
suddenly [2]  134/19 234/16
sufficient [1]  215/12
suggest [8]  36/7 86/8 87/7 112/18 197/9 211/2
  227/8 251/18
suggested [3]  53/24 110/6 174/6

**S**

suggesting [2] 153/13 203/22
suggestion [5] 109/21 231/9
suggests [4] 74/1 205/5 213/7 244/12
Suite [2] 1/19 1/22
SULLIVAN [1] 1/14 1/18
sum [9] 53/4 54/9 116/20 119/11 119/21 127/15 130/21 132/22 156/17
supervised [1] 17/7
supervising [1] 109/11
supervision [2] 210/11 210/12
supervisor [4] 46/22 139/9 139/9 139/10
supervisor's [1] 139/14
supervisory [1] 109/16
supply [1] 207/25
support [2] 231/5
suppose [2] 72/5
supposed [4] 131/25 148/20 206/2 231/23
Supreme [4] 196/22 205/2 208/7 225/10
surgical [1] 60/4
Suriman [1] 22/21
surprise [1] 163/24
sustain [3] 27/10 60/20 166/10
sustained [11] 31/17 31/17 31/17 33/4 51/11 79/20 101/18 105/8 164/4 165/17 215/19
swallow [1] 229/9
swap [1] 229/7
switch [5] 66/14 76/6 84/23 108/19 197/16
sworn [1] 12/4
system [6] 78/10 78/14 78/22 79/2 79/25 80/2

**T**

Tab [1] 93/21
table [23] 4/25 5/9 36/14 50/20 86/17 107/9 124/5 124/6 124/10 124/12 124/15 128/23 134/19 136/2 136/4 204/2 207/12 220/22 223/3 234/21 234/23 245/25 253/12
tabs [1] 40/16
tacked [1] 246/4
takeaway [1] 226/18
taken [34] 20/15 20/22 32/5 32/25 39/21 51/23 73/1 73/1 84/12 86/20 108/13 108/14 111/8 111/8 112/21 119/22 150/18 150/19 160/16 192/6 204/1 206/6 211/7 211/11 211/14 212/14 219/12 222/16 222/20 224/18 237/8 249/8 249/10 249/17
takes [2] 33/9 206/18
taking [12] 7/3 20/25 21/14 22/7 67/24 107/5 156/8 156/9 161/22 199/7 202/11 227/21
talk [18] 10/15 38/23 44/23 52/25 84/7 111/15 112/9 121/9 126/8 136/10 142/15 148/21 152/16 152/20 164/17 168/24 194/5 241/24
talked [10] 30/12 50/18 52/10 52/12 52/14 57/22 75/19 114/11 235/24 241/10
talking [20] 55/7 61/7 81/13 85/25 89/13 90/6 102/22 124/4 125/24 128/11 130/9 131/11 131/17 150/3 162/19 171/4 224/21 224/24 224/25 240/7
talks [2] 27/7 245/20
tape [1] 124/14
Targeted [1] 151/7
tasked [1] 18/18
team [3] 18/17 111/15 145/6
telephone [1] 119/13
tell [40] 10/4 16/2 26/23 38/11 38/15 38/15 59/22 60/10 85/22 86/13 119/23 121/22 124/9 127/21 130/21 132/22 134/18 136/13 136/25 137/11 137/24 144/4 156/7 163/2 165/6 166/12 193/8 201/14 203/1 216/4 223/2 228/9 232/10 232/19 232/22 238/2 238/17 240/19 251/20 252/11
telling [5] 129/10 133/3 133/6 236/5 241/22
temporal [1] 20/20
temporary [1] 236/21
temptation [1] 87/23
ten [17] 91/24 92/4 92/5 119/22 135/21 136/7 136/15 137/22 137/25 138/13 138/20 139/20 139/24 144/19 159/20 160/10 160/13
Tennessee [7] 197/3 198/11 200/13 207/5 210/9 224/25 230/11
tens [1] 163/21
term [3] 145/1 157/17 250/1
terms [15] 10/13 25/19 26/19 46/25 51/15 65/21 72/21 75/1 109/15 158/1 159/3 160/5 200/19 206/8 246/12
terrorist [4] 103/5 103/6 103/7 196/4
testified [7] 12/4 58/2 80/25 138/23 165/2 167/11 216/3
testify [8] 60/7 61/8 61/18 86/22 136/7 167/9 169/2 216/19
testifying [8] 60/25 61/11 61/21 127/10 162/16 166/20
testimony [52] 3/3 5/22 6/6 8/8 10/14 25/3 25/7 26/23 44/18 45/8 47/3 50/19 53/8 53/20 54/18 58/19 61/1 61/12 62/1 62/8 63/17 63/24 64/20 64/25 66/6 75/15 75/19 75/24 78/4 80/19 82/23 84/7 89/8 92/15 92/17 106/6 107/13 108/10 111/11 118/15 124/1 158/21 169/5 192/22 193/6 198/24 207/7 209/9 211/15 238/4 238/10 249/1
text [6] 62/4 114/16 114/20 115/4 115/22 116/12
texted [1] 62/2
textual [1] 231/11
Thanks [5] 15/12 84/9 94/7 166/15 192/3
theirs [1] 66/22
theoretically [1] 223/7
there.' [1] 226/21
therefore [2] 42/24 90/5
they'd [2] 105/13 155/20
they'll [1] 159/25
they're [21] 7/15 7/15 7/17 8/5 9/6 10/11 19/5 48/1 67/24 68/12 104/13 131/11 131/14 131/24 143/8 146/8 148/19 155/22 168/1 173/14 207/14
they've [5] 163/6 201/1 208/14 247/1
thing [16] 38/14 68/15 89/14 105/3 110/11 115/21 146/5 151/15 218/19 219/13 220/16 236/2 245/11

