**Kilmar Armando Abrego Garcia**

vs.

**Secretary Kristi Noem et al**

FILED _____ _____ ENTERED
_____ LOGGED _BU_ RECEIVED

OCT 1 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil No. PX 25-2780

**Petitioner Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/10/2025 | 10/10/2025 | Letter from U.S. Embassy in Costa Rica dated 08/21/2025 |
| 2 | 10/10/2025 | 10/10/2025 | Notice of Designation of Country of Removal |
| 3 | 10/10/2025 | | Definition of 8 U.S.C. § 1231(b)(2)(A) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)