Kilmar Armando Abrego Garcia

vs.

Secretary Kristi Noem et al

___ FILED   ___ ENTERED
___ LOGGED  _BV_ RECEIVED

OCT 1 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil No. PX 25-2780

Respondent Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/10/2025 | 10/10/2025 | SEALED EXHIBIT |
| 2 | 10/10/2025 | 10/10/2025 | SEALED EXHIBIT |
| 3 | 10/10/2025 | 10/10/2025 | 03/30/2025 Memo regarding Guidance Regarding Third Country Removals |

Exhibit List (Rev. 3/1999)