IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA
**Plaintiff**

vs.

SECRETARY KRISTI NOEM et al
**Defendant**

Case No.: PX 25-2780

\*\*\*\*\*\*

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
OCT 1 0 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| All Petitioner's exhibits returned: 10/10/2025 | All Respondents' exhibits returned: 10/10/2025 |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
X _[signature]_
Andrew Rossman
Simon Sandoval-Moshenberg
Jonathan Cooper
Sascha Rand
Nithya Pathalam
Olivia Horton

Counsel for Defendant(s):
X _[signature]_
Jonathan Guynn
Bridget O'Hickey
Drew Ensign
Ernesto Molina

Date: October 10, 2025