```
_____ FILED      _____ ENTERED
_____ LOGGED   BL  ✓ RECEIVED
```

OCT 1 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Abrego Garcia, et al.                *

Plaintiff,                                  *

v.                                              *     Case No. 8:25-cv-02780

Noem, et al.                              *

Defendant.                              *

### REQUEST FOR ENTRY OF APPEARANCE
### ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of **Respondents**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| Arizona | 9/19/08 |
| California | 8/25/06 |
| District of Columbia | 9/10/07 |
| Texas (inactive) | 12/28/17 |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

10/9/25
Date

_Drew C. Ensign_
Signature

Drew C. Ensign, Arizona - 025463
Printed name and bar number

950 Pennsylvania Avenue, NW Washington, DC 20530-0001
Address

drew.c.ensign@usdoj.gov
Email address

(202) 514-2331
Telephone number

_____
Fax number

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**