# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| **KILMAR ARMANDO ABREGO GARCIA,** | * |
| **Petitioner,** | * |
| v. | * CIVIL NO. 8:25-cv-2780-PX |
| **KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,** | * |
| **Respondents.** | * |

## MOTION TO WITHDRAW/STRIKE APPEARANCE

Respondents, by and through undersigned counsel, respectfully move this Court for an order permitting Bridget K. O'Hickey to withdraw as counsel of record for Respondents in the above-referenced matter. Respondents will be represented by remaining counsel in the matter. Counsel for Petitioner has been made aware of the request and indicates Petitioner does not object.

Wherefore, based on the foregoing, Respondents respectfully request that the Court grant this motion and strike the appearance of Bridget K. O'Hickey as counsel for Respondents.

Dated: October 27, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General Civil Division,
Office of Immigration Litigation

*/s/ Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-8679
bridget.k.ohickey@usdoj.gov

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

*/s/ Bridget K. O'Hickey*
BRIDGET K. O'HICKEY