```
                                                    ____ FILED      ____ ENTERED
                                                    ____ LOGGED   BU ____ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OCT 1 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Abrego Garcia, et al.                *

**Plaintiff,**
                                     *
v.                                           Case No. 8:25-cv-02780
                                     *
Noem, et al.
                                     *
**Defendant.**

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of **Respondents**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| TEXAS | 9/18/2020 |
| NEW YORK | 3/11/2014 |
|  |  |
|  |  |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

10/9/2025
Date

Signature

JONATHAN GWYNN   24120232 (TEXAS)
Printed name and bar number

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

Address

JONATHAN.GWYNN@USDOJ.GOV
Email address

202-514-7835
Telephone number

Fax number

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**