UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>               Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>               Respondents. | Case No. 8:25-cv-02780 (PX) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of October 27, 2025 (ECF No. 63), the Parties respectfully submit the following joint proposed schedule:

1. **Friday, November 7, 2025**: Petitioner shall file a brief in support of his habeas petition. Respondents shall file a brief in support of their motion to dissolve the preliminary injunction.

2. **Friday, November 14, 2025**: The Parties shall file simultaneous response briefs.

3. **Between Tuesday, November 18, 2025 and Monday, November 24, 2025**: The Court shall hold a hearing on the pending motions at a date and time convenient to the Court.

Dated: October 28, 2025

Respectfully submitted,

By: */s/ Jonathan G. Cooper*  By: */s/ Drew C. Ensign*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton* (*pro hac vice*)
Nithya Pathalam** (*pro hac vice*)
1300 I St. NW, Suite 900
Washington, DC 20005
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com
**admitted in Texas; not admitted in D.C.*
*Supervised by attorney admitted in D.C.*
***admitted in New York; not admitted in D.C.*
*Supervised by attorney admitted in D.C.*

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-239
ssandoval@murrayosorio.com

*Counsel for Petitioner*

(signed by Jonathan G. Cooper with permission of Drew Ensign)
Drew C. Ensign
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH HEDGES
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679

*Counsel for Respondents*