UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO TRANSPORT PETITIONER TO THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE FOR A TEMPORARY PERIOD** |

Respondents hereby move the Court for leave to transport Petitioner Kilmar Armando Abrego to the U.S. District Court for the Middle District of Tennessee for the limited purpose of attending an evidentiary hearing on November 4-5 in his criminal case. Petitioner, through counsel, does not oppose this request.

On August 27, 2025, this Court granted Petitioner, Kilmar Armando Abrego Garcia, a preliminary injunction barring Defendants, members of the United States government from lawfully removing the Petitioner outside of the continental United States and requiring that the Immigration and Customs Enforcement maintain his detention within a 200-mile radius of Greenbelt, Maryland. ECF No. 20 ("Order"). At the status conference on August 27, 2025, the Court provided "[i]f anything changes", the parties may seek amendments or reconsideration by separate motion. *See* ECF 24 at 15. Consistent with the Court's Order, Petitioner has been detained at the Moshannon Valley Processing Center located in Phillipsburg, Pennsylvania (151 physical miles from Greenbelt, Maryland).

On October 16, 2025, Judge Waverly D. Crenshaw, Jr. of the U.S. District Court for the Middle District of Tennessee set an evidentiary hearing for November 4-5, 2025 regarding the parties' pretrial motions in Petitioner's criminal case. *See U.S. v. Abrego Garcia*, 3:25-cr-115,

1

ECF 167. The government has agreed to make Petitioner available for the hearing in Nashville, Tennessee. However, Nashville is located 577 physical miles from Greenbelt, Maryland. Accordingly, consistent with the Court's intent to facilitate Petitioner's access to counsel for both his civil and criminal proceedings, Respondents hereby request leave of court to transport Petitioner outside of the 200-mile radius required by the Court's August 27 Order, for the limited purpose of allowing Petitioner to be physically present for the evidentiary hearing set for November 4-5. Once the hearing is completed, Respondents take appropriate steps to return Petitioner to a detention facility with the Court's prescribed 200-mile radius.

Petitioner, through counsel, does not oppose this motion.

///

///

///

///

///

///

///

///

///

///

///

///

///

## CONCLUSION

For the foregoing reasons, the Court should grant leave to transport Petitioner to Nashville, Tennessee for the limited purpose of attending the evidentiary hearing.

Dated: October 30, 2025             Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Office of Immigration Litigation

JONATHAN GUYNN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Torts Branch

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR.
Deputy Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation –
   General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov

*ATTORNEYS FOR RESPONDENTS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

        */s/ Ernesto H. Molina, Jr.*
        ERENSTO H. MOLINA, JR.
        Deputy Director
        United States Department of Justice
        Civil Division
        Office of Immigration Litigation -
          General Litigation and Appeals Section