UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>NOTICE OF FILING OF (PROPOSED) ORDER REGARDING RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO TRANSPORT PETITIONER TO THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE FOR A TEMPORARY PERIOD |

Respondents hereby provide notice of the submission of Respondents' (Proposed) Order Regarding Respondents' Unopposed Motion for Leave to Transport Petitioner to the U.S. District Court for the Middle District of Tennessee for a Temporary Period. On October 30, 2025, Respondents' filed their motion for leave to transport Petitioner to the Middle District of Tennessee, but failed to add the proposed order as an attachment. Accordingly, it is being attached to this notice.

Dated: October 30, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Office of Immigration Litigation

JONATHAN GUYNN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Torts Branch

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR.

1

Deputy Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation –
   General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov

*ATTORNEYS FOR RESPONDENTS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                      */s/ Ernesto H. Molina, Jr.*
                                      ERENSTO H. MOLINA, JR.
                                      Deputy Director
                                      United States Department of Justice
                                      Civil Division
                                      Office of Immigration Litigation -
                                            General Litigation and Appeals Section