UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>ORDER REGARDING RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO TRANSPORT PETITIONER TO THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE FOR A TEMPORARY PERIOD |

**ORDER**

Before the Court is Respondents' Unopposed Motion for Leave to Transport Petitioner to the U.S. District Court for the Middle District of Tennessee for a Temporary Period ("Motion for Leave"), filed on October 30, 2025. ECF No. 68.

After review, the Court GRANTS Respondents' Motion for Leave. It is hereby ORDERED that:

(1) Notwithstanding the preliminary injunction entered by the Court on August 27, 2025, at ECF No. 20, which required the Respondents to maintain the detention of Petitioner Kilmar Armado Abrego Garcia at a location no further than 200 miles from the location of the Court in Greenbelt, Maryland, Respondents may transport Petitioner to the U.S. District Court for the Middle District of Tennessee for the purpose of allowing him to attend the evidentiary hearing set in his criminal proceeding for November 4 and 5, 2025;

(2) Upon being transported to the Middle District of Tennessee, Respondents may make such arrangements for his detention as are appropriate to allow him to attend the multi-day hearing; and

(3) Upon the conclusion of the evidentiary hearing, Respondents shall return Petitioner to an appropriate facility that complies with the Court's injunction at ECF No. 20 within three business days.

DATE: <u>October 30, 2025</u>                                 \_\_\_/S/_____
                                                                           Paula Xinis
                                                                           United States District Judge