# EXHIBIT E

**Morgan Anastasio**

| | |
|---|---|
| **From:** | Wall, Charles <Charles.Wall@ice.dhs.gov> |
| **Sent:** | Thursday, October 9, 2025 5:16 PM |
| **To:** | Simon Sandoval-Moshenberg; Ensign, Drew C (CIV); O'Hickey, Bridget K (CIV); Molina, Ernesto H. (CIV) |
| **Cc:** | Jonathan Cooper; Sascha Rand; Benjamin Osorio; Olivia Horton; Jeffrey Then; Sean Hecker; Andrew J. Rossman; Olivia Horton; Guynn, Jonathan (CIV) |
| **Subject:** | RE: [External] Abrego Garcia Removal Notification |
| **Attachments:** | SYOK-ERO-FL25100911540.pdf; Served Notification of Removal_ABREGO_201 577 119.pdf |

[EXTERNAL EMAIL from charles.wall@ice.dhs.gov]

Mr. Sandoval-Moshenberg,

I apologize for the delay. See attached notices served this morning on your client. The Ghana notice was premature. Please disregard.

Charlie

Charles Wall
Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**\*\*\* ATTORNEY/CLIENT PRIVILEGE \*\*\* ATTORNEY WORK PRODUCT \*\*\***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
**Sent:** Thursday, October 9, 2025 4:50 PM
**To:** Wall, Charles <Charles.Wall@ice.dhs.gov>; Ensign, Drew C (CIV) <drew.c.ensign@usdoj.gov>; O'Hickey, Bridget K (CIV) <bridget.k.o'hickey@usdoj.gov>; Molina, Ernesto H. (CIV) <ernesto.h.molina@usdoj.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Jeffrey Then <jthen@heckerfink.com>; Sean Hecker <shecker@heckerfink.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Olivia Horton <oliviahorton@quinnemanuel.com>
**Subject:** RE: [External] Abrego Garcia Removal Notification

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

1

Charles, Drew, Bridget, Ernie:

Following up on the below.  Please immediately provide a copy of the document that was served on Mr. Abrego Garcia today, as ordered by Judge Xinis.

**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Simon Sandoval-Moshenberg
**Sent:** Thursday, October 9, 2025 11:58 AM
**To:** 'Wall, Charles' <Charles.Wall@ice.dhs.gov>; 'Ensign, Drew C (CIV)' <drew.c.ensign@usdoj.gov>; 'O'Hickey, Bridget K (CIV)' <bridget.k.o'hickey@usdoj.gov>; Molina, Ernesto H. (CIV) <ernesto.h.molina@usdoj.gov>
**Cc:** 'Jonathan Cooper' <jonathancooper@quinnemanuel.com>; 'Sascha Rand' <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; 'Olivia Horton' <oliviahorton@quinnemanuel.com>; 'Jeffrey Then' <jthen@heckerfink.com>; 'Sean Hecker' <shecker@heckerfink.com>; 'Andrew J. Rossman' <andrewrossman@quinnemanuel.com>; 'Olivia Horton' <oliviahorton@quinnemanuel.com>
**Subject:** RE: [External] Abrego Garcia Removal Notification
**Importance:** High

Mr. Wall,

Good morning.  Mr. Abrego Garcia has just informed us that he's been served a new designation of a new country of removal.  Please provide us with a copy of that document immediately.

Thank you.


Best,

**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

2

**From:** Simon Sandoval-Moshenberg
**Sent:** Friday, September 5, 2025 4:04 PM
**To:** Wall, Charles <Charles.Wall@ice.dhs.gov>; Ensign, Drew C (CIV) <drew.c.ensign@usdoj.gov>; O'Hickey, Bridget K (CIV) <bridget.k.o'hickey@usdoj.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Jeffrey Then <jthen@heckerfink.com>; Sean Hecker <shecker@heckerfink.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Olivia Horton <oliviahorton@quinnemanuel.com>
**Subject:** RE: [External] Abrego Garcia Removal Notification

Thank you for your email.

By means of this e-mail, Mr. Abrego Garcia, by counsel, hereby expresses a fear of torture and persecution upon removal to Eswatini. Third-country nationals previously removed from the United States to Eswatini have all been detained in extremely harsh and torturous conditions; that country has a well-documented record of human rights violations; and to our knowledge Eswatini has offered no guarantees that it will not promptly re-deport Mr. Abrego Garcia to El Salvador, where he has already experienced torture and will experience torture again.

Please confirm receipt of this email, and please confirm that you accept this email as a statement of fear of removal to Eswatini.


Best,




**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**


**From:** Wall, Charles <Charles.Wall@ice.dhs.gov>
**Sent:** Friday, September 5, 2025 3:56 PM
**To:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Benjamin Osorio <Benjamin@murrayosorio.com>
**Subject:** [External] Abrego Garcia Removal Notification

Dear Mr. Abrego Garcia,

As you know, the United States seeks to remove you from the United States based on your final order of removal. Currently, you are designated to be removed to Uganda. Your attorney has informed us, however, that you fear persecution or torture in Uganda.

3

That claim of fear is hard to take seriously, especially given that you have claimed (through your attorneys) that you fear persecution or torture in at least 22 different countries. Those countries include:

- El Salvador
- Uganda
- Mexico
- Belize
- Costa Rica
- Guatemala
- Honduras
- Nicaragua
- Panama
- Argentina
- Bolivia
- Brazil
- Chile
- Colombia
- Ecuador
- Paraguay
- Peru
- Uruguay
- Venezuela
- Cuba
- Dominican Republic
- Haiti

Nonetheless, we hereby notify you that your new country of removal is Eswatini, Africa.

Sincerely,

Charles Wall
Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).