UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>    Respondents. | Case No. 8:25-cv-02780 (PX) |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Exhibit F** which is attached to Petitioner Kilmar Armando Abrego Garcia's **Supplemental Brief in Support of His Petition for Habeas Corpus** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

Dated: November 7, 2025

                   */s/ Jonathan G. Cooper*
                   Jonathan G. Cooper (D. Md. Bar No. 21345)
                   QUINN EMANUEL URQUHART &
                   SULLIVAN, LLP
                   1300 I Street NW, Suite 900
                   Washington, DC 20005
                   jonathancooper@quinnemanuel.com
                   Tel. No.: 202-538-8000
                   Fax No.: 202-538-8100

                   *Counsel for Petitioner*