# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>        Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>        Respondents. | Case No. 8:25-cv-02780 (PX) |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Exhibit G** which is attached to Petitioner Kilmar Armando Abrego Garcia's **Supplemental Brief in Support of His Petition for Habeas Corpus** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

Dated: November 7, 2025

    */s/ Jonathan G. Cooper*
Jonathan G. Cooper (D. Md. Bar No. 21345)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
jonathancooper@quinnemanuel.com
Tel. No.: 202-538-8000
Fax No.: 202-538-8100

*Counsel for Petitioner*

1