UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>　　　　　Respondents. | Case No. 8:25-cv-02780 (PX) |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Exhibit H** which is attached to Petitioner Kilmar Armando Abrego Garcia's **Supplemental Brief in Support of His Petition for Habeas Corpus** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

Dated: November 7, 2025　　　　　　　　　　 /s/ *Jonathan G. Cooper*
　　　　　　　　　　　　　　　　　　　　　Jonathan G. Cooper (D. Md. Bar No. 21345)
　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　1300 I Street NW, Suite 900
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　jonathancooper@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　Tel. No.: 202-538-8000
　　　　　　　　　　　　　　　　　　　　　Fax No.: 202-538-8100


　　　　　　　　　　　　　　　　　　　　　*Counsel for Petitioner*