# EXHIBIT I

**Simon Sandoval-Moshenberg**

| | |
|---|---|
| **From:** | Benjamin Osorio |
| **Sent:** | Wednesday, November 5, 2025 9:32 AM |
| **To:** | Wall, Charles |
| **Cc:** | Guynn, Jonathan (CIV); Molina, Ernesto H. (CIV); Ensign, Drew C (CIV); Khojasteh, Sarmad (CIV) |
| **Subject:** | Re: [External] RE: [External] RE: [External] RE: [External] Abrego Garcia Removal Notification |

Mr. Wall,

I think it was made clear to the Asylum Officer during the interview that in the event of a denial Mr. Abrego Garcia would like review of the Asylum Office's decision by an Immigration Judge. If that is not documented, please make sure our request is communicated to the appropriate individuals at the Asylum Office. Also, I know these things can often get scheduled overnight with little to no notice. If possible, we would like at least 24 hours notice to make sure that we avoid any conflicts and can have myself or another attorney present for the IJ review.

Thanks,
Ben Osorio



**Benjamin Osorio, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (571) 455-1915 Ext-300 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Wall, Charles <charles.wall@ice.dhs.gov>
**Sent:** Tuesday, November 4, 2025 5:27 PM
**To:** Benjamin Osorio <Benjamin@murrayosorio.com>
**Cc:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Khojasteh, Sarmad (CIV) <Sarmad.Khojasteh@usdoj.gov>
**Subject:** [External] RE: [External] RE: [External] RE: [External] Abrego Garcia Removal Notification

Mr. Osorio,

See attached documents.

Charlie

Charles Wall
Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

1

**\*\*\* ATTORNEY/CLIENT PRIVILEGE \*\*\* ATTORNEY WORK PRODUCT \*\*\***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
**Sent:** Tuesday, November 4, 2025 1:50 PM
**To:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Wall, Charles <charles.wall@ice.dhs.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Khojasteh, Sarmad (CIV) <Sarmad.Khojasteh@usdoj.gov>
**Cc:** Benjamin Osorio <Benjamin@murrayosorio.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Nithya Pathalam <nithyapathalam@quinnemanuel.com>
**Subject:** RE: [External] RE: [External] RE: [External] Abrego Garcia Removal Notification

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Jonathan, Drew, Charles et al.:

Good afternoon.

Mr. Abrego Garcia was interviewed regarding his fear of removal to Liberia one week ago today. In my experience, the results of a third-country fear interview are usually made available within a few days of the interview. As you know, we have a simultaneous briefing deadline on Friday in the civil matter before the District of Maryland.

If the interview results have already been determined, please provide those to us today. If the interview results have not yet been determined, please advise when you expect them to be available, and please confirm that you will provide them to us immediately as soon as they are available.

If you need to send the results only to Benjamin Osorio because he was the G-28 attorney on the interview, that's fine, he can receive them on behalf of the team.

Thank you.


Best,



**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Simon Sandoval-Moshenberg
**Sent:** Friday, October 24, 2025 6:51 PM
**To:** 'Guynn, Jonathan (CIV)' <Jonathan.Guynn@usdoj.gov>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; jthen@heckerfink.com; shecker@heckerfink.com; Andrew J. Rossman <andrewrossman@quinnemanuel.com>
**Cc:** Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Charles.Wall@ice.dhs.gov; Khojasteh, Sarmad (CIV) <Sarmad.Khojasteh@usdoj.gov>
**Subject:** RE: [External] RE: [External] RE: [External] Abrego Garcia Removal Notification

Yes, we agree with that. Thank you.



**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>
**Sent:** Friday, October 24, 2025 6:47 PM
**To:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; jthen@heckerfink.com; shecker@heckerfink.com; Andrew J. Rossman <andrewrossman@quinnemanuel.com>
**Cc:** Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Charles.Wall@ice.dhs.gov; Khojasteh, Sarmad (CIV) <Sarmad.Khojasteh@usdoj.gov>
**Subject:** [External] RE: [External] RE: [External] Abrego Garcia Removal Notification

Hi Simon –

We can provide the assurances to you if you will agree that we may produce them subject to the terms of the Stipulated Confidentiality Order in the prior civil case, ECF No. 95, *Abrego Garcia, et al. v. Noem, et al.*, 8:25-cv-951 (D. Md. April 21, 2025). I don't believe the Court has entered a protective order yet in the habeas case.

Thanks,
Jon

Jonathan D. Guynn
Deputy Assistant Attorney General
Civil Division, U.S. Department of Justice
**Office: (202) 514-7835 | Mobile: (202) 856-4809 |** *jonathan.guynn@usdoj.gov*



This email or its attachments may contain confidential, legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), note that disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the intended recipient(s), is strictly prohibited. If you have received this email in error, please contact the sender immediately and delete this message.

