UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>                   Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>                   Respondents. | Case No. 8:25-cv-02780 (PX) |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Exhibit L** which is attached to Petitioner Kilmar Armando Abrego Garcia's **Supplemental Brief in Support of His Petition for Habeas Corpus** will be electronically filed under seal within 24 hours of the filing of this Notice.

    I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.


Dated: November 7, 2025
                                             */s/ Jonathan G. Cooper*
                                             Jonathan G. Cooper (D. Md. Bar No. 21345)
                                             QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
                                             1300 I Street NW, Suite 900
                                             Washington, DC 20005
                                             jonathancooper@quinnemanuel.com
                                             Tel. No.: 202-538-8000
                                             Fax No.: 202-538-8100


                                             *Counsel for Petitioner*