# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>　　　　　　Respondents. | Case No. 8:25-cv-02780 (PX) |

### [Proposed] Order

Upon consideration of the Petition for Habeas Corpus filed by Petitioner (ECF No. 1), the Government's response (ECF No. 28), Petitioner's reply (ECF No. 32), Petitioner's supplemental brief in support and the Government's opposition thereto, the Court's orders enjoining Respondents from removing Petitioner from the continental United States until further order of this Court (ECF Nos. 13, 20), and all other pleadings and proceedings in this action, it is HEREBY ORDERED that:

1. The injunction (ECF Nos. 13, 20) prohibiting Respondents from removing Petitioner from the continental United States and ensuring that Petitioner remains detained within 200 miles of the Greenbelt, Maryland courthouse is extended as follows: Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby ENJOINED from removing Petitioner from the continental United States, and must ensure Petitioner remains detained within 200 miles of the Greenbelt, Maryland courthouse, until and unless an immigration judge affirms the negative fear determination at the "reasonable possibility" standard, plus an additional 72 hours, excluding weekends or holidays, to preserve this Court's jurisdiction; and

Case 8:25-cv-02780-PX   Document 71-13   Filed 11/07/25   Page 2 of 2


2. The parties shall file a status report within 24 hours of their respective notice of the completion of review by an immigration judge.

Dated: November ___, 2025                    _____

                                                                                                      United States District Judge