UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>    Respondents. | Case No. 8:25-CV-02780-PX<br><br>**NOTICE OF FILING OF FILING OF DOCUMENT UNDER SEAL** |

    Exhibit F to Respondents' Supplemental Brief and Motion to Dissolve the Preliminary Injunction will be electronically filed under seal within 24 hours of this Notice. The undersigned also certifies that contemporaneous to the filing of the Supplemental Brief and Motion to Dissolve the Preliminary Injunction, service of this Exhibit will be provided to counsel for Petitioners by email.

                                                      Respectfully Submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>U.S. Department of Justice | JONATHAN GUYNN<br>Deputy Assistant Attorney General<br>U.S. Department of Justice<br>Civil Division<br>Torts Branch |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation | */s/ Ernesto H. Molina, Jr.*<br>ERNESTO H. MOLINA, JR.<br>Deputy Director<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation –<br>  General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-616-93444<br>ernesto.h.molina@usdoj.gov<br><br>*ATTORNEYS FOR RESPONDENTS* |