# EXHIBIT H


(/index.php/)



The Ministry of Information, Cultural Affairs and Tourism (/index.php/)

Government of the Republic of Liberia

Case 8:25-cv-02780-PX     Document 72-6     Filed 11/07/25     Page 3 of 4

# Liberia Receives Mr. Kilmar Armando Abrego Garcia on Humanitarian and Temporary Grounds

FRIDAY, OCTOBER 24, 2025

**Monrovia, October 24, 2025** — The Government of the Republic of Liberia has announced its decision to receive Mr. Kilmar Armando Abrego Garcia on a **strictly humanitarian and temporary basis**, following a formal request from the Government of the United States of America.

This decision was reached after extensive consultations with relevant national and international stakeholders, reflecting Liberia's enduring commitment to upholding the principles of human dignity, international solidarity, and compassion in times of distress.

Liberia's actions are guided by both international humanitarian norms and its own **longstanding tradition of offering refuge** to those in need. As one of Africa's oldest republics, Liberia has historically extended protection and goodwill to individuals and communities needing assistance, including African freedom fighters and democracy advocates who once found safety on Liberian soil.

In this instance, Liberia's decision reaffirms its role as a responsible member of the international community and a country that remains committed to humanitarian cooperation anchored in law, due process, and mutual respect among nations.

The Government, through the **Ministry of Foreign Affairs**, will continue to engage closely with the **U.S. Department of State** to ensure that all assurances and arrangements between the two countries are fully observed. The process will be undertaken in strict coordination with competent Liberian security, immigration, and justice authorities, as well as with international partners, to guarantee the highest standards of safety, transparency, and humane treatment.

The implementation of this decision will adhere to the following safeguards:

1. **Comprehensive security screening and vetting** by the relevant Liberian authorities prior to and upon arrival.
2. **Respect for due process and human rights**, including access to appropriate legal and procedural protections in keeping with international obligations.
3. **Non-refoulement assurance**, ensuring that Mr. Abrego Garcia will not be returned to any country where he may face a substantial risk of persecution, torture, or other serious harm.
4. **Coordination with the United Nations and other partners** to explore durable and lawful solutions consistent with international law, including potential resettlement or lawful transfer where appropriate.

The Government of Liberia welcomes the United States' acknowledgment of this humanitarian act and notes that this action was undertaken voluntarily, in good faith, and solely on humanitarian grounds.

This decision underscores the **longstanding friendship between Liberia and the United States**, built upon shared values of humanity, freedom, and justice. Liberia remains committed to strengthening international partnerships that promote lawful, humane, and sustainable approaches to global protection and humanitarian cooperation.

(/#FACEBOOK)   (/#TWITTER)   (/#PINTEREST)   (/#LINKEDIN)
(HTTPS://WWW.ADDTOANY.COM/SHARE#URL=HTTPS%3A%2F%2FW ABREGO-GARCIA-HUMANITARIAN-AND-TEMPORARY&TITLE=LIBERIA%20RECEIVES%20MR.%20KILMAR%20AI

## MORE PRESS RELEASES

Liberia Receives Mr. Kilmar Armando Abrego Garcia on Humanitarian and Temporary Grounds (/media/press-releases/liberia-receives-mr-kilmar-armando-abrego-garcia-humanitarian-and-temporary)

Liberia Strengthens Ties with the United States with Strategic Dialogue at the White House (/index.php/media/press-releases/liberia-strengthens-ties-united-states-strategic-dialogue-white-house)

President Boakai Kicks Off First-Ever Liberia Annual National Diaspora Conference in US Capital (/index.php/media/press-releases/president-boakai-kicks-first-ever-liberia-annual-national-diaspora-conference)

MICAT Acting Minister reaffirms Government's Commitment to Upholding the Public Rights to Access Information (/index.php/media/press-releases/micat-acting-minister-reaffirms-governments-commitment-upholding-public-rights)

## Ministry of Information, Cultural Affairs & Tourism

Capitol Hill

1000 Monrovia

Liberia

information@micat.gov.lr (mailto:information@micat.gov.lr)

KAG Habeas000025

10/24/25, 8:12 PM	Liberia Receives Mr. Kilmar Armando Abrego Garcia on Humanitarian and Temporary Grounds | The Ministry of Information, Cultu…

Case 8:25-cv-02780-PX     Document 72-6     Filed 11/07/25     Page 4 of 4

KAG Habeas000026