**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, | Case No. 8:25-CV-02780-PX |
| Petitioner, | **NOTICE OF FILING OF FILING OF** |
| v. | **DOCUMENT UNDER SEAL** |
| KRISTI NOEM, ET AL., | |
| Respondents. | |

Exhibit I to Respondents' Supplemental Brief and Motion to Dissolve the Preliminary

Injunction will be electronically filed under seal within 24 hours of this Notice.  The undersigned

also certifies that contemporaneous to the filing of the Supplemental Brief and Motion to

Dissolve the Preliminary Injunction, service of this Exhibit will be provided to counsel for

Petitioners by email.


Respectfully Submitted,

BRETT A. SHUMATE                    JONATHAN GUYNN
Assistant Attorney General          Deputy Assistant Attorney General
U.S. Department of Justice          U.S. Department of Justice
                                    Civil Division
                                    Torts Branch


DREW C. ENSIGN                      */s/ Ernesto H. Molina, Jr.*
Deputy Assistant Attorney General   ERNESTO H. MOLINA, JR.
U.S. Department of Justice          Deputy Director
Civil Division                      U.S. Department of Justice
Office of Immigration Litigation    Civil Division
                                    Office of Immigration Litigation –
                                       General Litigation and Appeals Section
                                    P.O. Box 878, Ben Franklin Station
                                    Washington, DC 20044
                                    202-616-93444
                                    ernesto.h.molina@usdoj.gov

                                    *ATTORNEYS FOR RESPONDENTS*