# EXHIBIT L

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
Baltimore Field Office
31 Hopkins Plaza, Baltimore, MD 21201



**U.S. Immigration and Customs Enforcement**

ABREGO-GARCIA, Kilmar
c/o U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations
Baltimore Field Office

A201-577-119

## Notice of Revocation of Release

This letter is to inform you that your order of supervision has been revoked and you will be detained in the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your official alien file and a determination that there are changed circumstances in your case.

ICE has determined that you can be expeditiously removed from the United States pursuant to the outstanding order of removal against you. On October 10, 2019, you were ordered removed from the United States and granted withholding of removal to El Salvador by a U.S. Department of Justice immigration judge. You are subject to an administratively final order of removal. At this time, ICE is taking steps to remove you to Uganda.

Based on the above, and pursuant to 8 C.F.R. § 241.4 / 8 C.F.R. § 241.13, you are to remain in ICE custody at this time. You will promptly be afforded an informal interview at which you will be given an opportunity to respond to the reasons for the revocation. You may submit any evidence or information you wish to be reviewed in support of your release. If you are not released after the informal interview, you will receive notification of a new review, which will occur within approximately three months of the date of this notice.

You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 U.S.C. Section 1253(a).

MARCOS D CHARLES
Digitally signed by MARCOS D CHARLES
Date: 2025.08.27 13:10:42 -04'00'

Marcos Charles
Executive Associate Director

08/27/2025
Date

www.ice.gov

**Notice to Alien of File Custody Review**
ABREGO-GARCIA, Kilmar, A201-577-119
Page 2

## PROOF OF SERVICE

**(1) Personal Service**

(a) I __CRAIG MAGYAR__ __DEPORTATION OFFICER__.
      Name of ICE Officer                                Title

certify that I served __ABREGO - GARCIA, KILMAR__ with a copy of
                          Name of detainee

this document at __FARMVILLE DETENTION CENTER__ on __8/28/25__ at __0108__.
                    Institution                              Date              Time

REFUSED TO SIGN
WITNESSED BY _[signature]_

Detainee Signature: _____    Date: __8/28/25__

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File