# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>    Respondents. | Case No. 8:25-CV-02780-PX<br><br>**NOTICE OF FILING OF FILING OF DOCUMENT UNDER SEAL** |

Exhibit S to Respondents' Supplemental Brief and Motion to Dissolve the Preliminary Injunction will be electronically filed under seal within 24 hours of this Notice. The undersigned also certifies that contemporaneous to the filing of the Supplemental Brief and Motion to Dissolve the Preliminary Injunction, service of this Exhibit will be provided to counsel for Petitioners by email.

<br>

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
U.S. Department of Justice

JONATHAN GUYNN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
Torts Branch

DREW C. ENSIGN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of Immigration Litigation

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR.
Deputy Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation –
    General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov

*ATTORNEYS FOR RESPONDENTS*