# EXHIBIT S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>               *Petitioner*,<br>    v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,<br><br>               *Respondents*. | Case No. 8:25-cv-02780 (PX) |

**DECLARATION OF JOHN E. CANTÚ**

I, John E. Cantú, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Acting Assistant Director for the Removal Division. In this capacity, I am responsible for leading the division, which is composed of ICE Air Operations, International Operations, and Removal Management. I coordinate with the 25 ERO Field Offices to support case management and facilitate the removal of aliens from the United States. I have held this position as a temporary assignment since November of 2025.

2. I began my career with legacy U.S. Immigration and Naturalization Service in 1997 and have held multiple positions in my 28 years of public service, with my most recent assignment as the Field Office Director for the ERO Phoenix Field Office. Prior positions include serving as an

       Acting Deputy Assistant Director for Special Operations Division and Acting Field Office Director for ERO Los Angeles.

3. In my capacity as the Acting Assistant Director, I am familiar with the present removal plan for Petitioner in this litigation.

4. As part of this process, I have been in communication with U.S. Department of State personnel regarding Petitioner's removal from the United States. During these communications I have learned that, on August 21, 2025, following sensitive discussions at senior levels between the Government of Costa Rica and the Department of State, the Government of Costa Rica provided written assurances as to its willingness to receive the transfer of Mr. Abrego Garcia from the United States to Costa Rica. I was advised that those assurances were non-binding and were extended based on certain understandings and contingencies not reflected in the assurances themselves.

5. Several months have passed since those assurances were provided and, due to interim developments, the Department of State assesses that the Government of Costa Rica would not accept the transfer of Mr. Abrego Garcia to Costa Rica at this time without further negotiations and, likely, additional commitments by the United States.

6. Department of State personnel have advised that the Republic of Liberia is, at present, the only state willing to accept Mr. Abrego Garcia without further negotiations and additional commitments from the United States.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 7, 2025

_____
John E. Cantú
Acting Assistant Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security