## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

KILMAR ARMANDO ABREGO GARCIA,

      Petitioner,

    v.

KRISTI NOEM, ET AL.,

      Respondents.

Case No. 8:25-CV-02780-PX

**NOTICE OF FILING OF (PROPOSED) ORDER REGARDING RESPONDENTS' INTERIM MOTION TO SEAL EXHIBITS E, F, G, I, J, AND S**

      Respondents hereby provide notice of the submission of Respondents' (Proposed) Order Regarding Respondents' Motion to Dissolve the Preliminary Injunction.  On November 8, 2025, Respondents' filed its Interim Motion to Seal Exhibits E, F, G, I, J, and S (ECF 76), but failed to add the proposed order as an attachment.  Accordingly, it is being attached to this notice.

Dated: <u>November 8, 2025</u>

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Office of Immigration Litigation

JONATHAN GUYNN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Torts Branch

<u>*/s/ Ernesto H. Molina, Jr.*</u>
ERNESTO H. MOLINA, JR.
Deputy Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation –
   General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station

1

Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov

*ATTORNEYS FOR RESPONDENTS*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Ernesto H. Molina, Jr.*
ERENSTO H. MOLINA, JR.
Deputy Director
United States Department of Justice
Civil Division
Office of Immigration Litigation -
  General Litigation and Appeals Section