UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>**(PROPOSED) ORDER REGARDING RESPONDENTS' INTERIM MOTION TO FILE EXHIBITS E, F, G, I, J, AND S UNDER SEAL** |

**(PROPOSED) ORDER**

Before the Court is Respondents' Interim Motion to File Exhibits E, F, G, I, J, and S under Seal. Having reviewed the motion and any response thereto, the Court GRANTS Respondents' Interim Motion to File Exhibits E, F, G, I, J, and S under Seal. It is hereby ORDERED that Exhibits E, F, G, I, J, and S shall remain under seal.

DATE:_____                        _____
                                            The Honorable Paula Xinis
                                            United States District Judge

1