UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>NOTICE OF FILING OF (PROPOSED) ORDER REGARDING RESPONDENTS' MOTION TO DISSOVLVE THE PRELIMINARY INJUNCTION |

Respondents hereby provide notice of the submission of Respondents' (Proposed) Order Regarding Respondents' Motion to Dissolve the Preliminary Injunction. On November 7, 2025, Respondents' filed its Motion to Dissolve the Preliminary Injunction (ECF 72), but failed to add the proposed order as an attachment. Accordingly, it is being attached to this notice.

Dated: <u>November 8, 2025</u>　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　DREW C. ENSIGN
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Office of Immigration Litigation

　　　　　　　　　　　　　　　　　　JONATHAN GUYNN
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Torts Branch

　　　　　　　　　　　　　　　　　　*/s/ Ernesto H. Molina, Jr.*
　　　　　　　　　　　　　　　　　　ERNESTO H. MOLINA, JR.
　　　　　　　　　　　　　　　　　　Deputy Director
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　Office of Immigration Litigation –
　　　　　　　　　　　　　　　　　　　General Litigation and Appeals Section
　　　　　　　　　　　　　　　　　　P.O. Box 878, Ben Franklin Station

Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov

*ATTORNEYS FOR RESPONDENTS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                         */s/ Ernesto H. Molina, Jr.*
                                         ERENSTO H. MOLINA, JR.
                                         Deputy Director
                                         United States Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation -
                                             General Litigation and Appeals Section