UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>**(PROPOSED) ORDER REGARDING RESPONDENTS' MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION (ECF 20).** |

**(PROPOSED) ORDER**

Before the Court is Respondents' Motion to Dissolve the Preliminary Injunction (located at ECF 20), and the response thereto. Having reviewed the motion, the Court GRANTS Respondents' Motion to Dissolve the Preliminary Injunction. It is hereby ORDERED that the Preliminary Injunction at ECF 20 is hereby dissolved, effective immediately.

DATE:_____                           _____
                                              The Honorable Paula Xinis
                                              United States District Judge