UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>                  Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>                  Respondents. | Case No. 8:25-cv-02780 (PX) |

**[Proposed] Order**

Upon consideration of Petitioner's Interim Motion to Seal Exhibits to Petitioner's Supplemental Brief in Support of His Petition for Habeas Corpus (ECF No. 74), the Court GRANTS Petitioner's Interim Motion to Seal. It is HEREBY ORDERED that Exhibits A–D, F–H, and L in support of Petitioner's Supplemental Brief shall remain under seal.

Dated: November ___, 2025

                                                                                                     _____

                                                                                                     The Honorable Paula Xinis<br>
                                                                                                     United States District Judge