# EXHIBIT 1

| | |
|---|---|
| **From:** | Sascha Rand |
| **Sent:** | Wednesday, November 12, 2025 1:59 PM |
| **To:** | Guynn, Jonathan (CIV); Molina, Ernesto H. (CIV); Olivia Horton; Simon Sandoval-Moshenberg; Jonathan Cooper; Benjamin Osorio; Andrew J. Rossman |
| **Cc:** | Ensign, Drew C (CIV); Khojasteh, Sarmad (CIV) |
| **Subject:** | RE: Abrego Garcia - Sealed Document |

Jon, thanks for your email. The Government chose to inject Mr. Cantú's declaration and hearsay conversations with the Department of State into its opposition. The idea that we should have somehow anticipated that the Government would do so, let alone in the manner it did, is meritless.  We will take it up with the Court but ask that you advise Mr. Cantú that he may well be ordered to appear at the hearing next Thursday.  To the extent the Government wishes to rely on vague phone calls between DHS and the Department of State at the hearing but not produce a witness from the State Department with first-hand knowledge, it may wish to rethink that strategy.  As for your assertion that Petitioner's *Zadvydas* claim "failed", please send us the decision you are referring to as we must have missed it.

Best regards,
Sascha

--------------------------------------------------------
**Sascha N. Rand • Partner — (212) 849-7175**
**Quinn Emanuel Urquhart & Sullivan, LLP** -- This e-mail may contain confidential and privileged information.  Please notify sender and delete if received in error.

**From:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>
**Sent:** Wednesday, November 12, 2025 10:38 AM
**To:** Sascha Rand <sascharand@quinnemanuel.com>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Olivia Horton <oliviahorton@quinnemanuel.com>; Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>
**Cc:** Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Khojasteh, Sarmad (CIV) <Sarmad.Khojasteh@usdoj.gov>
**Subject:** RE: Abrego Garcia - Sealed Document

**[EXTERNAL EMAIL from jonathan.guynn@usdoj.gov]**

Hi Sascha –

The November 20, 2025, hearing is not an evidentiary hearing; rather, per the Court's docket and Judge Xinis's guidance, it is a "Motions Hearing." The hearing is intended to address Petitioner's remaining habeas claims now that his *Zadvydas* claim has failed, and the Court did not order the government to produce any witnesses at the Motions Hearing.

We do not agree with your suggestion that Mr. Cantu, an employee at DHS, could bind the State Department—a non-party entity that he does not work for. To be honest, in addition to being inconsistent with the Court's docket

and guidance, your request for the government to "produc[e] Mr. Cantu for examination" at the Motions Hearing has taken us by surprise. On October 27, 2025, Judge Xinis ordered the parties to meet and confer and provide a Joint Status Report, to include a proposed briefing schedule for the Motions Hearing. Although it was well-understood at that time that the government would be submitting evidence and argument to oppose Petitioner's remaining habeas claims, Petitioner never requested discovery or an opportunity to cross-examine government witnesses who would support the government's opposition. It is now nearly a month after our meet and confer and barely a week before the Motions Hearing, yet this is the first time Petitioner has even broached the issue of witness examination.

Because your request is untimely, unnecessary, and inconsistent with the parties' Joint Status Report and the Court's order, the government will not be producing any witnesses at the Motions Hearing, including Mr. Cantu.

Best regards,
Jon

---

**From:** Sascha Rand <sascharand@quinnemanuel.com>
**Sent:** Tuesday, November 11, 2025 7:58 AM
**To:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Olivia Horton <oliviahorton@quinnemanuel.com>; Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Benjamin Osorio <Benjamin@murrayosorio.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>
**Cc:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>
**Subject:** [EXTERNAL] Re: Abrego Garcia - Sealed Document

Counsel, we write regarding the hearing scheduled before Judge Xinis on November 20, 2025 at 11:30am.  Please confirm that the Government will be producing Mr. Cantú for examination at the hearing concerning the substance of his November 7, 2025 declaration including, but not limited to, the conversations he had with the Department of State concerning Abrego Garcia.  Please also confirm that Mr. Cantú will be authorized to bind the Department of State with his sworn testimony concerning those conversations or advise who from the Department of State will be produced to testify at the hearing.

We'd appreciate a response by the end of today, and at the latest noon tomorrow, so we can raise the issue with the Court if necessary.  Thanks.

_____
**Sascha N. Rand • Partner --** (212) 849-7175
**Quinn Emanuel Urquhart & Sullivan, LLP** -- This e-mail may contain confidential and privileged information.  Please notify sender and delete if received in error.