UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>Respondents. | Case No. 8:25-cv-02780 (PX) |

**[Proposed] Order**

Upon consideration of the Petitioner's November 13, 2025 Letter Motion to Strike submitted to this Court, the Court GRANTS Petitioner's Interim Motion to Seal.

It is **ORDERED** that Exhibit S (ECF No. 75-6) to Respondents' Supplemental Brief and Motion to Dissolve the Preliminary Injunction (ECF No. 72) and references to Exhibit S in Respondents' Supplemental Brief are hereby **STRICKEN** from the record.

Dated: November ___, 2025          _____

The Honorable Paula Xinis
United States District Judge