UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

Kilmar Armando Abrego Garcia,

              Petitioner,

v.

Kristi Noem, *et al.*,

              Respondents.

Case No. 8:25-cv-02780 (PX)

**Interim Motion to Seal**
**November 13, 2025 Letter**

     Pursuant to Local Rule 105.11, Petitioner Kilmar Armando Abrego Garcia ("Petitioner") moves to seal the Letter submitted to this Court on November 13, 2025. Petitioner seeks to seal the Letter because it references and quotes from the Declaration of John E. Cantú, which the Government filed under seal alongside its Motion to Dissolve the Preliminary Injunction. See ECF No. 75-6. Because the Government filed the Declaration under seal, Petitioner respectfully requests permission to seal the Letter that discusses it.

     Consistent with Local Rule 105.11, Petitioner simultaneously files a public version of the accompanying Letter that redacts only the references to the materials the Government has filed under seal. Petitioner relies on the Government to identify reasons why alternatives to sealing the material not filed publicly would not provide sufficient protection.

Respectfully Submitted,

Dated: November 13, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC**<br>Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, VA 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com | */s/ Jonathan G. Cooper*<br>**QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP**<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton* (*pro hac vice*)<br>Nithya Pathalam** (*pro hac vice*)<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>*\*admitted in Texas; not admitted in D.C.*<br>*Supervised by attorney admitted in D.C.*<br>*\*\*admitted in New York; not admitted in D.C.*<br>*Supervised by attorney admitted in D.C.*<br><br>Andrew J. Rossman (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com<br><br>*Counsel for Petitioner* |