# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>                Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>                Respondents. | Case No. 8:25-cv-02780 (PX) |

### [Proposed] Order

Upon consideration of the Petitioner's Interim Motion to Seal the November 13, 2025 Letter submitted to this Court, the Court GRANTS Petitioner's Interim Motion to Seal. It is HEREBY ORDERED that Petitioner's November 13, 2025 Letter shall remain under seal.

Dated: November ___, 2025

                                                                              The Honorable Paula Xinis
                                                                              United States District Judge