**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

Kilmar Armando Abrego Garcia,

Petitioner,

v.

Kristi Noem, *et al.*,

Respondents.

Case No. 8:25-cv-02780 (PX)

**Errata**

Petitioner Kilmar Armando Abrego Garcia respectfully submits the following errata, along with his Corrected Brief in Opposition to Motion to Dissolve Preliminary Injunction. The earlier filed version of the brief (ECF No. 87) erroneously cites to *Mathews v. Diaz*, 426 U.S. 67 (1976), on page 20. The citation on page 20 should be to *Mathews v. Eldridge*, 424 U.S. 319 (1976). *Mathews v. Diaz* is properly cited on page 21. The attached brief corrects this error, as well as other minor typographical errors.

Respectfully Submitted,

Dated: November 15, 2025

/s/*Jonathan G. Cooper*

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton* (*pro hac vice*)
Nithya Pathalam** (*pro hac vice*)
1300 I St. NW, Suite 900
Washington, DC 20005
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com

nithyapathalam@quinnemanuel.com
*admitted in Texas; not admitted in D.C.
Supervised by attorney admitted in D.C.
**admitted in New York; not admitted in D.C.
Supervised by attorney admitted in D.C.

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com

*Counsel for Petitioner*