IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA<br>Petitioner, | *<br>*<br> |  |
| v. | * | Civil Action No. 8:25-cv-02780-PX |
|  | * |  |
| KRISTI NOEM, *et al.*,<br>Respondents. | *<br>* |  |

## **ORDER**

For the reasons discussed during today's status conference, and on this 17th day of November 2025, the United States District Court for the District of Maryland hereby **ORDERS** that:

Petitioner's Motion to Strike the declaration of John E. Cantú ("Cantú") or in the alternative, compel Cantú to testify, ECF No. 81, is **GRANTED**.  In lieu of striking the Cantú Declaration, Respondents **SHALL** produce at the hearing on **Thursday, November 20, 2025, at 11:30 AM** in the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Courtroom 2C, Greenbelt, Maryland, Cantú for in-person, sworn testimony.  Cantú's testimony will bind the Respondents.  Cantú **SHALL** be prepared to testify regarding the subject matter of the Declaration submitted at ECF No. 75-6.  Cantú must be adequately prepared to testify on the subject matter based on his personal knowledge and/or knowledge that he obtained from others.  To that end, Respondents and their counsel are further **ORDERED** to make a good-faith effort to prepare Cantú for his testimony consistent with this Order.

November 17, 2025
Date

/s/
Paula Xinis
United States District Judge