**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, ET AL.,<br><br>　　　　　Respondents. | Case No. 8:25-CV-02780-PX<br><br>**(PROPOSED) ORDER REGARDING RESPONDENTS' MOTION TO SEAL THE EVIDENTIARY HEARING AND SCHEDULED ARGUMENT RELATED TO SEALED DOCUMENTS** |

**(PROPOSED) ORDER**

Before the Court is Respondents' Motion to Seal the Evidentiary Hearing and scheduled oral argument related to sealed documents. Having reviewed the motion and any response thereto, the Court GRANTS Respondents' Motion to Seal. It is hereby ORDERED that the evidentiary hearing and accompanying oral argument related to previously sealed documents be sealed.

DATE:_____                                           _____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Paula Xinis
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge