IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Abrego Garcia                    *
**Plaintiff,**
                                 *
v.                                      Case No. 8:25-cv-02780-PX
Kristi Noem, et al.,             *
**Defendant.**                   *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Federal Respondents.

I certify that I am admitted to practice in this Court.

November 19, 2025
Date

*Shane A. Young*
Signature

Shane A. Young (DC 1620020)
Printed name and bar number

450 5th St. NW, Washington, DC 20001
Address

shane.a.young@usdoj.gov
Email address

202-532-4946
Telephone number

202-305-7000
Fax number

EntryofAppearanceCivil (08/2015)