**KILMAR ARMANDO ABREGO GARCIA**

vs.

**SECRETARY KRISTI NOEM et al**

_____ FILED          _____ ENTERED
_____ LOGGED   BU   _____ RECEIVED

NOV 2 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

Civil No. PX 25-2780

**Petitioner's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/20/2025 | 11/20/2025 | **Costa Rica Assurance Letter** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)