KILMAR ARMANDO ABREGO GARCIA

vs.

SECRETARY KRISTI NOEM et al

FILED ENTERED
LOGGED OU RECEIVED

NOV 2 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil No. PX 25-2780                                                Respondent's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/20/2025 | 11/20/2025 | Declaration on Johnathan Cantu |

Exhibit List (Rev. 3/1999)