IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA
    Petitioner    *

vs.    *    Case No.: PX 25-2780

SECRETARY KRISTI NOEM et al
    Respondent    *

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PETITIONER'S EXHIBITS**

_____
_____
_____
_____

All Plaintiff's/Government's exhibits returned: 11/20/2025

**DEFENDANT'S EXHIBITS**

_____
_____
_____
_____

All Defendant's exhibits returned: 11/20/2025

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
X _/s/_____
Andrew Rossman
Simon Sandoval-Moshenberg
Jonathan Cooper
Sascha Rand
Olivia Horton
Courtney Daukas
Nithya Pathalam
Morgan Anastasio

Counsel for Defendant(s):
X _/s/_____
Jonathan Guynn
Drew Ensign
Ernesto Molina
Shane Young

Date: November 20, 2025