<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Greenbelt Division

</div>

| | |
|---|---|
| Kilmar Armando Abrego Garcia, | |
| Petitioner, | |
| v. | Case No. 8:25-cv-02780 (PX) |
| Kristi Noem, *et al.*, | |
| Respondents. | |

**Notice of Supplemental Evidence in Support of Petition**

Petitioner Kilmar Armando Abrego Garcia respectfully submits as further evidence in support of his habeas petition a Washington Post article published earlier today that confirms that Costa Rica remains willing to accept Abrego Garcia and offer him legal residency. *See* Maria Sacchetti, *Costa Rica says it would accept Kilmar Abrego García, contradicting U.S.*, Wash. Post (Nov. 21, 2025), https://www.washingtonpost.com/immigration/2025/11/21/kilmar-trump-deport-costarica/, attached as Exhibit A. The article reports the following:

> A high-ranking Costa Rican official said late Friday that the country remains willing to accept the deportation of Kilmar Abrego García, rebutting the Trump administration's claims that the only possible destination for the Salvadoran immigrant is the West African nation of Liberia.
>
> Security Minister Mario Zamora Cordero told The Washington Post that he had informed the U.S. Embassy in San José in August that the government would accept Abrego on humanitarian grounds and provide him legal residency. He reiterated that Costa Rica has the "highest human rights standards" and would receive Abrego "under humanitarian conditions that guarantee the full respect for his rights and liberties."
>
> "That position that we have expressed in the past remains valid and unchanged to this day," Zamora Cordero said in a statement, responding to questions from The Post.

1

Ex. A at 1. The article further reports that additional negotiations with the United States are not required:

> Zamora Cordero said Costa Rica has not demanded additional negotiations.
>
> "Costa Rica's offer to receive Mr. Abrego Garcia for humanitarian reasons stands," he said in the statement, adding that it would not require more negotiations.

Ex. A at 1–2.

Respectfully Submitted,

Dated: November 21, 2025

<div style="display: flex;">

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

*/s/ Jonathan G. Cooper*
**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton* (*pro hac vice*)
Nithya Pathalam** (*pro hac vice*)
1300 I St. NW, Suite 900
Washington, DC 20005
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com
**admitted in Texas; not admitted in D.C.*
*Supervised by attorney admitted in D.C.*
***admitted in New York; not admitted in D.C.*
*Supervised by attorney admitted in D.C.*

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
Courtney Daukas (*pro hac vice*)
Morgan Anastasio (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com

</div>

*Counsel for Petitioner*