# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>**(PROPOSED) ORDER REGARDING RESPONDENTS' UNOPPOSED RENEWED MOTION FOR LEAVE TO TRANSPORT PETITIONER TO THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE FOR A TEMPORARY PERIOD** |

## (PROPOSED) ORDER

Before the Court is Respondents' Unopposed Renewed Motion for Leave to Transport Petitioner to the U.S. District Court for the Middle District of Tennessee for a Temporary Period ("Motion for Leave"), filed on December 3, 2025. ECF No. 109.

Having reviewed the motion, the Court GRANTS Respondents' Motion for Leave. It is hereby ORDERED that:

(1) Notwithstanding the preliminary injunction entered by the Court on August 27, 2025, at ECF No. 20, which required the Respondents to maintain the detention of Petitioner Kilmar Armado Abrego Garcia at a location no further than 200 miles from the location of the Court in Greenbelt, Maryland, Respondents may transport Petitioner to the U.S. District Court for the Middle District of Tennessee for the purpose of allowing him to attend the evidentiary hearing set in his criminal proceeding for December 8-9, 2025;

(2) Upon being transported to the Middle District of Tennessee, Respondents may make such arrangements for his detention as are appropriate to allow him to attend the multi-day hearing; and

(3) Upon the conclusion of the evidentiary hearing, Respondents shall return Petitioner to an appropriate facility that complies with the Court's injunction at ECF No. 20 within three business days.

DATE:_____                          _____
                                                The Honorable Paula Xinis
                                                United States District Judge