**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, | * | |
| *Petitioner*, | * | |
| | | Civil Action No. 8:25-cv-02780-PX |
| v. | * | |
| KRISTI NOEM, *et al.*, | * | |
| *Respondents*. | * | |

\*\*\*

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of December, 2025, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Petitioner Kilmar Armando Abrego Garcia's Petition for habeas corpus pursuant to 28 U.S.C. § 2241 at ECF No. 1 is hereby **GRANTED**;

2. Respondents **SHALL** release Abrego Garcia from ICE custody **immediately**;

3. Respondents **SHALL** notify Abrego Garcia's counsel of the exact time and location of his release no fewer than four hours prior to releasing him, and notify the Court of the status of Abrego Garcia's release by email to chambers no later than **5:00 p.m. today, Thursday, December 11, 2025**;

4. A representative of the United States Pretrial Services Office for this District **SHALL** separately contact Abrego Garcia's criminal counsel with further instruction for installation on the release conditions previously imposed in his criminal case, *United States v. Abrego Garcia*, No. 3:25-CR-00115-1 (M.D. Tenn.);

5. Respondents **SHALL** immediately transmit this Order and the accompanying

Memorandum Opinion to all relevant officers, agents, and employees under their control and who are involved in this matter and the pending criminal case, *United States v. Abrego Garcia*, No. 3:25-CR-00115-1 (M.D. Tenn.);

6.  Within a week of the date of this Order, by **5:00 p.m. on Thursday, December 18, 2025**, the parties **SHALL** submit a joint status report as to the parties' position regarding resolution of Respondents' pending motion to dissolve at ECF No. 72;  and

7.  The Clerk is **DIRECTED** to transmit a copy of this Order to all counsel of record.

December 11, 2025
Date

/s/
Paula Xinis
United States District Judge

2