UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>    Respondents. | Case No. 8:25-cv-02780 (PX) |

**[Proposed] Order**

Upon consideration of the Petitioner's December 12, 2025 Motion for Temporary Restraining Order submitted to this Court, the Court GRANTS Petitioner's Motion.

It is **ORDERED** that Respondents are temporarily **RESTRAINED** from detaining Petitioner.

The parties are hereby **DIRECTED** to file a joint status report on December 18, 2025, pursuant to the Court's December 11, 2025 Order, and Respondents are further **DIRECTED** to state whether they intend to pursue detention and/or removal of Petitioner, and, if so, the legal basis for doing so.

Dated: December ___, 2025         _____

                          The Honorable Paula Xinis
                          United States District Judge