UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>    Respondents. | Case No. 8:25-cv-02780 (PX) |

**Petitioner's Motion for Clarification**

Following this Court's Order granting Petitioner's Petition for Writ of Habeas Corpus, *see* ECF 111, Petitioner Kilmar Armando Abrego Garcia respectfully requests clarification that the following two prior Orders remain in effect:

(1) The Court's injunction prohibiting Respondents from removing Petitioner from the continental United States and requiring that any detention be within 200 miles of the Greenbelt, Maryland courthouse. *See* ECF 20.

(2) The Court's July 23, 2025 Order requiring the Government "provide written notice to Abrego Garcia and all counsel of record at least seventy-two (72) hours (excluding Saturdays, Sundays, and federal holidays) prior to the intended removal, identifying the country to which removal is sought." *Abrego Garcia v. Noem*, Case No. 8:25-cv-00951-PX (D. Md. June 30, 2025), ECF 239 ¶ 4.

As Petitioner recognizes that the Court has not dissolved either injunction and that both remain clear and operative, Petitioner seeks this clarification out of an abundance of caution because the Government has directed Petitioner to report to Immigration and Customs Enforcement on Friday, December 12, 2025, at 8:00 a.m. *See* ECF 112-1.

1

Respectfully Submitted,

Dated: December 12, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC**<br>Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, VA 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com | /s/ Jonathan G. Cooper<br>**QUINN EMANUEL URQUHART &<br> SULLIVAN, LLP**<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton* (*pro hac vice*)<br>Nithya Pathalam** (*pro hac vice*)<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>nithyapathalam@quinnemanuel.com<br>**admitted in Texas; not admitted in D.C.<br>Supervised by attorney admitted in D.C.*<br>***admitted in New York; not admitted in D.C.<br>Supervised by attorney admitted in D.C.*<br><br>Andrew J. Rossman (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>Courtney Daukas (*pro hac vice*)<br>Morgan Anastasio (*pro hac vice*)<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>courtneydaukas@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>*Counsel for Petitioner* |