UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

Kilmar Armando Abrego Garcia,

          Petitioner,

v.

Kristi Noem, *et al.*,

          Respondents.

Case No. 8:25-cv-02780 (PX)

**Petitioner's Motion for Extension of Time to File Reply Brief
In Support Of Motion For Temporary Restraining Order**

Pursuant to Local Rule 105(9), Petitioner Kilmar Armando Abrego Garcia respectfully requests a 20-hour extension of time to file its TRO reply. Petitioner's reply is currently due by midnight on December 16, 2025. ECF No. 114 at 5 ¶ 3. Petitioner seeks to extend that deadline to 8:00 p.m. on December 17, 2025.

Good cause exists to grant this short extension. The Government's opposition reverses its long-held positions with respect to Petitioner's immigration status and contains new arguments. *See* ECF No. 115. Petitioner's reply would thus benefit from additional time to analyze and respond to the Government's new positions. This short extension would also not result in any prejudice to the Government. The Court's has ordered the parties to meet and confer for an expedited hearing to be scheduled no earlier than December 18, 2025. *see* ECF No. 114 at 5 ¶ 4. Petitioner's counsel is available on the afternoon of Friday December 19, 2025, and is awaiting confirmation from the Government of the same. Thus, the requested extension would not alter the hearing date or extend the TRO.

Counsel for Petitioner has consulted with counsel for the Government, and the Government's counsel indicated that they oppose this motion. A proposed order is attached.

1

Respectfully Submitted,

Dated: December 15, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC**<br>Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, VA 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com | /s/ *Jonathan G. Cooper*<br>**QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP**<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton* (*pro hac vice*)<br>Nithya Pathalam** (*pro hac vice*)<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>nithyapathalam@quinnemanuel.com<br>*\*admitted in Texas; not admitted in D.C.<br>Supervised by attorney admitted in D.C.<br>\*\*admitted in New York; not admitted in D.C.<br>Supervised by attorney admitted in D.C.*<br><br>Andrew J. Rossman (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>Courtney Daukas (*pro hac vice*)<br>Morgan Anastasio (*pro hac vice*)<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>courtneydaukas@quinnemanuel.com<br>morgananastasio@quinnemanuel.com |

*Counsel for Petitioner*