UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>               Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>               Respondents. | Case No. 8:25-cv-02780 (PX) |

**[Proposed] Order**

Upon consideration of the Petitioner's December 15, 2025, Motion for Extension of Time submitted to this Court, the motion is hereby GRANTED. Petitioner shall file his Reply Brief in Support of his Motion for Temporary Restraining Order no later than 8:00 p.m. on December 17, 2025.

SO ORDERED.


Dated: December ___, 2025                                                     _____

                                                                                     The Honorable Paula Xinis
                                                                                     United States District Judge