# EXHIBIT 1



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**ABREGO-GARCIA, KILMER ARMADO**
A201577119
ICE CUSTODY
555 GEO DRIVE
PHILIPSBURG PA 16866

DHS/ICE Office of Chief Counsel - BAL
31 Hopkins Plaza, Room 1600
Baltimore MD 21201

Name: **ABREGO-GARCIA, KILMER ARMADO**    A 201-577-119

**Date of this Notice: 12/17/2025**

Enclosed is a copy of the Board's decision in the above-referenced case. This copy is being provided to you as a courtesy. Your attorney or representative has been served with this decision pursuant to 8 C.F.R. § 1292.5(a). If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of the decision.

Sincerely,

John Seiler
Acting Chief Clerk

Enclosure

Userteam: Docket



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041



**Osorio, Benjamin James**
**Murray Osorio PLLC**
**4103 Chain Bridge Road**
**Suite 300**
**Fairfax VA 22030**

**DHS/ICE Office of Chief Counsel - BAL**
**31 Hopkins Plaza, Room 1600**
**Baltimore MD 21201**

**Name: ABREGO-GARCIA, KILMER ARMADO**   A 201-577-119

Date of this Notice: 12/17/2025

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

John Seiler
Acting Chief Clerk

Enclosure

Userteam: Docket

NOT FOR PUBLICATION

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

MATTER OF:

Kilmer Armado ABREGO-GARCIA, A201-577-119

Respondent

FILED
Dec 17, 2025

ON BEHALF OF RESPONDENT: Benjamin J. Osorio, Esquire

ON BEHALF OF DHS: Kathleen B. Moreland, Acting Chief Counsel

IN REMOVAL PROCEEDINGS
On Appeal from a Decision of the Immigration Court, Baltimore, MD

Before: Malphrus, Chief Appellate Immigration Judge; Goodwin, Appellate Immigration Judge; Hunsucker, Appellate Immigration Judge

Opinion by Chief Appellate Immigration Judge Malphrus

MALPHRUS, Chief Appellate Immigration Judge

This case is before us on the respondent's appeal from the Immigration Judge's October 1, 2025, decision denying the respondent's motion to reopen. On December 11, 2025, the Board issued a request for briefing from the parties on the following question:

Whether, in light of the December 11, 2025, memorandum decision and order issued in *Abrego Garcia v. Noem*, No. 8:25-cv-02780-PX (D. Maryland), the respondent's pending appeal from the Immigration Judge's denial of his motion to reopen is moot.

The Board's briefing request also allowed the parties to address any other issue relevant to this matter.

The Department of Homeland Security ("DHS") filed a response contending that the respondent's pending appeal is moot because the United States District Court's December 11, 2025, memorandum decision and order found that "no order of removal exist[s]," thus rendering the Immigration Judge's October 10, 2019, order non-final (DHS' Supplemental Filing at 3). DHS also notes that on December 11, 2025, the Immigration Judge issued a sua sponte order that amended the October 10, 2019, order to include the following sentence: "The Respondent is ordered removed to El Salvador based on the charge contained in the Notice to Appear, but the Respondent's application for withholding of removal to El Salvador pursuant to INA § 241(b)(3) is granted." (DHS' Supplemental Filing at 2-3). DHS further notes that the Immigration Judge's amended order provides a 30-day period of appeal from the date the order was mailed (DHS' Supplemental Filing at 3).

A201-577-119

In response to the Board's December 11, 2025, briefing request, the respondent filed a "Briefing Extension Request," advising that the parallel proceedings in *Abrego Garcia v. Noem*, No. 8:25-cv-02780-PX (D. Maryland) may "materially inform – and potentially narrow – the issues that require briefing" before the Board (Respondent's Briefing Extension Request at 2).

We will dismiss the respondent's appeal from the Immigration Judge's October 1, 2025, decision as moot, and deny the respondent's request for a briefing extension. It is clear based on the record before us and the current posture of this case that the Immigration Judge's October 10, 2019, decision is not final, and in fact has been amended by the Immigration Judge's December 11, 2025, order. Further, the respondent may appeal to the Board from the Immigration Judge's December 11, 2025, order. As the Immigration Judge's October 10, 2019, order is not final, the respondent's motion to reopen is moot, as well as his appeal from the Immigration Judge's October 1, 2025, decision denying his motion to reopen.

Accordingly, the following order will be issued.

ORDER: The appeal is dismissed as moot.

NOTICE: If a respondent is subject to a final order of removal and willfully fails or refuses to depart from the United States pursuant to the order, to make timely application in good faith for travel or other documents necessary to depart the United States, or to present himself or herself at the time and place required for removal by the Department of Homeland Security, or conspires to or takes any action designed to prevent or hamper the respondent's departure pursuant to the order of removal, the respondent shall be subject to a civil monetary penalty of up to $998 for each day the respondent is in violation. *See* section 274D of the Immigration and Nationality Act, 8 U.S.C. § 1324d; 8 C.F.R. § 280.53(b)(14).