IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA., *et al.*,       *

    Plaintiffs,       *

    v.       *       CIVIL NO. PX-25-2780

KRISTI NOEM, *et al.*,       *

    Defendants.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

    During further proceedings in this matter, no person may possess or transport into the courtroom any electronic devices, to include cellular telephones, cameras, recording devices of any type including "smart" watches and "smart" pens, "smart glasses" and/or computers, to include laptops and tablets, without the express permission of the presiding judge. This restriction shall not apply to employees of the United States District Court for the District of Maryland, the United States Marshal or his Deputies, Court Security Officers, counsel of record in this case, employees of state and federal law enforcement agencies, and/or investigators and employees of counsel representing parties in the case, provided those investigators and employees of counsel are identified to the Court in advance. All persons subject to this Order are advised not to bring any such electronic devices to the courthouse.

    The United States Marshal, his Deputies, and the Court Security Officers shall enforce this Order.

Date:   12/19/25                                         /S/
                                                                                            Paula Xinis
                                                                          United States District Judge