UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>**RESPONDENTS' NOTICE OF FILING OF EXHIBIT V** |

Respondents hereby provide notice of the submission of Respondent's Exhibit V, the Notice of Conditions of Release served by the Immigration and Custom Enforcement on Petitioner on December 24, 2025. This submission is a partial response to the Court's order at ECF 123.

Dated: December 26, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Office of Immigration Litigation

JONATHAN GUYNN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Torts Branch

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR.
Deputy Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov
*ATTORNEYS FOR RESPONDENTS*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                         */s/ Ernesto H. Molina, Jr.*
                                         ERENSTO H. MOLINA, JR.
                                         Deputy Director
                                         United States Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation -
                                            General Litigation and Appeals Section