# EXHIBIT V

Office of Enforcement and Removal Operations

**U.S. Department of Homeland Security**
31 Hopkins Plaza
Baltimore, Maryland 21201



**U.S. Immigration and Customs Enforcement**

ABREGO-Garcia, Kilmar Armando
4502 Samar Street
Beltsville, MD 20705

A201 577 119

## Notice of Conditions of Release

On December 11, 2025, the U.S. District Court for the District of Maryland granted your release from U.S. Department of Homeland Security (DHS) custody. *See Abrego Garcia v. Noem*, No. 8:25-cv-02780-PX, 2025 WL 3545447, at *1 (D. Md. Dec. 11, 2025). The district court found at that time that "no order of removal exists." *Id.* at *11. On December 11, 2025, you were released from the Moshannon Valley Processing Center pursuant to an Order of Supervision. On December 17, 2025, the Board of Immigration Appeals issued a decision noting that the decision in your case is not final. On December 22, 2025, the U.S. District Court for the District of Maryland directed that your release documentation be corrected consistent with the fact that you are not subject to a final order of removal.

Accordingly, the Order of Supervision issued to you on December 11, 2025, is hereby cancelled. As directed by the district court, you are released subject to the following conditions:

- You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

- You must surrender for removal from the United States if so ordered.

- You must report in person to the Duty officer at as directed at **DOCKET CONTROL OFFICE BALTIMORE, 31 Hopkins Plaza, Suite 630, Baltimore, MD 21201** on **01/23/2026 at 10:00 a.m.** as directed.

- You must not change your place of residence without first securing written permission from the officer listed above.

- You must not violate any local, State or Federal laws or ordinances.

- You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

- Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by DHS. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew.

    Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention. If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.

- That you do not associate with known gang members, criminal associates, or be associated with any such activity.

- That you do not commit any crimes while released.

- That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

- That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

- That you provide ICE with written responses from the Embassy or Consulate regarding your request.

- Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

**THOMAS P BROPHY**  Digitally signed by THOMAS P BROPHY
Date: 2025.12.24 09:17:18 -05'00'

Thomas P. Brophy,  Date
Deputy Executive Associate Director

ABREGO-Garcia, Kilmar
A201 577 119
Page 3 of 3

..............................................................................

### Alien's Acknowledgement of Conditions of Release

I hereby acknowledge that I have (read) (had interpreted and explained to me in the Spanish language) the contents of this notice, a copy of which has been given to me. I understand that failure to comply with the terms of this notice may subject me to detention or prosecution.

_____          _____
Signature of ICE Official Serving Notice          Signature of Alien

(✓) cc: Attorney of Record or Designated Representative
( ) cc: A-File