**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, ET AL., <br><br> Respondents. | Case No. 8:25-CV-02780-PX <br><br> **RESPONDENTS' (UNOPPOSED) MOTION FOR AN EXTENSION OF TIME TO FILE A DECLARATION IN RESPONSE TO THE COURT'S ORDER AT ECF 123** |

Respondents hereby move the Court for an extension of time until December 30, 2025, to file to provide a declaration in responses to the Court's order at ECF 123. The request is made with good cause, and Petitioner, through counsel, does not oppose the request.

On December 22, 2025, the Court issued an order directing the Respondents to "supplement the record with, at a minimum, a sworn declaration from a person with knowledge who binds the Respondents," that addresses: (a) whether Respondents intend to re-detain Petitioner or continue his conditions of release from custody as originally provided on December 11, 2025; (b) if Respondents intended to re-detain petitioner, Respondents must identify the specific provision providing the basis for re-detention; and (c) the Respondents' position on whether Petitioner would be entitled to a prompt bond hearing before an immigration judge under the articulated basis for detention under (b). ECF 123 at 1. Such supplementation was to be submitted by December 26, 2025. *Id.* However, the Court did suggest that Respondents may seek an extension in light of the holidays. *See* ECF 125 at

In ECF 126, Respondents submitted Exhibit V, which is the new Notice of Conditions of Release served by ICE upon Petitioner. The notice indicates that it is being issued in light of the Court's conclusion that there was no final order of removal, as well as the Board's similar holding.

1

ECF 126 at 2. It otherwise generally employs the conditions of release reflected in the December 11 Notice of Conditions of Release, albeit, it also provides that Petitioner must appear for any further proceedings before the Executive Office for Immigration Review. *See id.* at 2.

However, due the intervening Federal holidays of December 24 through December 26, Respondents are unable to complete the more formal declaration requested by the Court. To that end, ICE indicates that it should be able to produce the declaration by December 30.

Accordingly, Respondents request a four-day extension of time to complete the declaration, giving them until December 30, 2025, to complete the submission. Insofar as Petitioner was expected to file his response on December 30, it is understood that the schedule will be adjusted accordingly. Since four days after December 30 is a Saturday, Petitioner would get until Monday, January 5, to file a response.

| | |
|---|---|
| Dated: <u>December 26, 2025</u> | Respectfully Submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General | DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>U.S. Department of Justice |
| JONATHAN GUYNN<br>Deputy Assistant Attorney General<br>U.S. Department of Justice<br>Civil Division, Torts Branch | Civil Division, Office of Immigration Litigation<br><br>*/s/ Ernesto H. Molina, Jr.*<br>ERNESTO H. MOLINA, JR.<br>Deputy Director<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation –<br>   General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-616-93444<br>ernesto.h.molina@usdoj.gov<br><br>*ATTORNEYS FOR RESPONDENTS* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                     */s/ Ernesto H. Molina, Jr.*
                                     ERENSTO H. MOLINA, JR.
                                     Deputy Director
                                     United States Department of Justice
                                     Civil Division
                                     Office of Immigration Litigation -
                                        General Litigation and Appeals Section