**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Case No. 8:25-CV-02780-PX<br><br>**ORDER REGARDING RESPONDENTS' (UNOPPOSED) MOTION FOR AN EXTENSION OF TIME TO FILE A DECLARATION IN RESPONSE TO THE COURT'S ORDER AT ECF NO. 123** |

**ORDER**

Before the Court is Respondents' (Unopposed) Motion for an Extension of Time to File a Declaration in Response to the Court's Order at ECF No. 123 ("Motion for an Extension"). *See* ECF No. 127.

Having reviewed the motion, the Court GRANTS Respondents' Motion for an Extension. It is hereby ORDERED that:

(1) Respondents shall file a supplemental declaration in response to ECF No. 123 by no later than December 30, 2025; and

(2) Petitioner shall file a response to Respondents' December 26 and December 30 submissions by no later than January 5, 2026.

DATE:  December 26, 2025                        /s/
                                                          The Honorable Paula Xinis
                                                          United States District Judge

1