UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>    Respondents. | Case No. 8:25-CV-02780-PX<br><br>**RESPONDENTS' NOTICE OF FILING OF EXHIBIT W IN RESPONSE TO THE COURT'S ORDER AT ECF 123** |

Respondents hereby provide notice of the submission of Respondent's Exhibit W, Declaration of Liana J. Castano. This submission is the response to the Court's order at ECF 123.

Dated: December 30, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Office of Immigration Litigation

JONATHAN GUYNN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Torts Branch

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR.
Deputy Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov
*ATTORNEYS FOR RESPONDENTS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Maryland by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                 */s/ Ernesto H. Molina, Jr.*
                                                 ERENSTO H. MOLINA, JR.
                                                 Deputy Director
                                                 United States Department of Justice
                                                 Civil Division
                                                 Office of Immigration Litigation -
                                                     General Litigation and Appeals Section