UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>      Petitioner,<br><br>  v.<br><br>Kristi Noem, *et al.*,<br><br>      Respondents. | Case No. 8:25-cv-02780 (PX) |

## NOTICE OF CHANGE OF ATTORNEYS' MAILING ADDRESS

NOTICE IS HEREBY GIVEN that the mailing and business address of Jonathan G. Cooper, counsel for Petitioner Kilmar Armando Abrego Garcia, has changed effective January 9, 2026 as follows:

Jonathan Gordon Cooper
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, D.C. 20004

Dated: January 9, 2026

Respectfully submitted,

/s/      Jonathan Cooper
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper
(D. Md. Bar No. 21345)
555 13th Street NW, Suite 600
Washington, D.C. 20004
(202) 538-8000
jonathancooper@quinnemanuel.com

*Counsel for Petitioner*