# EXHIBIT X



**U.S. Department of Justice**
Executive Office for Immigration Review
*Office of the General Counsel*

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 22041

Re: KILMER ARMADO ABREGO-GARCIA
A201-577-119

I, <u>Jessica Ann Harrold</u>, declare as follows:

I am employed as a Paralegal Specialist by the Department of Justice, Executive Office for Immigration Review (EOIR). I certify that the attached transcript and audio recording for the hearing held on May 29, 2019, is a correct and complete copy of the original included in the Record of Proceeding maintained by EOIR for the above-named alien's immigration proceedings.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 21, 2026          SIGNED: JESSICA HARROLD
Digitally signed by JESSICA HARROLD
Date: 2026.01.21 15:15:41 -05'00'

JESSICA ANN HARROLD
Paralegal Specialist

U.S. Department of Justice
Executive Office for Immigration Review
United States Immigration Court

In the Matter of                                                                                  File:  A201-577-119

KILMER ARMADO ABREGO-GARCIA        )           IN REMOVAL PROCEEDINGS
                                                                            )
     RESPONDENT                                            )           Transcript of Hearing

Before Kessler, Elizabeth A., Immigration Judge

Date: May 29, 2019                                                              Place: BALTIMORE, MARYLAND

Transcribed by Diaz Data Services

Official Interpreter:

Language: SPANISH

Appearances:

  For the Respondent: PRO SE

  For the DHS: MARY JOHNSTON

1   JUDGE FOR THE RECORD

2       Okay, we're on the record.  These are immigration proceedings before

3   Immigration Judge Elizabeth A. Kessler, sitting in Baltimore, Maryland on May 29th,

4   2019 in the matter of Kilmer Armado Abrego-Garcia, 201-577-119.  The respondent is

5   present.  He is not represented by counsel.

6   JUDGE TO MS. JOHNSTON

7       Would counsel for the Department of Homeland Security please identify herself

8   for the record?

9   MS. JOHNSTON TO JUDGE

10      Mary Johnston for DHS.

11  JUDGE TO COUNSELS

12      Okay.  And we do have our Spanish interpreter, who's previously been sworn in

13  for the day.

14  JUDGE TO MR. ABREGO-GARCIA

15      And sir, I had rescheduled your case one last time because I thought there was a

16  potential for another attorney representing you.  Do you have a new attorney?

17  MR. ABREGO-GARCIA TO JUDGE

18      No, not right now.

19  JUDGE TO MR. ABREGO-GARCIA

20      Okay.  Then, I think, because I've already rescheduled your case several times,

21  we will have to go ahead today, and I will plan to take your pleading.  Then, I'll ask you

22  some questions, to see what your options might be.  So, if you could, just raise your

23  right hand.  Do you swear that the testimony you're about to give will be the truth, the

24  whole truth, and nothing but the truth, so help you, God?

25  MR. ABREGO-GARCIA TO JUDGE

1       Yes, I do swear.

2   JUDGE TO MR. ABREGO-GARCIA

3       Thank you.  And I want to advise you that in these proceedings, you have the

4   right to present evidence, to examine evidence presented by the government, and to

5   cross-examine any witnesses, should any witnesses be called.  I am now going to take

6   your pleading.  I'm going to read to you each of the allegations and the charge in the

7   Notice to Appear.  The first one says that you are not a citizen or national of the United

8   States.  Is that true?

9   MR. ABREGO-GARCIA TO JUDGE

10      It's true.

11  JUDGE TO MR. ABREGO-GARCIA

12      The next one says you are a native of El Salvador and a citizen of El Salvador.

13  Is that true?

14  MR. ABREGO-GARCIA TO JUDGE

15      Yes, true.

16  JUDGE TO MR. ABREGO-GARCIA

17      The next one says that you arrived in the United States at or near an unknown

18  place, on or about an unknown date.  Is that true?

19  MR. ABREGO-GARCIA TO JUDGE

20      True.

21  JUDGE TO MR. ABREGO-GARCIA

22      The next one says that at the time you entered, you were not given permission to

23  enter by an immigration officer.  Is that true?

