**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, | Case No. 8:25-CV-02780-PX |
| Petitioner, | **RESPONDENTS' NOTICE OF FILING OF EXHIBIT B TO ECF 142** |
| v. | |
| KRISTI NOEM, ET AL., | |
| Respondents. | |

Respondents hereby provide notice of the submission of Respondent's Exhibit B, the Letter

Decision by Todd Lyons, which is referenced in ECF 142 and was inadvertently omitted.

Dated: <u>March 20, 2026.</u>                 Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Office of Immigration Litigation

JONATHAN GUYNN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Torts Branch

<u>*/s/ Ernesto H. Molina, Jr.*</u>
ERNESTO H. MOLINA, JR.
Deputy Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-93444
ernesto.h.molina@usdoj.gov
*ATTORNEYS FOR RESPONDENTS*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Ernesto H. Molina, Jr.
ERENSTO H. MOLINA, JR.
Deputy Director
United States Department of Justice
Civil Division
Office of Immigration Litigation -
  General Litigation and Appeals Section