# EXHIBIT A

# Costa Rica plans to accept US-sent migrants from other countries

By Reuters

March 23, 20266:10 PM PDTUpdated March 23, 2026

SAN JOSE, March 23 (Reuters) - The U.S. and Costa Rica have signed an initial agreement for Costa Rica to accept migrants deported by the U.S. from other countries, Costa Rica's presidency said on Monday.

Costa Rica can make a final decision on whether to accept the migrants, the presidency said in a statement, with as many as 25 people expected to be transferred to the country per week.

> The Reuters Iran Briefing newsletter keeps you informed with the latest developments and analysis of the Iran war. Sign up here.

The U.S. "will put forth the necessary financial support," the presidency said, while the U.N.-tied International Organization for Migration will offer food and housing.

Reporting by Alvaro Murillo; Editing by Daina Beth Solomon