# EXHIBIT C

| | |
|---|---|
| From: | Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov> |
| Sent: | Wednesday, March 25, 2026 5:30 PM |
| To: | Simon Sandoval-Moshenberg; Molina, Ernesto H. (CIV); Guynn, Jonathan (CIV); Ensign, Drew C (CIV); Cardin, Zachary A. (CIV) |
| Cc: | Olivia Horton; Jonathan Cooper; Rina Gandhi; Sascha Rand; Andrew J. Rossman; Courtney Daukas; Morgan Anastasio; Nithya Pathalam; Roey Goldstein |
| Subject: | RE: Abrego Garcia v. Noem, 8:25-cv-2780 |

[EXTERNAL EMAIL from shane.a.young@usdoj.gov]

 **This message needs your attention**

- This is their first mail to some recipients.

Good Afternoon All,

You are correct Simon. The concluding statement requests a decision on the Motion by April 17, 2026, to preserve the existing appeal deadline should it be needed. Given the immediate nature of our request, to dissolve the unlawful injunctions prohibiting detention and removal, we will not be making a motion to extend the deadline.

Best,

From: Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
Sent: Tuesday, March 24, 2026 2:39 PM
To: Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>; Cardin, Zachary A. (CIV) <Zachary.A.Cardin@usdoj.gov>
Cc: Olivia Horton <oliviahorton@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Rina Gandhi <Rina@murrayosorio.com>; Sascha Rand <sascharand@quinnemanuel.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Courtney Daukas <courtneydaukas@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nithya Pathalam <nithyapathalam@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
Subject: [EXTERNAL] Abrego Garcia v. Noem, 8:25-cv-2780

Ernie et al:

Good afternoon.  We're in receipt of your Motion to Dissolve Injunction (Dkt. No. 142) in the Abrego Garcia -2780 matter.

The conclusion of the motion states: "Respectfully, the government requests the Court enter a ruling on the Motion by Friday, April 17, 2026. After that date, the government will consider the motion to dissolve as having

been denied." We assume that this date is tied to the appeal deadline on the preliminary injunction order (Dkt. No. 141), which we understand to be Monday, April 20.

If the government would like to file a motion under Fed. R. App. P. 4(a)(5) to extend the appeal deadline for good cause, so that the District Judge can decide your Motion to Dissolve Injunction in the ordinary course with the normal briefing schedule and a hearing, we would consent to such a motion.

Please advise. Thank you.


Best,




**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**