# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| Kilmar Armando Abrego Garcia, | |
| Petitioner, | |
| v. | Case No. 8:25-cv-02780 (PX) |
| Kristi Noem, *et al.*, | |
| Respondents. | |

**Petitioner's Requests for Production to Respondents**

Pursuant to Habeas Rule 6, Federal Rule of Civil Procedure 34, and this Court's Local Rules, Petitioner propounds the following requests for production.

**Definitions**

1. "**Communication**" means any transmittal of information in any form and of any kind, including any electronic, oral, or written transmission.

2. "**Document**" means any information stored in a medium from which the information can be obtained, including any calendar, chart, Communication, data, data compilation, database, diary, draft, drawing, electronically stored log, magnetic tape, memorandum, note, optical disk, photograph, report, sound recording, spreadsheet, storage device, text message, voicemail, writing, or any other category covered by Federal Rule of Civil Procedure 34(a)(1)(A). Any copy of a Document that differs in any respect from the original constitutes a separate Document.

3. "**You**" and "**Your**" mean the Respondents in this case, including, as applicable, any of their officials, employees, departments, components, commissions, representatives, agents,

attorneys, assigns, predecessors, affiliates, third-party experts, service providers, and any other entities, instrumentalities, or persons acting or purporting to act on their behalf.

### Instructions

1.    **Timeframe**: These Requests seek responsive Documents from January 1, 2025, through the present.

2.    **Responses**: Respond to each Request for production by producing each requested Document in its entirety, along with every family Document (such as any appendices, attachments, cover letters, enclosures, exhibits, and schedules) that is in Your possession, custody, or control. If no Document in Your possession, custody, or control is responsive to a particular Request, provide a written response stating so.

3.    **Construction**: Construe each word in these Requests in the broadest manner consistent with the Federal Rules of Civil Procedure, the Local Rules, and this Court's Orders.

4.    **Production Date**: Please produce all responsive Documents as soon as possible on a rolling basis.

5.    **Objections**: If You do not respond to a Request in whole or in part based on an objection, state the objection and the basis for the objection in writing and with particularity and respond to any portion of the Request to which You do not object, in accordance with Federal Rule of Civil Procedure 34(b)(2)(C) and Section 10(a)–(c) of this Court's Discovery Guidelines.[2]

6.    **Privilege**: If You withhold or redact any responsive Document based on an assertion of privilege, provide a log setting forth with specificity the nature of the privilege and

---

[2]    Local Rules Appendix A: Discovery Guidelines of the United States District Court for the District of Maryland ("Discovery Guidelines").

the information required by Federal Rule of Civil Procedure 26(b)(5) and Guideline 10(d) of this Court's Discovery Guidelines.

7.      **Production Format**: Please produce each responsive Document in accordance with the Stipulated Confidentiality Order in *Abrego Garcia, et al. v. Noem, et al.*, 8:25-cv-951, ECF No. 95 (D. Md. April 21, 2025).

8.      **Service**: Serve all responses and productions on the undersigned attorneys via email.

9.      **Continuing Obligation**: These Requests are ongoing. If, after responding, You obtain or become aware of an additional responsive Document in Your possession, custody, or control, then produce that Document promptly, in accordance with Federal Rule of Civil Procedure 26(e).

### Requests for Production

**Request No. 1:** All Communications with any official or representative of the Government of the Republic of Liberia concerning Petitioner.

**Request No. 2:** All Communications with any official or representative of the Government of the Republic of Costa Rica concerning Petitioner.

**Request No. 3:** All Documents regarding: (i) the decision to pursue Petitioner's removal to Liberia; (ii) any assessment of the feasibility, readiness, or timing of Petitioner's removal to Liberia; (iii) the decision not to permit removal of Petitioner to Costa Rica; and (iv) any determination that removal to Costa Rica would be "prejudicial to the United States."

**Request No. 4:** To the extent not encompassed by the preceding Requests, any Documents or Communications underlying or related to (i) the Lyons Memorandum dated March 2, 2026, at ECF No. 143-1; or (ii) the Schultz Declaration dated March 17, 2026, at ECF No. 142-1.

3

Dated: April 3, 2026

/s/ Jonathan G. Cooper

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton* (*pro hac vice*)
Nithya Pathalam (*pro hac vice*)
555 13th St NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com
*admitted in Texas; not admitted in D.C.
Supervised by attorney admitted in D.C.*


Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
Courtney Daukas (*pro hac vice*)
Morgan Anastasio (*pro hac vice*)
Roey Goldstein (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com
roeygoldstein@quinnemanuel.com

*Counsel for Petitioner*

4