**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>       Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>       Respondents. | Case No. 8:25-cv-02780 (PX) |

**[Proposed] Order**

Upon consideration of the Petitioner's Motion for Leave to Conduct Limited Discovery submitted to this Court, the Court **GRANTS** Petitioner's Motion.

It is **ORDERED** that Respondents must **RESPOND** to Petitioner's requests for production as provided in Exhibit A to Petitioner's motion. Respondents must produce responsive documents on a rolling basis and their productions must be substantially complete at least three business days before the evidentiary hearing to be set by the Court.

It is **FURTHER ORDERED** that Respondents must produce John A. Schultz and Todd Lyons to testify at the evidentiary hearing to be set by the Court.

The Clerk is **DIRECTED** to transmit a copy of this Order to all counsel of record.

Dated: April ___, 2026

                                          _____

                                          The Honorable Paula Xinis
                                          United States District Judge