**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

|  |  |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Respondents*. | Civ. No. 8:25-2780-PX |

**ORDER**

UPON CONSIDERATION OF the Unopposed Motion of Immigration and Constitutional Law Professors for Leave to File *Amici Curiae* Brief in Support of Petitioner and in Opposition to Respondents' Motion to Dissolve Injunctions, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that the Motion is **GRANTED**.

_____
Paula Xinis
United States District Judge