**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

Kilmar Armando Abrego Garcia,

          Petitioner,

v.

Markwayne Mullin, *et al.*,

          Respondents.

Case No. 8:25-cv-02780 (PX)

**JOINT STATUS REPORT**

Pursuant to this Court's Order following the May 12, 2026, Hearing (ECF 173) the Parties respectfully submit the following joint proposed schedule for Petitioner's Motion to Resolve Outstanding Claims in Petitioner's Habeas Petition (ECF 1) ("Motion"):

1. **Wednesday, May 27, 2026**: Petitioner shall file his Motion.

2. **Wednesday, June 10, 2026**: Respondents shall file their opposition to Petitioner's Motion, if any.

3. **Wednesday, June 24, 2026**: Petitioner shall file a reply to his Motion.

Dated: May 13, 2026

Respectfully submitted,

By: */s/ Jonathan G. Cooper*        By: */s/ Shane A. Young*

**QUINN EMANUEL URQUHART &**     Brett A. Shumate
 **SULLIVAN, LLP**           Assistant Attorney General
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton* (*pro hac vice*)        Drew C. Ensign
Nithya Pathalam (*pro hac vice*)       Jonathan Guynn
555 13th St NW, Suite 600        Deputy Assistant Attorneys General
Washington, DC 20004
(202) 538-8000           Ernesto Molina, Jr.
jonathancooper@quinnemanuel.com    Deputy Director
oliviahorton@quinnemanuel.com     Office of Immigration Litigation
*admitted in Texas; not admitted in D.C.*
*Supervised by attorney admitted in D.C.*   Shane A. Young
                 Trial Attorney
Andrew J. Rossman (*pro hac vice*)    U.S. Department of Justice
Sascha N. Rand (*pro hac vice*)     Civil Division
Morgan Anastasio (*pro hac vice*)    Office of Immigration Litigation
Roey Goldstein (*pro hac vice*)     P.O. Box 878, Ben Franklin Station
Courtney Daukas (*pro hac vice*)     Washington, DC 20044
295 Fifth Avenue, 9th Floor       202-451-7483
New York, NY 10016         shane.a.young@usdoj.gov
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
roeygoldstein@quinnemanuel.com
morgananastasio@quinnemanuel.com
courtneydaukas@quinnemanuel.com

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-239
ssandoval@murrayosorio.com

   *Counsel for Petitioner*        *Counsel for Respondents*