**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| Kilmar Armando Abrego Garcia, | |
| Petitioner, | |
| v. | Case No. 8:25-cv-02780 (PX) |
| Markwayne Mullin, *et al.*, | |
| Respondents. | |

## ORDER

Upon consideration of the Joint Status Report filed by the Parties on May 13, 2026, (ECF 174) the Court hereby ORDERS the following briefing schedule for Petitioner's Motion to Resolve Outstanding Claims in Petitioner's Habeas Petition ("Motion"):

1. By **Wednesday, May 27, 2026**: Petitioner shall file his Motion.

2. By **Wednesday, June 10, 2026**: Respondents shall file their opposition to Petitioner's Motion, if any.

3. By **Wednesday, June 24, 2026**: Petitioner shall file a reply to his Motion.

Dated: May 13, 2026

_____/s/_____

The Honorable Paula Xinis
United States District Judge