**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| Kilmar Armando Abrego Garcia, | |
| Petitioner, | |
| v. | Case No. 8:25-cv-02780 (PX) |
| Markwayne Mullin, *et al.*, | |
| Respondents. | |

**Petitioner's Motion to Resolve Outstanding Habeas Claims**

Pursuant to the Court's Order of May 13, 2026 (ECF No. 175), Petitioner Kilmar Armando Abrego Garcia files this Motion to Resolve Outstanding Claims in Petitioner's Habeas Petition. As further explained in the accompanying Memorandum, Abrego Garcia respectfully moves the Court to enter a final order on the first, third, and fourth causes of action in his Habeas Petition. Specifically, Abrego Garcia requests a final order providing the following relief:

1.      Ordering and declaring that Respondents' removal of Abrego Garcia—and their detention of Abrego Garcia for purposes of removal—to Liberia or to any other country that is not Costa Rica violates 8 U.S.C. § 1231(b)(2) (Count One);

2.      Ordering and declaring that Respondents' removal of Abrego Garcia—and their detention of Abrego Garcia for purposes of removal—to Liberia or to any other country that is not Costa Rica is punitive and violates his substantive and procedural right to due process under the Fifth Amendment (Count Three);

3.      Ordering and declaring that Respondents' removal of Abrego Garcia—and their detention of Abrego Garcia for purposes of removal—to Liberia or to any other country where he

faces persecution, torture, or refoulement to El Salvador violates 8 U.S.C. § 1231(b)(3) and

8 C.F.R. § 1208.16 (Count Four); and

4.    Enjoining Respondents from removing Abrego Garcia—and from detaining

Abrego Garcia for purposes of removal—to Liberia or to any other country that is not Costa Rica.

A Memorandum of Law in Support and Proposed Order accompanies this Motion.

Respectfully submitted,

Dated: May 27, 2026

| | |
|---|---|
| | */s/ Jonathan G. Cooper* |
| **MURRAY OSORIO PLLC** | **QUINN EMANUEL URQUHART &** |
| Simon Y. Sandoval-Moshenberg | **  SULLIVAN, LLP** |
| Rina Gandhi | Jonathan G. Cooper (D. Md. Bar No. 21345) |
| 4103 Chain Bridge Road, Suite 300 | Olivia Horton* (*pro hac vice*) |
| Fairfax, VA 22030 | Nithya Pathalam (*pro hac vice*) |
| (703) 352-2399 | 555 13th St NW, Suite 600 |
| ssandoval@murrayosorio.com | Washington, DC 20004 |
| | (202) 538-8000 |
| | jonathancooper@quinnemanuel.com |
| | oliviahorton@quinnemanuel.com |
| | nithyapathalam@quinnemanuel.com |
| | **admitted in Texas; not admitted in D.C.*<br>*Supervised by attorney admitted in D.C.* |

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
Courtney Daukas (*pro hac vice*)
Morgan L. Anastasio (*pro hac vice*)
Roey Goldstein (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com
roeygoldstein@quinnemanuel.com

*Counsel for Petitioner*

2