**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| Kilmar Armando Abrego Garcia, | |
| Petitioner, | |
| v. | Case No. 8:25-cv-02780 (PX) |
| Markwayne Mullin, *et al.*, | |
| Respondents. | |

**[Proposed] Order Granting Petitioner's Motion to Resolve Outstanding Habeas Claims**

For the reasons set forth in the Court's accompanying Memorandum Opinion, the Court hereby **GRANTS** Petitioner Kilmar Armando Abrego Garcia's Motion to Resolve Outstanding Claims in Petitioner's Habeas Petition and enters judgment in his favor on Counts One, Three, and Four of his habeas petition. It is hereby **ORDERED** and **DECLARED** that:

1. Petitioner Kilmar Armando Abrego Garcia's Petition for a Writ of Habeas Corpus, ECF No. 1, is **GRANTED** on Counts One, Three, and Four.

2. It is **DECLARED** that Respondents' removal of Abrego Garcia—and their detention of Abrego Garcia for purposes of removal—to Liberia or to any other country that is not Costa Rica violates 8 U.S.C. § 1231(b)(2) (Count One);

3. It is further **DECLARED** that Respondents' removal of Abrego Garcia—and their detention of Abrego Garcia for purposes of removal—to Liberia or to any other country that is not Costa Rica is punitive and violates his substantive and procedural right to due process under the Fifth Amendment (Count Three);

4. It is further **DECLARED** that Respondents' removal of Abrego Garcia—and their detention of Abrego Garcia for purposes of removal—to Liberia or to any other country

where he faces persecution, torture, or refoulement to El Salvador violates 8 U.S.C. § 1231(b)(3) and 8 C.F.R. § 1208.16 (Count Four); and

5. Respondents are **ENJOINED** from removing Abrego Garcia—and from detaining Abrego Garcia for purposes of removal—to Liberia or to any other country that is not Costa Rica.

6. Respondents **SHALL** immediately transmit this Order to all officers, agents, and employees under their control involved in the detention or removal of Petitioner Kilmar Armando Abrego Garcia.


Dated: May ___, 2026                                    _____

                                                        The Honorable Paula Xinis
                                                        United States District Judge