**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| Kilmar Armando Abrego Garcia, | |
| Petitioner, | |
| v. | Case No. 8:25-cv-02780 (PX) |
| Markwayne Mullin, *et al.*, | |
| Respondents. | |

**Joint Motion For Extension of Time**

Petitioner Kilmar Armando Abrego Garcia and Respondents Markwayne Mullin, Todd Blanche, Todd Lyons, and Nikita Baker (together, the "Parties") jointly move this Court to extend certain briefing deadlines. In support thereof, the Parties state as follows:

Pursuant to this Court's Scheduling Order (ECF No. 175), Respondents' response to Petitioner's Motion to Resolve Outstanding Habeas Claims (ECF No. 179) is currently due on June 10, 2026, and Petitioner's reply is currently due on June 24, 2026.

Respondents respectfully request a two-week extension, until June 24, 2026, to file their response to Petitioner's Motion to Resolve Outstanding Habeas Claims. Good cause exists for this extension in light of counsel's other professional obligations in pending matters. Petitioner consents to the extension.

Should the Court grant the requested extension of Respondents' response deadline, the Parties further agree that Petitioner's reply in support of his Motion to Resolve Outstanding Habeas Claims should be extended from June 24, 2026, to July 8, 2026.

Separately, Petitioner's reply in support of his Motion for Leave to Conduct Limited Discovery (ECF No. 178) is currently due on June 17, 2026, pursuant to the Local Rules of this

Court. Petitioner requests an extension of that deadline to July 8, 2026, to correspond with the reply deadline for the foregoing motion. Respondents consent to that extension. A proposed order accompanies this motion.

Dated: June 6, 2026

Respectfully submitted,

By: */s/ Jonathan G. Cooper*
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton (*pro hac vice*)
Nithya Pathalam (*pro hac vice*)
555 13th St NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
Morgan Anastasio (*pro hac vice*)
Roey Goldstein (*pro hac vice*)
Courtney Daukas (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
roeygoldstein@quinnemanuel.com
morgananastasio@quinnemanuel.com
courtneydaukas@quinnemanuel.com

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-239
ssandoval@murrayosorio.com

*Counsel for Petitioner*

By: */s/ Ernesto Molina, Jr.*
(Signed by Jonathan G. Cooper with permission of Ernesto Molina, Jr.)

Brett A. Shumate
Assistant Attorney General

Drew C. Ensign
Jonathan Guynn
Deputy Assistant Attorneys General

Ernesto Molina, Jr.
Deputy Director
Office of Immigration Litigation

Shane A. Young
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-451-7483
shane.a.young@usdoj.gov

*Counsel for Respondents*