**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

Kilmar Armando Abrego Garcia,

                         Petitioner,

v.                                                          Case No. 8:25-cv-02780 (PX)

Markwayne Mullin, *et al.*,

                         Respondents.

**[Proposed] Order**

Upon consideration of the Joint Extension Motion filed by the Parties on June 5, 2026, (ECF No. 182) the Court hereby ORDERS the following briefing schedule:

1. By **Wednesday, June 24, 2026**: Respondents shall file their opposition to Petitioner's Motion to Resolve Outstanding Habeas Claims (ECF No. 179), if any.

2. By **Wednesday, July 8, 2026**: Petitioner shall file a reply in support of his Motion to Resolve Outstanding Habeas Claims (ECF No. 179), if any.

3. By **Wednesday, July 8, 2026**: Petitioner shall file a reply in support of his Motion for Leave to Conduct Limited Discovery (ECF No. 178), if any.

Dated: June ___, 2026                          _____

                                                            The Honorable Paula Xinis
                                                            United States District Judge