**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| Kilmar Armando Abrego Garcia,<br><br>        Petitioner,<br><br>v.<br><br>Markwayne Mullin, *et al.*,<br><br>        Respondents. | Case No. 8:25-cv-02780 (PX) |

**Order**

Upon consideration of the Joint Extension Motion filed by the Parties on June 5, 2026, (ECF No. 182) the Court hereby ORDERS the following briefing schedule:

1.  By **Wednesday, June 24, 2026**: Respondents shall file their opposition to Petitioner's Motion to Resolve Outstanding Habeas Claims (ECF No. 179), if any.

2.  By **Wednesday, July 8, 2026**: Petitioner shall file a reply in support of his Motion to Resolve Outstanding Habeas Claims (ECF No. 179), if any.

3.  By **Wednesday, July 8, 2026**: Petitioner shall file a reply in support of his Motion for Leave to Conduct Limited Discovery (ECF No. 178), if any.

Dated: June 9, 2026

/s/
_____
The Honorable Paula Xinis
United States District Judge