**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

Kilmar Armando Abrego Garcia,

               Petitioner,

v.

Markwayne Mullin, *et al.*,

               Respondents.

Case No. 8:25-cv-02780 (PX)

**Petitioner's Motion for Extension of Time and to Exceed Page Limit**

Petitioner Kilmar Armando Abrego Garcia respectfully moves this Court for an extension of time to file his reply in support of his Motion to Resolve Outstanding Habeas Claims (ECF No. 179), and for leave to exceed the page limitations set forth in District of Maryland Local Rule 105.3.

Pursuant to this Court's Scheduling Order, Petitioner's reply in support of his Motion to Resolve Outstanding Habeas Claims was initially due on June 24, 2026. *See* ECF 175. The Parties subsequently filed a Joint Motion for Extension of Time, which the Court granted, extending the reply deadline to July 8, 2026. *See* ECF Nos. 182, 183.

Petitioner now respectfully requests a further extension of that deadline. Good cause exists for this request for two reasons. First, Respondents' Opposition to the Motion to Resolve Outstanding Habeas Claims is forty-six (46) pages in length, sixteen (16) pages longer than the thirty (30) pages permitted under Local Rule 105.3, necessitating additional time to adequately prepare a thorough reply. *See* ECF 184. Second, counsel for Petitioner have travel obligations and scheduling commitments during the briefing period that warrant the requested extension. Petitioner

1

requests that the deadline for his reply in support of his Motion to Resolve Outstanding Habeas Claims be extended from July 8, 2026, to July 22, 2026.

Separately, Petitioner further moves this Court for leave to exceed the page limitations set forth in District of Maryland Local Rule 105.3. Good cause exists for this request. Respondents' Opposition to Petitioner's Motion to Resolve Outstanding Habeas Claims is sixteen (16) pages beyond the limit established by the Local Rules and was filed without leave of Court. In order to adequately respond to the Opposition and to ensure that all relevant issues are properly briefed for the Court's consideration, Petitioner seeks leave to file a Reply Memorandum that will exceed the fifteen (15) page limit established in Local Rule 105.3. This Reply Memorandum will not exceed twenty-five (25) pages in length.

On July 1, 2026, Counsel for the Government indicated that it does not oppose this Motion.

For the foregoing reasons, Petitioner respectfully requests that this Court grant: (1) an extension of time, until July 22, 2026, to file Petitioner's reply in support of his Motion to Resolve Outstanding Habeas Claims; and (2) leave to file a Reply Memorandum in excess of the fifteen (15) page limitation established by Local Rule 105.3, not to exceed twenty-five (25) pages in length.

2

Respectfully submitted,


Dated: July 1, 2026

| | /s/ Jonathan G. Cooper |
|---|---|
| **MURRAY OSORIO PLLC** | **QUINN EMANUEL URQUHART &** |
| Simon Y. Sandoval-Moshenberg |   **SULLIVAN, LLP** |

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

/s/ Jonathan G. Cooper
**QUINN EMANUEL URQUHART &**
  **SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton (*pro hac vice*)
Nithya Pathalam (*pro hac vice*)
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
Courtney Daukas (*pro hac vice*)
Morgan L. Anastasio (*pro hac vice*)
Roey Goldstein (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com
roeygoldstein@quinnemanuel.com


*Counsel for Petitioner*