**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

Kilmar Armando Abrego Garcia,

Petitioner,

v.

Markwayne Mullin, *et al.*,

Respondents.

Case No. 8:25-cv-02780 (PX)

**[Proposed] Order**

On July 1, 2026, Petitioner Kilmar Armando Abrego Garcia filed a Motion for Extension of Time and to Exceed Page Limit for his reply in support of his Motion to Resolve Outstanding Habeas Claims ("Motion"). Counsel for the Government does not oppose this Motion.

Upon consideration of the Motion and finding good cause therefor, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that:

1. Petitioner's reply in support of his Motion to Resolve Outstanding Habeas Claims shall be filed by July 22, 2026;
2. Petitioner may file a reply in support of his Motion to Resolve Outstanding Habeas Claims that exceeds the page limit and is no more than twenty-five (25) pages.

Dated: July ___, 2026

__________________________

The Honorable Paula Xinis
United States District Judge