**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

Kilmar Armando Abrego Garcia,

          Petitioner,

v.

Markwayne Mullin, *et al.*,

          Respondents.

Case No. 8:25-cv-02780 (PX)

**Notice of Supplemental Authority in Support of**
**Petitioner's Motion to Resolve Outstanding Habeas Claims**

Petitioner Kilmar Armando Abrego Garcia respectfully submits the decision in *Suri v. Trump*, --- F.4th ---, No. 25-1560, 2026 WL 2123557 (4th Cir. July 23, 2026), attached as Exhibit A, as supplemental authority in support of his Motion to Resolve Outstanding Habeas Claims at ECF No. 179. In *Suri*, the Fourth Circuit rejected the Government's arguments that 8 U.S.C. §§ 1252(a)(5), (b)(9), and (g) stripped the district court of habeas jurisdiction, slip op. at 32–59, further supporting Petitioner's arguments that those provisions do not bar this Court's review here, *see* ECF 188 at § I.C.

Respectfully submitted,

Dated: July 24, 2026

|  |  |
|---|---|
| **MURRAY OSORIO PLLC** | /s/ Jonathan G. Cooper |
| Simon Y. Sandoval-Moshenberg | **QUINN EMANUEL URQUHART &** |
| Rina Gandhi | **  SULLIVAN, LLP** |
| 4103 Chain Bridge Road, Suite 300 | Jonathan G. Cooper (D. Md. Bar No. 21345) |
| Fairfax, VA 22030 | Olivia Horton (*pro hac vice*) |
| (703) 352-2399 | Nithya Pathalam (*pro hac vice*) |
| ssandoval@murrayosorio.com | 555 13th St NW, Suite 600 |

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-2399
ssandoval@murrayosorio.com

/s/ Jonathan G. Cooper

**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton (*pro hac vice*)
Nithya Pathalam (*pro hac vice*)
555 13th St NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
Courtney Daukas (*pro hac vice*)
Morgan Anastasio (*pro hac vice*)
Roey Goldstein (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
courtneydaukas@quinnemanuel.com
morgananastasio@quinnemanuel.com
roeygoldstein@quinnemanuel.com

*Counsel for Petitioner*