**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

Kilmar Armando Abrego Garcia,

Petitioner,

v.

Markwayne Mullin, *et al.*,

Respondents.

Case No. 8:25-cv-02780 (PX)

## Joint Motion To Continue Hearing

Petitioner Kilmar Armando Abrego Garcia and Respondents Markwayne Mullin, Todd Blanche, Todd Lyons, and Nikita Baker (together, the "Parties") respectfully move this Court to continue the hearing currently scheduled for September 14, 2026, *see* ECF No. 190, and in support state as follows:

1. The Court has scheduled a hearing in this matter for September 14, 2026. ECF No. 190.
2. The parties have conferred and jointly request that the hearing be continued to October 6, 2026 or October 7, 2026.
3. Concurrently with this motion, the parties are filing a Joint Stipulation confirming that this case will remain stayed until the rescheduled hearing date. As set forth in that Joint Stipulation, the requested continuance and stay affect only the administrative scheduling of this case and do not modify, dissolve, suspend, or otherwise affect the Court's existing injunctions.

Dated: August 26, 2026

Respectfully submitted,

By: /s/ Jonathan G. Cooper
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton (*pro hac vice*)
Nithya Pathalam (*pro hac vice*)
555 13th St NW, Suite 600
Washington, DC 20004
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
nithyapathalam@quinnemanuel.com

Andrew J. Rossman (*pro hac vice*)
Sascha N. Rand (*pro hac vice*)
Courtney Daukas (*pro hac vice*)
Morgan L. Anastasio (*pro hac vice*)
Roey Goldstein (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
roeygoldstein@quinnemanuel.com
morgananastasio@quinnemanuel.com
courtneydaukas@quinnemanuel.com

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
(703) 352-239
ssandoval@murrayosorio.com

*Counsel for Petitioner*

By: /s/ Ernsesto Molina
(Signed by Jonathan G. Cooper with permission of Ernesto Molina, Jr.)

Brett A. Shumate
Assistant Attorney General

Drew C. Ensign
Jonathan Guynn
Deputy Assistant Attorneys General

Ernesto Molina, Jr.
Deputy Director
Office of Immigration Litigation

Shane A. Young
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-451-7483
shane.a.young@usdoj.gov

*Counsel for Respondents*