**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

KILMAR ARMANDO
ABREGO GARCIA, *

Petitioner, *

v. * Civil Action No. 8:25-cv-02780-PX

MARKWAYNE MULLIN, *et al.*, * **UNDER SEAL**

Respondents. *

***

**ORDER**

After consultation with the parties on October 6, 2026, and having considered the record, *see, e.g.*, ECF Nos. 176, 179, & 184, including Petitioner's representation that he will depart from the United States, *see* ECF Nos. 1-7 & 179 at 11–12, and Respondents' representation that Petitioner, "if he so chooses, . . . may effectuate his own removal to any country that is willing to accept him," ECF No. 184 at 51, it is hereby **ORDERED** that:

1. **Departure Date:** Petitioner **SHALL** depart the United States on November 24, 2026 (the "Departure Date").
2. **Electronic Monitoring:** On the Departure Date, Respondents **SHALL** remove Petitioner's GPS ankle monitor before Petitioner boards the aircraft for departure from the United States. The removal of the GPS ankle monitor **SHALL** occur at a nonfederal government agency location and at the place of Petitioner's departure. No later than 12:00 p.m. on November 23, 2026, Petitioner **SHALL** advise Respondents of the time and place of his departure solely for the purpose of Respondents' removal of the GPS ankle monitor.
3. **Removal of Impediments:** Before the Departure Date, Respondents **SHALL** take all steps within their control to ensure Petitioner's unimpeded departure and transit from

the United States—to include the lifting of any detainer, lookout, alert, hold, or other record—that would cause Petitioner to be detained, questioned, or denied boarding on any aircraft. Respondents **SHALL** also instruct U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, the Transportation Security Administration, and any other relevant component of the U.S. Government to permit Petitioner's unimpeded departure from the United States on the Departure Date.

4. **Conditions of Release:** Petitioner's travel to his port of departure and departure from the United States **SHALL NOT** be treated as a violation of any condition of release. All other conditions of release, *see* ECF No. 126-1, remain in effect until Petitioner departs the United States.

5. **Non-interference:** The Court **CONFIRMS** that its Orders at ECF Nos. 20, 111, and 141 prohibit Respondents, their officers, agents, servants, employees, and attorneys, and all other persons affiliated or working with them, from interfering with Petitioner's travel to his port of departure and his departure and transit from the United States. This prohibition includes requesting or causing any air carrier, common carrier, or person to detain, divert, or delay Petitioner's unimpeded transit from the United States to Petitioner's destination, or requesting or causing Petitioner to be sent to any other country than the country to which Petitioner departs on the Departure Date.

6. **Effect of Departure:** Petitioner's departure under this Order **SHALL** constitute execution of his order of removal pursuant to 8 U.S.C. § 1101(g), and Respondents **SHALL** record it as such.

7. **Notice to Court:** No later than 12:00 p.m. on November 25, 2026, Petitioner's counsel **SHALL** inform the Court by email to chambers that Petitioner has departed the United States. Thereafter, by separate Order, the Court will (1) dissolve the injunctions, (2) deny as moot the remaining counts of the Petition and all pending motions, (3) unseal

this Order, and (4) close this case.

8. **Sealing; Existing Orders; Transmission:** This Order shall be maintained **UNDER SEAL** until further Order of the Court. Except as provided herein, the Court's prior Orders remain in full force and effect. Respondents **SHALL** immediately transmit a copy of this Order to all relevant officers, agents, and employees under their control and who are involved in this matter, including U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and the Transportation Security Administration.

Date: November 20, 2026

/s/
PAULA XINIS
United States District Judge