**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, | * | |
| Petitioner, | * | Civil Action No. 8:25-cv-02780-PX |
| v. | * | |
| MARKWAYNE MULLIN, *et al.*, | * | |
| Respondents. | * | |

***

# ORDER

Having received confirmation that Petitioner Kilmar Armando Abrego Garcia has departed the United States, the Court hereby **ORDERS** that;

1. All injunctions previously imposed are hereby **DISSOLVED**;
2. The Motions at ECF Nos. 72, 109, 142, 145, 178, and 179 are **DENIED as moot;**
3. The remaining counts of the Petition at ECF No. 1 are **DENIED as moot;**
4. The Order at ECF No. 196 shall be **UNSEALED**; and
5. The Clerk is thereafter directed to **CLOSE** this case.

Date: November 25, 2026

/s/
PAULA XINIS
United States District Judge