things [16] 30/22 32/23 38/12 38/21 41/4 61/16 174/10
think [170] 8/2 8/24 9/2 9/22 33/11 33/11 35/9 35/17 36/9 37/6 37/7 38/4 39/14 39/22 39/25 40/6 49/15 49/16 50/11 51/19 63/4 63/11 64/18 67/25 70/25 71/1 71/2 74/9 85/6 85/25 86/7 86/13 87/5 90/12 91/4 110/5 113/9 113/11 114/15 114/16 114/17 121/15 121/20 121/21 121/22 122/12 123/18 124/3 129/6 129/15 129/16 131/19 132/8 132/16 134/11 135/8 135/9 136/19 138/7 138/10 138/16 138/17 143/11 147/12 147/16 147/19 148/14 148/22 149/21 151/24 153/12 156/7 160/23 165/2 166/1 168/9 169/2 170/12 170/19 170/25 174/6 175/11 194/8 195/8 196/9 196/16 197/12 198/3 198/13 199/21 199/22 199/25 200/20 201/22 202/3 203/23 204/25 205/16 206/2 206/8 206/10 206/22 207/24 208/2 208/4 208/12 208/13 210/13 210/15 210/18 214/21 216/14 216/25 217/14 218/20 220/15 220/17 223/7 224/2 224/6 226/8 226/18 226/22 227/1 227/7 228/25 227/22 229/15 229/18 229/20 229/23 230/10 230/11 230/25 231/8 232/24 234/23 236/5 236/14 236/17 243/6 243/13 243/14 245/11 245/23 246/16 246/18 246/22 247/13 247/17 248/2 248/9 248/14 248/23 249/5 250/11 250/14 251/6 251/12 252/3 252/10 253/18
thinking [4] 68/11 71/24 149/6 200/8
third [77] 6/11 13/18 23/4 26/2 26/6 31/12 33/2 33/13 33/16 33/19 33/22 34/3 34/6 34/25 36/4 39/23 39/25 40/2 48/13 48/14 58/2 66/22 67/12 67/13 67/24 68/1 68/7 68/17 70/5 70/7 70/18 71/24 72/2 72/22 73/10 77/23 82/5 82/9 82/19 83/4 83/12 102/24 106/8 106/9 118/10 118/12 148/24 158/2 158/5 158/25 159/14 159/7 162/17 162/22 162/25 163/3 163/7 164/13 165/14 172/8 172/19 192/22 193/4 194/9 194/20 211/11 211/25 216/5 226/5 226/9 226/9 229/8 231/11 232/15 237/9 239/22 249/3
third-country [3] 6/11 23/4 33/22 34/25 48/13 66/22 67/23 71/24 72/2 91/8 148/24 162/17 162/22 162/25 163/7 164/23 165/4 172/8 172/19 194/9 211/11 226/5 249/3
third-party [7] 31/12 68/17 72/22 93/12 102/24 226/9 249/3
Thompson [1] 46/17
though [15] 5/21 8/12 38/20 122/4 124/17 144/10 148/14 170/9 170/11 201/18 208/11 225/12 231/23 232/15
thought [3] 201/25 209/20 250/19
three [13] 60/11 60/13 64/5 67/15 127/14 166/10 198/20 208/14 215/13 215/13 216/22 233/4 247/3
three-quarters [1] 60/13
through [18] 14/17 33/14 33/20 57/10 75/18 76/9 104/13 107/9 136/10 142/17 195/15 195/16 197/14 211/7 214/24 241/5 246/11 249/15
throughout [3] 98/13 198/14 220/21
Thursday [1] 56/11
tie [1] 64/11
tied [1] 254/20
time [112] 13/23 15/2 15/9 15/13 18/6 28/9 29/22 32/14 34/21 38/8 41/5 41/17 44/2 44/18 45/17 47/6 48/19 49/23 49/25 50/4 50/20 52/22 53/10 60/6 60/14 61/10 65/18 70/3 71/17 76/19 80/3 80/10 81/8 82/1 82/1 83/3 84/4 85/12 90/1 102/22 115/10 115/13 115/17 116/4 116/6 116/8 128/13 129/1 129/2 130/4 132/14 134/1 134/7 134/21 134/25 135/7 155/25 156/4 156/10 157/16 157/17 158/10 161/10 163/22 164/11 165/22 167/22 169/4 169/14 169/12 174/20 193/22 194/10 194/18 195/20 196/9 197/4 197/11 197/14 199/4 199/17 203/22 206/21 208/17 209/7 209/7 211/6 212/1 212/11 212/11 213/13 215/3 224/15 225/22 226/23 227/13 227/20 229/6 229/12 229/14 232/7 232/15 232/25 233/8 235/10 235/12 236/15 237/15 238/24 240/11 243/6 245/4 254/23
time-barred [1] 240/11
timeline [1] 114/16 212/20
times [10] 48/23 48/24 70/4 111/1 112/21 117/4 196/25 209/11 225/17 239/5
timing [2] 164/18 201/19
tires [1] 220/1
title [2] 94/22 111/3
titled [1] 243/1
today [52] 5/12 36/13 38/5 44/19 46/18 49/12 50/19 51/5 51/15 52/8 54/18 55/19 59/6 60/7 60/13 61/18 62/1 62/8 62/24 63/9 63/24 64/17 74/12 79/12 81/13 88/5 89/8 101/8 101/12 102/8 104/20 106/18 107/10 108/10 111/10 124/25 127/10 130/4 134/17 135/20 136/3 136/6 141/21 141/23 143/1 144/6 147/7 154/15 155/8 161/3 192/13 193/6 197/9 199/6 200/20 206/7 211/5 211/15 212/5 212/6 213/18 213/21 214/1 216/20 220/7 220/9 222/22 223/10 227/10 236/19 236/23 238/2 238/4 238/8 238/10 241/11 247/25 248/8 251/3 252/2 252/6 252/20
today's [2] 198/12 243/15
together [3] 64/6 141/17 233/17
told [33] 6/4 28/24 33/12 43/22 47/18 49/12 53/16 54/9 54/11 59/2 59/9 64/1 74/17 135/5 138/2 139/14 153/15 167/25 170/16 207/16 212/22 213/11 213/16 220/14 220/16 220/18 224/14 233/24 234/4 235/20 235/21 237/20 241/3
tolled [2] 231/9 231/15
tomorrow [3] 106/12 116/25 227/11
tonight [1] 238/8
took [4] 56/3 175/8 229/4 229/6
top [1] 49/1
topic [5] 24/19 30/18 30/20 84/3 202/25
topics [7] 52/7 52/15 54/18 62/24 81/12 84/23 108/19
tops [1] 174/22
torture [24] 6/23 6/23 22/20 22/25 23/23 24/2 58/24 116/2 133/23 142/18 146/3 148/11 219/17 221/20 223/13 234/12 234/24 241/6 241/8 241/17 241/21 242/7 242/9 242/16