---

**From:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
**Sent:** Friday, October 24, 2025 2:11 PM
**To:** Wall, Charles <Charles.Wall@ice.dhs.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Jeffrey Then <jthen@heckerfink.com>; Sean Hecker <shecker@heckerfink.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>
**Subject:** RE: [External] RE: [External] Abrego Garcia Removal Notification

Mr. Wall,

Good afternoon. Thank you for your email.

Mr. Abrego Garcia, by counsel, is not satisfied with the proffer of Mr. Ensign that "Federal Defendants have received diplomatic assurances regarding the treatment of third-country individuals removed to Liberia from the United States[.]" As you know, Mr. Abrego Garcia has no claim to citizenship or permanent legal immigration status in Liberia, and he therefore fears that if removed to that country, he will either be held in prison indefinitely or re-deported to his only country of nationality, El Salvador – where it has already been judicially determined that he is more likely than not to be persecuted, and where he already suffered torture earlier this year by the government.

Accordingly, Mr. Abrego Garcia, by counsel, states a fear of removal to Liberia under both the withholding of removal statute, 8 USC 1231(b)(3), and the Convention Against Torture, and requests a fear screening interview. Please contact immigration counsel Benjamin Osorio, cc'ed here, to confirm his availability prior to scheduling the fear screening interview.

If you were to share with us (subject to the protective order in this case) the diplomatic assurances that you've received from the government of Liberia, that would allow us to better advise our client as to whether he can be confident that he will not be persecuted or tortured in Liberia, nor re-deported to El Salvador by that country's government.

At the hearing on October 10, Mr. Ensign stated that he would discuss removal to Costa Rica with ICE. Has ICE made any steps towards removing Mr. Abrego Garcia to Costa Rica?

4

Finally, we remind you that the Court's order at ECF 31 enjoins the Government from removing Mr. Abrego Garcia from the continental United States until further order of the court.

Thank you.


Best,



**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Wall, Charles <Charles.Wall@ice.dhs.gov>
**Sent:** Friday, October 24, 2025 9:11 AM
**To:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
**Subject:** [External] RE: [External] Abrego Garcia Removal Notification

Counsel,

Pursuant to the court order issued in the District Court of Maryland on July 23, 2025, Civil Action No. 8:25-cv-00951-PX, please let this email serve as notice that DHS will remove your client, Kilmar Armando Abrego Garcia, to Liberia no earlier than 72 hours from now (absent weekends).

Sincerely,


Charles Wall
Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
**Sent:** Friday, September 5, 2025 3:04 PM
**To:** Wall, Charles <Charles.Wall@ice.dhs.gov>; Ensign, Drew C (CIV) <drew.c.ensign@usdoj.gov>; O'Hickey, Bridget K (CIV) <bridget.k.o'hickey@usdoj.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Jeffrey Then <jthen@heckerfink.com>; Sean Hecker <shecker@heckerfink.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Olivia Horton <oliviahorton@quinnemanuel.com>
**Subject:** RE: [External] Abrego Garcia Removal Notification

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thank you for your email.

By means of this e-mail, Mr. Abrego Garcia, by counsel, hereby expresses a fear of torture and persecution upon removal to Eswatini. Third-country nationals previously removed from the United States to Eswatini have all been detained in extremely harsh and torturous conditions; that country has a well-documented record of human rights violations; and to our knowledge Eswatini has offered no guarantees that it will not promptly re-deport Mr. Abrego Garcia to El Salvador, where he has already experienced torture and will experience torture again.

Please confirm receipt of this email, and please confirm that you accept this email as a statement of fear of removal to Eswatini.

Best,



**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Wall, Charles <Charles.Wall@ice.dhs.gov>
**Sent:** Friday, September 5, 2025 3:56 PM
**To:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Benjamin Osorio <Benjamin@murrayosorio.com>
**Subject:** [External] Abrego Garcia Removal Notification

Dear Mr. Abrego Garcia,

As you know, the United States seeks to remove you from the United States based on your final order of removal. Currently, you are designated to be removed to Uganda. Your attorney has informed us, however, that you fear persecution or torture in Uganda.

6

That claim of fear is hard to take seriously, especially given that you have claimed (through your attorneys) that you fear persecution or torture in at least 22 different countries. Those countries include:

- El Salvador
- Uganda
- Mexico
- Belize
- Costa Rica
- Guatemala
- Honduras
- Nicaragua
- Panama
- Argentina
- Bolivia
- Brazil
- Chile
- Colombia
- Ecuador
- Paraguay
- Peru
- Uruguay
- Venezuela
- Cuba
- Dominican Republic
- Haiti

Nonetheless, we hereby notify you that your new country of removal is Eswatini, Africa.

Sincerely,

Charles Wall
Principal Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).