24  MR. ABREGO-GARCIA TO JUDGE

25      True.

1   JUDGE TO MR. ABREGO-GARCIA

2        And then, the immigration charge is simply that you're subject to being removed

3   from the United States because you entered unlawfully.  Do you agree that that is true?

4   MR. ABREGO-GARCIA TO JUDGE

5        Yes.

6   JUDGE TO MR. ABREGO-GARCIA

7        And based on the pleadings, I do find that you're removable, as charged.  I am

8   required to designate a country for your removal, should that become necessary.

9   Would you like me to designate your country of El Salvador?

10  MR. ABREGO-GARCIA TO JUDGE

11       Yes.

12  JUDGE TO MR. ABREGO-GARCIA

13       And I have some questions for you about that.  Do you have any fear that you'd

14  be persecuted or tortured if you had to go back to El Salvador?

15  MR. ABREGO-GARCIA TO JUDGE

16       I would have fear about what they're accusing me of, belonging to a gang.

17  JUDGE TO MR. ABREGO-GARCIA

18       Okay.  Here's what we'll do.  We'll give you a copy of the I-589 asylum

19  application.  That is the application you file if you fear being returned to your country.  It

20  does need to be filled out in English.  So, you may need to get help with that.  Once you

21  fill it out, you must bring back one copy for the court, a second copy for the Department

22  of Homeland Security, and keep a third copy for yourself.  I also have a few other

23  questions for you.  I take it, from what you said in the bond hearing, you've been in the

24  United States since 2011.  Is that correct?

25  MR. ABREGO-GARCIA TO JUDGE

1       Yes.

2   JUDGE TO MR. ABREGO-GARCIA

3       Okay.  And has anyone ever filed any immigration petitions on your behalf?

4   MR. ABREGO-GARCIA TO JUDGE

5       No.

6   JUDGE TO MS. JOHNSTON

7       Other than potential relief from an I-589, did DHS see any other possibilities for

8   relief from removal?

9   MS. JOHNSTON TO JUDGE

10      No, your honor.

11  JUDGE TO MS. JOHNSTON

12      Okay.  Then -- and I take it, no objection to one continuance, so he can file that?

13  MS. JOHNSTON TO JUDGE

14      No, your honor.

15  JUDGE TO MR. ABREGO-GARCIA

16      Okay.  Then, here's what I am going to do.  I'm going to reschedule your case for

17  you to file the asylum application.  Since your case has already been rescheduled

18  several times, this will be the only continuance I can give you for you to file the

19  application.  So, I am going to schedule your next hearing for June 12th, 2018 at 8:30.

20  If you do not have the asylum application to file at the next hearing, I am going to deem

21  the application abandoned.  Do you understand that?

22  MR. ABREGO-GARCIA TO JUDGE

23      Yes.

24  JUDGE TO MR. ABREGO-GARCIA

25      And did you have any other questions for me for today?

A201-577-119                                18                              May 29, 2019

1   MR. ABREGO-GARCIA TO JUDGE

2       I have an attorney that's been with the appeal -- the bond appeal -- and some

3   papers were sent.  So, my question is if I would be getting a hearing date with regard to

4   the appeal -- the bond appeal.

5   JUDGE TO MR. ABREGO-GARCIA

6       There wouldn't be a hearing on the bond appeal.  It's handled by the Board of

7   Immigration Appeals, completely on the paper.  So, just make sure that anything they

8   request is responded to.  Okay?

9   MR. ABREGO-GARCIA TO JUDGE

10      Yes.

11  JUDGE TO MS. JOHNSTON

12      All right.  And I take it, nothing else from DHS?

13  MS. JOHNSTON TO JUDGE

14      No, your honor.

15  JUDGE TO MR. ABREGO-GARCIA

16      Okay, then, the case is continued.  See you in a few weeks.

17                         <u>HEARING CLOSED</u>

A201-577-119                        19                        May 29, 2019