tortured [7] 22/16 31/21 150/21 154/17 173/6 174/1 174/10
total [3] 103/2 232/22 244/5
totality [4] 231/11 231/14 231/17 234/19
tough [1] 254/24
toward [1] 229/14
towards [3] 138/4 164/10 228/18
track [1] 78/15
trade [1] 8/8
traditional [1] 226/8
train [1] 14/20
trained [3] 36/5 103/7 251/14
training [2] 17/5 17/6
transcript [7] 1/9 66/5 66/6 191/17 248/8 256/7 256/9
TRANSCRIPTION [1] 1/25 2/12
transferred [1] 18/13
transit [1] 14/16
translate [1] 71/23
trash [1] 147/21
trashing [3] 147/20 153/13 153/14
travel [14] 15/19 16/6 16/16 18/23 145/6 157/17 157/22 157/25 158/6 158/7 158/20 158/22 158/25 215/4
treat [1] 146/8
treated [2] 23/9 23/20
trial [8] 105/14 105/21 105/25 106/7 107/20 108/7 206/22 245/2
tried [2] 18/20 240/10
triggered [1] 227/2
TRO [3] 224/5 247/22 248/2
trotted [1] 251/17
troubling [1] 242/3
true [7] 27/2 80/22 191/19 209/18 213/7 253/11 256/7
truly [3] 67/21 68/21 219/1
Trump [1] 192/21
trusted [1] 5/18
truth [1] 241/15
try [13] 21/21 43/10 76/9 87/7 192/21 194/12 194/21 200/18 201/14 211/8 214/14 235/1 246/3
trying [23] 7/6 16/5 19/3 32/22 43/15 46/3 48/24 61/9 74/23 113/9 117/23 118/12 127/12 137/4 138/7 139/19 153/1 166/14 215/22 228/4 228/4 229/19 251/16
Tuesday [5] 43/13 43/20 44/16 128/14 128/25
turn [4] 94/15 173/16 199/13 222/10
turnaround [1] 253/4
tweet [1] 102/13
tweeted [3] 75/5 75/12 75/19
Twitter [1] 75/13
two [54] 6/5 7/3 9/9 26/24 27/21 28/15 34/21 37/19 41/24 42/6 46/18 49/1 52/20 53/5 60/7 60/11 60/12 65/12 70/24 70/25 100/23 116/12 118/24 127/7 135/23 137/23 139/14 139/15 140/7 140/14 155/22 165/5 166/8 168/23 167/18 197/20 197/21 197/22 203/14 203/17 212/14 220/17 222/24 227/6 229/15 233/19 234/7 234/8 235/22 237/22 237/23 237/24 247/18 249/5 252/22 252/2
types [1] 103/7
typically [4] 55/4 66/23 171/3 250/18

**U**

U.S [34] 31/7 31/19 32/5 32/12 37/20 39/21 50/5 51/7 67/25 68/11 69/6 85/11 85/13 86/8 88/11 95/6 95/25 96/5 103/14 104/5 104/22 104/22 104/23 106/11 106/21 115/18 116/1 130/5 134/8 140/23 141/6 144/10 155/25 210/12
U.S.'s [1] 31/24
U.S.C [4] 229/22 229/23 229/24 256/6
Uganda [74] 4/22 21/9 21/15 21/16 21/20 42/18 43/23 44/2 44/4 44/7 44/11 44/12 45/6 46/25 47/11 47/14 47/16 48/8 77/18 114/13 115/1 115/7 115/14 115/15 115/18 116/2 116/15 116/16 116/25 117/2 117/5 121/8 121/13 121/24 122/5 124/4 124/4 124/9 124/12 124/15 126/20 128/10 133/19 133/23 134/3 134/12 134/15 134/18 134/20 135/5 138/16 141/5 212/22 213/5 213/8 213/12 213/16 213/17 214/4 214/10 223/24 233/25 234/1 234/13 234/18 234/23 236/8 236/9 236/24 237/2 237/8 238/17 248/23 248/24
Uh [1] 86/12
Uh-huh [1] 86/12
Ulander [5] 4/8 6/4 6/19 161/11 192/1
ultimate [1] 250/20
ultimately [2] 93/5 134/20
Um [1] 62/9
umbrella [1] 42/11
under [60] 6/23 7/9 8/1 9/4 9/9 9/12 10/15 11/2 23/10 23/19 25/12 25/14 26/9 26/10 29/17 30/1 31/15 36/7 61/13 33/7 33/10 33/11 42/9 46/13 84/6 84/17 95/5 97/11 98/20 98/23 99/18 103/8 124/4 126/7 143/14 161/1 162/6 164/24 172/18 174/20 192/20 193/25 194/25 197/13 200/15 200/24 210/14 210/17 211/5 217/15 218/4 221/10 230/7 230/13 231/2 231/2 234/23 244/16 254/2 254/17
under-seal [1] 174/20
undercuts [1] 147/7
underlying [1] 193/8
underneath [3] 42/5 50/12 118/18
understand [73] 7/10 18/25 20/21 27/9 32/11 32/18 35/15 37/2 37/2 47/13 50/9 51/14 54/17 55/9 65/15 66/20 68/5 68/24 73/24 81/18 82/3 85/9 98/2 100/18 100/23 102/14 109/11 113/10 114/2 115/13 115/17 116/11 118/14 118/20 119/3 119/7 122/12 123/22 130/8 130/17 131/23 133/20 140/21 140/17 142/22 143/9 143/12 143/24 144/3 144/9 144/9 144/16 150/13 151/17 153/25 163/22 201/2 201/6 201/9 207/21 208/7 210/19 215/20 217/7 222/4 249/24 249/6 250/24 251/3 252/22 254/16 254/17
understanding [85] 7/21 19/16 19/18 19/24 19/25 20/4 20/13 20/20 21/2 23/25 24/1 24/4 24/8 25/12 25/16 26/9 26/12 26/20 26/21 27/12 27/16 28/4 29/20 32/3 32/11 33/5 34/2 34/7 35/24 37/3 43/6 44/10 44/10 44/13 44/14 44/23 45/6 45/25 47/11 47/14 48/18 49/6 57/16 59/9 60/6 60/12 64/10 76/23 87/14 89/23 101/7 141/25 142/5 142/12 143/8 143/12 143/14 144/3 144/4 144/9 144/19 151/20 151/22 152/24 153/1 153/7 155/12 162/9 167/1 172/6 174/10 201/19 201/24 210/21 211/6 217/20 218/9 221/13 222/17 223/6 224/9 231/23 234/10 235/14 241/10

## U

understanding... [52]  62/19 81/7 78/6 95/9 92/15
97/22 97/24 98/12 99/1 100/8 119/3 119/22 122/3 122/4
122/2 130/3 134/20 141/20 142/24
143/3 143/7 143/8 143/15 143/17 143/20 155/8
157/22 162/21 163/2 164/6 164/9 166/25 167/2 167/4
167/15 168/11 168/13 173/12 200/14 202/11 214/8
218/7 218/10 218/12 219/10 223/20 234/11 234/23
235/5 235/6 238/16
understands [3]  86/14 86/16 194/16
understood [12]  54/24 44/12 51/2 53/10 62/18 89/25
125/20 126/2 131/7 151/2 153/8 251/24
undertaken [2]  142/22 146/19
underway [1]  213/16
undisputed [1]  211/6
unequivocal [1]  162/1
unequivocally [1]  168/10
unfair [1]  210/24
unfortunate [1]  215/18
unfortunately [2]  74/24 196/18
unheard [1]  194/10
unit [10]  15/25 16/1 16/11 17/1 17/5 17/7 18/23
18/24 19/3 128/20
UNITED [62]  1/1 1/10 4/3 6/10 13/21 14/6 14/9
14/17 15/6 16/6 16/18 18/19 19/19 20/16 20/18
21/20 21/22 23/3 23/6 23/15 23/19 26/7 28/11 40/7
40/8 56/13 75/6 86/3 86/16 87/10 102/11 106/16
107/1 107/4 107/18 108/5 115/15 120/16 121/7 163/1
163/5 163/14 163/18 164/19 164/22 164/23 166/21
172/25 173/5 173/7 194/21 196/7 196/10 197/1 200/4
206/11 206/12 218/14 230/18 250/13 256/5 256/11
unite [2]  17/4 171/22
universe [1]  222/10
unless [6]  9/4 93/24 122/10 198/10 205/19 209/19
unlikely [1]  101/15
unpalatable [1]  200/25
unpublished [1]  225/20
unredacted [2]  193/2 193/15
unsealed [1]  191/24
untangled [1]  244/8
until [31]  14/3 37/7 41/12 50/23 56/14 59/3 75/21
80/4 84/5 111/9 142/11 154/3 164/8 196/20 198/10
206/6 208/15 213/18 220/7 220/7 221/22 222/4
223/18 234/7 248/16 248/18 249/24 250/14 250/19
251/22 253/12
unusual [3]  69/11 92/8 229/12
unwilling [1]  243/24
up [36]  9/1 10/23 18/19 34/18 45/23 68/15 73/7
77/19 80/3 85/19 85/19 99/3 110/22 120/4 120/4
129/7 136/21 136/21 146/25 155/5 168/25 175/19
198/10 198/21 202/3 204/15 206/8 206/9 212/6 217/6
217/10 235/11 241/21 247/13 251/11 254/20
upon [9]  57/9 67/21 81/17 105/25 106/21 106/22
119/8 126/16 200/3
upside [1]  207/7
URQUHART [2]  1/14 1/18
USCIS [11]  57/7 57/11 134/9 143/7 143/12 173/22
173/24 174/1 174/6 174/8 174/13
use [13]  40/16 65/17 72/21 144/22 145/1 153/6
158/10 158/12 164/14 169/8 215/20 215/20 217/15
used [5]  7/17 68/16 72/10 80/4 212/2
useful [3]  68/21 69/5 69/8
uses [2]  9/23 78/15
using [2]  158/16 208/5
usual [1]  197/24

## V

VA [1]  1/23
vague [7]  27/7 54/20 76/14 104/8 134/4 167/6
170/15
valid [2]  37/21 219/3
validated [1]  197/2
various [5]  58/20 69/24 94/21 96/5 200/22
Verification [1]  158/13
verifications [1]  17/19
verify [1]  158/16
version [2]  158/17 193/14
versus [4]  74/22 112/16 112/24 162/18
very [63]  11/14 51/3 51/11 57/17 34/7 34/18 39/10 45/3
46/3 58/18 59/1 59/21 60/2 61/22 69/11 69/11 70/9
70/10 70/10 80/6 86/2 86/14 87/25 97/5 97/23
101/15 103/13 105/3 114/10 118/7 120/18 125/23
125/10 129/12 129/25 141/24 148/7 149/8 152/18
154/3 160/21 160/24 161/2 161/24 162/1 166/13
166/15 168/6 214/25 216/12 216/17 216/23 219/4
220/9 225/9 225/25 228/13 238/25 238/25 241/21
242/3 244/16 249/11 252/16
viable [4]  198/23 246/25 247/1 251/4
Victor [1]  195/16
view [14]  8/5 37/16 57/22 68/23 79/10 102/15
143/21 143/21 144/2 144/11 204/18 211/25 228/6
232/7
vii [1]  243/18
vindictive [2]  106/1 197/8
vindictiveness [1]  87/14
virtue [1]  210/7
vis [8]  105/24 105/24 144/4 144/4 161/21 161/21
163/5 163/5
visibility [3]  33/23 34/2 91/14
visit [1]  69/2
voir [7]  60/21 123/23 123/10 123/13 123/16 130/15
132/3
volume [1]  162/17
voluntarily [1]  236/2
vs [1]  1/5

## W

W-A-L-L [1]  135/11
wade [1]  9/3
wait [6]  28/19 55/23 169/11 174/25 175/13 175/24
waited [1]  152/14
waiting [1]  38/8

waived [2]  137/2 137/3
waiver [1]  132/5
wall [illegible] [2]  135/25 136/1
wall... [illegible]
Wall [8]  64/13 135/9 135/11 135/12 140/14 156/11
203/7 203/24
want [90]  5/16 7/5 7/8 7/8 9/12 10/8 20/14 20/20
27/3 32/4 34/23 37/2 37/14 39/5 48/24 55/23 57/2
58/18 58/23 59/23 60/4 65/14 67/25 72/5 76/6 79/24
84/23 87/7 89/13 90/19 96/17 96/19 97/1 97/22 98/3
98/4 99/3 109/25 110/4 111/3 113/6 118/11 120/19
123/20 125/13 126/16 132/11 133/7 136/10 136/13
136/13 137/24 138/11 139/18 148/9 151/20 152/4
153/15 153/21 155/3 161/6 164/12 164/17 165/11
165/19 167/7 167/20 168/8 173/1 175/6 175/21
200/18 200/18 202/7 203/5 209/9 212/19 221/7 222/9
224/20 224/22 228/9 232/14 232/14 233/1 242/12
242/14 243/3 250/1 251/20
wanted [28]  36/4 37/13 39/1 67/10 74/5 74/5 87/19
89/1 89/10 109/10 111/7 111/25 112/9 112/9 114/1
125/22 152/17 160/21 165/18 175/13 198/14 215/10
217/2 224/13 229/10 245/11 253/9 254/19
wants [2]  68/11 137/12
warrants [2]  246/21
was [452]
Washington [4]  1/20 2/6 2/9 214/19
wasn't [21]  39/13 60/15 64/1 69/5 69/8 93/1 93/2
93/3 101/12 131/7 134/15 152/12 194/4 195/25
196/13 206/3 219/7 220/22 221/23 234/7 239/10
watching [1]  10/3
waterfall [1]  204/22
way [51]  8/3 18/4 35/6 36/17 37/17 37/18 38/12
38/14 43/8 43/11 55/10 57/19 57/22 60/14 60/17 64/23
65/24 71/22 77/23 79/12 82/5 83/2 83/8 88/24 89/2
99/1 108/7 111/22 118/20 121/15 121/21 124/22
131/19 131/20 145/12 149/22 151/24 199/7 200/8
200/22 208/23 210/10 215/22 218/25 220/1 223/24
234/20 242/14 246/20 248/12 251/16 254/17
ways [7]  14/20 14/20 26/24 30/18 30/24 152/25
153/1
we'd [1]  210/16
we'll [29]  7/20 10/13 38/23 44/21 55/16 61/23 65/4
76/7 76/8 84/8 90/20 102/5 133/2 133/19
151/17 153/25 160/12 162/3 175/1 175/24 199/24
202/1 219/11 220/1 236/6 243/6 253/1 253/14
wear [1]  5/2
Wednesday [20]  28/16 28/16 28/25 52/21 53/5 53/17
56/12 56/14 56/18 60/1 60/12 127/6 138/3 138/15
140/21 167/25 168/2 208/15 212/10 238/5
week [28]  9/19 37/19 38/22 43/4 43/13 43/20 44/8
44/8 44/16 49/23 49/25 50/4 50/23 50/24 51/4 61/16
75/21 77/15 91/23 92/4 92/5 143/2 144/20 145/17
149/10 199/12 220/7 227/14
weekend [4]  91/23 159/20 195/19 255/1
weeks [33]  34/5 34/21 38/6 57/10 69/1 211/12 215/5
215/6 215/11 217/3 234/1 234/5 237/20
weigh [1]  149/13
weighty [1]  8/11
welcome [3]  120/9 161/10 174/25
well [110]  7/10 7/15 7/17 7/20 22/10 24/11 24/13
25/22 28/19 28/20 29/16 29/21 30/15 33/20 35/11
36/5 37/23 38/7 39/5 41/3 43/2 53/9 55/8 58/2
63/18 70/20 78/5 86/19 87/12 87/21 96/10 96/21
96/23 106/5 108/3 110/8 110/9 111/11 111/18 112/4
112/18 119/11 121/17 121/21 124/6 124/8 124/11
125/12 126/22 129/7 129/9 130/25 131/1 132/11 132/8
139/24 140/17 142/2 146/11 147/5 147/8 148/4
148/19 148/23 149/11 150/14 151/8 152/24 155/23
163/9 164/8 169/11 169/19 170/16 174/10 176/11
174/11 174/13 189/5 202/3 205/25 219/9 221/23
223/16 224/20 227/3 227/5 227/20 229/3 229/21
231/8 232/15 235/6 235/23 236/3 236/22 242/17
246/9 248/20 249/15 251/14 252/9 254/23
well-trained [2]  36/5 251/14
went [5]  21/23 68/2 165/19 167/24 196/22
west [2]  41/13 201/5
Western [1]  214/18
Whac [1]  211/15
whatever [13]  58/21 74/12 75/13 102/22 111/3 122/8
148/11 155/9 155/25 191/23 209/1 216/7 250/1
whatsoever [10]  44/15 88/10 116/4 139/8 175/23
192/21 198/19 211/8 211/16 248/3
whenever [6]  11/16 12/13 38/15 82/1 84/18 162/8
whether [55]  27/2 30/2 32/15 57/19 57/25 62/4 62/4
67/4 67/9 79/13 79/18 80/13 85/25 89/1 101/4 105/13
105/20 106/20 106/25 107/4 107/6 107/18 107/20
108/4 115/17 115/21 116/1 116/5 123/25 124/15
125/24 127/15 132/4 134/13 148/10 148/10 154/16
154/22 154/25 166/22 170/2 171/2 173/4 173/24
174/8 174/8 200/23 214/1 216/22 220/3 221/11
224/22 224/24 246/1 246/4
whichever [1]  153/15
while [23]  17/8 41/5 104/13 126/7 168/16 175/5
175/10 175/13 175/18 191/24 226/8 226/14 228/11
229/11 229/19 235/7 236/19 237/5 241/17 242/7
242/15 243/4 250/6
white [8]  48/2 48/21 118/22 123/1 123/2 123/3
216/10 245/23
who's [1]  55/11
whoever [1]  93/4
whole [3]  10/3 83/15 110/11
whom [2]  53/13 235/19
willfully [1]  110/16
willing [5]  34/1 101/21 162/25 205/24 247/12
willingness [3]  86/18 198/19 202/5
window [1]  226/22
windows [1]  225/5
wish [8]  65/12 94/25 122/9 124/21 161/3 238/17
249/2
wished [1]  204/7
withdraw [9]  43/10 126/17 128/8 137/19 140/13

166/19 168/20 219/19 242/9
withdrawn [17]  45/13 46/6 49/5 51/13 55/8 63/25
65/24 65/24 68/8 85/15 92/15 99/13 105/10
107/24 107/25 108/6 247/24
withhold [12]  209/19
withholding [30]  19/19 70/5 72/22 73/7 77/4 77/24
79/7 80/15 81/10 81/20 83/2 83/4 83/10 83/20
103/17 109/3 118/12 159/8 192/14 192/19 194/1
194/3 194/5 194/11 194/19 209/16 209/23 210/20
218/23 232/21
within [27]  9/15 23/25 34/5 34/9 38/6 40/3 42/2
42/11 48/1 58/4 101/3 103/15 114/6 116/11 118/15
173/22 212/1 218/15 224/6 228/21 229/18 230/18
230/19 234/5 240/12 245/10 245/12
without [15]  60/24 75/18 90/25 91/20 124/23 173/9
195/14 200/9 200/10 201/2 215/4 218/9 218/23
246/15 250/24
witness [60]  5/12 5/18 7/5 7/18 11/15 26/15 26/21
37/12 38/25 64/9 64/24 84/16 86/8 86/10 87/8 94/8
95/22 109/23 110/13 110/15 111/19 111/22 113/3
113/12 120/8 120/9 120/16 121/7 121/13 123/8
123/10 123/14 123/16 124/9 124/18 124/23 131/15
132/2 132/14 148/20 149/14 149/17 150/8 150/16
162/5 193/6 202/8 202/12 212/6 215/15 216/3 216/16
216/18 222/12
witness's [5]  25/19 113/1 169/9 206/9 206/9
witnesses [2]  3/2 153/15
won't [7]  10/1 10/23 123/10 165/24 199/19 206/17
243/16
wonder [1]  148/1
word [4]  47/19 103/14 144/22 200/1
words [11]  62/10 68/6 85/8 98/5 103/14 106/20
112/15 133/4 155/16 200/20 227/13
work [11]  15/4 38/12 48/1 48/12 74/23 79/10 155/14
159/10 231/25 235/11 249/1
worked [18]  13/11 13/12 14/6 14/16 14/19 15/14
15/19 17/17 18/17 18/19 18/21 18/22 18/24 19/3
49/20 60/15 192/16 231/25
working [11]  13/19 14/8 39/20 40/5 41/5 73/9 76/12
83/9 173/12 224/9 238/11
workplace [1]  7/19
works [2]  50/8 204/22
world [6]  10/3 13/17 34/15 41/8 41/10 139/12
worldwide [1]  148/8
worried [2]  85/24 125/11
wouldn't [5]  68/25 109/10 166/4 222/2 248/17
wrap [1]  175/19
write [4]  9/13 111/6 110/10 227/21
writing [6]  6/17 124/25 228/1
written [2]  35/18 216/19
wrong [4]  132/9 149/4 149/5 239/15
wrote [1]  35/23

## X

Xing [1]  231/16
XINIS [2]  1/9 4/5

## Y

yeah [41]  12/20 11/22 47/6 47/22 51/21 53/2 63/20
64/18 68/8 71/12 72/8 76/3 76/15 76/16 80/1 93/25
95/8 97/1 99/12 107/12 107/12 107/16 114/15 125/6
125/10 131/3 137/10 137/12 146/13 152/10 156/23
156/24 162/9 166/3 167/7 175/8 199/21 200/20 206/4
212/21 253/10
year [20]  21/11 67/5 67/11 70/22 74/6 77/15 80/8
103/18 104/1 104/2 105/17 145/9 164/1 164/8 165/3
165/9 172/20 195/12 201/20 211/10
years [15]  39/20 40/5 41/20 41/21 41/23 69/17
69/25 74/16 74/16 97/25 163/6 192/13 197/21 217/5
233/4
Yep [4]  111/13 158/3 161/23 208/19
yes [204]  5/14 6/17 11/9 13/2 13/8 15/11 21/7 22/5
22/22 23/2 24/3 24/17 24/20 25/5 25/13 26/3 26/8
26/21 28/1 29/4 29/11 30/21 31/22 32/23 33/8 38/2
40/9 41/10 41/20 42/20 42/24 42/22 43/1 44/20 45/8
48/11 49/4 49/18 50/7 50/17 51/13 52/1 54/2 56/5
57/8 58/25 59/18 60/20 61/2 62/22 63/1 64/18 65/11
65/16 66/10 66/16 69/22 69/23 70/1 71/13 71/20
72/14 73/5 77/18 78/24 78/18 78/24
79/3 79/11 80/5 80/11 80/24 81/25 84/22 86/23
89/16 89/18 90/16 91/2 91/2 91/2 91/3 94/22 95/2
95/15 95/23 98/9 98/11 98/15 98/13 98/14 98/18
98/19 98/25 99/22 100/11 100/13 100/17 100/22
101/1 101/24 103/23 104/9 106/9 106/18 107/10 107/13
113/18 113/18 114/18 115/3 116/24 117/3 118/6
118/17 120/6 120/13 122/11 124/13 125/13 125/17
126/15 126/20 127/8 127/25 128/6 128/6 128/20
129/11 129/11 129/19 129/24 133/25 135/3 135/3
135/15 135/15 136/7 136/19 137/7 139/13 141/13
141/14 142/2 142/6 142/9 142/10 143/9 143/20 144/5
145/10 155/7 156/9 157/19 160/12 161/3 161/4
162/13 162/15 162/22 162/20 163/23 164/21
165/1 165/1 166/2 167/5 167/11 168/5 169/14 171/7
172/11 172/13 172/16 174/5 192/2 199/10 199/12
199/16 201/3 201/4 201/6 203/10 204/11 213/19
217/25 217/24 228/21 235/24 236/14 237/23 238/9
239/23 240/20 241/7 241/25 242/15 243/6 247/2
249/21 254/8 254/9
yesterday [6]  60/1 60/13 135/9 135/14 136/11 139/6
yet [13]  53/6 53/19 56/15 55/20 141/11 141/11
141/13 162/3 167/2 196/13 201/8 227/7 247/11
York [4]  1/15 19/10 19/11 68/10
you'd [3]  69/1 94/19 100/11
you'll [2]  94/15 157/17
you's [1]  48/12
yourself [8]  25/25 52/7 52/15 62/1 62/24 144/3
144/9 222/25
yourselves [1]  4/13

## Z

Zadvydas [33]  112/23 123/19 124/14 124/16 147/4

**Z**

**Zadvydas... [28]**  194/8 194/10 194/16 194/23 195/9
197/12 197/15 197/20 219/8 221/2 221/4 221/7
221/10 224/21 225/3 228/17 228/21 229/16 229/18
244/6 244/19 246/2 247/18 247/23 253/6 253/10
253/13 254/3
**Zavvar [3]**  195/1 195/8 209/5
**Zoom [1]**  220/17